UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PETER LETTERESE AND          )
ASSOCIATES, INC.,            )
a Florida corporation,       )
                             )
            Plaintiff,       )    DEMAND FOR JURY TRIAL
                             )
      vs.                    )
                             )
WORLD INSTITUTE OF SCIENTOLOGY )
ENTERPRISES INTERNATIONAL, INC.,  RELIGIOUS )
TECHNOLOGY CENTER, INC., CHURCH OF )
SCIENTOLOGY INTERNATIONAL, INC., and BRIDGE )
PUBLICATIONS INCORPORATED, all California )
corporations, CHURCH OF SCIENTOLOGY FLAG )
SERVICE ORGANIZATION, a Florida corporation, NEW )
ERA PUBLICATIONS INTERNATIONAL, a foreign )
corporation, CHURCH OF SCIENTOLOGY, MISSION )
OF FORT LAUDERDALE, INC., AND CHURCH OF )
SCIENTOLOGY OF FLORIDA, both Florida corporations, )
 and DOES 1-3200,            )
                             )
            Defendants.      )
                             )

04-61178
CIV - HUCK
MAGISTRATE JUDGE
TURNOFF

## **COMPLAINT**

Plaintiff, Peter Letterese and Associates, Inc., a Florida Corporation, ("Plaintiff"), brings this Complaint

against Defendant, World Institute of Scientology Enterprises Interantional, Inc. ("Defendant"), and

alleges as follows:

### **JURISDICTION AND VENUE**

1. This Court has jurisdiction over the subject matter of this action under the Federal Copyright

Act, 17 U.S.C. §§ 101 et sec., pursuant to 28 U.S.C. § 1338(a) and under 28 U.S.C. § 1331 (federal

question).



2. This Court has personal jurisdiction over Defendants by virtue of their having a place of business, transacting and/or soliciting business in the Southern District of Florida ("this District"), and/or deriving substantial revenue from activities conducted in this District.

## THE PARTIES

3. Plaintiff PETER LETTERESE AND ASSOCIATES, INC. ("PL&A") is a Florida corporation, duly organized under the laws of the State of Florida, with its principal place of business at 4919 SW 148th Avenue, Davie, Florida 33330.  PL&A, among other things, holds exclusive rights in all copyright for the book entitled Big League Sales Closing Techniques (BLS book), later known as Surefire Sales Closing Techniques (Surefire book), now modernized and known as Integrity Intact … The Technology of Selling® (Integrity Book). The rights held include, but are not limited to, all rights to performances and derivative works, and all other rights under the copyright act.  PL&A distributes the Integrity Book, and conducts presentations and consultations involving the BLS/Surefire/Integrity book's subject matter in the State of Florida and in interstate commerce.

4. On information and belief, Defendant WORLD INSTITUTE OF SCIENTOLOGY ENTERPRISES INTERNATIONAL INC. ("WISE"), is a non-profit corporation duly organized under the laws of the State of California, with its principal place of business at 6331 Hollywood Boulevard, Suite 701, Los Angeles, California 90028-6313 and also having an office at 512 Cleveland Street, #283, Clearwater, Florida 33755. On information and belief, WISE is affiliated with an affiliated series of networks of corporations colloquially referred to as "The Church of Scientology" and is controlled by the trademark licensing entity that controls and/or manages and/or spiritually guides, and/or financially consults an extensive,  affiliated series of networks of corporations colloquially referred to as "The Church of Scientology".  WISE consists of a corporate staff and its member individuals and organizations. WISE has supervisory control of its members and receives royalties and/or other direct compensation therefrom.

5.        On information and belief, Defendant RELIGIOUS TECHNOLOGY CENTER ("RTC") is a non-profit corporation duly organized under the laws of the State of California having an office at

1710 Ivar Street, Suite 100, Los Angeles, California 90028.   On information and belief, RTC has ownership and/or control of all or at least a significant portion of the trademarks associated with and copyrighted material used by Scientology, including at least those marks known as the "OT Levels," and thereby has control and/or supervisory control of many if not all entities affiliated with the religion known as "Scientology," including the ability to control use and/or content of the infringing materials discussed herein.  For example, RTC on information and belief has a license agreement with WISE providing RTC with supervisory control of WISE and thereby control of WISE's members.  On information and belief, RTC has a license agreement with the CHURCH OF SCIENTOLOGY INTERNATIONAL and its network of members, SCIENTOLOGY MISSIONS INTERNATIONAL and its network of members, and also Scientology affiliated organizations known as ABLE, IHELP, ASHO, FSO, FSSO, AUTHOR SERVICES, INC., GOLDEN ERA PUBLICATIONS, OSA International, and CMO International, and their network of members.

6.      On information and belief, Defendant CHURCH OF SCIENTOLOGY INTERNATIONAL ("CSI") is a non-profit corporation duly organized under the laws of the State of California having an office at 6331 Hollywood Boulevard, #1200, Los Angeles, California 90028.   On information and belief, CSI has control and/or supervisory control of a network of member organizations at least some or all of which are known as "Class 5 Orgs," including the ability to control use and/or content of the infringing materials discussed herein.  On information and belief, CSI creates and disseminates at least some of the infringing material discussed herein.

7. On information and belief, Defendant BRIDGE PUBLICATIONS INCORPORATED ("BRIDGE") is a corporation duly organized under the laws of the State of California, with its principal place of business at 4751 Fountain Avenue, Los Angeles, California 90029.  On information and belief, BRIDGE publishes at least some of the infringing material discussed herein including material created by CSI for distribution, use and sale in the U.S.

8.      On information and belief, Church of Scientology Flag Service Organization ("FSO"), is a non-profit corporation duly organized under the laws of the State of Florida, with its principal place of

business at 210 South Fort Harrison Ave, Clearwater, FL 33756 USA.  On information and belief, FSO

uses and/or sells and/or publishes at least some of the infringing material, including material created by

CSI, BRIDGE and/or WISE discussed herein for use and sale inside as well as outside the U.S.

9.      On information and belief, Defendant NEW ERA PUBLICATIONS INTERNATIONAL ("NEW
ERA"), is a foreign corporation duly organized under the laws of the Denmark, with its principal place
of business at ApS Store Kongensgade 55 1264 **Copenhagen** K – Denmark.  On information and belief,
NEW ERA publishes at least some of the infringing material, including material created by CSI,
discussed herein for distribution, use and sale outside the U.S. based on materials provided by CSI
and/or BRIDGE from the U.S. under direction and/or control from CSI and/or BRIDGE.

10.  On information and belief, Defendant SCIENTOLOGY MISSIONS INTERNATIONAL

("SMI") is a non-profit corporation duly organized under the laws of the State of California having an

office at 6331 HOLLYWOOD BLVD., Los Angeles, California.

11.      On information and belief, Defendant CHURCH OF SCIENTOLOGY, MISSION OF

FORT LAUDERDALE, INC. ("CoSM FT. LAUDERDALE"), is a non-profit corporation duly

organized under the laws of the State of Florida,  having an office at 660 S. Federal Hwy. Suite 200,

Pompano Beach, Florida 33062. On information and belief, CoSM FT. LAUDERDALE uses and/or

sells and/or publishes at least some of the infringing material, including material created by CSI,

BRIDGE and/or WISE discussed herein for use and sale inside and outside the U.S.

12.      On information and belief, Defendant Church of Scientology of Florida, is a non-profit

corporation duly organized under the laws of the State of Florida,  having an office at 120 Giralda

Avenue, Coral Gables, FL 33134-5209. On information and belief,  CoS FLORIDA uses and/or sells

and/or publishes at least some of the infringing material, including material created by CSI, BRIDGE

and/or WISE discussed herein for use and sale inside and outside the U.S.

13.  On information and belief, Defendants  DOES 1-3200 are unknown Defendants whose names

and/or connection to the allegations in the complaint are unknown, but each is believed responsible in

some way for copyright infringement, by direct infringement, inducing and/or contributing to

infringement, and/or supervisory control and receipt of benefits of the infringement.  DOES 1-10 are

believed to handle copyright and/or trademarks of Scientology and/or otherwise have supervisory control of infringing entities and receive compensation derived from infringement.

14. On information and belief, each of DOES 1-10 has ownership and/or control of all or at least a significant portion of the trademarks associated with and copyrighted material used by Scientology, and thereby have control and/or supervisory control of many if not all entities affiliated with the religion known as "Scientology," including the ability to control use and/or content of the infringing materials discussed herein. For example, DOES 1-10 on information and belief have a license agreement with WISE providing DOES 1-10 with supervisory control of WISE and thereby control of WISE's members. On information and belief, DOES 1-10 have a license agreement with the CHURCH OF SCIENTOLOGY INTERNATIONAL and its network of members, SCIENTOLOGY MISSIONS INTERNATIONAL and its network of members, and also Scientology-affiliated organizations known as ABLE, IHELP, ASHO, FSSO, AUTHOR SERVICES, INC., GOLDEN ERA PUBLICATIONS, OSA INTERNATIONAL, and CMO INTERNATIONAL, and their network of members. DOES 11-3195 are believed to actually produce the infringing course material. DOES 3196-3200 are believed to be supporting the activity of the other Defendants and/or co-acting with them, and/or infringing.

15. On information and belief there are about 3200 entities affiliated with SCIENTOLOGY by one or more of the following ways: use of Scientology trademarks, payment of royalties and/or other fees and compensation to RTC, CSI, SCIENTOLOGY MISSIONS INTERNATIONAL, and/or other entities using Scientology trademarks, professing Scientology beliefs and/or practicing Scientology. Such affiliated entities are referred to herein as "Scientology affiliated entities."

16. On information and belief, all or virtually all of these Scientology affiliated entities, including WISE and its members, are believed to actually provide the course thereby performing the book, an unauthorized derivative work, and/or further distribute and/or sell the course and/or course material to staff (in exchange for years of service, "collateralized" with promissory notes in the event of staff contract breakage) and/or to paying, non-staff parishioners, members, clientele, etc. on a regular basis. On information and belief, all or virtually all of these Scientology affiliated entities pay royalties and/or other substantial benefits flow from them to DOES 1-10 relating to infringing sale and/or

- 5 -

distribution and/or performance of the copyrighted work as identified herein and/or to RTC and/or Does 1-10.

17. On information and belief, Defendant CSI either directly or indirectly derives substantial revenue from activities in the State of Florida including but not limited to this District.

18.    On information and belief, Defendant RTC derives substantial revenue from activities in the State of Florida including but not limited to this District.

19. On information and belief, at least some of DOES 1-3200 derive substantial revenue from infringing activities in the State of Florida, and/or have offices in the State of Florida, and/or have other contacts with the forum sufficient for jurisdiction.

## FACTS COMMON TO ALL CLAIMS

20.    PL&A is the exclusive source of the modernized book (Integrity Book), and consultations concerning the subject matter thereof.

21.    Les Dane is the creator and author of a book on sales techniques which was originally entitled Big League Sales Closing Techniques, now known as Surefire Sales Closing Techniques.  This book contains a large amount of material wholly original with Les Dane and is copyrightable subject matter under the laws of the United States.  The requirements of the Copyright Act of 1909 have been fully complied with and a copyright was duly registered on April 7, 1971, having original registration number A231800 (class A), and duly renewed and re-registered on January 4, 1999 as registration number RE-797-552, under the Copyright Act of 1909, 17 U.S.C. §§ 101 et seq. and to the extent applicable, the Copyright Act of 1976.  A true copy of the Surefire Sales Closing Techniques is annexed hereto as Exhibit A and the current copyright registration as renewed is attached hereto as Exhibit B

22. Les Dane originally, as creator and author, owned all right, title and interest in the book. Subsequently, when he passed, his wife Lois B. Dane, obtained all right, title and interest in the book. Thereafter, on or about December 31, 1993, PL&A entered into a contract with Lois Dane as the owner

- 6 -

of the right, title and interest in the copyrights of certain materials, which encompassed the complete body of literary and other works created by the author Les Dane, and wherein PL&A received the exclusive license of all rights of every nature during the life of the copyrights and renewal copyrights. A true copy of said agreement is annexed as Exhibit C and incorporated herein as though fully set forth below. The license also granted PL&A the right to be the exclusive worldwide representative of Lois Dane and the Estate of Les Dane (and thus any and all other heirs, to the extent they may have received any right) for all rights to the works listed. See p.8, ¶5 of Exhibit C. These works include <u>Surefire Sales Closing Techniques</u> ("the Dane Surefire book").

23. In connection with the above mentioned December 31, 1993 contract, on or about February 11, 1994, Lois Dane and PL&A executed a certain Power of Attorney which granted PL&A the right to exclusively manage, control and conduct all business, of whatever kind, related to or affecting Les Dane's copyright rights, a true copy of which is annexed hereto as Exhibit D.

24. PL&A has exploited the copyrights in the Dane Surefire book by having published and sold copies of the book and an electronic version of the book originally called <u>No Insults, No Pressure, No Mind Games: The Technology Of Selling</u>, now finalized as <u>Integrity Intact … The Technology of Selling</u>®, written entirely by Les Dane ("Technology book"), amended only to make cultural updates.

25. A copyright registration on the Technology book was registered on January 29, 1996, registration number TXu-722-831, and lists PL&A as author (by work made for hire) and copyright claimant. The Technology book is an updated and revised version, of the Dane Surefire book.

26. In addition to having the publishing rights to the Dane Surefire book, PL&A exploits its exclusive license right with Lois Dane by marketing business consulting seminars, and otherwise teaching sales and sales closing techniques based on the Dane BLS/Surefire/Integrity book.

## DEFENDANT WISE'S INFRINGING SKILLS MATERIALS AND COURSE

27. Defendant WISE offers, for a fee, business consulting services including a course for teaching sales techniques to persons and corporations (who re-sell the teaching material) called

"Members." Members are those who have signed a membership agreement at one level or another), some of whom have also taken a license from WISE to provide business consulting services using various information and/or techniques (referred to as "LRH Administrative Technology Services"). LRH stands for L. Ron Hubbard ("Hubbard") Founder of the organizations collectively a part of the "subject/overall network of organizations" known as the Scientology & Dianetics and the Church of Scientology, respectively. The WISE licensees and/or members pay royalties to WISE each time they sell LRH technology services, LRH promotional items, and LRH publications, as well as pay a portion of their income simply to make use of the Hubbard material in their businesses, even if they do not re-sell services.

28.     WISE's Internet website asserts that WISE's tools are the OEC (defined below) and Management Series volumes of L. Ron Hubbard:

> "WISE is a non-profit membership organization with the purpose of uniting individuals and organizations that use HUBBARD Management Technology for administrative, business and organizational improvement purposes.

* * *

> A religious fellowship organization, WISE is made up of businessmen and professionals in numerous fields, who share a common certainly [sic, certainty] that only through the application of Mr. Hubbard's administrative technology can one do for the third (group) dynamic what Scientology does for the individual: eliminate confusions, replace hardship with happiness, and generally better survival.

> Their tools, available in any church bookstore and many public libraries, are the twelve encyclopedia-sized volumes comprising the *Organization Executive Course* (OEC) and Management Series volumes. These works are a result of Mr. Hubbard's research and codification of the Scientology religion and were written for church administration 1."

These web site excerpts are contained in the attached Exhibit E, a true and correct copy of pages from the WISE website at www.wise.org.

29.     For financial gain and advantage, WISE is misappropriating the copyrighted material in which PL&A has invested heavily.  WISE provides, in exchange for the Member's license fees, and/or in exchange for fees from Members and/or in furtherance of enhancing its receipts from Members' license fee payments, a synopsis, outline and/or summary of the copyrighted content of the Dane Surefire book, or a substantial portion thereof, in the form of Sales Drills, a true and correct copy of which are attached as Exhibit F.  The material in the Sales Drills are asserted to originate with L. Ron Hubbard.  See Exhibit G.  In addition, WISE provides a course ("Course") in selling to help Members sell goods and services for which WISE receives substantial royalties.  The Course contents are outlined in part by "Check Sheets," which provide a correlation of pages of the Dane Surefire book with the Sales Drills.  The "check sheets" are attached as Exhibit H.  The course violates PL&A's exclusive rights to make copies, derivative works and/or performances under one or more of 17 U.S.C. § 106(1), (2) and (4).  The only entity with the rights to offer such a course is PL&A.

30.     That the Skills sheets are a synopsis, outline and/or summary of the book is evident from attached Exhibit I, which compares the Sales Drills (skills sheets) with the corresponding portion of the Dane Surefire book referred to in the table as "BLS (Sales Closing Techniques)".  For example, many of the Dane Surefire book's section titles are copied in the Skills sheets, and many sections such as the "six closing errors…", on "how to qualify for the close" and "the "go-button" contain almost verbatim passages, the same or substantially the same outline, and identical key words and phrases, as shown in the below excerpts from Exhibit I:

| Sales Drill | BLS (Sales Closing Techniques) |
|---|---|
| "QUALIFYING THE PROSPECT" (at p. 66D)<br><br>"The questions are:<br>1. Where does he (she) work and how long?<br>2. What does he do there? | "… HOW TO QUALIFY FOR THE CLOSE" p. 175<br><br>"The questions:<br>1. Where does he (she) work and how long?<br>2. What does he do there?<br>3. Where does he live and how long? (Circumstances – own, rent, etc.?) |

- 9 -

| | |
|---|---|
| 3. Where does he live and how long (circumstances -- own, rent, etc.)<br>4. Marital status? Children?<br>5. Who is the service or material for?<br>6. Appearance?  (Physical, speech, manner, attitude.)" | 4. Marital status? Children?<br>5. Who is the (car, boat, insurance, furniture) for?<br>6. Appearance? (physical, speech, manner attitude)" p. 178 |
| MAKING IT OK FOR THE PROSPECT TO ACCEPT A CLOSE (at p. 66L) | FIND THE BIG LEAGUE GO-BUTTON p. 36 |
| "After having stripped the prospect of initial sales resistance, to put the prospect in a position of deciding to buy." | "Now that you have robbed him of his armor and made him vulnerable to a close, make him like it.  Make it sound as if he meant to be closed all along." p. 37 |
| "Student must now handle the 'Go-Button'" | "Locating the Big League Go-Button will …" p. 37 |
| "1. Identify with the prospect…." | "Identify" p. 42 |
| "2. Show him that he is the most important person in the world to you at that moment and that you are interested in his needs and that you have his best interests at heart." | "Make him see that he is the most important person in the world to you at that moment that you are interested in him and his needs, and that you have his best interests at heart."  pp. 47-48 |
| "3. Let the prospect touch and handle the materials including the sales documents, any promotion graphs, or materials used in sales procedures." | "When your prospect wants to look, let him. …<br>I learned to keep my papers, contracts, polices, and other things on my desk where the prospect could see them and touch them …" p. 41 |
| "4.  Make it sound as if he meant to be closed all along so he saves face, it becomes his idea, his decision again, and he desires to buy." | "Make it sound as if he meant to be closed all along….he saves face -- the purchase becomes his idea, his decision again, [and] his unconscious resistance to the close becomes a conscious desire to buy."  p. 37 |
| "5.  Effect the close" | "Then the close is as simple as pressing the Big League go-button." p. 48 |
| "THE SIX CLOSING ERRORS" (at p. 66B) | "Six Closing Errors…" p. 123 |
| "The six closing errors are:<br>1. Arguing with the prospect.<br><br>2. Offering unwanted opinions and criticizing the prospect's opinions." | "…don't argue." p. 125<br><br>"Keep Your Opinions to Yourself" p. 125 and "nobody likes to have their pet project criticized, or their favorite opinion disagreed with." P. 126 |
| "3. Criticizing any competitor." | "You are there to sell your product, not to knock the competition." p. 129 |
| "4. Violating policy and incorrectly assuming authority." | "Don't Play 'Boss' Unless You Are" … "The wise salesman … learns the company's policy and the chain of command.  Then he never ignores the chain or varies the policy." p. 132 |
| "5. Dishonest Selling" | "A sale made under shady or double-talk circumstances |

| | is not a sale." p. 134 |
|---|---|
| | |

31.     WISE gains, for example, funds from royalties and/or other fees that PL&A is entitled to receive, from providing the Skills sheets and related materials.  PL&A would be entitled to the license fees as they are generated for the Course and its Skills sheets.  PL&A is also entitled to sell copies of the Dane Surefire book, provide seminars on the Dane Surefire book and sell a synopsis, summary and/or outline of the book, and/or otherwise exploit the exclusive rights under the copyright statute on the Dane Surefire book.

32.     As of at least three years before the date that this Action has been filed, WISE has made, and continues to make, its infringing Skills sheets and related materials, and provide its infringing Course to countless users within this District, and elsewhere in the United States and around the world and as a result, have gained revenue and other benefit therefrom to the detriment of PL&A.  On information and belief, Bridge, New Era, CSI and others have also created, published and disseminated to its members materials that infringe, and courses using the material that infringe, the copyrights in the Dane Surefire book too.

33.  PL&A has demanded that WISE, CSI and all other entities affiliated with the Church of Scientology stop publishing, copying, distributing, loaning and otherwise disseminating and stop conducting the course using the materials together with the Dane BLS/Surefire book, which constitute violations of PL&A's exclusive rights without PL&A's consent, and/or to enter into negotiations on this issue. WISE, CSI and all other entities have refused to cease its infringing activities and refused to negotiate in any meaningful way.  There is a substantial likelihood that the infringement will continue unless enjoined, and unless the infringing materials are seized and/or destroyed.

34.  WISE, Bridge, New Era and CSI's conduct has been in willful violation of PL&A's warnings to WISE to stop such infringements and that WISE's and CSI's conduct is unauthorized. The specific acts of infringement described above are simply representative of WISE's infringements.

35.  WISE has, since at least three years before the filing of this Action, been continuously publishing, selling and otherwise marketing the Skills sheets and related materials, and the Course which makes use of the skills sheets, Dane Surefire book and other material.  On information and belief, WISE also promotes the Course and/or takes other actions which falsely designate the origin of the WISE Course materials, because, among other reasons and for purposes of illustration only, WISE gives the Members who take the Course and others in the relevant group of customers and potential customers, the false impression that L. Ron Hubbard and/or WISE solely created the materials including the Skills sheets, when in fact the Skills sheets in at least one version of the course curriculum outline are derived from and constitute a synopsis, summary and/or outline of the Dane Surefire book, by Les Dane.  These activities conducted by WISE harms PL&A because it makes it appear that WISE is the only source of the Course and materials, when in fact PL&A holds the exclusive rights in the Dane Surefire book and also provides seminars and/or training based at least in part on the Dane Surefire book.

36.  This assertion, and/or other actions by WISE, also falsely designate the origin of the WISE Course and/or Course materials, including the Skills sheets, because it gives the Members who take the Course or otherwise read this assertion and others in the relevant group of customers and potential customers, the false impression that Les Dane and/or the holder of the rights to the Dane Surefire book sponsors, and/or is somehow associated with, the Course provided by WISE, other than merely having written the book and/or holding the rights thereto.  This assertion and related assertions and/or activities conducted by WISE harms PL&A because it makes it appear that WISE is sponsored by or is otherwise associated with Les Dane and/or the holder of the rights in the Dane Surefire book, when in fact PL&A holds the exclusive rights in the Dane Surefire book and also provides seminars and/or training based at least in part on the Dane Surefire book, and does not sponsor the WISE Course, and is not connected with the WISE Course.

37.  On information and belief, the term "Scientology" is a trademark or alleged mark of CSI, which is a certification and/or collective mark that all Scientology related entities may use with proper licensing from CSI and/or RTC and/or DOES 1-10, thereby giving RTC, CSI and/or DOES 1-10 the

rights to control and/or supervise the content and materials of the courses, including the infringing courses and materials, provided by all Scientology related entities.

38.  RTC, on information and belief, oversees and licenses trademarks and copyrighted material including trademarks and copyrighted material originally created by and/or belonging to L. Ron Hubbard and the Church of Scientology.  The following excerpts from RTC's web site, a true and correct copy of which is attached as Exhibit I, evidence RTC's control of these marks and copyrights which are the intellectual property of Scientology:

"Religious Technology Center [is] holder of the trademarks of Dianetics and Scientology....Key to RTC's role as the protector of the Scientology religion is the use of intellectual property law to ensure the purity of Scientology's religious technologies.

During his lifetime, Scientology founder L. Ron Hubbard oversaw the orthodox practice of Scientology. As an integral part of that endeavor, he registered as trademarks many of the religion's identifying words and symbols. In 1982, he donated these trademarks to the Religious Technology Center.

In 1983, Mr. McShane assumed responsibility within RTC for seeing to the continued protection and correct usage of the marks worldwide.

Its continued work in protecting the scriptures of the Scientology religion has placed Religious Technology Center at the vanguard of preserving intellectual property rights the world over.

39.  On information and belief, all Scientology affiliated entities use of the marks and copyrights are overseen and/or reviewed by RTC.

40.      On information and belief, RTC's licensing of Church of Scientology marks and copyrighted material gives RTC supervisory and/or editorial rights of review of material and courses given by such entities, including but not limited to WISE and the WISE Course, and any other

Scientology entity's use of the marks and/or copyrighted material of L. Ron Hubbard and/or the Church of Scientology.

41. On information and belief, RTC receives royalties from WISE including but not limited to royalties derived from the WISE Course and its materials including the violation of PL&A's rights in the Dane Surefire book under 17 U.S.C. §106.

42. On information and belief, RTC receives royalties from all other Church of Scientology affiliated entities for use of the marks and/or copyrighted material of L. Ron Hubbard and/or the Church of Scientology, including royalties derived from any infringements of PL&A's rights in the Dane Surefire book  under 17 U.S.C. §106.

43. On information and belief, CSI cooperates with RTC in licensing all Church of Scientology entities and/or also oversees and/or cooperates in overseeing all Church of Scientology entities' use of the trademarks and derives revenue therefrom and/or derives direct benefits from RTC's receipt of royalties from WISE.  Excerpts from RTC's web site evidence cooperation and/or control as follows:

"It is RTC that grants Church of Scientology International (CSI), the mother church of the Scientology religion, the right to use the trademarks and to license their use to all other Scientology churches. Without CSI's written authority and RTC's ultimate approval, no entity can legally use the marks or call itself a Church of Scientology. With all Scientology churches bound to minister Dianetics and Scientology technologies in full compliance with their trademark licenses, the entire hierarchy up to the Church of Scientology International is self-correcting and ensures pure and orthodox Scientology."

44. On information and belief, CSI also creates and/or publishes course materials which are an unauthorized derivative work of the Dane Surefire book, and creates, performs, and distributes the course materials to all or virtually all entities affiliated with Scientology.  On information and belief, CSI's course and materials are believed comparable to WISE's course and materials and to thereby also infringe the copyrights in the Dane Surefire book.

45.     On information and belief, BRIDGE and NEW ERA publish CSI's course materials and are also believed to receive value, either directly or indirectly, from CSI for such publishing, and CSI distributes such materials, and BRIDGE and NEW ERA assist CSI in the distribution of such materials and its materials including the violation of PL&A's rights in the Dane Surefire book under 17 U.S.C. §106.

46.  On information and belief, RTC and/or an organization known as Church of Spiritual Technology, receives royalties from all other Church of Scientology entities for use of the marks and/or copyrighted material of L. Ron Hubbard and/or the Church of Scientology, including royalties derived from any infringements of PL&A's rights in the Dane Surefire book under 17 U.S.C. §106.

## FIRST CLAIM FOR RELIEF

### (Federal Copyright Infringement by the Skills Sheets Against All Defendants Except BRIDGE, CoS FLORIDA, FSO and CoSM FT. LAUDERDALE)

47.     PL&A incorporates by reference all the allegations of paragraphs 1 through 46, inclusive.

48.  PL&A holds all exclusive rights in the Dane Surefire book, which has a registered copyright.

49.  Les Dane is the author and his heirs are the copyright holder of the Dane Surefire book.

50.  PL&A, and its successors in interest, Les Dane and his heirs, have complied in all respects with 17 U.S.C. §§ 101 et seq., and secured the exclusive rights and privileges in and to the copyrights in the Dane Surefire book.

51.  Defendants' conduct violates the exclusive rights belonging to PL&A as holder of all exclusive rights and the rights of the owners of the copyrights in the Dane Surefire book, including without limitation PL&A's rights under 17 U.S.C. § 106.

52. On information and belief, PL&A alleges that, as a direct and proximate result of WISE's wrongful conduct, including creation, copying and/or distribution of the Skills Sheets, WISE has realized and continues to realize profits and other benefits rightfully belonging to PL&A. Accordingly, PL&A seeks an award of damages pursuant to 17 U.S.C. §§ 504 and 505.

53. WISE's infringing conduct has also caused and is causing substantial and irreparable injury and damage to PL&A in an amount not capable of determination, and, unless restrained, will cause further irreparable injury, leaving PL&A with no adequate remedy at law.

54. On information and belief, WISE has willfully engaged in, and willfully engages in, the acts complained of with oppression, fraud, and malice, and in conscious disregard of the rights of PL&A. PL&A is, therefore, for these reasons and/or others, entitled to the maximum statutory damages allowable.

55. On information and belief, Defendant WISE is liable for infringement conducted by its members by cooperating with WISE members in the infringing activity, and/or vicariously liable in that WISE has the right and ability to supervise the infringing conduct, e.g., the Course and/or its Skills Sheets, and WISE has an obvious and direct financial interest, e.g., in royalties flowing from the knowledge and/or use of the Skills Sheets.

56. On information and belief, Defendant WISE is liable as a contributory infringer for conduct by its members e.g., in that WISE licensed part or all of the infringing Skills Sheets and/or provided part or all of the infringing Skills Sheets to its members.

57. On information and belief, Defendant RTC is liable for infringement conducted by WISE including its members and CSI including its members by cooperating with WISE in the infringing activity, and/or vicariously liable in that RTC has the right and ability to supervise the infringing conduct, e.g., the Course and/or its Skills Sheets, and RTC has an obvious and direct financial interest, e.g., in royalties flowing from the knowledge and/or use of the Skills Sheets.

58.  On information and belief, Defendant RTC is liable as a contributory infringer for conduct by WISE and its members and/or CSI and its members, e.g., in that RTC licensed part or all of the infringing Skills Sheets and/or provided part or all of the infringing Skills Sheets to WISE.

59.  On information and belief, Defendant CSI is liable for infringement conducted by itself and its members by cooperating with its members in the infringing activity, and/or vicariously liable in that CSI has the right and ability to supervise the infringing conduct, e.g., the Skills Sheets, either directly or through RTC, and CSI has an obvious and direct financial interest, e.g., in royalties flowing to RTC and inuring to the benefit of CSI from the knowledge and use of the Skills Sheets.

60.  On information and belief, Defendant CSI is liable as a contributory infringer for conduct by WISE including its members e.g., in that CSI licensed part or all of the Skills Sheets and/or provided part or all of the Skills Sheets to WISE and/or authorized such licensing and/or cooperated in such providing of the Skills Sheets to WISE.

61.  On information and belief, Defendants does 1-10 are liable for infringement either directly or indirectly from knowledge use of the skill sheets.

62.  As a consequence of this dispute between the parties as to the rights, title, and interest in the copyrighted articles described above, and pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, PL&A also seeks a resolution of this ongoing controversy by a declaration of this Court as to the rights of the respective parties in this matter.

## SECOND CLAIM FOR RELIEF

### (Federal Copyright Infringement by the Course Against All Defendants Except CoS FLORIDA, CoSM FT. LAUDERDALE and FSO)

63.  PL&A incorporates by reference all the allegations of paragraphs 1 through 61, inclusive.

64.   On information and belief, PL&A alleges that, by providing, distributing and/or performing WISE's Course, with the Dane Surefire book and/or the Skills sheets, WISE and its members (some or all of Does 11-3195) violates the exclusive rights belonging to PL&A as holder of all exclusive rights and the rights of the owners of the copyrights in the Dane Surefire book, including without limitation PL&A's rights under 17 U.S.C. § 106.

65.   On information and belief, Defendant WISE is liable for infringement conducted by its members by cooperating with WISE members in the infringing activity, and/or vicariously liable in that WISE has the right and ability to supervise the infringing conduct, e.g., the Course and/or its Skills Sheets, and WISE has an obvious and direct financial interest, e.g., in royalties flowing from the knowledge and/or use of the Skills Sheets.

66.   On information and belief, Defendant WISE is liable as a contributory infringer for conduct by its members e.g., in that WISE licensed part or all of the infringing Course and/or provided part or all of the infringing Course to its members.

67.      On information and belief, Defendant RTC is liable for infringement conducted by WISE and its members by cooperating with WISE in the infringing activity, and/or vicariously liable in that RTC has the right and ability to supervise the infringing conduct, e.g., the Course, and RTC has an obvious and direct financial interest, e.g., in royalties flowing from sale of the Course and/or royalties from the knowledge and use of the Course.

68.   On information and belief, Defendant RTC is liable as a contributory infringer for conduct by WISE and its members and/or by CSI and its members, e.g., in that RTC licensed part or all of the infringing Course and/or provided part or all of the infringing Course to WISE and/or CSI.

69.   On information and belief, Defendant CSI is liable for infringement conducted by itself and its members by cooperating with them in the infringing activity, and/or vicariously liable in that CSI has the right and ability to supervise the infringing conduct, e.g., the Course, either directly or through RTC,

and CSI has an obvious and direct financial interest, e.g., in royalties flowing to RTC and inuring to the benefit of CSI from sale of the Course and/or royalties from the knowledge and use of the Course.

70.  On information and belief, Defendant CSI is liable as a contributory infringer for conduct by its members and WISE, e.g., in that CSI licensed part or all of the Course and/or provided part or all of the Course to its members and/or WISE and/or authorized such licensing and/or such providing of the Course to its members and WISE.

71.  On information and belief, PL&A alleges that, as a direct and proximate result of WISE's and/or CSI's wrongful conduct, including providing the Course, with the Dane Surefire book and/or the Skills sheets, WISE and/or CSI have realized and continues to realize profits and other benefits rightfully belonging to PL&A.  Accordingly, PL&A seeks an award of damages pursuant to 17 U.S.C. §§ 504 and 505.

## THIRD CLAIM FOR RELIEF

### (Federal Copyright Infringement by the CSI Skills Sheets Against All Defendants Except WISE)

72.  PL&A incorporates by reference all the allegations of paragraphs 1 through 70 , inclusive.

73.    Defendants' conduct violates the exclusive rights belonging to PL&A as holder of all exclusive rights and the rights of the owners of the copyrights in the Dane Surefire book, including without limitation PL&A's rights under 17 U.S.C. § 106.

74.  On information and belief, PL&A alleges that, as a direct and proximate result of CSI's wrongful conduct, including creation, copying and/or distribution of CSI Skills sheets and related course materials, CSI has realized and continues to realize profits and other benefits rightfully belonging to PL&A. Accordingly, PL&A seeks an award of damages pursuant to 17 U.S.C. §§ 504 and 505.

75.  On information and belief, PL&A alleges that, as a direct and proximate result of BRIDGE's, NEW ERA's and some or all of DOES 11-3195's wrongful conduct, including copying

and/or distribution of CSI's Skills sheets and related course materials, BRIDGE, NEW ERA, and DOES 11-3195 have realized and continues to realize profits and other benefits rightfully belonging to PL&A. Accordingly, PL&A seeks an award of damages pursuant to 17 U.S.C. §§ 504 and 505.

76. CSI's, BRIDGE's, NEW ERA's and DOES 11-3195 infringing conduct has also caused and is causing substantial and irreparable injury and damage to PL&A in an amount not capable of determination, and, unless restrained, will cause further irreparable injury, leaving PL&A with no adequate remedy at law.

77. On information and belief, CSI, BRIDGE, NEW ERA and DOES 11-3195 have willfully engaged in, and willfully engage in, the acts complained of with oppression, fraud, and malice, and in conscious disregard of the rights of PL&A. PL&A is, therefore, for these reasons and/or others, entitled to the maximum statutory damages allowable.

78. On information and belief, Defendants RTC and/or DOES 1-10 and/or DOES 3196-3200 are liable for infringement conducted by CSI, BRIDGE, NEW ERA and DOES 3196-3200 by cooperating with one or more of these defendants in the infringing activity, and/or vicariously liable in that RTC and/or DOES 1-10 have the right and ability to supervise the infringing conduct, e.g., the CSI Course and/or its Skills Sheets, and RTC and/or DOES 1-10 have an obvious and direct financial interest, e.g., in royalties flowing from the knowledge and/or use of the CSI Skills Sheets and/or Course.

79. On information and belief, Defendants RTC and DOES 1-10 and/or DOES 3196-3200 are liable as a contributory infringer for conduct by CSI, BRIDGE, NEW ERA and DOES 11-3195 e.g., in that RTC and/or DOES 1-10 and/or DOES 3196-3200 licensed part or all of the infringing CSI Skills Sheets and/or cooperated in the infringing activities.

80. On information and belief, FSO, CoS FT. LAUDERDALE, and CoSM FLORIDA, are liable for infringement by using part or all of CSI's Skills Sheets and/or by selling and providing a course using part or all of CSI's Skills Sheets.

81.  As a consequence of this dispute between the parties as to the rights, title, and interest in the copyrighted articles described above, and pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, PL&A also seeks a resolution of this ongoing controversy by a declaration of this Court as to the rights of the respective parties in this matter.

## FOURTH CLAIM FOR RELIEF

### (Federal Copyright Infringement by the CSI Courses Against All Defendants Except WISE)

82.  PL&A incorporates by reference all the allegations of paragraphs 1 through 80, inclusive.

83.  On information and belief, PL&A alleges that, by providing, distributing and/or performing CSI's Courses (including but not limited to "The Organization Executive Course" and "The Registrar Salesmanship Course", with the Dane Surefire book and/or the Skills sheets, all or virtually all Scientology affiliated entities violate the exclusive rights belonging to PL&A as holder of all exclusive rights and the rights of the owners of the copyrights in the Dane Surefire book, including without limitation PL&A's rights under 17 U.S.C. § 106.

84.  On information and belief, Defendant RTC is liable for infringement conducted by CSI and all or virtually all Scientology affiliated entities by cooperating with CSI in the infringing activity, and/or vicariously liable in that RTC has the right and ability to supervise the infringing conduct, e.g., the Course, and RTC has an obvious and direct financial interest, e.g., in royalties flowing from sale of the Course and/or royalties from the knowledge and use of the Course.

85.  On information and belief, Defendant RTC is liable as a contributory infringer for conduct by CSI and all or virtually all Scientology affiliated entities e.g., in that RTC licensed part or all of the infringing Course and/or provided part or all of the infringing Course to CSI.

86.  On information and belief, Defendants CSI and DOES 1-10 are liable for infringement conducted by all or virtually all Scientology affiliated entities by cooperating with all or virtually all Scientology affiliated entities in the infringing activity, and/or vicariously liable in that CSI and/or

DOES 1-10 have the right and ability to supervise the infringing conduct, e.g., the Course, either directly or through RTC, and CSI and/or DOES 1-10 have an obvious and direct financial interest, e.g., in royalties flowing to and/or inuring to the benefit of CSI and/or DOES 1-10 from sales of the CSI Course and/or royalties from the knowledge and use of the CSI Course.

87.  On information and belief, Defendants CSI and/or DOES 1-10 and 3196-3200 are liable as a contributory infringer for conduct by all or virtually all Scientology affiliated entities, e.g., in that CSI and/or DOES 1-10 and/or DOES 3196-3200 licensed part or all of the Course and/or provided part or all of the Course to all or virtually all Scientology affiliated entities and/or authorized such licensing and/or such providing of the Course to all or virtually all Scientology affiliated entities.

88.  On information and belief, FSO, CoS FT. LAUDERDALE, and CoSM FLORIDA, are liable for infringement by using part or all of the Skills Sheets and/or by selling and providing a course using part or all of the Skills Sheets.

89.  On information and belief, PL&A alleges that, as a direct and proximate result of the wrongful conduct of CSI, RTC, BRIDGE, NEW ERA and/or DOES 1-3200, including providing the Course, with the Dane Surefire book and/or the Skills sheets, CSI, RTC, BRIDGE, NEW ERA and/or DOES 1-3200 realized and continues to realize profits and other benefits rightfully belonging to PL&A. Accordingly, PL&A seeks an award of damages pursuant to 17 U.S.C. §§ 504 and 505.

## FIFTH CLAIM FOR RELIEF

### (Federal Unfair Competition Under Lanham Act Sec 43(a), 17 U.S.C. Sec 1125(a) Against Defendants WISE, RTC and DOES 1-10)

90.  PL&A incorporates by reference all the allegations of paragraphs 1 through 87, inclusive.

91.  The Dane Surefire book, and a substantial part of the Skills Sheets and other materials and Course, originated with Les Dane, whose exclusive rights now rest with PL&A.

92.  WISE and RTC (or one or more of Does 1-10 who may supervise and/or collect royalties based upon the Hubbard/Scientology/Dianetics trademarks and copyrights) have, acting alone or in concert, falsely designated the origin of the Skills Sheets and other materials and Course by asserting that L. Ron Hubbard's Administrative Technology, which WISE licenses, includes the materials in the WISE Course, and in particular that this is "L. Ron Hubbard's Administrative Technology" and that "The Materials of this course were researched and written entirely by American philosopher-author L. Ron Hubbard."   On information and belief, there are similar assertions that the materials in the CSI Course also originated with L. Ron Hubbard.  See Exhibits G and also E attached hereto.

93.  This false designation of origin, and/or reverse passing off is likely to cause consumer confusion as to the origin of the Skills Sheets, Course, and/or other Course materials, and/or to falsely suggest a connection between Les Dane and/or those that own or control the rights to the Dane Surefire book, and any of Defendants.

94.  PL&A has been harmed and is being harmed by these false designations of origin, in violation of Section 43(a) of the Lanham Act, *15 U.S.C. §1125(a)* resulting in damages and other harms to PL&A.

### Prayer for Relief

THEREFORE, PL&A prays for judgment against all Defendants as follows:

A. Declaring that Defendants' unauthorized conduct violates PL&A's rights under common law, under the Federal Copyright Act, and under the Lanham Act;

B. Immediately and permanently enjoining Defendants, their officers, directors, agents, servants, employees, representatives, attorneys, related companies, successors, assigns, and all others in active concert or participation with them from:

i. copying, summarizing, synopsizing, outlining and republishing the copyrighted Dane Surefire book or any substantial portion thereof, and from providing a course based or part thereof based on the Dane Surefire book, without consent or from otherwise infringing PL&A's exclusive rights in the copyrights or other rights in any manner;

ii. representing or indicating in any manner so as to confuse or be likely to confuse consumers that L. Ron Hubbard and/or WISE and/or CSI and/or RTC and/or L. Ron Hubbard, originated all of the materials in the Course, including but not limited to the Skills Sheets and other Course materials, and the Dane Surefire book; and

iii. representing or indicating in any manner so as to confuse or be likely to confuse consumers Les Dane and/or those who own and/or control the rights to the Dane Surefire book are associated with, sponsor or are otherwise connected to the WISE Course and/or CSI and/or RTC and/or L. Ron Hubbard;

C. Ordering Defendants to account to PL&A for all gains, profits, and advantages derived by Defendants:

i. by and from its infringement of PL&A's exclusive rights in the copyrights or such damages as are proper, and since WISE and/or the other Defendants intentionally infringed such copyrights, for the maximum allowable statutory damages for each violation;

ii. by and from its representing or indicating or leading consumers and/or potential consumers to believe or be likely to believe that L. Ron Hubbard and/or WISE, RTC or CSI, originated all of the materials in the Course, including but not limited to the Skills Sheets and other Course materials, and the Dane Surefire book; and

iii. by and from representing or indicating or leading consumers and/or potential consumers that Les Dane and/or those who own and/or control the rights to the Dane Surefire book are associated with, sponsor or are otherwise connected to the WISE Course and CSI Course;

E. Awarding PL&A actual and/or statutory damages and/or disgorgement of its profits for all Defendants' copyright infringement in an amount to be determined at trial;

F. Awarding PL&A actual damages and/or disgorgement of its profits for all Defendants' false designation of origin in an amount to be determined at trial;

G. Awarding PL&A its costs, reasonable attorneys' fees, and disbursements in this action, pursuant to 17 U.S.C. § 505;

H. Awarding PL&A its costs, reasonable attorneys' fees, and disbursements in this action, pursuant to 15 U.S.C. § 1117(a);

I.  Awarding PL&A pre and post judgment interest; and

J. Awarding PL&A such other and further relief as is just and proper.

Respectfully submitted,

MALIN, HALEY & DiMAGGIO, P.A.

Dated: September _____, 2004

Dale Paul DiMaggio
Florida Bar No. 395,803
dpd@mhdpatents.com
Joseph R. Englander
Florida Bar No. 935565
jre@mhdpatents.com
  Local Counsel for Plaintiff
  1936 South Andrews Ave.
  Ft. Lauderdale, FL 33316
Tel: (954) 763-3303
Fax: (954) 522-6507

LAW OFFICES OF DAVID L. HOFFMAN
David L. Hoffman, Esq
Lead Trial Counsel
27023 McBean Parkway
Valencia, CA 91355

I:\9000\9093\LITIGATE\complaint 3.doc

- 25 -

## DEMAND FOR JURY TRIAL

Peter Letterese and Associates hereby demands a jury by trial.

Respectfully submitted,

LAW OFFICES OF DAVID L. HOFFMAN

David L. Hoffman, Esq.
Legal Trial Counsel
27023 McBean Parkway
Valencia, CA 91355

MALIN, HALEY & DiMAGGIO, P.A.

By: _____
     Dale Paul DiMaggio
     Florida Bar No. 395,803
     Joseph R. Englander
     Florida Bar No. 935,565
     Local Counsel for Plaintiff
     1936 South Andrews Ave.
     Ft. Lauderdale, FL 33316
     Tel: (954) 763-3303
     Fax: (954) 522-6507

I:\9000\9093\LITIGATE\DEMAND FOR JURY TRIAL.doc

# Exhibit  A

Aug 31 2004 8:34AM Law Offices of David L. M 6617...

*LIBRARY OF CONGRESS*

# Copyright Office
## of the United States

*WASHINGTON, D.C.*

## ADDITIONAL CERTIFICATE OF REGISTRATION
## OF A CLAIM TO COPYRIGHT



THIS IS TO CERTIFY THAT THE STATE-
MENTS SET FORTH IN THE ATTACHED
HAVE BEEN MADE A PART OF THE
RECORDS OF THE COPYRIGHT OFFICE
WITH CLAIM OF COPYRIGHT REGIS-
TERED UNDER NUMBER
**A 231800**

IN TESTIMONY WHEREOF,
THE SEAL OF THIS OFFICE IS
AFFIXED HERETO ON

**May 19, 2004**

*Mary L.H. Peters*

~~REGISTER OF COPYRIGHT~~
~~United States of America~~

**REGISTER OF COPYRIGHTS**

C-731 June 1999 — 10,000

A

Was registration for the foreign edition made in the U.S.

Date of first publication of foreign edition ........................

Page 1

# Application for Registration of a Claim to Copyright
## in a published book manufactured in the United States of America

**FORM A**

| CLASS | REGISTRATION NO. |
|---|---|
| **A** A | **231800** |
| | DO NOT WRITE HERE |

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be **SIGNED** at line 10 and the **AFFIDAVIT** (line 11) **must be COMPLETED AND NOTARIZED.** The application should not be submitted until after the date of publication given in line 4, and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies. Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with 2 copies of the best edition of the work and the registration fee of $6. Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). Ordinarily the name(s) should be the same as in the notice of copyright on the copies deposited.

Name .... PARKER PUBLISHING COMPANY, INC.

Address .... WEST NYACK, NEW YORK

Name ....

Address ....

**2. Title:** .... BIG LEAGUE SALES CLOSING TECHNIQUES
(Give the title of the book as it appears on the title page)

**3. Authors:** Citizenship and domicile information must be given. Where a work was made for hire, the employer is the author. The citizenship of organizations formed under U.S. Federal or State law should be stated as U.S.A. Authors may be editors, compilers,
translators, illustrators, etc., as well as authors of original text. If the copyright claim is based on new matter (see line 5) give requested information about the author of the new matter.

Name .... LES DANE (W+Ch) .... Citizenship .... U.S.A.
(Give legal name followed by pseudonym if latter appears on the copies) .... (Name of country)

Domiciled in U.S.A. Yes .. X .. No .......... Address .... Wadmalow Island, South Carolina 29487

Name ....
(Give legal name followed by pseudonym if latter appears on the copies) .... Citizenship .......... (Name of country)

Domiciled in U.S.A. Yes .......... No .......... Address ....

Name ....
(Give legal name followed by pseudonym if latter appears on the copies) .... Citizenship .......... (Name of country)

Domiciled in U.S.A. Yes .......... No .......... Address ....

**4. Date of Publication of This Edition:** Give the complete date when copies of this particular edition were first placed on sale, sold, or publicly distributed. The date when copies were made or
printed should not be confused with the date of publication. **NOTE:** The full date (month, day, and year) must be given. For further information, see page 4.

APRIL 7, 1971
(Month) .... (Day) .... (Year)

➤➤ **(NOTE: Leave line 5 blank unless the following instructions apply to this work.)** ◄◄

**5. New Matter in This Version:** If any substantial part of this work has been previously published anywhere, give a brief, general statement of the nature of the new matter published for the first
time in this version. New matter may consist of compilation, translation, abridgment, editorial revision, and the like, as well as additional text or pictorial matter.

....

➤➤ NOTE: | Leave line 6 blank unless there has been a PREVIOUS FOREIGN EDITION in the English language. | ◄◄

**6. Book in English Previously Manufactured and Published Abroad:** If all or a substantial part of the text of this edition was previously manufactured and published abroad in the English language, complete the following spaces:

Date of first publication of foreign edition ..........................
(Year)

Was registration for the foreign edition made in the U.S. Copyright Office? Yes .......... No ..........

| EXAMINER |

7. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:

PRENTICE-HALL, INC.

8. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name ............ PRENTICE-HALL, INC. ............ Address ENGLEWOOD CLIFFS, NEW JERSEY

9. Send certificate to:

(Type or
print       Name     PRENTICE-HALL, INC., PEARL PARATORE, COPYRIGHT EDITOR
name and
address)   Address   BOX 901
                     (Number and street)

           ENGLEWOOD CLIFFS        NEW JERSEY        07632
              (City)                 (State)         (ZIP code)

10. **Certification:** (NOTE: Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

*Mary D. [signature]*

(Signature of copyright claimant or duly authorized agent)

11. **Affidavit (required by law.)** Instructions: (1) Fill in the blank spaces with special attention to those marked "(X)." (2) ... the affidavit before an officer authorized to administer oaths within the United States, such as a notary public. (3) Have the off... and seal the affidavit and fill in the date of execution.

NOTE: The affidavit must be signed and notarized only *on or after* the date of publication or completion of printing which is... The affidavit *must* be signed by an individual.

I, the undersigned, depose and say that I am the

☐ Person claiming copyright in the book described in application;

STATE OF ............ NEW JERSEY ............     ☒ Duly authorized agent of the person or organization claiming
                                          *ss:*      copyright in the book described in this application;
COUNTY OF ............ BERGEN ............           ☐ Printer of the book described in this application.

That the book was published or the printing was completed on: (X)   APRIL 7, 1971
                                                                 (Give month, day, and year)

That, of the various processes employed in the production of the copies deposited, the setting of the type was performed w... limits of the United States or the making of the plates was performed within the limits of the United States from type set ther... the lithographic or photoengraving processes used in producing the text were wholly performed within the limits of the United St... and that the printing of the text and the binding (if any) were also performed within the limits of the United States. That s... setting, platemaking, lithographic or photoengraving process, printing, and binding were performed by the following establish... individuals at the following addresses:
(GIVE THE NAMES AND ADDRESSES OF THE PERSONS OR ORGANIZATIONS WHO PERFORMED SUCH TYPESETTI... OR PLATEMAKING OR LITHOGRAPHIC PROCESS OR PHOTOENGRAVING PROCESS OR PRINTING AND BINDING, ETC...

Names (X) ...... THE BOOK PRESS, INC. ...... Addresses (X) ...... BRATTLEBORO, VERMONT

*Mary D. [signature]*

(Signature of affiant)

(Sign and notarize only on or after date given above)

Subscribed and sworn to before me this ............ 16th
                 affirmed

day of ............ APRIL ............, 19 71

*R M [signature]*

(Signature of notary)

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application and affidavit received<br><br>APR 22 1971<br>Two copies received<br><br>APR 22 1971<br>Fee received<br><br>Renewal<br>R 797-552 | |

PAGE 2

# Exhibit  B

# Exhibit  C



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.



THIS IS TO CERTIFY THAT THE ATTACHED
IS A TRUE COPY OF THE INSTRUMENT RE-
CORDED IN THE COPYRIGHT OFFICE REC-
ORDS IN VOLUME

__3465__

PAGE(S)

__380__

ON   __2Feb01__

IN  TESTIMONY  WHEREOF,
THE SEAL OF THIS OFFICE
IS AFFIXED HERETO ON

__May 17, 2004__

*Mary beth Peters*

**REGISTER OF COPYRIGHTS**
**United States of America**
REGISTER OF COPYRIGHTS

C-687  OCTOBER 2002 – 2000

C





Hug 31 2004 8:38MM   Law Offices of David L. M  6617   5591                          P.12

*Copyright*
*Office*
*of the*
*United*
*States*

THE
LIBRARY
OF
CONGRESS

# Certificate of Recordation

THIS IS TO CERTIFY THAT THE ATTACHED DOCU-
MENT WAS RECORDED IN THE COPYRIGHT OFFICE
ON THE DATE AND IN THE PLACE SHOWN BELOW.

THIS CERTIFICATE IS ISSUED UNDER THE SEAL OF THE COPYRIGHT OFFICE.

| DATE OF RECORDATION |
| 2Feb01 |

| VOLUME | PAGE |
|--------|------|
| 3465 | 380 |

| VOLUME | PAGE |
|--------|------|

OFFICIAL SEAL

*Marybeth Peters*

Register of
Copyrights and
Associate
Librarian for
Copyright
Services

Certificate of Recordation
CO:c2 June 2000—30,000

Aug 31 2004 8:38AM   Law Ffices of David L. H  6617  J391                        p.13

## DOCUMENT COVER SHEET

**For Recordation of Documents**
UNITED STATES COPYRIGHT OFFICE

**RECEIVED**

FEB 5 2001

**DOCUMENT SECTION**

11953747

DO NOT WRITE ABOVE THIS LINE.

DATE OF RECORDATION
Assigned by Copyright Office

FEB 02 2001

| Month | Day | Year |

Volume  V 3465  Page  387

Volume _____  Page _____

REMITTANCE _____

FUNDS RECEIVED _____

**To the Register of Copyrights:**
*Please record the accompanying original document or copy thereof.*

**1**  NAME OF THE PARTY OR PARTIES TO THE DOCUMENT, AS THEY APPEAR IN THE DOCUMENT.

Party 1:  Lois B. Dane
(See attached for additional names)  (address)

Party 2:  Peter Letterese & Associates, Inc.
5000 S.W. 148th Avenue
Ft. Lauderdale, Florida 33330

**2**  DESCRIPTION OF THE DOCUMENT:
☒ Transfer of Copyright      ☐ Termination of Transfer(s) [Section 304]      ☐ Transfer of Mask Works
☐ Security Interest          ☐ Shareware                                     ☐ Other _____
☐ Change of Name or Owner    ☐ Life, Identity, Death Statement [Section 302]

**3**  TITLE(S) OF WORK(S), REGISTRATION NUMBER(S), AUTHOR(S), AND OTHER INFORMATION TO IDENTIFY WORK.

| Title | Registration Number | Author |
|---|---|---|
| BIG LEAGUE SALES CLOSING | A: 231800 | Les Dane |
| TECHNIQUES aka SUREFIRE SALES | | |
| CLOSING TECHNIQUES aka EFFECTIVE | | |
| SALES CLOSING TECHNIQUES | | |

Additional sheets attached?
☒ yes
☐ no
If so, how many? 1

**4**  ☒ Document is complete by its own terms.
      ☐ Document is not complete. Record "as is."

**5**  Number of titles in Document: _____

**6**  Amount of fee enclosed or authorized to be charged to a Deposit Account _____

**7**  Account number  DA: 74497
      Account name  Cleary & Komen, LLP

**8**  Date of execution and/or effective date of accompanying document  December 31, 1993
      month   day   year

**9**  AFFIRMATION:* I hereby affirm to the Copyright Office that the information given on this form is a true and correct representation of the accompanying document. This affirmation will not suffice as a certification of a photocopy signature on the document.

Peter Letterese  Signature
6-25-99  Date

**10**  CERTIFICATION: * Complete this certification if a photocopy of the original signed document is submitted in lieu of a document bearing the actual signature.

I certify under penalty of perjury under the laws of the United States of America that the accompanying document is a true copy of the original document.

Peter Letterese  Signature
Peter Letterese & Associates, Inc.
Duly Authorized Agent of
6-25-99  Date

MAIL RECORDATION TO:

Name ▼
Cleary & Komen, LLP (Attn: Edwin Komen)

Number Street Apartment Number ▼
600 Pennsylvania Avenue, S.E. - Suite 200

City State ZIP ▼
Washington, D.C. 20003

YOU MUST
• Complete all necessary spaces
• Sign your cover sheet in space 9

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Two copies of the Document Cover Sheet
2. Fee in check or money order payable to Register of Copyrights
3. Document

MAIL TO:
Documents Unit, Cataloging Division
Copyright Office, Library of Congress
Washington, D.C. 20559

## ADDITIONAL GRANTORS:

Lois Dane Richter
Leslie Achilles Dane, Jr.
Elizabeth Dane Shook
John Bentz Dane
Jennifer Michelle Dane
Malcolm Ezra Dane
c/o Peter Letterese & Associates, Inc.
5000 SW 148th Avenue
Ft. Lauderdale, FL 33330

V3465 D380
Page 1

# AGREEMENT

This agreement, made and entered into as of this __31ˢᵗ__ day of December, 1993,

by and between PETER LETTERESE & ASSOCIATES, INC., a Florida corporation, having

its principal place of business at 5000 S.W. 148TH AVENUE, FORT LAUDERDALE, FL,

33330, to be referred to in this agreement as "PLA," and MRS. LOIS B. DANE, whose

address is 6992 MAYBANK HIGHWAY, WADMALAW ISLAND, SC, 29487, to be

referred to in this agreement as "LBD."

Since, LBD states that she is the owner of the rights to, titles to and interests in the

copyrights of the materials described in Section 1 below, that have been registered in any part

of the world.

Since, LBD states that she is the owner of the rights to, titles to and interests in the

copyrights of the materials described in Section 1 below, for every part of the world where

that have not been registered and/or published.

Since, PLA desires to become licensed to make exclusive use of all of LBD's rights,

titles and interests.

Now, because of the above, for consideration (the exchange of something valuable )

and with the exchanging of promises and guarantees, all of which are described below, the

parties agree as follows:


PL                                      LBD

V3465 D380

V3465 D380
Page 2

Dane/PL&A, Inc.
Agreement
Page 2

Note:  This document is being written as nearly as possible in plain English.  There will be very few references to legal terms, but the agreement should be understood to carry the full weight and meaning that the appropriate legal terms would give it.  Any terms that might be misunderstood by a non-lawyer will be defined in a section directly following this note.

DEFINITIONS:  These are included to avoid any misunderstanding between LBD and PLA of the terms used in this document.

**Artificial person:**  A corporation is considered by the law to be an artificial person.

**Assignment:**  The legal transfer of some property, right, etc.

**Assign:**  To transfer or hand over (some property, right, etc.) legally.

**Breach:**  Exists where one party to a contract fails to carry out a term, promise, or condition of the contract.

**Challenge to the copyright:**  To question formally the legality of the copyright or legal qualifications of the copyright holder.

**Compensated usage:**  A use for which money, products or services have been received in exchange.

**Copyright:**  The right to copy a piece of original work by an author or artist.

**Cure:**  Used with the terms breach or default as in "cure the breach" or "cure the default."  This means to correct whatever it was that breached the contract or whatever was considered a default of the contract.  Usually, "cure" is used to indicate that the party that breached or defaulted on the contract has corrected the problem within the time

PL               LBD

Aug 31 2004 8:40AM   Law Frices Of David L. H   6617   J331                    P.17

V3465 D380
Page 3

Dane/PL&A, Inc.
Agreement
Page 3

limits of the contract.  Generally, a "cure" would continue a contract that would

otherwise be terminated, because of this, if the time limit of the contract has run out,

the correction of the problem will not, usually, be considered a "cure" since the

contract will have already been terminated for other reasons.

**Default:** To fail to do something or appear somewhere when due.

**Exclusive license:**  Permission to do or use something and the promise not to give anybody

else permission to do or use it in the same way.

**Execution:**   The signing of a document.  A document is executed when the party who is to

be bound by the document has signed the document.  That means that if A and B draw

up a contract and A *executes* it but B does not, B can hold A to the letter of the

contract if B has an *executed* copy of the contract (if A never turns over the *executed*

copy to B, then B has no proof that A ever *executed* the contract).  A, though cannot

hold B to the contract because B has not *executed* the contract.

**Guarantee:**  A promise to replace, repair or return the money for an item purchased if it is

not just the way the seller represented it to be.

**Inability:**  To be totally unable, at any cost, to deliver what was promised.

**Infringement:**  An invasion of the rights being licensed in this agreement.

**Interests:**  Any share or part in properties, businesses, actions or activities owned by a

person.

**License:**  Fact or condition of being permitted to do something.

**Mark:**  The sign, writing or ticket put upon goods to distinguish them from others, usually

appearing as a "trade-mark."

PL                                     LBD

Aug 31 2004 8:40AM   Law Offices Of David L. H 6617   J391                                    p.18

V3465 D38O
Page 4

Dane/PL&A, Inc.
Agreement
Page 4

**Publication in original form:** The publication of a book as a book. The publishing of an

article as and article. The conversion of a book into a workbook is not publication in

original form. The legal term for "publication in original form" is "primary

publication."

**Receiver:** A person appointed by law to take charge of the property of another.

**Registered:** Entered or recorded in some official register, record or list of similar items.

**Rights:** Claims, titles or privileges that are lawful.

**Royalties:** A share of the income or profits paid to the owner of a copyright for the use of

that copyright.

**Service mark:** The mark or symbol used by a business or organization to distinguish its

services from the services of others.

**Sublicense:** Where one who has received a license to a copyright gives a part of those rights

to a third party.

**Successor:** One who takes the place that another has left. Usually it is following a death.

For corporations it is usually when one corporation assumes the rights and burdens of

another corporation.

**Terminate:** Bring to an end, put an end to, conclude.

**Title:** A legal right to the possession of property. A copyright is considered to be property.

**Trademark:** The mark, picture, name, word, symbol, etc. owned and used by a

manufacturer or merchant to distinguish his goods from the goods of others.

**Trustees:** A person or group who are appointed to manage the affairs of another individual,

business, etc.

PL                                      LBD

Aug 31 2004 8:40AM   Law offices of David L. H  6617      351                    P.19

V3465 D380
Page 5

Dane/PL&A, Inc.
Agreement
Page 5

**Unregistered:** Not entered or recorded in some official register, record or list of similar

items.

**Warranty:** A promise or pledge that something is what it is claimed to be.

**Worldwide:** Spread throughout the world.

### SECTION 1:  SUBJECT OF THE AGREEMENT

1.      The subject matter of this agreement is the complete body of literary and other

work created by the author, Les Dane, during his lifetime which are owned by LBD.  This

includes all published, recorded, written, filmed, taped, transcribed, oral, notated, outline,

stenographic, etc. work produced by Mr. Dane throughout the course of his life with the

exception of those rights licensed to Prentice Hall, Inc.  And, in the event that any such

rights so licensed to Prentice Hall, Inc. shall revert to LBD, or are the subject of copyright

renewal, or otherwise become available, those rights will be included in and as part of the

subject matter of this agreement.

### SECTION 2:  LBD'S WARRANTY OF TITLE

1.      LBD states and swears that she is the sole owner of the registered and

unregistered copyrights to Les Dane's total lifetime output as described in Section 1 above in

the United States and throughout the world.

2.      LBD also states and swears that she and her children, Lois Dane Richter,

Leslie Achilles Dane Jr., Elizabeth Dane Shook, John Bentz Dane, Jennifer Michelle Dane,

PL                                    LBD

and Malcolm Ezra Dane, have the right to file for any renewal of the copyrights that may be necessary during the course of this agreement in the United States and throughout the world.

    3.      LBD shall furnish PLA with proof of the renewal of the copyrights or proof of the date by which the renewal must be filed.

    4.      LBD also states and swears that she has the full right to enter into this agreement.

### SECTION 3:  SCOPE OF THE LICENSE

    1.      This agreement is specifically for the granting of a license to PLA for the use of the material in Section 1.

    2.      This license is to be an exclusive license for the use of the Section 1 material throughout the world, in all languages, for the life of the copyright and the renewal copyrights..

    3.      The interest contained within this license specifically excludes the rights being licensed to Prentice Hall, Inc. and not being available to PLA through LBD.

    4.      The geographic area of the license is for worldwide rights not to be limited by any geographic, political or other boundary.

    5.      The license specifically includes, but is not limited to, the right to:

        i.      The exclusive license, during the life of the copyright and the renewal copyrights, to all rights of every nature, throughout the world, whether now existing or hereafter developed in EFFECTIVE SALES CLOSING TECHNIQUES to the extent the undersigned own or control the

PL                        LBD

Aug 31 2004 8:41AM   Law ffices Of David L. H  6617  J331                        p.21

V3465 D3&0
Page 7

Dane/PL&A, Inc.
Agreement
Page 7

editions, translations, audio and electronic, and the right to the use of

the name and likeness of Les Dane in connection with seminars,

lectures and other applications.

ii.   The full and exclusive rights to STRIKE IT RICH SALES

PROSPECTING that would include:

(1)   Publishing in hard and soft cover,

(2)   Workbooks and any other derivative works,

(3)   Full electronic rights for all platforms including interactive

technology,

(4)   Full audio rights for all formats including interactive technology,

(5)   Full video rights for all formats including interactive technology,

(6)   Full use of the name and image of Les Dane as the author,

(7)   Full performance rights including seminars and lectures.

iii.  The full and exclusive rights to LES DANE'S MASTER SALES

GUIDE that would include:

(1)   Publishing in hard and soft cover,

(2)   Workbooks and any other derivative works,

(3)   Full electronic rights for all platforms including interactive

technology,

(4)   Full audio rights for all formats including interactive technology,

(5)   Full video rights for all formats including interactive technology,

(6)   Full use of the name and image of Les Dane as the author,

PL                          LBD

Aug 31 2004 8:42AM   Law ffices of David L. H  6617.  551                    P.22

                                                                    Agreement
                                                                    Page 8

(7)     Full performance rights including seminars and lectures.

iv.     The full and exclusive rights to AMATEURS DON'T MAKE A DIME
        SELLING HARDGOODS: 14 STEPS TO BIG MONEY SUCCESS that
        would include:

        (1)     Publishing in hard and soft cover,

        (2)     Workbooks and any other derivative works,

        (3)     Full electronic rights for all platforms including interactive
                technology,

        (4)     Full audio rights for all formats including interactive technology,

        (5)     Full video rights for all formats including interactive technology,

        (6)     Full use of the name and image of Les Dane as the author,

        (7)     Full performance rights including seminars and lectures.

v.      LBD grants to PLA the right to be the exclusive world-wide
        representative of LBD and/or the estate of Les Dane for all rights to the
        works of Les Dane owned by LBD and/or the estate of Les Dane now
        and in the future.  This grant of rights includes the full power to act in
        LBD and/or the Estate's behalf regarding the works of Les Dane, in
        copyright, in renewal copyright and in all contracts including but not
        limited to the Prentice Hall, Inc. contract.

vi.     The full and exclusive rights to any and all other works of Les Dane
        now owned by LBD and/or the estate and any and all works of Les

PL                                      LBD

Aug 31 2004 8:42AM   Law   Frices Of David L. M   6617   391                    p.23

V3465 D380                          Dane/PL&A, Inc.
Page 9                                   Agreement
                                          Page 9

Dane that may be discovered in the future that are not covered by the

above grants.

vii..    Included in the rights being granted is the right to translate any and all

of the works from the English original into any and all languages.  It is

understood that this right includes the right to publish that translation in

any and all countries of the world.

6.    PLA also obtains the right to sublicense the above rights.

## SECTION 4:  TRANSFER OF INFORMATION

1.    Upon the execution of the agreement, LBD shall furnish PLA with the

materials described in Section 1.  The materials need not be the original manuscripts, notes,

etc. but must be exact duplicates of the originals.  Photocopies and clear copies of tapes will

be acceptable.

2.    If there is a lack of clarity in any of the copied material, LBD shall furnish

PLA with the original for a period  long enough to allow the creation of a clear copy.  Once

the illegible or undeciferable section is.clarified, the original shall be returned to LBD by

PLA.

## SECTION 5:  TRADEMARKS AND SERVICE MARKS

1.    The license also includes the right to use the name and image of Les Dane in

any and all promotional materials, packaging, advertising and marketing campaigns for the

products and services listed earlier in this paragraph.

PL                                    LBD

V3465 D380
Page 10                                    Page 10

2.      Both LBD and PLA understand that although the surname of "Dane" itself
cannot be trademarked unless it has come to have a unique secondary meaning, the full name
. of "Les Dane" can be trademarked.

3.      This license is to include the right to use the name and image of Les Dane in
the trademarks and service marks of PLA so as to promote the products and services that
directly use Les Dane's works.  Examples of such usage are: Les Dane Sales Seminars, Les
Dane Sales Workshops, The Les Dane Method, Les Dane Video Workshops, etc.

4.      PLA will be solely responsible for the costs of such trademarking and service
marking.

5.      PLA will be responsible for the defense of such trademarks and service marks.

6.      LBD will not license or allow any other person or firm to trademark the name
or image of Les Dane.  The pursuit of any violators of the trademarks or service marks will
be conducted by PLA with the complete cooperation of LBD as is outlined in Section 9:
Litigation, below.  It should be noted here that LBD is not liable for the costs of such
litigation but only for help with information, testimony, etc.

## SECTION 6:  THE EXCHANGE FOR THE LICENSE (CONSIDERATION)

1.      At the time of signing this agreement, PLA shall pay to LBD the sum of ONE
dollar ($1.00).  This payment is not to be refunded for any reason other than LBD's inability
to grant the rights described in this agreement.  This payment is not to be credited against any
future royalties.  This payment is to be understood to be a full payment for the exclusive use
of the materials described above.

PL                                         LBD

V3465 D380
Page 11

Agreement
Page 11

2(a).   PLA shall make royalty payments to LBD.  These payments will be two and

one half percent (2½%) of the received, seminar and consultancy generated, gross income

and ten percent (10%) of the gross income received from any other compensated use of the

licensed materials.  This would include but not be limited to all of the uses listed in Section 3

Paragraph 5 above.

(b).   These payments shall be made on a weekly basis for those weeks in which

there is compensated usage.  At LBD's request a weekly notice of the compensated usage will

be furnished by PLA to LBD.  A "week" being defined as  from 2:00pm Thursday to 2:00pm

of the following Thursday.  The payment and/or the notice is to be mailed by first class

United States mail on the Wednesday following the week-ending Thursday.  The payments

and/or notice are to be mailed to the address of LBD listed above.

(c).   PLA shall also include in the income used to calculate the royalty payments all

income received from any subsidiaries or sublicensees of the Section 1 material.


## SECTION 7:  BOOKKEEPING AND RECORDS

1.   PLA shall keep and shall require its subsidiaries and sublicensees to keep books

and records that contain a complete and accurate record of all the data necessary to compute

the royalties payable under this agreement.

2.   These books shall be available for inspection upon prior written notice of not

less than five (5) business days at PLA's regular place of business during PLA's regular

business hours.  The expenses of such a trip shall be borne by LBD.  LBD will be allowed to


PL                              LBD

V3465 D380
Page 12

copy the information in the books and records solely to ensure that proper royalties have been paid.

3.   If PLA is given written notice more than five (5) business days in advance, LBD will be allowed to have the Section 7 Paragraph 2 inspection done by a Certified Public Accountant of LBD's choosing.  The costs of the accountant, any travel, etc. are to be paid by LBD.

## SECTION 8:  COPYRIGHT RENEWAL

1.   LBD shall be responsible for maintaining the copyrights or renewal copyrights on the materials in Section 1 in a current state.  To accomplish this, PLA as agent for LBD shall retain an attorney specializing in copyright law.

## SECTION 9:  LITIGATION

1.   PLA shall have the right, at its own expense, to enforce the copyrights or renewal copyrights against any person, natural or artificial, who infringes upon any of the licensed copyrights or renewal copyrights.  If PLA takes such action, it must consult with LBD to determine strategy, tactics, timing and the compensation to be sought.  If there is a challenge to the copyrights or renewal copyrights and if PLA chooses to pursue the challenge, LBD is not committed to bear any cost of the litigation but may do so if she desires.  But, LBD is committed to help with facts, documents, testimony and information as needed.  Any compensation won shall have the expenses of fighting the challenge deducted and the balance

PL                                      LBD

shall be apportioned as though it were "any other compensated use" income in Section 6 Paragraph 2(a).

2.    PLA shall also have the right, at PLA's expense, to defend (including, at its discretion, the taking of appeals) any action, suit or proceeding instituted against PLA based on any claim that any licensed product or service or its manufacture or sale constitutes an infringement of any copyrights or renewal copyrights of the United States or of another country.  LBD shall actively cooperate with and assist PLA in the defense of any such action, suit or proceedings and shall have the right to be represented by counsel at LBD's expense. LBD is not committed to bear any cost of the litigation but may do so if she desires.  But, LBD is committed to help with facts, documents, testimony and information as needed.

3.    In the event PLA elects not to proceed to restrain infringement of a copyright or renewal copyright  included within the licensed copyrights or renewal copyrights within six (6) months after PLA has received written notification from LBD of such infringement, LBD may, at her own expense, start an action to restrain such infringement.  The proceeds from such a suit, action or proceeding shall not be considered income under Section 6 Paragraph 2(a) and PLA shall have no claim against such proceeds.


**SECTION 10: WARRANTIES EXPRESSLY NOT GIVEN**

1.    Nothing contained in this document shall be construed by LBD or PLA as a guarantee or warranty on the part of the LBD or PLA with respect to the results to be obtained by the use of the copyrights or renewal copyrights licensed in this document.


PL                          LBD

Aug 31 2004 8:44AM   Law ffices Of David L. H  6617   391                           P.28

2.     Nothing contained in this document shall be construed by LBD or PLA as a guarantee or warranty on the part of the LBD or PLA that anything made, used or sold under the license in this document will be free from infringement of the copyrights or renewal copyrights by third parties.

V3465 D380
Page 14

## SECTION 11: NOTICE

1.     For notice to be effective it must be in writing and sent by United States mail, certified, return receipt requested, postage prepaid, to the address stated above for the recipient.

2.     Either party may notify the other, in the manner above set forth, of any other address to which notices may be addressed to it under this agreement.

## SECTION 12: TERMINATION

1.     If PLA becomes bankrupt and/or if the business of PLA is placed in the hands of a receiver or trustee, whether by the voluntary act of the PLA or otherwise, this agreement shall immediately terminate.

2.     Upon any breach of this agreement or default on the terms of this agreement by PLA, LBD will have the option to terminate this agreement after having given ninety (90) days notice in writing as described in Section 11 Paragraph 1 above.  LBD may terminate this agreement at the end of those ninety (90) days if and only if PLA has not cured the breach or default of the agreement.

PL                                  LBD

Aug 31 2004 8:44AM   Law  ffices Of David L. H  6617. J391                    p.29

V3465 D380                          Agreement
Page 15                             Page 15

3.     PLA's failure to pay royalties as described in Section 6 Paragraphs 2(a-c) shall

be considered a default and in such a situation the cancelling of the license will not end

LBD's claim to the royalties owed.

4.     PLA may terminate the license upon six (6) months notice according to Section

11 Paragraph 1.

5.     After the agreement is terminated, all income from sublicensees in effect at the

time of termination but continuing after termination, earned after the date of termination,

shall continue to be paid as provided by this agreement.


## SECTION 13:  TERM OF THE LICENSE

1.     The license that is the subject of this agreement shall be for the life of the

copyrights and renewal copyrights, as long as PLA pays a minimum of one thousand dollars

($1,000.00) in royalty payments, as covered by this agreement, per calendar year.


## SECTION 14:  THE TERM OF THE AGREEMENT

1.     The term of the agreement is the same as the term of the license. That term is

for the life of the copyrights and renewal copyrights, as long as PLA pays a minimum of one

thousand dollars ($1,000.00) in royalty payments, as covered by this agreement, per calendar

year.


## SECTION 15:  MISCELLANEOUS PROVISIONS

1.     The rights granted under this agreement shall be enforceable upon LBD, her

PL                                   LBD

V3465 D380                                    Dane/PL&A, Inc.
Page 16                                            Agreement
                                                   Page 16

successors in the ownership of the copyrights and anyone the copyrights may be assigned to.

The rights granted under this agreement shall come into force upon PLA, its successors in the

ownership of the whole business or any assignees of the ownership of the whole business who

may acquire this license as part of the transfer of the part of PLA's entire business to which

this agreement relates.  Prompt notification of any such assignment shall be given to the other

party to this agreement according to Section 11 Paragraph 1 above.

     2.     No amendment or modification of this agreement shall be binding unless it is in

writing and signed by both parties or their properly authorized officer or representative.

     3.     This agreement, to the extent that it does not fall under the COPYRIGHT ACT

OF 1976 (17 United States Code Annotated, Sections 101-810), shall be construed according

to the laws of the State of Florida and is subject to the applicable tax laws of the United

States and any political subdivision of the United States.

### SECTION 16:  MEDIATION OF DISPUTES

     1.     All disputes that are not resolvable by the parties shall be submitted to non-

binding mediation by a mediator who is agreed upon by both LBD and PLA.

PL          LBD

Hug 31 2004 8:45HM    Law  Offices of David L. H  6617? /391                                    P.31

V3465 D380
Page 17

Agreement
Page 17

## SECTION 17: EXECUTION OF THE AGREEMENT

To show their agreement, the parties to this agreement have placed their original signatures below and have caused this agreement to be fully executed as of the day and year first written above.

_3 Dec '93_
Date

_3 Jan 94_
Date

_Lois B. Dane_
Mrs. Lois B. Dane

_Peter Letterese_
Peter Letterese, Chief Executive Officer
Peter Letterese & Associates, Inc.

Ratified and agreed with respect to all Les Dane copyrights renewed and to be renewed:

_Lois Dane Richter_
Lois Dane Richter                            Dated _12-30_ , 19_93_

_Leslie Achilles Dane_
Leslie Achilles Dane Jr.                     Dated _12-30_ , 19_93_

_Elizabeth Dane Shook_
Elizabeth Dane Shook                         Dated _17 Dec_ , 19_3_

_John B. Dane_
John Bentz Dane                              Dated _12-30_ , 19_93_

_Jennifer Michelle Dane_
Jennifer Michelle Dane                       Dated _12-31_ , 19_93_

_Malcolm Ezra Dane_
Malcolm Ezra Dane                            Dated _12-31_ , 19_93_

# Exhibit  D

Aug 31 2004 8:45AM    Law Offices Of David L. M    6617753391            P.33

Jan 24 03 04:11p        peter letterese            19544343479           P.2

# POWER OF ATTORNEY

### Lois B. Dane/Peter Letterese

**Note:** This power of attorney is being written as nearly as possible in plain English. There will be very few references to legal terms, but this power of attorney should be understood to carry the full weight and meaning that the appropriate legal terms would give it. Any terms that might be misunderstood by a non-lawyer will be defined in a section directly following this note.

**DEFINITIONS:** These are included to avoid any misunderstanding, by the signors, of the terms used in this power of attorney.

**Attorney-in-Fact:** A person (not necessarily an attorney) who is granted the power to act in the name and in the place of the person granting the power.

**Exploitation:** To employ to the greatest possible advantage.

**Good Faith:** A total absence of any intention to seek an unfair advantage or to defraud another person.

**Life (of an agreement or right):** That period of time after an agreement has been signed and before it has terminated.

**Remains in force:** Has not been terminated. An agreement that remains in force is one that has been signed and has not been terminated.

**Terminated:** Concluded, ended.

D

Aug 31 2004 8:46AM   Law   Ffices Of David L. M   661   5U351   p.34

Jan 24 03 04:11p   peter letterese   19544343479   p.3

I, LOIS B. DANE, am a legal resident of the street address, city, and state which appears under my name where I signed it below. As part of the agreement of December 31, 1993, I agreed that for the benefits I or my family will receive from that agreement I would sign this power of attorney. With this power of attorney I appoint Peter Letterese, or a person he designates, as my attorney-in-fact. As my attorney-in-fact, Peter Letterese, or the person he designates, is to act, in his own name and in my name, on my behalf and in my place, to exclusively manage, control, and conduct all business, of whatever kind, related to or affecting my rightful portion of the copyright, literary and trademark rights of the late Leslie Achilles Dane (credited as author under the name Les Dane), to the extent I might have any rights, interest or control now or in the future, for as long as the agreement of December 31, 1993 remains in force. Included in this power of attorney is all interest in the works of Les Dane inherited or to be inherited by me from Leslie Achilles Dane, including, but not limited to, all titles listed and described in the agreement of December 31, 1993. This power of attorney transfers to Peter Letterese, or the person he designates, all rights, interest or control I may have in connection with such rights for the life of the December 31, 1993 agreement.

I grant to my attorney-in-fact full and exclusive power and authority to perform every act that is necessary and proper in the exercise of the copyrights and trademarks of Les Dane to the extent of any rights, interest or control, that I may have, as fully as I might do so or could do so myself if I were personally present, approved and confirmed all that my attorney-in-fact shall lawfully do or cause to be done by virtue of this power of attorney, so long as the December 31, 1993 agreement remains in force.

Aug 31 2004 8:46AM   Law Offices of David L. M  66. 750391        p.35
Jan 24 03 04:12p     peter letterese                19544343479      p.4

Power of Attorney                    - 3 -              Lois B. Dane/Peter Letterese

To elaborate, the rights, powers, and authority of my attorney-in-fact under this power of attorney are coupled with an interest, that interest is described in the agreement of December 31, 1993 and this power of attorney remains in effect only as long as the interest it is coupled with has not terminated.   The rights, powers, and authority of my attorney-in-fact under this power of attorney shall be irrevocable and perpetual for the life of the December 31, 1993 agreement. They shall include, but are not limited to, the following:

1. Exploitation of the works of Les Dane in all media, formats and uses;

2. Control and management of all copyright renewals and extensions;

3. The power and authority, for as long as the December 31, 1993 agreement remains in effect, to negotiate, arrange, sign, acknowledge, agree to and physically deliver all contracts for the sale, leasing, licensing, sublicensing or other disposition of any literary or other works owned or controlled by me, and of any subsidiary rights within those works, including but not limited to, electronic rights, television rights, motion picture rights and the rights to all processes invented from this moment forward, on such terms and conditions as my attorney-in-fact shall consider to be proper with respect to any one or more of such works,  in the United States and in all countries throughout the world, for any period.

I do make and declare this power of attorney to be irrevocable and exclusive unless specifically revoked or limited in whole or in part by mutual agreement between myself and my appointed attorney-in-fact or unless revoked by termination of the agreement of December 31, 1993. By doing this I renounce all right for myself to perform any of the acts or exercise any of the rights described and explained in this power of attorney and I

Power of Attorney                              - 4 -                    Lois B. Dane/Peter Letterese

renounce all right to unilaterally revoke this Power of Attorney for the duration of the

agreement of December 31, 1993.

     I further declare that this power of attorney shall remain in force, as long as the

agreement of December 31, 1993 remains in force, should I suffer a mentally disabling injury

or illness, or in the event of my unforeseen death, with the mutually acknowledged

understanding that Peter Letterese, or the person he designates as my attorney-in-fact, shall act

in good faith on behalf of the best interests of my heirs as fully as I might or could do if

personally present. Peter Letterese or the person he designates may at all times act

completely and arbitrarily within his own discretion without resort to any consent or

confirmation and without apparent conflict of interest.

     I authorize and expect Peter Letterese to file this power of attorney in the

United States Copyright Office so as to confirm the authority and control irrevocably invested

in Peter Letterese or the person he designates.

Aug 31 2004 8:47AM  Law  Offices of David L. H  661.  0331        p.37
Jan 24 03 05:24p    peter letterese        13544343473        p.1

---

Power of Attorney                    - 5 -              Lois B. Dane/Peter Letterese

IN CONFIRMATION OF THIS POWER OF ATTORNEY, we sign our names

this ____11th____ day of ~~January~~ February, 1994.

PETER LETTERESE                          LOIS B. DANE

_____                _____
(Signature)                              (Signature)

Address:                                 Address:

5000 S.W. 148th Avenue                   6992 Maybank Highway

Fort Lauderdale, FL  33330               Wadmalaw Island, SC 29487

STATE OF FLORIDA                         STATE OF SOUTH CAROLINA
COUNTY OF BROWARD                        COUNTY OF Charleston

On the __11th__ day of ~~January~~       On the __31st__ .day of January,
February, 1994, before me personally     1994, before me personally came
came

PETER LETTERESE                          LOIS B. DANE

to me known and known to me to be the    to me known and known to me to be the
individual described in and who executed individual described in and who executed
the foregoing instrument, and            the foregoing instrument, and
acknowledged that he executed the same.  acknowledged that s/he executed the same.

_Has produced Florida_
_Drivers License as_
_I.D._
_Christine Lyons_
Notary Public                            _____
CHRISTINE LYONS                          Notary Public

NOTARY PUBLIC, STATE OF FLORIDA,
MY COMMISSION EXPIRES: MAR. 28, 1994.
BONDED THRU NOTARY PUBLIC UNDERWRITERS

# Exhibit  E



WISE is a non-profit membership organization with the purpose of uniting individuals and organizations that use HUBBARD Management Technology for administrative, business and improvement purposes.

Today there are thousands of members all over the world. By means of application of HUBBARD Management Technology, WISE and WISE members set high standards of administrative practice.

## *Table of Contents*

WISE: Enabling Groups to Flourish and Prosper

The Benefits of Membership

The WISE Charter Committee

The Hubbard College of Administration

Successful Applications

Why is WISE Important?

Robert Goldscheider's Observation





| Previous | Contents | World Institute of Scientology Enterprises Home | WISE Home
| Bookstore | Next |
| Glossary of Scientology terms | Related Sites |

© 1996-2003 WISE International. All Rights Reserved.

**For Trademark Information**

# WISE: ENABLING GROUPS TO FLOURISH AND PROSPER

U ntil Dianetics and Scientology, no one knew the principles of a successful group any more than they knew the principles of the human mind.

Recognizing that what all too often passes for life in the modern workplace is endless drudgery, inefficiency, insecurity and bureaucratic entanglements, individuals began to utilize the same administrative principles L. Ron Hubbard developed for use in Scientology churches to improve their own businesses, organizations, groups and even their personal lives.

Their reasoning was simple: If Mr. Hubbard's administrative policies could bring sanity, stability and expansion to a Scientology organization, surely the application of those policies could do the same outside the Church. Why, for example, must a businessman suffer sleepless nights through uncertain economic times when Mr. Hubbard's policies so plainly outlined the means of survival in any economic climate? Why, too, must one suffer from continual infighting, backbiting and day-to-day duress when Mr. Hubbard so precisely laid out rules for group harmony? Moreover, many had long been utilizing principles from such Scientology books as *Problems of Work* to help resolve problems in group situations. Some even compiled their own manuals using some of Mr. Hubbard's material for use in training their employees, while others used what they knew to assist colleagues.

Thus it was that the World Institute of Scientology Enterprises (WISE) was born in 1979. A religious fellowship organization, WISE is made up of businessmen and professionals in numerous fields, who share a common certainty that only through the application of Mr. Hubbard's administrative technology can one do for the third (group) dynamic what Scientology does for the individual: eliminate confusions, replace hardship with happiness, and generally better survival.



*The offices of WISE International, located in Los Angeles.*

Their tools, available in any church bookstore and many public libraries, are the twelve encyclopedia-sized volumes comprising the *Organization Executive Course* (OEC) and *Management Series* volumes. These works are a result of Mr. Hubbard's research and codification of the Scientology religion and were written for church administration. They address the subject of life in a group with the same thoroughness and attention to fundamental truths as Mr. Hubbard's writings on Scientology address the life of an individual. Thus, just as Dianetics and Scientology opened the way to an understanding of the mind and the spirit, the volumes of the OEC lead to an understanding of just what comprises a successful group. Be it a local Boy Scout troop or the largest government agency, with the principles contained in the OEC, one can turn any group into a productive, smooth-running and expanding concern.

These volumes contain practical knowledge in all areas of administration and organization. With their principles, one can solve problems ranging from the hiring of a secretary to the implementation of multinational corporate plans. Similarly, by employing the principles contained in the Scientology organizing board, one can remarkably streamline all aspects of operation. And because the fundamentals of the organizing board apply equally well to one or one thousand, even the individual can greatly improve his life by simply aligning his activities according to the Scientology organizing board. In fact, with the application of the data in even a single volume, any group or personal activity can be immediately bettered.

Because every group, from a softball team to a steel mill work force, seeks to achieve some goal, the OEC material on the use of statistics to monitor progress toward that goal is particularly valuable. Utilizing Mr. Hubbard's principles, one can even better define goals and employ a precise system for laying out the steps to achieve them. The entire subject of logic is described-how to think and how to make logical decisions about any aspect of living. Ethics technology, including the correct application of the conditions of existence, is covered in detail, and there is a series of policies on the subject of establishing any organization and the personnel within it. In fact, there is no sphere of organizational knowledge not contained in the OEC.

Simply put, this technology encompasses the basic laws needed to succeed in any endeavor in any zone of application. No wonder then that individuals regularly use this technology in not only their careers but *also* their personal lives. With such knowledge so readily available, it was only natural that businessmen and professionals would begin implementing

Hug 31 2004 8:30ᴬᴹ   Law   Prices of David L. H  8417  5551   p.43

WISE: Enabling Groups to Flourish and Prosper - World Institute of Scientology Enterpri... Page 3 of 3

these discoveries to better relationships within their fields of practice and with their friends and families. Today, this technology is utilized with excellent results by thousands of individuals, groups and organizations. Its use results in increased survival and well-being, allowing any group to flourish and prosper.

The WISE membership is administered by WISE International, a religious nonprofit corporation located in Los Angeles. WISE members forward a basic principle of honesty and fairness to create a sane and productive working environment where everyone can flourish and prosper. If a WISE member violates these agreements, WISE International does everything possible to correct the member through proper training in ethics and justice codes before revoking his membership.



| Previous | Contents | World Institute of Scientology Enterprises Home | WISE Home | Bookstore
| Next |
| Glossary of Scientology terms | Related Sites |

© 1996-2003 WISE International, All Rights Reserved.

For Trademark Information

# Exhibit  F



## SALES COURSE

NAME: _____     COMPANY: _____

POSITION: _____     ADDRESS: _____

DATE STARTED: _____     DATE COMPLETED: _____

PREREQUISITES: The Success Through Communication Course is the only prerequisite for this course, however, the Public Relations Course, the Survey Course and the Marketing Course are strongly recommended.

MATERIALS:   This course pack and the book BIG LEAGUE SALES CLOSING TECHNIQUES, by Parker Publishing Company, Inc. West Nyack, New York 10994.

PURPOSE: To train a person to understand and use the fundamentals of selling in order to increase the sales of a business or any activity.

STUDY SEQUENCE: All items on this checksheet are to be done in the sequence shown. Study should be done in a formal course room atmosphere under a trained course supervisor. Sign each line of this checksheet with your initials and the date, as you complete the reading or exercise called for.   Hand in each exercise to your course supervisor for review.

END RESULT: The end result of this course is a person who understands and uses the fundamentals of selling so as to make more sales and business for his company or activity.

CERTIFICATE:   The graduate of this course is awarded the certificate of SALES COURSE GRADUATE.

### SECTION I

### INTRODUCTION

1.  READ:   HOW TO STUDY THIS COURSE.

2.  DRILL:   In the space provided on page 3A, write a statement of your purpose for taking this course and what you would like to achieve, and turn it in to the course supervisor.

### SECTION II

### AFFINITY, REALITY AND COMMUNICATION

1.  DEFINE:  Look up the following words in the glossary:

i

| | | | | |
|---|---|---|---|---|
| AFFINITY | _____ | UNDERSTANDING | _____ | |
| REALITY | _____ | ARC TRIANGLE | _____ | |
| COMMUNICATION | _____ | TONE SCALE | _____ | |

2.  READ:   AFFINITY, REALITY AND   COMMUNICA-
TION                                                           _____ _____

3.  DRILL:  Do the drill called for on page 10A.               _____ _____

4.  READ:   UNDERSTANDING                                       _____ _____

5.  DEMO:   What understanding consists of.                     _____ _____

6.  READ:   AFFINITY                                            _____ _____

7.  DRILL:  Do the drill called for on page 12A.               _____ _____

8.  DEMO:   How you could use affinity as a salesman.          _____ _____

9.  READ:   WHAT IS COMMUNICATION?                              _____ _____

10. DRILL:  Do the drill called for on page 13A.               _____ _____

11. READ:   THIS IS HOW TO COMMUNICATE!                         _____ _____

12. DRILL:  Do the drill called for on page 15A.               _____ _____

13. DEMO:   Why it would be important to acknowledge
your clients as a salesman.                                     _____ _____

14. ESSAY:  Do the essay called for on page 15B.                _____ _____

15. READ:   REALITY                                             _____ _____

16. DRILL:  Do the drill called for on page 19A.               _____ _____

17. DEMO:   How you could use the PERSONAL TOUCH in
sales.                                                          _____ _____

18. DRILL:  Do the drill called for on page 19B.               _____ _____

19. ESSAY:  Do the essay called for on page 19C.                _____ _____

## SECTION III

## THE TONE SCALE

1.   READ:   THE TONE SCALE                                     _____ _____

2.  <u>READ</u>:   EMOTIONAL TONE SCALE                                   _____  _____

3.  <u>READ</u>:   TONE SCALE EXPANDED                                   _____  _____

4.  <u>DRILL</u>:  Do the drill called for on page 24A.                  _____  _____

5.  <u>DEMO</u>:   The difference between an acute tone and a            _____  _____
                  chronic tone.

6.  <u>READ</u>:   OBNOSIS AND THE TONE SCALE                           _____  _____

7.  <u>DRILL</u>:  Do the drill called for on page 27A.                  _____  _____

8.  <u>DEMO</u>:   How you could use the tone scale to help sell.        _____  _____

9.  <u>CONDITIONAL DRILL</u>:  If you are a salesman or in the
                  selling trade do the drill on page 27B.              _____  _____

10. <u>ESSAY</u>:  Write the essay called for on page 27C.              _____  _____

### SECTION IV

### FUNDAMENTALS OF SELLING

1.  <u>READ</u>:   MANNERS                                              _____  _____

2.  <u>DRILL</u>:  Do the drill called for on page 31A.                  _____  _____

3.  <u>DEMO</u>:   The role of manners in sales and how you could
                  use good manners to improve sales.                   _____  _____

4.  <u>DRILL</u>:  Do the drill called for on page 31B.                  _____  _____

5.  <u>READ</u>:   APPEARANCE AND PRO                                   _____  _____

6.  <u>DRILL</u>:  Do the drill called for on page 34A.                  _____  _____

7.  <u>DEMO</u>:   How you would use appearance to increase
                  sales.                                               _____  _____

8.  <u>READ</u>:   MONEY __                                             _____  _____

9.  <u>DEMO</u>:   Money is "an idea backed by confidence."             _____  _____

10. <u>DEMO</u>:   The exact role that money plays between a
                  salesman and his client.                             _____  _____

11. <u>READ</u>:   EXCHANGE                                             _____  _____

12. <u>DEMO:</u>   Why exchange is important to a salesman and how you could use the principle of exchange to help your sales.   _____ _____

13. <u>READ:</u>   THE THIRD PARTY LAW   _____ _____

14. <u>DEMO:</u>   What a third party is and how it could affect a sale.   _____ _____

15. <u>DEMO:</u>   How you could clear up a client who had been fed false information about your product from a third party.   _____ _____

16. <u>READ:</u>   WRONG PUBLICS   _____ _____

17. <u>DRILL:</u>   Do the drill called for on page 46A.   _____ _____

## SECTION V

## LETTERS AND SALES

1. <u>DEFINE:</u>   Look up the following words in the glossary:

PROMOTION   _____ _____         REGISTRAR   _____ _____

REGISTRATION   _____ _____      LETTER REGISTRAR   _____ _____

2. <u>READ:</u>   THE LETTER REGISTRAR -- ADMINISTRA-TION.   _____ _____

3. <u>DEMO:</u>   The relationship between mail volume and income.   _____ _____

4. <u>DEMO:</u>   How you could use the principle of outflow to increase sales in your business or activity.   _____ _____

5. <u>DEFINE:</u>   The word R-FACTOR in the glossary.   _____ _____

6. <u>READ:</u>   R-FACTOR AND LETTER REGISTRATION   _____ _____

7. <u>DEMO:</u>   The importance of interest when writing a letter.   _____ _____

8. <u>DEMO:</u>   How you could build up prospect files and increase your sales.   _____ _____

9. <u>READ:</u>   DEFINITION OF A HOT FILE   _____ _____

10. <u>DEMO:</u>   What a hot file is and what you would do with it.   _____ _____

## SECTION VI

## HOW TO SELL

1.   READ:    SALES                                                      _____  _____

2.   DEMO:    How you could "enhance the desire and value
             in the eyes of the buyer" of a product you
             were selling.                                               _____  _____

3.   BOOK:    BIG LEAGUE SALES CLOSING TECHNIQUES,
             by Parker Publishing Company, Inc., West
             Nyack, New York, 10994
             (NOTE:   Don't be alarmed by the fact that
             you'll be studying this book by starting in the
             middle and then jumping around.   This is to
             give you an easier, step by step method of
             learning sales.)

     READ:    pages 93-95 of BLS (BIG LEAGUES SALES
             CLOSING TECHNIQUES)                                         _____  _____

4.   DRILL:   Do Sales Drill #1 on page 59A of the c.p.
             (course pack).                                              _____  _____

5.   READ:    pages 95-107 of BLS and HANDLING THE
             PUBLIC INDIVIDUAL, page 60 c.p.                             _____  _____

6.   DRILL:   Do Sales Drill #2 on page 62A c.p.                         _____  _____

7.   READ:    pages of 85-91 of BLS.                                     _____  _____

8.   DRILL:   Do Sales Drill #3 on page 62B c.p.                         _____  _____

9.   READ:    pages 93-107 of BLS.                                       _____  _____

10.  DRILL:   Do Sales Drill #4 on page 62C c.p.                         _____  _____

11.  READ:    pages 123-125 of BLS.                                      _____  _____

11a. READ:    YOU CAN BE RIGHT on page 63 c.p.                           _____  _____

12.  DRILL:   Do Sales Drill #5 on page 66A c.p.                         _____  _____

13.  READ:    pages 123-137 of BLS.                                      _____  _____

14.  DRILL:   Do Sales Drill #6 on page 66B c.p.                         _____  _____

15.  READ:    pages 109-121 of BLS.                                      _____  _____

16.  DRILL:   Do Sales Drill #7 on page 66C c.p.                         _____  _____

v

| | | | | |
|---|---|---|---|---|
| 17. | READ: | pages 35-47 of BLS. | ____ | ____ |
| 18. | DRILL: | Do Sales Drill #8 on page 66D c.p. | ____ | ____ |
| 19. | READ: | pages 175-189 of BLS. | ____ | ____ |
| 20. | DRILL: | Do Sales Drill #9 on page 66E c.p. | ____ | ____ |
| 21. | READ: | pages 19-22 of BLS. | ____ | ____ |
| 22. | DRILL: | Do Sales Drill #10 page 66F c.p. | ____ | ____ |
| 23. | READ: | pages 22-25 of BLS. | ____ | ____ |
| 24. | DRILL: | Do Sales Drill #11 on page 66G c.p. | ____ | ____ |
| 25. | READ: | pages 25-27 of BLS. | ____ | ____ |
| 26. | DRILL: | Do Sales Drill #12 on page 66H c.p. | ____ | ____ |
| 27. | DRILL: | Do Sales Drill #13 on page 66I c.p. | ____ | ____ |
| 28. | READ: | pages 31-32 of BLS. | ____ | ____ |
| 29. | DRILL: | Do Sales Drill #14 on page 66J c.p. | ____ | ____ |
| 30. | READ: | BLS pages 33-34, Today Only Close; page 34, Simple Sell Close; page 50, Horse's Mouth Tag. | ____ | ____ |
| 31. | DRILL: | Do Sales Drill #15 on page 66K c.p. | ____ | ____ |
| 32. | READ: | pages 36-37 of BLS. | ____ | ____ |
| 33. | DRILL: | Do Sales Drill #16 on page 66L c.p. | ____ | ____ |
| 34. | READ: | pages 139-154 of BLS. | ____ | ____ |
| 35. | DRILL: | Do Sales Drill #17 on page 66M c.p. | ____ | ____ |
| 36. | READ: | Chapter 3 of BLS. | ____ | ____ |
| 37. | DRILL: | Do Sales Drill #18 on pages 66Na and 66Nb c.p. | ____ | ____ |
| 38. | READ: | pages 67-77 of BLS. | ____ | ____ |
| 39. | DRILL: | Do Sales Drill #19 on page 66O c.p. | ____ | ____ |
| 40. | READ: | pages 79-85 of BLS. | ____ | ____ |
| 41. | DRILL: | Do Sales Drill #20 on page 66P c.p. | ____ | ____ |
| 42. | READ: | pages 155-164 of BLS. | ____ | ____ |

| 43. | DRILL: | Do Sales Drill #21 on page 66Q c.p. | _____ _____ |
| 44. | READ: | pages 165-174 of BLS. | _____ _____ |
| 45. | DRILL: | Do Sales Drill #22 on page 66R c.p. | _____ _____ |
| 46. | READ: | pages 189-193 of BLS. | _____ _____ |
| 47. | DRILL: | Do Sales Drill #23 on page 66S c.p. | _____ _____ |
| 48. | READ: | pages 29-31 of BLS. | _____ _____ |
| 49. | DRILL: | Do Sales Drill #24 on page 66T c.p. | _____ _____ |
| 50. | DRILL: | Do Sales Drill #25 on page 66U c.p. | _____ _____ |

## SECTION VII

## FINAL

| 1. | ESSAY: | Write the essay called for on page 66V. | _____ _____ |

## STUDENT COMPLETION

STUDENT ATTEST:

I attest that I have completed the requirements of this checksheet, that I have no misunderstoods, and that I know and can apply the materials of the course.

STUDENT: _____   DATE:_____

SUPERVISOR ATTEST:

I attest that this student does know and can apply the materials of this course and has no misunderstoods on the materials.

COURSE SUPERVISOR: _____   DATE:_____

STUDENT ATTEST AT CERTIFICATES AND AWARDS:

I attest:

A)   I have enrolled properly on the course.

B)   I have studied and I understand all the materials of the checksheet.

C)   I have done all the drills, demos, essays, and practical applications of the checksheet.

D)   I am able to use the data in my life.

STUDENT: _____   DATE:_____

CERTIFICATES AND AWARDS: _____   DATE:_____

REGISTRAR:  The student is presented his certificiate.

REGISTRAR:_____   DATE:_____

(Route this checksheet to the Course Administrator for filing in the student's folder.)

WISE INTERNATIONAL

viii

# SALES COURSE

NAME: _____     COMPANY: _____

POSITION: _____     ADDRESS: _____

DATE STARTED: _____     DATE COMPLETED: _____

**PREREQUISITES:** The Success Through Communication Course is the only prerequisite for this course, however, the Public Relations Course, the Survey Course and the Marketing Course are strongly recommended.

**MATERIALS:** This course pack and the book BIG LEAGUE SALES CLOSING TECHNIQUES, by Parker Publishing Company, Inc. West Nyack, New York 10994.

**PURPOSE:** To train a person to understand and use the fundamentals of selling in order to increase the sales of a business or any activity.

**STUDY SEQUENCE:** All items on this checksheet are to be done in the sequence shown. Study should be done in a formal course room atmosphere under a trained course supervisor. Sign each line of this checksheet with your initials and the date, as you complete the reading or exercise called for. Hand in each exercise to your course supervisor for review.

**END RESULT:** The end result of this course is a person who understands and uses the fundamentals of selling so as to make more sales and business for his company or activity.

**CERTIFICATE:** The graduate of this course is awarded the certificate of SALES COURSE GRADUATE.

## SECTION I

### INTRODUCTION

1.   <u>READ:</u>   HOW TO STUDY THIS COURSE.

2.   <u>DRILL:</u>   In the space provided on page 3A, write a statement of your purpose for taking this course and what you would like to achieve, and turn it in to the course supervisor.

## SECTION II

### AFFINITY, REALITY AND COMMUNICATION

1.   <u>DEFINE:</u>  Look up the following words in the glossary:

i

| | | | | | |
|---|---|---|---|---|---|
| AFFINITY | _____ | _____ | UNDERSTANDING | _____ | _____ |
| REALITY | _____ | _____ | ARC TRIANGLE | _____ | _____ |
| COMMUNICATION | _____ | _____ | TONE SCALE | _____ | _____ |

2.  READ:   AFFINITY, REALITY AND   COMMUNICA-
     TION                                                                    _____ _____

3.  DRILL:  Do the drill called for on page 10A.            _____ _____

4.  READ:   UNDERSTANDING                                       _____ _____

5.  DEMO:   What understanding consists of.              _____ _____

6.  READ:   AFFINITY                                                    _____ _____

7.  DRILL:  Do the drill called for on page 12A.            _____ _____

8.  DEMO:   How you could use affinity as a salesman.   _____ _____

9.  READ:   WHAT IS COMMUNICATION?                        _____ _____

10.  DRILL:  Do the drill called for on page 13A.           _____ _____

11.  READ:   THIS IS HOW TO COMMUNICATE!              _____ _____

12.  DRILL:  Do the drill called for on page 15A.           _____ _____

13.  DEMO:   Why it would be important to acknowledge
     your clients as a salesman.                                  _____ _____

14.  ESSAY:  Do the essay called for on page 15B.          _____ _____

15.  READ:   REALITY                                                   _____ _____

16.  DRILL:  Do the drill called for on page 19A.           _____ _____

17.  DEMO:   How you could use the PERSONAL TOUCH in
     sales.                                                                   _____ _____

18.  DRILL:  Do the drill called for on page 19B.           _____ _____

19.  ESSAY:  Do the essay called for on page 19C.          _____ _____

### SECTION III

### THE TONE SCALE

1.   READ:   THE TONE SCALE                                       _____ _____

| | | | | |
|---|---|---|---|---|
| 2. | READ: | EMOTIONAL TONE SCALE | _____ | _____ |
| 3. | READ: | TONE SCALE EXPANDED | _____ | _____ |
| 4. | DRILL: | Do the drill called for on page 24A. | _____ | _____ |
| 5. | DEMO: | The difference between an acute tone and a chronic tone. | _____ | _____ |
| 6. | READ: | OBNOSIS AND THE TONE SCALE | _____ | _____ |
| 7. | DRILL: | Do the drill called for on page 27A. | _____ | _____ |
| 8. | DEMO: | How you could use the tone scale to help sell. | _____ | _____ |
| 9. | CONDITIONAL DRILL:  If you are a salesman or in the selling trade do the drill on page 27B. | | _____ | _____ |
| 10. | ESSAY: | Write the essay called for on page 27C. | _____ | _____ |

## SECTION IV

## FUNDAMENTALS OF SELLING

| | | | | |
|---|---|---|---|---|
| 1. | READ: | MANNERS | _____ | _____ |
| 2. | DRILL: | Do the drill called for on page 31A. | _____ | _____ |
| 3. | DEMO: | The role of manners in sales and how you could use good manners to improve sales. | _____ | _____ |
| 4. | DRILL: | Do the drill called for on page 31B. | _____ | _____ |
| 5. | READ: | APPEARANCE AND PRO | _____ | _____ |
| 6. | DRILL: | Do the drill called for on page 34A. | _____ | _____ |
| 7. | DEMO: | How you would use appearance to increase sales. | _____ | _____ |
| 8. | READ: | MONEY | _____ | _____ |
| 9. | DEMO: | Money is "an idea backed by confidence." | _____ | _____ |
| 10. | DEMO: | The exact role that money plays between a salesman and his client. | _____ | _____ |
| 11. | READ: | EXCHANGE | _____ | _____ |

12. DEMO: Why exchange is important to a salesman and how you could use the principle of exchange to help your sales.  _____ _____

13. READ: THE THIRD PARTY LAW  _____ _____

14. DEMO: What a third party is and how it could affect a sale.  _____ _____

15. DEMO: How you could clear up a client who had been fed false information about your product from a third party.  _____ _____

16. READ: WRONG PUBLICS  _____ _____

17. DRILL: Do the drill called for on page 46A.  _____ _____

## SECTION V

## LETTERS AND SALES

1. DEFINE: Look up the following words in the glossary:

   PROMOTION          _____ _____     REGISTRAR          _____ _____
   REGISTRATION       _____ _____     LETTER REGISTRAR   _____ _____

2. READ: THE LETTER REGISTRAR -- ADMINISTRA-TION.  _____ _____

3. DEMO: The relationship between mail volume and income.  _____ _____

4. DEMO: How you could use the principle of outflow to increase sales in your business or activity.  _____ _____

5. DEFINE: The word R-FACTOR in the glossary.  _____ _____

6. READ: R-FACTOR AND LETTER REGISTRATION  _____ _____

7. DEMO: The importance of interest when writing a letter.  _____ _____

8. DEMO: How you could build up prospect files and increase your sales.  _____ _____

9. READ: DEFINITION OF A HOT FILE  _____ _____

10. DEMO: What a hot file is and what you would do with it.  _____ _____

iv

## SECTION VI
### HOW TO SELL

1. READ:   SALES

2. DEMO:   How you could "enhance the desire and value in the eyes of the buyer" of a product you were selling.

3. BOOK:   BIG LEAGUE SALES CLOSING TECHNIQUES, by Parker Publishing Company, Inc., West Nyack, New York, 10994
(NOTE:  Don't be alarmed by the fact that you'll be studying this book by starting in the middle and then jumping around.  This is to give you an easier, step by step method of learning sales.)

   READ:   pages 93-95 of BLS (BIG LEAGUES SALES CLOSING TECHNIQUES)

4. DRILL:   Do Sales Drill #1 on page 59A of the c.p. (course pack).

5. READ:   pages 95-107 of BLS and HANDLING THE PUBLIC INDIVIDUAL, page 60 c.p.

6. DRILL:   Do Sales Drill #2 on page 62A c.p.

7. READ:   pages of 85-91 of BLS.

8. DRILL:   Do Sales Drill #3 on page 62B c.p.

9. READ:   pages 93-107 of BLS.

10. DRILL:   Do Sales Drill #4 on page 62C c.p.

11. READ:   pages 123-125 of BLS.

11a. READ:   YOU CAN BE RIGHT on page 63 c.p.

12. DRILL:   Do Sales Drill #5 on page 66A c.p.

13. READ:   pages 123-137 of BLS.

14. DRILL:   Do Sales Drill #6 on page 66B c.p.

15. READ:   pages 109-121 of BLS.

16. DRILL:   Do Sales Drill #7 on page 66C c.p.

v

17.   READ:     pages 35-47 of BLS.                                     _____ _____

18.   DRILL:    Do Sales Drill #8 on page 66D c.p.                      _____ _____

19.   READ:     pages 175-189 of BLS.                                   _____ _____

20.   DRILL:    Do Sales Drill #9 on page 66E c.p.                      _____ _____

21.   READ:     pages 19-22 of BLS.                                     _____ _____

22.   DRILL:    Do Sales Drill #10 page 66F c.p.                        _____ _____

23.   READ:     pages 22-25 of BLS.                                     _____ _____

24.   DRILL:    Do Sales Drill #11 on page 66G c.p.                     _____ _____

25.   READ:     pages 25-27 of BLS.                                     _____ _____

26.   DRILL:    Do Sales Drill #12 on page 66H c.p.                     _____ _____

27.   DRILL:    Do Sales Drill #13 on page 66I c.p.                     _____ _____

28.   READ:     pages 31-32 of BLS.                                     _____ _____

29.   DRILL:    Do Sales Drill #14 on page 66J c.p.                     _____ _____

30.   READ:     BLS pages 33-34, Today Only Close; page 34,
                Simple Sell Close; page 50, Horse's Mouth Tag.          _____ _____

31.   DRILL:    Do Sales Drill #15 on page 66K c.p.                     _____ _____

32.   READ:     pages 36-37 of BLS.                                     _____ _____

33.   DRILL:    Do Sales Drill #16 on page 66L c.p.                     _____ _____

34.   READ:     pages 139-154 of BLS.                                   _____ _____

35.   DRILL:    Do Sales Drill #17 on page 66M c.p.                     _____ _____

36.   READ:     Chapter 3 of BLS.                                       _____ _____

37.   DRILL:    Do Sales Drill #18 on pages 66Na and 66Nb c.p.          _____ _____

38.   READ:     pages 67-77 of BLS.                                     _____ _____

39.   DRILL:    Do Sales Drill #19 on page 66O c.p.                     _____ _____

40.   READ:     pages 79-85 of BLS.                                     _____ _____

41.   DRILL:    Do Sales Drill #20 on page 66P c.p.                     _____ _____

42.   READ:     pages 155-164 of BLS.                                   _____ _____

43.  DRILL:   Do Sales Drill #21 on page 66Q c.p.        _____ _____
44.  READ:    pages 165-174 of BLS.                      _____ _____
45.  DRILL:   Do Sales Drill #22 on page 66R c.p.        _____ _____
46.  READ:    pages 189-193 of BLS.                      _____ _____
47.  DRILL:   Do Sales Drill #23 on page 66S c.p.        _____ _____
48.  READ:    pages 29-31 of BLS.                        _____ _____
49.  DRILL:   Do Sales Drill #24 on page 66T c.p.        _____ _____
50.  DRILL:   Do Sales Drill #25 on page 66U c.p.        _____ _____

## SECTION VII

### FINAL

1.  ESSAY:   Write the essay called for on page 66V.     _____ _____

## STUDENT COMPLETION

STUDENT ATTEST:

I attest that I have completed the requirements of this checksheet, that I have no misunderstoods, and that I know and can apply the materials of the course.


STUDENT: _____  DATE:_____


SUPERVISOR ATTEST:

I attest that this student does know and can apply the materials of this course and has no misunderstoods on the materials.


COURSE SUPERVISOR: _____  DATE:_____

STUDENT ATTEST AT CERTIFICATES AND AWARDS:

I attest:

A)   I have enrolled properly on the course.

B)   I have studied and I understand all the materials of the checksheet.

C)   I have done all the drills, demos, essays, and practical applications of the checksheet.

D)   I am able to use the data in my life.


STUDENT: _____  DATE:_____


CERTIFICATES AND AWARDS: _____  DATE:_____


REGISTRAR:  The student is presented his certificiate.


REGISTRAR: _____  DATE:_____

(Route this checksheet to the Course Administrator for filing in the student's folder.)

WISE INTERNATIONAL

SALES DRILL #1

NAME: GETTING AGREEMENT

PURPOSE: To train the student to get the prospect in a receptive, positive frame of mind so he will further agree with what he is told.

TRAINING STRESS:   The ARC triangle comes into full use in this drill by establishing something the person can agree with and thereby increasing his reality and hence the affinity, communication and understanding.

The student does this drill with a coach* (see the definition of coach in the glossary).

In this drill the coach sets the scene.  Student gives a sales talk and makes statements that the prospect will obviously agree with.   Student emphasizes agreement by nodding his head.  Having gotten the prospect in a receptive frame of mine, student then gets prospect to agree with the vital terms of the sale by continuing in the same positive manner, nodding his head to express agreement and continuing to interject "don't you agree" type statements in his sales talk.

When the student demonstrates proficiency at the above he is passed by the coach.

SALES DRILL #2

NAME: OFFERING A CHOICE

PURPOSE: To train the student to make the choice for the prospect with ARC and good control.

TRAINING STRESS: In order for the prospect to decide on a service and whether he will purchase it or not he has to understand, i.e. be brought to understanding about the service. You should never ask the public individual to decide. You decide for him and leave the minor decisions for him.

Example: Person hasn't decided to take some class. Salesman ignores that and asks him if he wants to attend class in the afternoon or evenings. The guy says evenings and forgets to notice he hasn't decided to take the class in the first place.

Coach has student handle a variety of situations, until he can smoothly and rapidly handle the public individual and doesn't lead the person into an opportunity to say "no."

The drill is passed when the student can do the above.

<u>SALES DRILL #3</u>

<u>NAME</u>: DEMONSTRATION

<u>PURPOSE</u>:  To train a student to use the materials available to <u>show</u> the prospect the product or the results of the product.

<u>TRAINING STRESS</u>:  This drill is to get the student using success stories, statistic graphs, demonstrating the product working, etc., to help clinch the above.  Coach gives a situation, e.g. being interested in getting a service but not sure of the benefits.  Student handles by showing the prospect "before" and "after" graphs, success stories of those who have taken the service, etc.  Then by combining the skills from previous drills, he closes the person.  Another example would be a person who has a last year's model but is doubtful about buying a this year's model. Show the prospect the new product; let him handle it.  Coach can give other situations.

   This drill is passed when the student can demonstrate that he knows what to show the prospect and that he is familiar with the subject and product he is promoting and can get a close by demonstrating.

SALES DRILL #4

NAME: THE BASIC MUSTS

PURPOSE:  To train the student to use the three basic musts together with basic sales data to effect a close.

TRAINING STRESS:  This drill combines and expands the previous drills.

The drill is governed by the three basic musts:

1.      Control the conversation;

2.      Offer a choice as a gimmick to bypass a large decision;

3.      Deliver your sales in a positive manner.

The above is done in various ways:

E.g.  Don't concentrate on overcoming objections but find features of the service that the prospect is interested in and increase that interest, thereby raising the A, R, and C.

E.g.  Find out what the prospect is most concerned about, what it is he wants handled and make full use of the ARC Triangle and comm formula and show him that it really can be handled.

E.g.  Let him tell you how it would work for him (play dumb).

E.g.  Employ the use of demonstration (showing the person what he is getting for his money).  This can be done by using success stories, before and after graphs, letting him handle the new model, etc.

Drill each of the above separately on a gradient and then drill using two or three at a time and then all together.  The emphasis in this drill is on the student using each at its correct time, recognizing the opportunities in the discussion for each, phasing smoothly from one to the other as needed and so effecting the sales close with the right tactic at the right time.

The drill is passed when this can be done.

SALES DRILL #5

NAME: DON'T MAKE THE PROSPECT WRONG

PURPOSE:  To train the student to totally avoid making the prospect wrong during a sale.

TRAINING STRESS:  Coach in this drill deliberately tries to put student into a position where student makes coach wrong in some way.  Student must avoid falling into this and must handle, without evaluation*, invalidation, or making the coach wrong.

Use a simple sales procedure per earlier drills.  Don't complicate.  Keep emphasis of this drill in accordance with the purpose.

| | | |
|---|---|---|
| Example: | Coach: | "I don't like the cover on this book." |
| | Student: | "It's really very popular with most people." |
| | Coach: | "Flunk.  You made me wrong." |
| Example: | Coach: | "I can get this consultation $100 cheaper at the Keokuk Branch Office." |
| | Student: | "You can't get it cheaper than at the central office because branch offices can't charge less." |
| | Coach: | "Flunk.  You made me wrong by invalidating my data." |

A flunk is always redrilled done correctly.

The drill is passed when sales procedure can be followed without falling into any invitation to make the prospect wrong.  Note that all the "six closing errors" are included in the next drill.  This drill is to cover only "making the prospect wrong" and does not include the other 5 closing errors.  This closing error has been isolated as a separate drill as it has been found to lose its importance when only drilled together with the other 5 closing errors.

<u>SALES DRILL #6</u>

<u>NAME</u>: THE SIX CLOSING ERRORS

<u>PURPOSE</u>: To train the student to avoid key pitfalls that will prevent closes.

<u>TRAINING STRESS</u>:  Coach sets various situations matching the six errors listed below.  Student is not to get drawn into any confusions from the coach but must handle anything the coach presents to him.

The six errors are:

1.    Arguing with the prospect.

2.    Offering unwanted opinions and criticizing prospect's opinions.

3.    Criticizing any competitor.

4.    Violating policy and incorrectly assuming authority.

5.    Dishonest selling.

6.    Abusing one or more of the above items.

The coach should give various situations and have the student handle.  Flunks are given if student gets flustered, goes out of ARC, fails to handle the coach, or commits one of the 6 closing errors.

This drill is passed when student can handle a wide variety of situations without being led into committing an error.

SALES DRILL #7

NAME: PROSPECT BACKOUT

PURPOSE:   To train the student to overcome and rapidly handle any attempted prospect backout.

TRAINING STRESS:   Coach gives various situations of being a prospect who has just signed up for some service or product and now wants to back out at the last moment.

Student should attempt to find out what is the actual bug and handle, using the data from earlier drills as well (whichever are applicable).  Once the backout is handled the sale is made.  Flunks are given if the student becomes flustered and can't handle the backout.  When student can overcome all objections easily and with good ARC this drill is passed.

## SALES DRILL #8

NAME: IDENTIFYING WITH THE PROSPECT

PURPOSE:  To train the student to identify with the prospect so the prospect will feel comfortable and the student will be real to the prospect.

TRAINING STRESS:  Coach as the prospect acts out various types of identities in the sales interview.  Student in his speech and manner adapts to that type of personality (without making a mockery of it) and so enables the coach to identify with the student.

The student should make use of the ARC triangle deciding for himself, according to the circumstances, which corner of the triangle it is best to raise in order to bring up the overall ARC and understanding.

When this is achieved with the coach having acted out a number of different personalities and having been successfully adjusted by the student, the coach then gets in turn various other students to act as prospect, and student must easily adjust to each.

In each case earlier drills are used and the student is selling the coach some service or book.

Coach must be alert to make this drill real.  It needs mass.  Coach really acts out the different identities in his speech and manner and adds mass to accentuate the identity.  Examples:  He can be a hippy type with shirt open, beads, hair ruffled, cigarette, feet on desk.  He can be a big businessman with a smart suit, walking stick, cigar, etc., a lawyer with briefcase, talks in legal jargon, etc.  A housewife with shopping bag, etc.  Act out the part wit speech, manner, and trappings so student has a real identity to identify with.

The drill is further improved by varying coaches who themselves have widely varying backgrounds.

The drill is passed when student can adapt to and identify with a wide variety of prospects.

SALES DRILL #9

NAME: QUALIFYING THE PROSPECT

PURPOSE: To train the student to ascertain the status of a prospect and to make realist sales approach based on the qualifying data.

TRAINING STRESS: This is drilled using the key questions at the start of the sales interview.

The questions are:

1.    Where does he (she) work and how long?

2.    What does he do there?

3.    Where does he live and how long? (Circumstances -- own, rent, etc.)

4.    Marital status? Children?

5.    Who is the service or material for?

6.    Appearance? (Physical, speech, manner, attitude.)

These questions should be asked with very good ARC and with the communication cycle well in.

The first part of this drill is for the student to obtain the answers to the first five questions in a pleasant acceptable manner, and make notes after the interview on number six.

When this can be done the full drill is entered. This consists of getting the above data then phasing into the sale using the data to make a realistic and effective sale. Don't use the data to stop a sale. Use it to obtain a sale that is in fact a sale. Example: Data from prospect (coach) indicates he has little money and recently dismissed from job as found to be taking drugs. It would be a waste of time and a reality break to try and sell the most expensive model. On the other hand a less expensive model should sell very well and would lead to further sales later.

Keep the actual sales action simple in this drill. Concentrate on obtaining the data per the 6 questions to qualify the prospect and then use that data to push through the right type of service for that prospect.

<u>SALES DRILL #10</u>

<u>NAME</u>: SCAREDY CAT

<u>PURPOSE</u>:  To train the student to spot the Scaredy Cat by his tone level and to overcome the prospect's resistance to a sale.

<u>TRAINING STRESS</u>:  *This drill covers two areas.*  First, the student's ability to recognize what the coach is manifesting -- i.e. the Scaredy Cat is around "fear" on the subject of <u>buying</u>.  This is where the earlier drill on the Tone Scale is used.  The second area is overcoming the prospect's resistance to a sale.

The coach will show interest in a service then back off at the close.  The students needs to handle him with high ARC, and enlighten him on the service.

This drill is passed when the student becomes proficient at handling the reasons not to buy presented by the coach, without being fixed in his patter, but handling smoothly.

SALES DRILL #11

NAME: LEGITIMATE OBJECTION

PURPOSE:   To train the student to recognize and swiftly handle legitimate objections presented by prospects.

TRAINING STRESS:  Student is to combine earlier drills with this drill.  The key to spotting the legitimate objection is that (1) it sounds valid and (2) the coach sticks to that one objection.

Coach must do this on a gradient getting more complex as the student overcomes each objection.  Good communication is important and student should let the coach talk himself out of the stop.  The key factor is "don't talk too much -- listen."

Coach should watch on this drill that the student doesn't get into unusual solutions to handle the objection.

This drill is passed when the student can recognize and competently handle "legitimate objections" by use of what he has learned so far.

<u>SALES DRILL #12</u>

<u>NAME:</u> PHONE APPOINTMENT INTERVIEW

<u>PURPOSE:</u>  To train a student to handle a prospect on the phone and make appointments where needed.

<u>TRAINING STRESS:</u>  Student has real or made-up folders of people who have not been in an organization for some time for services.  Having familiarized himself with the folder, student then "makes the phone call."  Coach is the prospect.

Student must establish a comm line with the prospect, then establish why he/she hasn't been into the organization.  Make an appointment for the prospect to come in to the organization, or to see the prospect at home if need be.  When student can smoothly handle this step move on to a steeper gradient and start giving reasons why the appointment can't be made.

Student must be alert here for what is being presented to him -- Scaredy Cat, Legitimate Objection -- or is the person ARC broken.  If the person is ARC broken, immediately alert the organization's public relations man for fast handling.

Flunks are given for being tongue-tied, for getting into excessive "chatter," and for being abrupt.

This drill is passed when the student can rapidly, with good ARC, make appointments over the phone.

<u>SALES DRILL #13</u>

<u>NAME:</u> HOME INTERVIEW SALES RESISTANCE

<u>PURPOSE:</u>  To train the student to handle sales resistance in the home with more than one person present.

<u>TRAINING STRESS:</u>  In this drill there is a third person who acts as the husband or wife of the coach.

The drill is done as though keeping an appointment in the home following drill #12.

The Tone Scale should be used to handle resistance given at any particular tone level.  Handling is exactly as in drills #10 and #11, except that the coach has both the "wife" and the "husband" to handle.  The student tries to sell some product or service.  Coach or his partner or both may throw in sales resistance reasons for not buying as in drills #10 and #11.  The student must be alert here to what is being presented and recognize whether Scaredy Cat or Legitimate and handle accordingly.  Should end up with sales resistance of both coach and partner fully handled.

Flunks are given for being tongue-tied, thrown off, for getting into excessive chatter, or for being abrupt.

The drill is passed when this can be done smoothly and easily in spite of the additional confusion of an extra person.

SALES DRILL #14

NAME: SHOPPER STOPPER

PURPOSE:  To train the student to handle a person who
get a better deal from another organization or business.

TRAINING STRESS:  Student probes and finds coach
himself to sale until he has checked prices, quality of
organization, branch, or business.  Students handles us
close."  This would normally consist of simply pointin
quality of service available at your organization (wit
organization), and point out that if he were to pay now he
or some variation of this to suit the coach.

The "Today Only Close" can also be used, e.g. by po
our top consultant who has just returned from special tra
consult him if he signs up and pays now (or some other v
however.

A "Buy Now" gimmick can also be used by the stud
buy the services at the current month's price, if the pric
following month (or whatever the period of price rise is).

This drill is passed when the student can detect
stopper" without going into special deals or offering spec
able shoot down effectively any reasons the person may h
without making the person wrong for considering it and w
organization, branch or business in the process and effecti

---

NAME: MAKING IT

PURPOSE: To train
resistance, to put th

TRAINING STRESS:
services or material
resistance has alrea
which will include th

1. Identify

2. Show hi
that mon
his best i

3. Let the
documen
procedur

4. Make it
becomes

5. Effect th

The drill is pa
giving the prospect
resistance, and get
himself.

-66J-

SALES DRILL #15

"BUY NOW" DRILLS:

 There are many ways to use "Buy Now" as explained on the BLS pages 33-34 and 50 referenced on the checksheet.  The student (salesman) should work out various ways geared to his organization and to the product or service being sold. Be imaginative without violating company policy.

NAME: "BUY NOW"

PURPOSE:  To train a salesman to competently handle the prospect so he will pay for a service now.

TRAINING STRESS:  Student and coach sit opposite each other, or on either side of a desk.  Coach will give the situation, tell the student what it is, then the student must handle, using "Buy Now."

 Coach the drill starting on a gradient and then getting gradually more difficult. Start by being "Joe Public" who is going to buy a product or service, has the money in the bank, but wants to delay for a month.  By using the "Buy Now" gimmick, the student must handle the coach to get him to want to pay and get the service now.  As the coach presents more difficult situations he should be watchful and see if the student becomes tongue-tied, startled, or thrown off by comments/ originations of the coach.  Remember the salesman needs to raise the prospect's "R" and handle any objections he presents.

SALES DRILL #16

NAME: MAKING IT OK FOR THE PROSPECT TO ACCEPT A CLOSE

PURPOSE: To train the student, after having stripped the prospect of initial sales resistance, to put the prospect in a position of deciding to buy.

TRAINING STRESS: Coach sets the scene with the student by telling student what services or materials are being sold. It is assumed in this drill that initial sales resistance has already been handled. Student must now handle the "Go-Button" which will include the following:

1.  Identify with the prospect (as in a previous drill).

2.  Show him that he is the most important person in the world to you at that moment and that you are interested in his needs and that you have his best interests at heart.

3.  Let the prospect touch and handle the materials including the sales documents, any promotion, graphs, or materials used in sales procedures.

4.  Make it sound as if he meant to be closed all along so he saves face, it becomes his idea, his decision again, and he desires to buy.

5.  Effect the close.

The drill is passed when this can be done effectively without in the process giving the prospect further excuses for not closing or providing a return of sales resistance, and getting the close so that prospect is happy and feels he did it himself.

SALES DRILL #17

NAME: THE FOUR BASIC BUYER TYPES

PURPOSE: To train the student to recognize and handle each of the four different buyer types with the differences of approach needed for each.

TRAINING STRESS: The student by questioning must establish which of the four basic buyer types the prospect (coach) falls into. These are: the professional buyer, the individual, the unattached female, and the family buyer.

At first the coach takes each of these one at a time, tells student which he is and requires student to handle. When student can handle the first type well, coach goes on to second type, etc., until all four have been covered. They are then drilled at random with student himself having to find out by questions which type the coach is portraying and handle accordingly.

1.    The Professional Buyer.  This category would also include business, industrial, and professional people who are buying services for their employees, etc. In this drill the student must close the deal by showing with cold facts and demonstration that the service or deal will produce the results required. Student must have such facts, proofs, and demonstrations at his fingertips and not just try to bluff his way through.

2.    The Individual.  This category includes new public and individuals being sold further services. The key to handling is to gain the person's confidence by letting him state whatever he wishes, then identifying with him by finding the person he most admires or gets his advice from and the student (salesman) aligning himself with that person so the prospect identifies the salesman with that person.

3.    The Unattached Female.  Use good ARC, good sound practical advice and help her through any uncertainty to effectively close the sale.

4.    The Family Buyer.  Applies to a person paying for materials or services for his family. The key to handling is to work on each member of the family separately, using the Team Sales Close approach where possible so the family is temporarily split up during the sales talk and then brought together for the final close. It should be drilled like this as though the salesmen are in the prospect's home and both husband and wife or whole family are present. It is also drilled as though only the one person representing the family is in the salesman's office alone.

The drill is passed when student can with subtlety find which type the coach is representing and effectively handle by the rules for that type to obtain an effective close.

SALES DRILL #18

NAME: THE TAG TEAM CLOSE

PURPOSE: To train a student to correctly and effectively tag with another person in order to obtain a close.

TRAINING STRESS: This drills the student on the different types of tags and when to tag the correct person to effect the close. Done right, tagging will increase closes, paid starts, and income. There are six parts to this drill. Three people are required for the drill -- the student plus coach acting as the prospect and another student acting as the tag.

PART 1: THE AUTHORITY TAG.

In this drill the student needs to recognize when to call on the Authority so that he doesn't get into making unauthorized agreements with the prospect. Example: Prospect wants preferential treatment agreed upon before paying for the service. The head of the department would be called in to tag with the salesman. A very important Authority Tag is a technical terminal to advise on what is needed technically. Coach must be alert for any tendency of the student to make unauthorized agreements in order to get the close, and any hesitation on the part of the student about whom to tag.

PART 2: THE EXAMPLE TAG.

Some prospects will require more handling to raise their "R" than others. On this drill the student must learn to recognize when the example tag is needed, and not confuse this drill with other drills. When the student has difficulty getting a close he must tag another student. (This student acts as another salesman.) Once the student has made the tag he must give sufficient information about the difficulty for the tag to be able to come up with an honest example of how that difficulty has been successfully handled by him with others.

Coach gives the situation and does not pass the student on the drill until he feels he has really been enlightened on the service through the actions of the salesman and tag.

The student should alternate here as both the original salesman and the tagged salesman to get drilling on each. Flunks are given for using the incorrect tag, for not executing the tag smoothly, for not being realistic and genuine, for using a wrong example, or for not handling the difficulty.

PART 3: THE PERSONALITY CLASH.

On this drill attention must be paid to the student's comm cycle, ARC for the prospect, and tone scale handling. It may happen on occasion that the prospect does not like the type of person the salesman is (e.g. may be "too young," "has long

(6GN9)

hair," etc.).   The student must recognize that there is a personality clash and handle the prospect pleasantly, and adroitly call in a tag.

Flunks are given for confusion by the student, out-ARC, make-wrong, for calling the wrong type to tag and for any uncertainties.

PART 4: THE ACCIDENTAL TAG.

This is used only where it isn't essential whom you tag.   The drill requires tagging any other student who happens to be nearby, giving him adequate data on what is happening and any problem while the coach is there.   The tagged person gives data etc. that applies and results in a close.   It is drilled also with the student acting as the person accidentally tagged as he must be capable of filling this role for others.

PART 5: THE KNOW IT ALL TAG.

It will happen on occasion that a prospect will be a person who is more interested in displaying his knowledge than he is in purchasing his services.   <u>Allow the prospect to be right</u>.   This fact alone may get you the close.   If not, tag someone and brief him on the situation, and handle the person together.   Students should alternate being the tagged person and the tagger in this drill.

Flunks are given for making the prospect wrong, getting into a hassle, or being confused on how to handle the prospect.

PART 6:

In this part of the drill the coach presents various situations to the student from the tag drills just done.   The student must be able to recognize what the situation is, and handle by tagging correctly and handling the prospect professionally and pleasantly.   This drill is passed when the above has been attained.

SALES DRILL #19

NAME: THE DOUBLE TEAM CLOSE

PURPOSE: This drill is of benefit when visiting prospects in their home or when setting up a double team to handle a difficult prospect.

TRAINING STRESS: This drill requires three people. Coach is the prospect. The student acts as the salesman and then changes with the other student to be the double team partner. Coach sets the situation and the Double Team proceeds to handle. The student must brief his partner on the scene adequately. Coach will be alert here to see that the student doesn't "miss his cue" or that the team does not overwhelm the prospect by talking too much. When the team can work effectively together on this step the double-teaming principle per pages 71-72 is drilled. This would particularly apply when visiting the prospect in his home. Other students will be required for this part of the drill. The team must be able to smoothly handle the prospects separately and then bring them back together to effectively close the prospects.

This drill is passed when the student can competently effect a close in various situations using the Double Team system.

SALES DRILL #20

NAME: THE EMPATHETIC NARRATIVE CLOSE

PURPOSE:  To train the student effectively enlighten the prospect and raise his reality by telling a story.

TRAINING STRESS:  This technique is used when the prospect is interested in the service but needs further enlightenment to help him finally decide to pay for the service.

The student needs to relate a true story outlining how the service benefited another or how it was of benefit to the student. The comm formula and tone scale are used expertly here.  Student must watch the indicators of the coach, let coach originate and student must not talk too much.  Remember the whole point of this drill is to sell services and show how the service is going to help the prospect.

This drill is passed when the student can recognize when to tell a story, can relate a short story well with ARC and friendliness to effect a sale.

<u>SALES DRILL #21</u>

<u>NAME</u>: PROSPECTING AT THE CLOSE

<u>PURPOSE</u>: To train the student to ask for prospects after a close has just been finalized.

<u>TRAINING STRESS</u>: Coach can be various different types of people who have just purchased a service. Then student should ask the prospect for names of anyone he knows to be interested in the same or other services. Student notes these down to follow up later.

This section is passed when the student can prospect at the close without in any way being offensive.

Now the coach acts as the prospect who has just been named earlier. Student must contact, handle, and bring to understanding the prospect and close him for a service. Coach can act out various tone levels on being contacted by the student.

This drill is passed when the student can competently handle prospects and close them for services having gotten their names through prospecting at the close.

SALES DRILL #22

NAME: THE FILES

PURPOSE:  To train the student to collect and record data on the prospect and other potential prospects which will enhance further sales.

TRAINING STRESS:  In this drill use basic sales procedure as covered in earlier drills.  Emphasis in this drill is not particularly on the sale but on obtaining and recording information for filing that will lead to future sales.  Student can make notes during the sale provided it is done unobtrusively.  When sale is complete coach has student write up the files report.  These are main points of the drill:

1.   Getting sufficient useful information during the sale.

2.   Getting it written and filed.

Valuable data from one sale that can be used for future sales must be noted.  Example: Salesman tries to sell major service.  Prospect can't afford it now until 3 months later when he gets an inheritance (or new job or something) so buys a minor service only.  Student notes the date and data of the due inheritance so prospect can be further contacted at that time for a certain sale of major services.

The drill is passed when student can, without a lot of awkward probing, get the important data during the sale and after the sale completed get all the useful data neatly recorded and added to the file.  This would include getting any data concerning other persons into the appropriate files.  E.g. In selling a course, one prospect mentions he won't be starting course for one month because he wants to study with Joe Bloggs who returns from an expedition at that time.  Student gets the Joe Bloggs details and enters that into Joe Bloggs' file as well as noting it in the current prospect's file.

SALES DRILL #23

NAME:  THE FULL CLOSE

PURPOSE:  To train the student to recognize any situation presented by the coach and to handle with expertise.

TRAINING STRESS:  Coach should present many different situations to the student involving:

     1.     Handling new people wanting a service;

     2.     Someone who has just received a service;

     3.     Someone who is there for a full gamut of services and so on.

The coach will decide what the situation is (does not tell student, other than to say "I'm here for (such and such)." Etc.

Flunks are given for student inability to recognize what is being presented, for any out-of-ARCness and for failure to apply the appropriate drill and close under any circumstance.

This drill is passed when the student can apply all the previous drills rapidly and effectively.

SALES DRILL #24

NAME: FINANCING

PURPOSE: To train the student to effectively assist the prospect in handling any finance difficulties he is having in paying for services.

NOTE: Disregard the mathematics contained within the "Foolproof Financing Formula" per pages 29 and 30 of the BIG LEAGUE SALES CLOSING TECHNIQUES book.

Firsthand data from Les Dane himself reveals that an entire line was dropped from the original script, hence the confusion when you've tried to decipher the figuring. The concept of this "Foolproof Financing Fomula," however, still stands and is really the important factor -- the mathematics being secondary.

TRAINING STRESS: Student must be familiar with basics on finance and current economic situations in society in order to capably handle the propect's finances. Knowledge of bank loans, mortgages, and how to sell stocks, etc. is very useful.

1.   Coach sets the scene by being a prospect who wants to buy a service but can't afford it.  The student must ascertain what the problem is, what commitments the prospect has -- do a budget program for the prospect if necessary -- until the coach feels student has handled satisfactorily.

2.   Prospect has had house on the market but "can't sell it."  Get a thorough debug* done and get the stops off the line.

Coach should thoroughly drill the student until he can handle any and all objections presented by the coach.

SALES DRILL #25

NAME: ELECTRONIC AID

PURPOSE:  To train the student to use electronic aids so he can replay, listen to, and perfect his application of these drills.

TRAINING STRESS:  In this drill the student is taught to set up microphone or other "bugging" device so he can record his sales interviews, listen to them, detect his weaknesses, and handle.

Coach has student set up microphone and recording equipment in such a way that the equipment is not visible.  Coach and student then go through a sales action.  Coach has student listen to the tape and pick up his own weaknesses or errors.

When this can be done well student is to do some actual sales work as a salesman, and record the sales actions.  When student can do it well and has taped a sale of his own which he feels is fully satisfactory, the drill is passed.

# Exhibit  G

# L. RON HUBBARD

## ADMINISTRATIVE TECHNOLOGY

The materials of this course were researched and written entirely by American philosopher-author, L. Ron Hubbard. They contain basic laws of organization.

Mr. Hubbard began his discoveries about organizations and successful management technology in the early 1950's. In 1964 he began an active search for the basic laws governing the survival of organizations and groups of all kinds. Nearly 30 years and much practical application later, there exists a highly developed technology spanning the gamut of organizational endeavors.

Primarily intended for the organization Mr. Hubbard founded, all of his organization policies and articles cover any organization and contain fundamentals vital to any successful or profitable activity. You will, however, see phraseology using "we" and "our organization", etc. in these materials just as Mr. Hubbard originally wrote them.

Mr. Hubbard states in his article entitled: The Organization Executive Course Introduction, "No matter how organized any company, society or political entity, it will be as unsuccessful as it has these functions missing."

"If anyone knew the Organization Executive Course, (The course packs for the new modern Organization Executive Courses are the OEC Volumes 0 to 7 in their entirety), fully and could practice it, he could completely reverse any down-trending company or country. Indeed, here and there at this writing men have done so." - L. Ron Hubbard, September 8, 1969.

Mr. Hubbard further states, "Not long ago, for instance, a close friend of the president of the U.S. was given the Policy article about 'Don't reward a down statistic'. A few days later the president used it in his relief program policy."

"...if one were fully conversant with the full subject of this organization technology and all its principles, he would appear to be... a miracle worker."

L. Ron Hubbard's Administrative Technology is being applied very successfully by thousands of business people and professionals throughout the world.

In this course and other courses, we are making Mr. Hubbard's extremely workable and vital Administrative Technology even more broadly available to businessmen across the planet.

Here is to flourishing and prospering companies, individuals and nations throughout the world.

# Exhibit  H

- 1 -

| Page | Item No. | Check Sheet Read BLS/ Drill No. | Sales Drill | BLS (Sales Closing Techniques) |
|------|----------|-------------------------------|-------------|-------------------------------|
| v | 3 | Book | "BIG LEAGUE SALES CLOSING TECHNIQUES", by Parker Publishing Company, Inc., West Nyack, New York, 10944 (NOTE: Don't be alarmed by the fact that you'll be studying this book by starting in the middle and then jumping around. This is to give you an easier, step by step method of learning sales." | |
| | 4 | pp. 93-95 #1@59A | GETTING AGREEMENT" "To train the student to get the prospect in a receptive, frame of mind so he will further agree with what he is told." | "DON'T YOU AGREE?" p. 93 "Essentially, the need to get your prospect, and to keep him, in a receptive, positive frame of mind, applies more to cold selling than it does to the prospect who has come to or contacted you in regard to the purchase." p. 94 "the importance of keeping the prospect thinking positively" and "nodding in agreement with every word he said... We were merely responding to a...positive thinking sales approach that had us agreeing..." and "We both know there are, don't we?" p. 94 |
| 5 | | | "Student gives a sales talk and makes statements that the prospect will obviously agree with. Student emphasizes agreement by nodding his head. Having gotten the prospect in a receptive frame of mine, student then gets prospect to agree with the vital terms of the sale by continuing in the same positive manner, nodding his head to express agreement and continuing to interject "don't you agree" type statements in his sales talk." | "Does It Have a Starter" p. 97 [Discusses lawn mower and educates prospect on it] |
| 6 | | #2@62A | OFFERING A CHOICE" "...offer a choice" p. 95 | "He didn't ask the man whether or not he wanted the machine, but rather, how did he want to pay for it? He offered a choice." p. 99 |
| | | pp. 95-107 | "In order for the prospect to decide on a service and whether he will purchase it or not he has to understand, i.e. be brought to understanding about the service. You should never ask the public individual to decide. You decide for him and leave the minor decisions for him." | |

- 2 -

| Page | Item No. | Check Sheet<br>Read BLS/ Drill No. | Sales Drill | BLS (Sales Closing Techniques) |
|---|---|---|---|---|
| | 7 | pp. 85-91 | "DEMONSTRATION"<br>"This drill is to get the student using success stories, statistic graphs, demonstrating the product working, etc., to help clinch the above. Coach gives a situation, e.g. being interested in getting a service but not sure of the benefits. Student handles by showing the prospect "before" and "after" graphs, success stories of those who have taken the service, etc."<br>"Show the prospect the new product; let him handle it." | "SHOW AND TELL" p. 85<br>"...it really means: demonstration..." p. 86<br>"Demo over the Ocean" p.86<br>[Demos plane having all office capabilities] pp. 86-89<br>"Advance Planning Pays Off" p. 89<br>[Tells about and demos a bus with all office capabilities] p. 89-90<br>"Show, Tell or Both" p. 90<br>"Show and Tell, or Show, or Tell; TELL A STORY." p. 91 |
| | 8 | #3@p.62B | | "What If I Get Hurt?" p. 99<br>[Salesman answers prospect's questions]<br>"you must also rob your prospect of every opportunity to say 'no.' [Y]ou must provide an alternative, a choice...." p. 106<br>"offer him choices rather than yes or no." p. 107 |
| | 9 | pp. 93-107 | "THE BASIC MUSTS"<br>"To train the student to use the three basic musts together with basic sales data to effect a close."<br>"1. Control the conversation;<br>2. Offer a choice as a gimmick to bypass a large decision;<br>3. Deliver your sales in a positive manner." | "...Three Basic Musts..." p. 93<br>"The Three Basic Musts" p. 95<br>"you control the conversation, you offer a choice...and you deliver your sales talk in a positive, 'nod your head' nature." p. 95 |
| | 10 | #4@p. 62C | "E.g. Don't concentrate on overcoming objections but find features of the service that the prospect is interested in and increase that interest..."<br>"E.g. Find out what the prospect is most concerned about." | "The first, and probably most basic method is when the salesman, rather than concentrating on overcoming objections, places the emphasis on clauses or features of the service or product in which the prospect has shown an interest." p. 98<br>"The things he likes, or is most concerned about." p. 100 |

- 3 -

| Check Sheet | | | Sales Drill | BLS (Sales Closing Techniques) |
|---|---|---|---|---|
| Page | Item No. | Read BLS/ Drill No. | | |
| | 11a | | "E.g. Let him tell you how it would work for him (play dumb)." | "Mr. Elrod, I'm Dumb..." p. 101 "I had figured this fellow for a smart cookie who would delight in showing me where I was too dumb to see what was perfectly plain and clear, and it worked." p. 101 "Over the Hurdle with a Demo." p. 102" |
| | 12 | p. 63 | "E.g. Employ the use of demonstration (showing the person what he is getting for his money). This can be done by using success stories, before and after graphs, letting him handle the new model, etc." | "We put the tanks in, sir, and maintain them. Keep the water out, keep them painted and clean, all at no cost to you. And we will buy your gas tanks and whatever gas you have on hand at whatever you paid for it." [Explains extras for buyer's money] p. 104 "After my father-in-law had gotten up behind those twelve discs and snaked them through new ground in high gear with the governor holding the engine just above an idle he came back beaming." [lets farmer handle tractor] p. 104 " Bought One and I Like It" [success story] p. 104 |
| | | #5@p.66A | "DON'T MAKE THE PROSPECT WRONG" | "YOU SURE ARE SMART, MR. JONES" p. 63 "It is accomplished by simply agreeing with him..." p. 63 "When he tells you that your product, service, insurance...is inferior, too expensive, or not right for him, let him think he's selling you on his opinion and his feelings" p. 63 |
| | 13 | pp. 123-137 | "Coach: I don't like the cover on this book!" "Coach: 'I can get this consultation $100 cheaper at the Keokuk Branch Office" | "Six Closing Errors..." p. 123 |
| | 14 | #6@p.66B | "THE SIX CLOSING ERRORS" "The six closing errors are: 1. Arguing with the prospect. 2. Offering unwanted opinions and criticizing the | "...don't argue." p. 125 "Keep Your Opinions to Yourself." p. 125 and |

- 4 -

| Page | Item No. | Read BLS/ Drill No. | Sales Drill | BLS (Sales Closing Techniques) |
|---|---|---|---|---|
| | | | prospect's opinions." | "nobody likes to have their pet project criticized, or their favorite opinion disagreed with." p. 126 |
| | | | "3. Criticizing any competitor." | "You are there to sell your product, not to knock the competition." p. 129 |
| | | | "4. Violating policy and incorrectly assuming authority." | "Don't Play 'Boss' Unless You Are" and "The wise salesman...learns the company's policy and the chain of command. Then he never ignores the chain or varies the policy." p. 132 |
| | | | "5. Dishonest Selling" | "A sale made under shady or double-talk circumstances is not a sale." p. 134 |
| | 16 | #7@p.66C | "PROSPECT BACKOUT" "To train the student to overcome and rapidly handle any attempted prospect backout." | "...Prospect Blackout" [sic, backout] p. 109 "The well-prepared salesman, even when there is an attempted backout, will be equipped to handle it without having to go over the entire close again; without expending double labor or double time making the close stick." p. 109 |
| | 15 | pp. 109-121 | | |
| | 17 | pp. 35-47 | "IDENTIFY WITH THE PROSPECT" "to train the student to identify with the prospect so the prospect will feel comfortable and the student will be real to the prospect." | "IDENTIFY" p. 42 "I'm learning to identify with my prospects, and the sales are coming much easier." p. 44 |
| | 18 | #8@p.66D | "Coach as the prospect acts out various types of identities in the sales interview. Student in his speech and manner adapts to that type of personality (without making a mockery of it) and so enables the coach to identify with the student." | "Your manner and speech is on a level so far above mine that I can't identify with you." p. 43 "...you need to come down to where your prospects are when you're working." p. 44 "You must also show him, whether he is or not, that he is among his own kind...." p. 48 |
| | 19 | pp.175-189 | "QUALIFYING THE PROSPECT" | "...HOW TO QUALIFY FOR THE CLOSE:" p. 175 |
| | 20 | #9@66E | "The questions are: 1. Where does he (she) work and how long? | "The questions: 1. Where does he (she) work and how long? |

Check Sheet

- 5 -

vi.

| Check Sheet | | | Sales Drill | BLS (Sales Closing Techniques) |
|---|---|---|---|---|
| Page | Item No. | Read BLS/ Drill No. | | |
| 21 | | | 2. What does he do there? | 2. What does he do there? |
| | | | 3. Where does he live and how long (circumstances – own, rent, etc.) | 3. Where does he live and how long? (Circumstances – own, rent, etc.?) |
| | | | 4. Marital status? Children? | 4. Marital status? Children? |
| | | | 5. Who is the service or material for? | 5. Who is the (car, boat, insurance, furniture) for? |
| | | | 6. Appearance? (Physical, speech, manner, attitude.)" | 6. Appearance? (physical, speech, manner attitude)" p. 178 |
| 22 | | #10@66F | SCAREDY-CAT | SCAREDY-CAT p. 20 |
| | | | overcome | overcome p.19 |
| | | | fear | fear p. 19 |
| | | | prospect | prospect p. 19 & p. 20 |
| | | | resistance to a sale | sales resistance p. 19 |
| | | | recognize [scaredy-cat] | identify [scaredy-cat] p. 19 |
| 23 | | pp.22-25 | "The key factor is don't talk too much – listen." | "the key to removing the brick here was listening." p. 25 |
| 24 | | #11@66G | LEGITIMATE OBJECTION uses "legitimate objection" in text or a form thereof 3 times | LEGITIMATE OBJECTION p. 22 uses "legitimate objection" in text 3 times (p. 23 & p. 25 (2)) |
| | | | "sticks to that one objection" | sticks to that one objection p.22 |
| | | | sounds "valid" | "valid" p. 22 |
| | | | "let the coach talk himself out of the stop" | "letting the prospect talk himself into a 'go'..." p. 25 |
| 25 | | | uses "objection" alone 3 times | uses "objection" alone 8 times pp. 22-25 |
| 25 | | pp. 25-27 | PHONE APPOINTMENT INTERVIEW | THE NIGHT-SHIFT CLOSE p. 25 |
| 26 | | #12@66H | "'makes the phone call'" | "typical appointment call" p. 26 |
| | | | "'establish a comm line'" [COMM = COMMUNICATION] | "Been fishing lately" p. 26 |
| | | | "Make an appointment" | "I'll see you about seven then." P. 26 |
| | | | "at home if need be" | "... at the prospect's home" p. 27 |
| 27 | | #13@66I | HOME INTERVIEW SALES RESISTANCE | "Why work at night, at the prospect's home?" p. 27 |

| Check Sheet | | | Sales Drill | BLS (Sales Closing Techniques) |
|---|---|---|---|---|
| Page | Item No. | Read BLS/ Drill No. | | |
| 28 | | pp. 31-33 | "the coach has both the 'wife' and the 'husband' to handle" | "I want the family – the wife anyway – there ..." p. 27 |
| 29 | #14@66J | | "SHOPPER STOPPER" "a person who [is determined to] get a better deal from another organization or business." | "THE SHOPPER-STOPPER" p. 31 "I want to look around" p. 31 |
| 30 | | pp. 33-34 | "Today Only Close" | "The Today-Only Close" p. 33 |
| | | p. 34 | "Simple Sell Close" | "Simple Sell Close" p. 34 |
| 31 | | p. 50 | Horse's Mouth Tag" | The Horse's Mouth Tag" p. 50 |
| | #15@66K | | "There are many ways to use 'Buy Now' as explained on the BLS pages 33-34, 50." | |
| 32 | | | "Student must now handle the 'Go-Button'" | "Locating the Big League Go-Button will ..." p. 37 |
| 33 | #16@66L | | MAKING IT OK FOR THE PROSPECT TO ACCEPT A CLOSE | FIND THE BIG LEAGUE GO-BUTTON p. 36 |
| | | | "Identify with the prospect..." | "Identify" p. 42 |
| | | | "After having stripped the prospect of initial sales resistance, to put the prospect in a position of deciding to buy." | "Now that you have robbed him of his armor and made him vulnerable to a close, make him like it. Make it sound as if the meant to be closed all along." p. 37 |
| | | | "1. Identify with the prospect..." | |
| | | | "2. Show him that he is the most important person in the world to you at that moment and that you are interested in his needs and that you have his best interests at heart." | "Make him see that he is the most important person in the world to you at that moment and that you are interested in him and his needs, and that you have his best interests at heart." pp. 47-48 |
| | | | "3. Let the prospect touch and handle the materials including the sales documents, any promotion graphs, or materials used in sales procedures." | "When your prospect wants to look, let him.... I learned to keep my papers, contracts, polices, and other things on my desk where the prospect could see them and touch them ..." p. 41 |
| | | | "4. Make it sound as if he saves face, it becomes his idea, his decision again, and he desires to buy." | "Make it sound as if he meant to be closed all along.....he saves face – the purchase becomes his idea, his decision again, [and] his unconscious resistance to the close becomes a conscious desire to buy." p. 37 |

| Check Sheet | | | Sales Drill | BLS (Sales Closing Techniques) |
|---|---|---|---|---|
| Page | Item No. | Read BLS/ Drill No. | | |
| | | | "5. Effect the close" | "Then the close is as simple as pressing the Big League go-button." p. 48 <br> "The Four Basic Buyer Types." p. 139 |
| 34 | | pp. 139-154 | "THE FOUR BASIC BUYER TYPES" <br> "To train the student to recognize and handle each of the four different buyer types with the differences of approach needed for each." | "Generally, ... and each will fall within one of those four groups....Circumstances peculiar to that general group are half the key to closing them, and keeping them closed." and "group the prospect where he belongs, and apply the rules of that group to gain his confidence." p. 140. |
| 35 | #17@66M | | "[T]he four basic buyer types....These are: the professional buyer, the individual, the unattached female, and the family buyer. | "The Four Groups Generally, the professional buyer, the family buyer, the individual buyer, and the unattached female...." p. 140. <br> "Closing the Professional Buyer" p. 140 |
| | | | "1. The Professional Buyer. This category would also include business, industrial, and professional people who are buying services for their employees, etc. In this drill the student must close the deal by showing with cold facts and demonstration that the service or deal will produce the results required. Student must have such facts, proofs, and demonstrations at his fingertips and not just try to bluff his way through. | "Closing the pro can be summed up in one simple statement: remember that he is a professional buyer. He probably was a salesman at one time, and you must assume that he was a good one, one who knows the tricks...Facts, demonstration, and a convincing, persuasive sales talk will get the job done. Lies, half-truths, and veiled promises will get you nothing." p. 143 |
| | | | "2. The Individual. This category includes new public and individuals being sold further services. The key to handling is to gain the person's confidence by letting him state whatever he wishes, then identifying with him by finding the person he most admires or gets his advice from and the student (salesman) aligning himself with that person so the prospect identifies the salesman with that person. | "Closing the Individual" p. 143 <br> "The newcomer to the buyer market, the young fellow buying his first car...." pp. 143-144 <br> "Gaining His Confidence"...."Let him talk..." p. 144 <br> "especially if you're calm, agreeable..." and "Find out the relationship between him and his father, or, if his father is deceased, find out who his "father image" is." p. 145 |

- 7 -

| Check Sheet | | | Sales Drill | BLS (Sales Closing Techniques) |
|---|---|---|---|---|
| Page | Item No. | Read BLS/ Drill No. | | |
| | | | | "When you have found out who that man is and what his relationship is with your prospect, identify with that person." and |
| | | | | "Then it's simple: agree with the adviser and prove that the adviser gave him the right idea; the best advice he could get." p. 145 |
| | | | "3. The unattached Female. Use good ARC, good sound practical advice and help her through any uncertainty to effectively close the sale." | "The Unattached Female" p. 149 "... she rarely knows what she needs or wants." and "They want to know I'm looking out for them." p. 150 |
| | | | "4. The Family Buyer. Applies to a person paying for materials or services for his family. The key to handling is to work on each member of the family separately, using the Team Sales Close approach where possible so the family is temporarily split up during the sales talk and then brought together for the final close. It should be drilled like this as though the salesmen are in the prospect's home and both husband and wife or whole family are present. It is also drilled as though only the one person representing the family is in the salesman's office alone." | "Family buyer. He's the head of his household and every large purchase is his responsibility." p. 151 "Split the Family Up" p. 151 "Many times it is wise, especially where there are teenagers, to sell the new family car or boat to the children, and the financing, safety and maintenance to the parents. Here you are placing the emphasis on the member(s) of the family who will be most apt to help you get the sale by joining forces with you when you move in for the close." p. 151 "In short, if you separate the family according to the commodity or service you're selling, but at the same time hold them together and concentrate on the fact that they are a family, the close will be easier." p. 153 |
| 36 | | | | |
| 37. | Ch. 3 (pp.49-65) | #18@66Na & 66Nb | THE TAG TEAM CLOSE "Part 1: THE ARTHORITY TAG." | "THE TAG TEAM CLOSE...." p. 49 "...Horse's Mouth Tag." This is where you tag...someone in authority...." pg. 50 "The Horse's Mouth Tag is used when the prospect |
| | | | "In this drill the student needs to recognize when to | |

- 9 -

| Check Sheet | | | Sales Drill | BLS (Sales Closing Techniques) |
|---|---|---|---|---|
| Page | Item No. | Read BLS/ Drill No. | | |
| | | | call on the Authority so that he doesn't get into making unauthorized agreements with the prospect. Example: Prospect wants preferential treatment agreed upon before paying for the service. The head of the department would be called in to tag with the salesman. A very important Authority Tag is a technical terminal to advise on what is needed technically. Coach must be alert for any tendency of the student to make unauthorized agreements in order to get the close, and any hesitation on the part of the student about whom to tag." | has said, "I'll go ahead and sign today if you'll..." but his requirement is beyond your authority to grant. Or he says he'll sign if your promise delivery by such-and-such a date, and you feel you can't deliver, or you don't know whether you can. You tag the man higher in authority when you reach a point where you can't make the commitment or the decision." p. 50<br><br>"The plant had to be up and ready to roll in the 60 days following letting of the contract" p. 52<br><br>"He called in the construction foreman. This man did know about steel and concrete and how much allowance had to be made for weather." [technical advice]p. 53 |
| | | | "Part 2: THE EXAMPLE TAG"<br>"When the student has difficulty getting a close he must tag another student. (This student acts as another salesman.) Once the student has made the tag he must give sufficient information about the difficulty for the tag to be able to come up with an honest example of how that difficulty has been successfully handled by him with others. | "THE EXAMPLE TAG" p. 54<br>"When the salesman finds himself in a no-close situation, and has exhausted the ammunition available to him....he calls in another salesman. Rather than the manager or T.O., he resorts to the assistance of another salesman to make the tag more effective, and believable." p. 55<br>[Example of a tag giving information about the difficulty:]<br><br>"Then, when he's there it should be handled like this: "Jim, you remember that deal you had a couple of weeks ago where the fellow had some securities that he wanted to cash in to pay for the furniture that he was looking at? I remember that the piece of furniture was the only one of it's kind and color that we had. "I know you delivered it to him, but how did you go about getting the deal straight, what with the securities transaction taking what was it, a |

- 10 -

| Check Sheet | | | Sales Drill | BLS (Sales Closing Techniques) |
|---|---|---|---|---|
| Page | Item No. | Read BLS/Drill No. | | |
| | | | | month, before someone else got there first" pp. 55-56 |
| | | | "THE PERSONALITY CLASH" | "PERSONALITY CLASH" |
| | | | "It may happen on occasion that the prospect does not like the type of person the salesman is (e.g. may be "too young," "has long hair, etc.). The student must recognize that there is a personality clash and handle the prospect pleasantly, and adroitly call in a tag." | "I don't like long hair, mustaches, the hippie type, or young people...." p. 60 |
| | | | | "When the salesman feels antagonistic to a prospect for any reason,...he should tag immediately,...." p. 61 |
| | | | "PART 4: THE ACCIDENTAL TAG" | "THE ACCIDENTAL TAG" p. 62 |
| | | | "This is used only where it isn't essential whom you tag. The drill requires tagging any other student who happens to be nearby, giving him adequate data on what is happening and any problem while the coach is there. The tagged person gives data etc. that applies and results in a close." | "The accidental tag can only be used when it doesn't matter especially who you tag with." and "In this tag the salesman simply waits for the first one who wanders by and tags him, with no preliminary, and no set plan. It is then up to him to give the incoming man a breakdown on what's taking place and where and how he needs help." p. 62 |
| | | | "PART 5: THE KNOW IT ALL TAG" | "YOU SURE ARE SMART, MR. JONES Every salesman gets his share of know-it-alls...." p. 63 |
| | | | "it will happen on occasion that a prospect will be a person who is more interested in displaying his knowledge than he is in purchasing his services. Allow the prospect to be right. This fact alone may get you the close. If not, tag someone and brief him on the situation, and handle the person together." | "You can handle the...know-it-all in much the same manner, and still get the sale in the process. It is accomplished by agreeing with him and repeating over and over how smart he is." p. 63 |
| | | | | "bring your tag partner back and introduce him." and "Brief your tag on the way." p. 64 |
| 38 | | | "PART 6: ... handle by tagging correctly and handling the prospect professionally and pleasantly." | "It must be done carefully, with finesse and tact...." p. 49 |
| 39 | pp. 67-77 | #19@660 | "THE DOUBLE TEAM CLOSE" | "THE DOUBLE TEAM CLOSE..." p. 67 |

| Check Sheet | | | Sales Drill | BLS (Sales Closing Techniques) |
|---|---|---|---|---|
| Page | Item No. | Read BLS/ Drill No. | | |
| | 40 | pp. 79-85 | "This drill is of benefit when visiting prospects in their own home or when setting up a double team to handle a difficult prospect."<br><br>"The student must brief his partner on the scene adequately. Coach will be alert here to see that the student doesn't "miss his cue" or that the team does not overwhelm the prospect by talking too much. When the team can work effectively together on this step the double-teaming principle per pages 71-72 is drilled. This would particularly apply when visiting the prospect in his home. Other students will be required for this part of the drill. The team must be able to smoothly handle the prospects separately and then bring them back together to effectively close the prospects." | "sometimes because you expect difficulty, sometimes because you are an unfamiliar ground..." p. 68<br><br>"Always be sure your partner knows what the situation is; that he knows all you know about the prospect so he can team effectively." p. 70<br><br>"The closing partner...should watch the other for a sign that he's ready to turn it over to him, and pick it up in the minute the conversation lags." p. 71<br><br>"they had practiced until they had an effective double-team" p. 69<br><br>"Before you joined the prospect you should have prepared him...and a brief background..." and "He will know how to give you a lead to step in.... But you must be able to recognize the point..." p. 75<br><br>"If you both try to direct the conversation your prospect will be pulled this way and that, and you'll never close him." [talking too much] p. 75<br><br>"Jim suggested that he drop by the house that night and bring his agent with him.... When she excused herself to go in the kitchen...Jim's boss...was going in to talk to her alone....when they came out, ...." [in home, separating then bringing back together] p. 73 |
| | 41 | #20@66P | "THE EMPATHETIC NARRATIVE CLOSE" | "THE EMPATHETIC NARRATIVE CLOSE..." p. 79 |
| | | | "This technique is used when the prospect is | "THE EMPATHETIC NARRATIVE CLOSE..." p. |

| Check Sheet | | | Sales Drill | BLS (Sales Closing Techniques) |
|---|---|---|---|---|
| Page | Item No. | Read BLS/ Drill No. | | |
| | 42 | pp. 155-164 | interested in the service but needs further enlightenment to help him finally decide to pay for the service." <br> "The student needs to relate a true story outlining how the service benefited another or how it was of benefit to the student." | "Tell a story". p. 80 <br> "You tell him exactly, and in detail, what the television commercial only hinted at...tell him about his neighbor's experience with your product...". p. 81 <br> "These are the ones who want to go, who know they should go, but can't quite make up their minds to take the plunge." p. 81 |
| | 43 | #21@66Q | "PROSPECTING AT THE CLOSE" <br> "This section is passed when the student can prospect at the close without in any way being offensive." <br> "ask for prospects after a close has just been finalized." <br> "people who have just purchased a service. Then student should ask the prospect for names of anyone he knows to be interested in the same or other services. Student notes these down to follow up later." | "PROSPECTING *** [M]y prospects come to me at the close." p. 157 <br> "don't wait for the prospect to come to you; instead, ask for them when you close a sale." p. 163 <br> "He owes me the names of people who are ready, or soon will be ready...." p. 157 <br> "okay. You get the names, and of course you follow them up...?" "in person." p. 158 <br> "push him into it and he'll give you a couple of names that aren't worth calling." p. 158 |
| | 44 | 165-174 | THE FILES | The Solid Gold File Cabinet p. 165 |
| | 45 | #22@66R | "To train the student to collect and record data on the prospect and other potential prospects which will enhance further sales... In this drill use basic sales procedure as covered in earlier drills. Emphasis in this drill is not particularly on the sale but on obtaining and recording information for filing that will lead to future sales. Student can | "One of his duties was to train new men, so I asked him what was the single most important thing he told his new men with regard to keeping records. 'That's easy,' he said, 'don't settle for a card file on your sales and prospects. A complete record of sales and the persons to whom the sales were made is the most valuable sales tool a man has,' and |

## Check Sheet

| Page | Item No. | Read BLS/ Drill No. | Sales Drill | BLS (Sales Closing Techniques) |
|---|---|---|---|---|
|  | 46 | pp. 189-193 | make notes during the sale provided it is done unobtrusively. When sale is complete coach has student write up the files report. These are main points of the drill:<br>1. Getting sufficient useful information during the sale.<br>2. Getting it written and filed.<br>Valuable data from one sale that can be used for future sales must be noted. Prospect can't afford it now until 3 months later when he gets an inheritance (or new job or something) so buys a minor service only. Student notes the date and data of the due inheritance so prospect can be further contacted at that time for a certain sale of major services.<br>The drill is passed when student can, without a lot of awkward probing, get the important data during the sale and after the sale completed get all the useful data neatly recorded and added to the file. This would include getting any data concerning other persons into the appropriate files. E.g., in selling a course, one prospect mentions he won't be starting course for one month because he wants to study with Joe Bloggs who returns from an expedition at that time. Student gets the Joe Bloggs details and enters that into Jo Bloggs' file as well as noting it in the current prospect's file.<br>(This is a summary section) | "This is especially true at the close, because if nothing else the salesman can fill himself in on details and not have to ask questions as to how the prospect wants to finance, how many children he has, that sort of thing." and "When the customer sees that the salesman remembers him and his wife, and asks, 'By the way, how is your son, Tommy? He must be about ready for college, isn't he?' that customer is flattered. And that, to me, is what it's all about; make the close easier any way you can. That's the name of the game." "Remember: it only takes a few minutes more to get all the facts that can and will help you in the future, whether it's another closing opportunity with the prospect listed, hi son, his daughter, or brother-in-law.' and 'Just as the time to ask for prospects is at the close when your customer is apt to be the most receptive, so is this the time to get the facts about him and his family for your file." pp.167-168 |
|  | 47 | #23@66S | "THE FULL CLOSE" | "You and the Finance Man" p. 28 |
|  | 48 | pp. 29-31 | "FINANCING" | "...a knowledge of financing...can help with the close." and "It's nice, but I can't afford it right |
|  | 49 | #24@66T | "To train the student to effectively assist the prospect in handling any finance difficulties he is |  |

- 13 -

| Check Sheet | | | Sales Drill | BLS (Sales Closing Techniques) |
|---|---|---|---|---|
| Page | Item No. | Read BLS/ Drill No. | | |
| | | | having in paying for services." | now," p. 28 |
| | | | "The concept of this 'Foolproof Financing Formula,' however, still stands and is really the important factor – the mathematics being secondary. | "Fool-Proof Financing Formula" p. 29 |
| | | | "1. Coach sets the scene by being a prospect who wants to buy a service but can't afford it. The student must ascertain what the problem is, what commitments the prospect has – do a budget program for the prospect if necessary – until the coach feels student has handled satisfactorily." | [Determines commitments and Does a budget analysis] p. 29 |
| | | | "2. Prospect has had house on the market but 'can't sell it.' Get a thorough debug* done and get the stop off the line." | "Anything Goes" and "I say that anything you can do to enable you to get the close faster and easier...is part of salesmanship." p. 28 |
| 50 | | #25@66U | ELECTRONIC AID "The student is taught to set up microphone or other 'bugging' device so he can record his sales interviews, listen to them, detect his weaknesses, and handle." | "Many men found that they couldn't pinpoint there worst fault." Your sales manager and the men you work with can often see faults you can't..." p. 192 |

# Exhibit  I



Extensive Use of
Dane materials in
Selling Services













.

# Exhibit  J

http://www.rtc.org/index.htm



- Deutsch
- 日本語
- English
- Español
- Français
- Svenska
- 台灣
- Ελληνικα
- Dutch
- Dansk
- Magyar
- Portuguêses
- Italiano
- ใทมไทย
- Norsk
- Русский

Exh J



# RELIGIOUS TECHNOLOGY CENTER

## BOARD OF RELIGIOUS TECHNOLOGY CENTER

Home | Contact | Contents

March 18, 2004

➤ Introduction

➤ The Religion of Scientology

➤ The Guarantor of Scientology's Future

➤ Board of Religious Technology Center

David Miscavige Chairman of the Board Religious Technology Center

Mark Rathbun Inspector General Religious Technology Center

Warren McShane Deputy Inspector General for Legal Affairs Religious Technology Center



## Warren McShane

### Deputy Inspector General for Legal Affairs Religious Technology Center

W arren McShane is Deputy Inspector General for Legal Affairs Religious Technology Center, holder of the trademarks of Dianetics and Scientology.

A member of the Church since 1973, Mr. McShane served in a number of administrative positions in Scientology churches before becoming a director and officer of RTC.

Key to RTC's role as the protector of the Scientology religion is the use of intellectual property law to ensure the purity of Scientology's religious technologies.

During his lifetime, Scientology founder L. Ron Hubbard oversaw the

Warren McShane Deputy Inspector General for Legal Affairs Religious Technology Center

Page 2 of 2

▶ Introduction to the Electronic
  Report Form

▶ Matters of RTC Concern

▶ RTC Report Form

  Browser requirements

orthodox practice of Scientology. As an integral part of that endeavor, he
registered as trademarks many of the religion's identifying words and
symbols. In 1982, he donated these trademarks to the Religious Technology
Center.

  In 1983, Mr. McShane assumed responsibility within RTC for seeing to
the continued protection and correct usage of the marks worldwide.

  Its continued work in protecting the scriptures of the Scientology
religion has placed Religious Technology Center at the vanguard of
preserving intellectual property rights the world over.

David Miscavige Chairman of the Board

Mark Rathbun Inspector General

© 1996-2004 Religious Technology Center. All Rights Reserved. For Trademark Information

http://www.rtc.org/Warren-McShane.htm

1/18/2004

Aug 31 2004 8:31AM   Law   Offices of David L. H...

03-10061
Main Courses

# HP LaserJet *3330*



Law Offices Of David L. Hoffm
6617750391
Aug-31-2004  12:37AM

---

## Fax Call Report

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|-----|------|------|------|----------------|----------|-------|--------|
| 257 | 8/31/2004 | 12:16:24AM | Send | 19545226507 | 20:32 | 47 | OK |

Page 1 of 1

---

David L. Hoffman     TO : DALE D. Muzzo

From:      "David L. Hoffman" <dhoffman@sbcglobal.net>
To:        "Dale DiMaggio" <DPD@MHDpatents.com>; <sub@mhdpatent.com>
Cc:        <pleferese@earthlink.net>
Sent:      Monday, August 30, 2004 11:49 PM
Attach:    PDL-OK4-COMPLAINT AS OF JUNE 15 2004 with 8-30-04 revisions.doc
Subject:   03-10061 PL&A v WISE et al COMPLAINT

Dale,
Attached is the complaint ready to file, except that you'll need to change the signature lines for you. Also, you have most of the exhibits, and the remainder are being faxed to you.

Exhibits

A  Original copyright registration
B  Renewal copyright registration
C  "Agreement" (Exclusive License)
D  Special Power of Attorney
E  www.wise.org excerpts
F  sales data
G  Statement Re L Ron Hubbard's materials         previously sent
H  Check Sheets
I  Chart                                           previously sent    previously sent
J  RTC web site excerpts                           previously sent

David

PATENTS, TRADEMARKS & COPYRIGHTS

Law Offices of David L. Hoffman
27023 McBean Parkway, Suite 422
Valencia, California 91355
Phone:  661-775-0300
Fax:    661-259-1255
Email:  dihoffman@sbcglobal.net
Cell:   310-266-6390

Dale — file in
SOUTHERN
DISTRICT (correct
title page)
Thx
D

8/31/2004

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

PETER LETTERES AND ASSOCIATES, INC., a Florida Corporation

**DEFENDANTS**

WORLD INSTITUTE OD SCIENTOLOGY ENTERPRISES INTERNATIONAL, INC., RELIGIOUS TECHNOLOGY CENTER, INC., CHURCH OF SCIENTOLOGY INTERNATIONAL, INC., et al.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

CIV - HUCK

04 - 61178

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Malin, Haley & DiMaggio, P.A.
1936 South Andrews Ave., Ft. Lauderdale, FL
33316 (954) 763-3303

ATTORNEYS (IF KNOWN)

MAGISTRATE JUDGE
TURNOFF

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:   DADE,   MONROE,  (BROWARD,)  PALM BEACH,   MARTIN,   ST. LUCIE,   INDIAN RIVER,   OKEECHOBEE,   HIGHLANDS

## II. BASIS OF JURISDICTION   (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

*O: 04CV 61178 Huck- Turnoff*

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN   (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT   (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | B☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | B☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | B☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **A REAL PROPERTY** | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 442 Employment | **HABEAS CORPUS:** | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| B☐ 220 Foreclosure | ☐ 443 Housing/ Accommodations | B☐ 530 General | ☐ 790 Other Labor Litigation | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | A☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 240 Torts to Land | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | | | A OR B |
| ☐ 245 Tort Product Liability | | ☐ 550 Civil Rights | | | |
| ☐ 290 All Other Real Property | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION   (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

17 U.S.C. 8501 et seq.
Copyright Infringement

LENGTH OF TRIAL
via 10 days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $
greater then 75,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ YES   ☐ NO

## VIII. RELATED CASE(S) IF ANY   (See instructions):

JUDGE _____

DOCKET NUMBER _____

DATE
9/08/04

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # 53/891   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____