IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-61178

CIV - HUCK

MAGISTRATE JUDGE
TURNOFF

PETER LETTERESE AND )
ASSOCIATES, INC., )
a Florida corporation, )
)
       Plaintiff, )
vs. )
)
WORLD INSTITUTE OF SCIENTOLOGY )
ENTERPRISES INTERNATIONAL, INC., RELIGIOUS )
TECHNOLOGY CENTER, INC., CHURCH OF )
SCIENTOLOGY INTERNATIONAL, INC., and BRIDGE )
PUBLICATIONS INCORPORATED, all California )
corporations, CHURCH OF SCIENTOLOGY FLAG )
SERVICE ORGANIZATION, a Florida corporation, NEW )
ERA PUBLICATIONS INTERNATIONAL, a foreign )
corporation, CHURCH OF SCIENTOLOGY, MISSION )
OF FORT LAUDERDALE, INC., AND CHURCH OF )
SCIENTOLOGY OF FLORIDA, both Florida corporations, )
and DOES 1-3200, )
)
       Defendants. )

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1

COMES NOW Plaintiff, Peter Letterese and Associates, Inc., by and through undersigned counsel pursuant to Rule 7.1, Fed.R.Civ.P., and files this, its Corporate Disclosure Statement:

Defendant is a Florida corporation.

The parent corporation of the Plaintiff corporation is Integrity Exchange Group, Inc., a Delaware corporation.

Respectfully submitted,

Dale P. DiMaggio, Esq.
Joseph R. Englander, Esq.
MALIN, HALEY & DiMAGGIO, P.A.
Attorneys for Defendant
1936 South Andrews Avenue
Fort Lauderdale, FL 33316
Tel: (954) 763-3303
Fax: (954) 522-6507

Date: _____ By: _____
Dale P. DiMaggio, Esq.
Florida Bar No.: 395,803
Joseph R. Englander, Esq.
Florida Bar No.: 935,565

I:\9000\9093\LITIGATE\Corporate disclosure Rule 7.1.doc