

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  04-61178-CIV-HUCK/TURNOFF

PETER LETTERESE AND
ASSOCIATES, INC.,

    Plaintiff,

vs.

WORLD INSTITUTE OF
SCIENTOLOGY ENTERPRISES
INC., *et al.*,

    Defendants.
_____/

## NOTICE OF TELEPHONIC STATUS CONFERENCE

PLEASE TAKE NOTICE that a Telephonic Status Conference will be held on **Monday, November 8, 2004, at 8:45 a.m.,** before the Honorable Paul C. Huck, United States District Judge, 99 N.E. Fourth Street, 10th Floor, Courtroom 6, Miami, Florida. Plaintiff's counsel shall call in to chambers at (305)523-5520 at the above-noted time.

DONE in Chambers, Miami, Florida, this 19th day of October, 2004.

                                           Deputy Clerk
                                           United States District Court

Copies furnished to:
Dale Paul DiMaggio

