UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 04-61178-CIV-HUCK/TURNOFF

PETER LETTERESE AND
ASSOCIATES, INC.,

      Plaintiff,

vs.

WORLD INSTITUTE OF
SCIENTOLOGY ENTERPRISES
INC., *et al.*,

      Defendants.
_____/

### ORDER TO SHOW CAUSE

THIS MATTER is before the Court on a *sua sponte* review of the file and on the telephonic status conference November 8, 2004. Rule 41.1 of the Local Rules of the United States District Court for the Southern District of Florida provides that "[c]ivil actions not at issue which have been pending without any proceedings having been taken therein for more than three months may be dismissed for want of prosecution by the Court on its own motion after notice to counsel of record." This action was filed on September 8, 2004. The record reveals service has not been effected on Defendants and this case is not at issue. Accordingly, the Plaintiff shall serve this Complaint by December 9, 2004, or show cause why this case should not be dismissed for lack of prosecution. Failure to timely comply with this Order will result in immediate dismissal without further notice.

DONE and ORDERED in Chambers, Miami, Florida, this 8th day of November, 2004.

Paul C. Huck
United States District Judge

Copies furnished to:
Counsel of Record

