FILING FEE PAID /109 2K
Clarence Maddox, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| PETER LETTERESE AND ASSOCIATES, INC., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WORLD INSTITUTE OF SCIENTOLOGY ENTERPRISES INTERNATIONAL, INC., RELIGIOUS TECHNOLOGY CENTER, INC., CHURCH OF SCIENTOLOGY INTERNATIONAL, INC., and BRIDGE PUBLICATIONS INCORPORATED, all California corporations, CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, a Florida corporation, NEW ERA PUBLICATIONS INTERNATIONAL, a foreign corporation, CHURCH OF SCIENTOLOGY, MISSION OF FORT LAUDERDALE, INC., AND CHURCH OF SCIENTOLOGY OF FLORIDA, both Florida corporations, and DOES 1-3200,<br><br>Defendants. | Case No. 04-61178<br><br>Judge Huck<br>Magistrate Judge Turnoff |



## MOTION TO APPEAR PRO HAC VICE

COMES NOW Dale Paul DiMaggio of Malin, Haley & DiMaggio, P.A., 1936 South Andrews Ave., Fort Lauderdale, Florida, 33316, a member of the Bar of this Court, appearing in this action as local counsel for Plaintiff, Peter Letterese and Associates, a Florida corporation and, pursuant to Special Rule 4(B) of the Local Rules of the Southern District of Florida, moves that this Court order that **David L. Hoffman**, of the law offices of David L. Hoffman, be permitted to appear and participate as trial counsel for Plaintiff in this case, and states as follows:



David L. Hoffman certifies herewith that he has studied the Local Rules of this Court and is a member in good standing of the Bar of the State of California.

David L. Hoffman was admitted to practice in California on December 11, 1989.

The Defendant has designated the undersigned attorneys, who maintain an office in Fort Lauderdale, in the Southern District of Florida, for the practice of law, to participate in this case as their local counsel and with which the Court and opposing counsel may readily communicate regarding the conduct of the case and serve papers upon said attorneys at the undersigned firm. Undersigned counsel has accepted this designation. Applicant certifies that he has studied the local rules.

The required fee of $75.00 is enclosed herewith.

WHEREFORE, the undersigned respectfully requests that David L. Hoffman be permitted to appear and participate before this Court as counsel for Defendant for this particular case.

Respectfully submitted,

MALIN, HALEY & DiMAGGIO, P.A.
(Local Counsel)
1936 South Andrews Ave.
Ft. Lauderdale, FL 33316
Tel: (954) 763-3303
Fax: (954) 522-6507

Date: 11/15/04   By: _____
Dale Paul DiMaggio
Florida Bar No. 395,805
Joseph R. Englander
Florida Bar No. 935,565

I:\9000\9093\LITIGATE\9717.003 Mot admiss pro hac vice two.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| PETER LETTERESE AND ASSOCIATES, INC., a Florida corporation, <br><br> Plaintiff, <br> vs. <br><br> WORLD INSTITUTE OF SCIENTOLOGY ENTERPRISES INTERNATIONAL, INC., RELIGIOUS TECHNOLOGY CENTER, INC., CHURCH OF SCIENTOLOGY INTERNATIONAL, INC., and BRIDGE PUBLICATIONS INCORPORATED, all California corporations, CHURCH OF SCIENTOLOGY FLAG SERVICE ORGANIZATION, a Florida corporation, NEW ERA PUBLICATIONS INTERNATIONAL, a foreign corporation, CHURCH OF SCIENTOLOGY, MISSION OF FORT LAUDERDALE, INC., AND CHURCH OF SCIENTOLOGY OF FLORIDA, both Florida corporations, and DOES 1-3200, <br><br> Defendants. | Case No. 04-61178 <br><br> Judge Huck <br> Magistrate Judge Turnoff |

### ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

THIS CAUSE, having come before the Court, and this Court being fully advised in the premises, it is therefore, ORDERED AND ADJUDGED that:

Plaintiff's Motion to Appear *Pro Hac Vice* of David L. Hoffman is hereby **GRANTED**;

DONE AND ORDERED at _____, Florida, this _____ day of _____, 2004.

_____
HON. PAUL C. HUCK
UNITED STATES DISTRICT COURT

1

Copies provided:

Dale Paul DiMaggio, Esq. (local counsel for Defendant)
Joseph R. Englander, Esq.
Malin, Haley & DiMaggio, P.A.
1936 S. Andrews Ave.
Ft. Lauderdale, FL 33316

I:\9000\9093\LITIGATE\9717.004 Order.doc