UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PETER LETTERESE AND )
ASSOCIATES, INC., )
a Florida corporation, )
 )
      Plaintiff, ) Case No. 04-61178
vs. )
 )
WORLD INSTITUTE OF SCIENTOLOGY ) Judge Huck
ENTERPRISES INTERNATIONAL, INC., ) Magistrate Judge Turnoff
RELIGIOUS TECHNOLOGY CENTER, INC., )
CHURCH OF SCIENTOLOGY )
INTERNATIONAL, INC., and BRIDGE )
PUBLICATIONS INCORPORATED, )
all California corporations, CHURCH OF )
SCIENTOLOGY FLAG SERVICE )
ORGANIZATION, a Florida corporation, )
NEW ERA PUBLICATIONS INTERNATIONAL, )
a foreign corporation, CHURCH OF )
SCIENTOLOGY, MISSION OF FORT )
LAUDERDALE, INC., AND CHURCH OF )
SCIENTOLOGY OF FLORIDA, both Florida )
corporations, and DOES 1-3200, )
 )
      Defendants. )
_____ )

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

THIS CAUSE, having come before the Court, and this Court being fully advised in the premises, it is therefore, ORDERED AND ADJUDGED that:

Plaintiff's Motion to Appear *Pro Hac Vice* of David L. Hoffman is hereby **GRANTED**;

DONE AND ORDERED at _Miami_, Florida, this _18_ day of _November_, 2004.

_____
HON. PAUL C. HUCK
UNITED STATES DISTRICT COURT

Copies provided:

Dale Paul DiMaggio, Esq. (local counsel for Defendant)
Joseph R. Englander, Esq.
Malin, Haley & DiMaggio, P.A.
1936 S. Andrews Ave.
Ft. Lauderdale, FL 33316

I:\9000\9093\LITIGATE\9717.004 Order.doc