UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PETER LETTERESE AND
ASSOCIATES, INC.,
a Florida corporation,

          Plaintiff,

   vs.

WORLD INSTITUTE OF SCIENTOLOGY
ENTERPRISES INTERNATIONAL, INC.,  RELIGIOUS
TECHNOLOGY CENTER, INC., CHURCH OF
SCIENTOLOGY INTERNATIONAL, INC., and BRIDGE
PUBLICATIONS INCORPORATED, all California
corporations, CHURCH OF SCIENTOLOGY FLAG
SERVICE ORGANIZATION, a Florida corporation, NEW
ERA PUBLICATIONS INTERNATIONAL, a foreign
corporation, SCIENTOLOGY MISSIONS
INTERNATIONAL, CHURCH OF SPIRITUAL
TECHNOLOGY, CHURCH OF SCIENTOLOGY,
MISSION OF FORT LAUDERDALE, INC., AND
CHURCH OF SCIENTOLOGY OF FLORIDA, both
Florida corporations,
 and DOES 1-3200,

          Defendants.

04-61178-CV-Huck

**DEMAND FOR JURY TRIAL**



---

## FIRST AMENDED COMPLAINT

Plaintiff, Peter Letterese and Associates, Inc., a Florida Corporation, ("Plaintiff"), brings

this Complaint against Defendant, World Institute of Scientology Enterprises

Interantional, Inc. ("Defendant"), and alleges as follows:

## JURISDICTION AND VENUE

    1. This Court has jurisdiction over the subject matter of this action under the

Federal Copyright Act, 17 U.S.C. §§ 101 et sec., pursuant to 28 U.S.C. § 1338(a) and

under 28 U.S.C. § 1331 (federal question).



2. This Court has personal jurisdiction over Defendants by virtue of their having a place of business, transacting and/or soliciting business in the Southern District of Florida ("this District"), and/or deriving substantial revenue from activities conducted in this District.

## THE PARTIES

3. Plaintiff PETER LETTERESE AND ASSOCIATES, INC. ("PL&A") is a Florida corporation, duly organized under the laws of the State of Florida, with its principal place of business at 4919 SW 148th Avenue, Davie, Florida 33330. PL&A, among other things, holds exclusive rights in all copyright for the book entitled Big League Sales Closing Techniques (BLS book), later known as Surefire Sales Closing Techniques (Surefire book), now modernized and known as Integrity Intact … The Technology of Selling® (Integrity Book). The rights held include, but are not limited to, all rights to performances and derivative works, and all other rights under the copyright act. PL&A distributes the Integrity Book, and conducts presentations and consultations involving the BLS/Surefire/Integrity book's subject matter in the State of Florida and in interstate commerce.

4. On information and belief, Defendant WORLD INSTITUTE OF SCIENTOLOGY ENTERPRISES INTERNATIONAL INC. ("WISE"), is a non-profit corporation duly organized under the laws of the State of California, with its principal place of business at 6331 Hollywood Boulevard, Suite 701, Los Angeles, California 90028-6313 and also having an office at 512 Cleveland Street, #283, Clearwater, Florida 33755. On information and belief, WISE is affiliated with an affiliated series of networks of corporations colloquially referred to as "The Church of Scientology" and is controlled by the trademark licensing entity that controls and/or manages and/or spiritually guides, and/or financially consults an extensive, affiliated series of networks of corporations colloquially referred to as "The Church of Scientology". WISE consists of a corporate

staff and its member individuals and organizations. WISE has supervisory control of its members and receives royalties and/or other direct compensation therefrom.

5.      On information and belief, Defendant RELIGIOUS TECHNOLOGY CENTER ("RTC") is a non-profit corporation duly organized under the laws of the State of California having an office at 1710 Ivar Street, Suite 100, Los Angeles, California 90028.   On information and belief, RTC has ownership and/or control of all or at least a significant portion of the trademarks associated with and copyrighted material used by Scientology, including at least those marks known as the "OT Levels," and thereby has control and/or supervisory control of many if not all entities affiliated with the religion known as "Scientology," including the ability to control use and/or content of the infringing materials discussed herein.   For example, RTC on information and belief has a license agreement with WISE providing RTC with supervisory control of WISE and thereby control of WISE's members.   On information and belief, RTC has a license agreement with the CHURCH OF SCIENTOLOGY INTERNATIONAL and its network of members, SCIENTOLOGY MISSIONS INTERNATIONAL and its network of members, and also Scientology affiliated organizations known as ABLE, IHELP, ASHO, FSO, FSSO, AUTHOR SERVICES, INC., GOLDEN ERA PUBLICATIONS, OSA International, and CMO International, and their network of members.

6.      On information and belief, Defendant CHURCH OF SCIENTOLOGY INTERNATIONAL ("CSI") is a non-profit corporation duly organized under the laws of the State of California having an office at 6331 Hollywood Boulevard, #1200, Los Angeles, California 90028.   On information and belief, CSI has control and/or supervisory control of a network of member organizations at least some or all of which are known as "Class 5 Orgs," including the ability to control use and/or content of the infringing materials discussed herein.   On information and belief, CSI creates and disseminates at least some of the infringing material discussed herein.

7. On information and belief, Defendant BRIDGE PUBLICATIONS INCORPORATED ("BRIDGE") is a corporation duly organized under the laws of the State of California, with its principal place of business at 4751 Fountain Avenue, Los Angeles, California 90029. On information and belief, BRIDGE publishes at least some of the infringing material discussed herein including material created by CSI for distribution, use and sale in the U.S.

8. On information and belief, Church of Scientology Flag Service Organization ("FSO"), is a non-profit corporation duly organized under the laws of the State of Florida, with its principal place of business at 210 South Fort Harrison Ave, Clearwater, FL 33756 USA. On information and belief, FSO uses and/or sells and/or publishes at least some of the infringing material, including material created by CSI, BRIDGE and/or WISE discussed herein for use and sale inside as well as outside the U.S.

9. On information and belief, Defendant NEW ERA PUBLICATIONS INTERNATIONAL ("NEW ERA"), is a foreign corporation duly organized under the laws of the Denmark, with its principal place of business at ApS Store Kongensgade 55 1264 **Copenhagen** K – Denmark. On information and belief, NEW ERA publishes at least some of the infringing material, including material created by CSI, discussed herein for distribution, use and sale outside the U.S. based on materials provided by CSI and/or BRIDGE from the U.S. under direction and/or control from CSI and/or BRIDGE.

10. On information and belief, Defendant SCIENTOLOGY MISSIONS INTERNATIONAL ("SMI") is a non-profit corporation duly organized under the laws of the State of California having an office at 6331 HOLLYWOOD BLVD., Los Angeles, California.

11. On information and belief, Defendant CHURCH OF SPIRITUAL TECHNOLOGY ("CST") is a non-profit corporation duly organized under the laws of

the State of California having an office at 419 N. Larchmount Blvd, #86, Los Angeles, California 90004. On information and belief, RTC has ownership and/or control of all or at least a significant portion of the trademarks associated with and copyrighted material used by Scientology, including at least those marks known as the "OT Levels," and thereby has control and/or supervisory control of many if not all entities affiliated with the religion known as "Scientology," including the ability to control use and/or content of the infringing materials discussed herein. For example, RTC on information and belief has a license agreement with WISE providing RTC with supervisory control of WISE and thereby control of WISE's members. On information and belief, RTC has a license agreement with the CHURCH OF SCIENTOLOGY INTERNATIONAL and its network of members, SCIENTOLOGY MISSIONS INTERNATIONAL and its network of members, and also Scientology affiliated organizations known as ABLE, IHELP, ASHO, FSO, FSSO, AUTHOR SERVICES, INC., GOLDEN ERA PUBLICATIONS, OSA International, and CMO International, and their network of members.

12.     On information and belief, Defendant CHURCH OF SCIENTOLOGY, MISSION OF FORT LAUDERDALE, INC. ("CoSM FT. LAUDERDALE"), is a non-profit corporation duly organized under the laws of the State of Florida, having an office at 660 S. Federal Hwy. Suite 200, Pompano Beach, Florida 33062. On information and belief, CoSM FT. LAUDERDALE uses and/or sells and/or publishes at least some of the infringing material, including material created by CSI, BRIDGE and/or WISE discussed herein for use and sale inside and outside the U.S.

13.     On information and belief, Defendant Church of Scientology of Florida, is a non-profit corporation duly organized under the laws of the State of Florida, having an office at 120 Giralda Avenue, Coral Gables, FL 33134-5209. On information and belief, CoS FLORIDA uses and/or sells and/or publishes at least some of the infringing

material, including material created by CSI, BRIDGE and/or WISE discussed herein for use and sale inside and outside the U.S.

14.     On information and belief, Defendants  DOES 1-3200 are unknown Defendants whose names and/or connection to the allegations in the complaint are unknown, but each is believed responsible in some way for copyright infringement, by direct infringement, inducing and/or contributing to infringement, and/or supervisory control and receipt of benefits of the infringement.  DOES 1-10 are believed to handle copyright and/or trademarks of Scientology and/or otherwise have supervisory control of infringing entities and receive compensation derived from infringement.

15.  On information and belief, each of DOES 1-10 has ownership and/or control of all or at least a significant portion of the trademarks associated with and copyrighted material used by Scientology, and thereby have control and/or supervisory control of many if not all entities affiliated with the religion known as "Scientology," including the ability to control use and/or content of the infringing materials discussed herein.  For example, DOES 1-10 on information and belief have a license agreement with WISE providing DOES 1-10 with supervisory control of WISE and thereby control of WISE's members.  On information and belief, DOES 1-10 have a license agreement with the CHURCH OF SCIENTOLOGY INTERNATIONAL and its network of members, SCIENTOLOGY MISSIONS INTERNATIONAL and its network of members, and also Scientology-affiliated organizations known as ABLE, IHELP, ASHO, FSSO, AUTHOR SERVICES, INC., GOLDEN ERA PUBLICATIONS, OSA INTERNATIONAL, and CMO INTERNATIONAL, and their network of members.  DOES 11-3195 are believed to actually produce the infringing course material.  DOES 3196-3200 are believed to be supporting the activity of the other Defendants and/or co-acting with them, and/or infringing.

16.  On information and belief there are about 3200 entities affiliated with SCIENTOLOGY by one or more of the following ways:  use of Scientology trademarks, payment of royalties and/or other fees and compensation to RTC, CSI, SCIENTOLOGY MISSIONS INTERNATIONAL, and/or other entities using Scientology trademarks, professing Scientology beliefs and/or practicing Scientology.  Such affiliated entities are referred to herein as "Scientology affiliated entities."

17.  On information and belief, all or virtually all of these Scientology affiliated entities, including WISE and its members, are believed to actually provide the course thereby performing the book, an unauthorized derivative work, and/or further distribute and/or sell the course and/or course material to staff (in exchange for years of service, "collateralized" with promissory notes in the event of staff contract breakage) and/or to paying, non-staff parishioners, members, clientele, etc. on a regular basis.  On information and belief, all or virtually all of these Scientology affiliated entities pay royalties and/or other substantial benefits flow from them to DOES 1-10 relating to infringing sale and/or distribution and/or performance of the copyrighted work as identified herein and/or to RTC and/or Does 1-10.

18.  On information and belief, Defendant CSI either directly or indirectly derives substantial revenue from activities in the State of Florida including but not limited to this District.

19.    On information and belief, Defendant RTC derives substantial revenue from activities in the State of Florida including but not limited to this District.

20.  On information and belief, at least some of DOES 1-3200 derive substantial revenue from infringing activities in the State of Florida, and/or have offices in the State of Florida, and/or have other contacts with the forum sufficient for jurisdiction.

## FACTS COMMON TO ALL CLAIMS

21.    PL&A is the exclusive source of the modernized book (Integrity Book), and consultations concerning the subject matter thereof.

22.    Les Dane is the creator and author of a book on sales techniques which was originally entitled Big League Sales Closing Techniques, now known as Surefire Sales Closing Techniques. This book contains a large amount of material wholly original with Les Dane and is copyrightable subject matter under the laws of the United States. The requirements of the Copyright Act of 1909 have been fully complied with and a copyright was duly registered on April 7, 1971, having original registration number A231800 (class A), and duly renewed and re-registered on January 4, 1999 as registration number RE-797-552, under the Copyright Act of 1909, 17 U.S.C. §§ 101 et seq. and to the extent applicable, the Copyright Act of 1976. A true copy of the Surefire Sales Closing Techniques is annexed hereto as Exhibit A and the current copyright registration as renewed is attached hereto as Exhibit B

23.  Les Dane originally, as creator and author, owned all right, title and interest in the book. Subsequently, when he passed, his wife Lois B. Dane, obtained all right, title and interest in the book. Thereafter, on or about December 31, 1993, PL&A entered into a contract with Lois Dane as the owner of the right, title and interest in the copyrights of certain materials, which encompassed the complete body of literary and other works created by the author Les Dane, and wherein PL&A received the exclusive license of all rights of every nature during the life of the copyrights and renewal copyrights. A true copy of said agreement is annexed as Exhibit C and incorporated herein as though fully set forth below. The license also granted PL&A the right to be the exclusive worldwide representative of Lois Dane and the Estate of Les Dane (and thus any and all other heirs, to the extent they may have received any right) for all rights to the

works listed.  See p.8, ¶5 of Exhibit C.  These works include <u>Surefire Sales Closing</u> <u>Techniques</u> ("the Dane Surefire book").

24.  In connection with the above mentioned December 31, 1993 contract, on or about February 11, 1994, Lois Dane and PL&A executed a certain Power of Attorney which granted PL&A the right to exclusively manage, control and conduct all business, of whatever kind, related to or affecting Les Dane's copyright rights, a true copy of which is annexed hereto as Exhibit D.

25.     PL&A has exploited the copyrights in the Dane Surefire book by having published and sold copies of the book and an electronic version of the book  originally called <u>No Insults, No Pressure, No Mind Games:  The Technology Of Selling</u>, now finalized as <u>Integrity Intact ... The Technology of Selling</u>®, written entirely by Les Dane ("Technology book"), amended only to make cultural updates.

26.  A copyright registration on the Technology book was registered on January 29, 1996, registration number TXu-722-831, and lists PL&A as author (by work made for hire) and copyright claimant.  The Technology book is an updated and revised version, of the Dane Surefire book.

27.     In addition to having the publishing rights to the Dane Surefire book, PL&A exploits its exclusive license right with Lois Dane by marketing business consulting seminars, and otherwise teaching sales and sales closing techniques based on the Dane BLS/Surefire/Integrity book.

## DEFENDANT WISE'S INFRINGING SKILLS MATERIALS AND COURSE

28.  Defendant WISE offers, for a fee, business consulting services including a course for teaching sales techniques to persons and corporations (who re-sell the teaching material) called "Members."  Members are those who have signed a membership

agreement at one level or another), some of whom have also taken a license from WISE to provide business consulting services using various information and/or techniques (referred to as "LRH Administrative Technology Services").  LRH stands for L. Ron Hubbard ("Hubbard") Founder of the organizations collectively a part of the "subject/overall network of organizations" known as the Scientology & Dianetics and the Church of Scientology, respectively.  The WISE licensees and/or members pay royalties to WISE each time they sell LRH technology services, LRH promotional items, and LRH publications, as well as pay a portion of their income simply to make use of the Hubbard material in their businesses, even if they do not re-sell services.

29.     WISE's Internet website asserts that WISE's tools are the OEC (defined below) and Management Series volumes of L. Ron Hubbard:

"WISE is a non-profit membership organization with the purpose of uniting individuals and organizations that use HUBBARD Management Technology for administrative, business and organizational improvement purposes.

* * *

A religious fellowship organization, WISE is made up of businessmen and professionals in numerous fields, who share a common certainly [sic, certainty] that only through the application of Mr. Hubbard's administrative technology can one do for the third (group) dynamic what Scientology does for the individual: eliminate confusions, replace hardship with happiness, and generally better survival.

Their tools, available in any church bookstore and many public libraries, are the twelve encyclopedia-sized volumes comprising the *Organization Executive Course* (OEC) and Management Series volumes.  These works are a result of

Mr. Hubbard's research and codification of the Scientology religion and were written for church administration 1."

These web site excerpts are contained in the attached Exhibit E, a true and correct copy of pages from the WISE website at www.wise.org.

30.     For financial gain and advantage, WISE is misappropriating the copyrighted material in which PL&A has invested heavily.  WISE provides, in exchange for the Member's license fees, and/or in exchange for fees from Members and/or in furtherance of enhancing its receipts from Members' license fee payments, a synopsis, outline and/or summary of the copyrighted content of the Dane Surefire book, or a substantial portion thereof, in the form of Sales Drills, a true and correct copy of which are attached as Exhibit F.  The material in the Sales Drills are asserted to originate with L. Ron Hubbard.  See Exhibit G.  In addition, WISE provides a course ("Course") in selling to help Members sell goods and services for which WISE receives substantial royalties.  The Course contents are outlined in part by "Check Sheets," which provide a correlation of pages of the Dane Surefire book with the Sales Drills.  The "check sheets" are attached as Exhibit H.  The course violates PL&A's exclusive rights to make copies, derivative works and/or performances under one or more of 17 U.S.C. § 106(1), (2) and (4).  The only entity with the rights to offer such a course is PL&A.

31.     That the Skills sheets are a synopsis, outline and/or summary of the book is evident from attached Exhibit I, which compares the Sales Drills (skills sheets) with the corresponding portion of the Dane Surefire book referred to in the table as "BLS (Sales Closing Techniques)".  For example, many of the Dane Surefire book's section titles are copied in the Skills sheets, and many sections such as the "six closing errors…", on "how to qualify for the close" and "the "go-button" contain almost verbatim passages, the same or substantially the same outline, and identical key words and phrases, as shown in the below excerpts from Exhibit I:

| <u>Sales Drill</u> | <u>BLS (Sales Closing Techniques)</u> |
|---|---|
| "QUALIFYING THE PROSPECT" (at p. 66D)<br><br>"The questions are:<br>1. Where does he (she) work and how long?<br>2. What does he do there?<br>3. Where does he live and how long (circumstances – own, rent, etc.)<br>4. Marital status? Children?<br>5. Who is the service or material for?<br>6. Appearance?  (Physical, speech, manner, attitude.)" | "… HOW TO QUALIFY FOR THE CLOSE" p. 175<br><br>"The questions:<br>1. Where does he (she) work and how long?<br>2. What does he do there?<br>3. Where does he live and how long? (Circumstances – own, rent, etc.?)<br>4. Marital status? Children?<br>5. Who is the (car, boat, insurance, furniture) for?<br>6. Appearance? (physical, speech, manner attitude)" p. 178 |
| MAKING IT OK FOR THE PROSPECT TO ACCEPT A CLOSE (at p. 66L) | FIND THE BIG LEAGUE GO-BUTTON p. 36 |
| "After having stripped the prospect of initial sales resistance, to put the prospect in a position of deciding to buy." | "Now that you have robbed him of his armor and made him vulnerable to a close, make him like it.  Make it sound as if he meant to be closed all along." p. 37 |
| "Student must now handle the 'Go-Button'" | "Locating the Big League Go-Button will …" p. 37 |
| "1. Identify with the prospect…." | "Identify" p. 42 |
| "2. Show him that he is the most important person in the world to you at that moment and that you are interested in his needs and that you have his best interests at heart." | "Make him see that he is the most important person in the world to you at that moment that you are interested in him and his needs, and that you have his best interests at heart."  pp. 47-48 |
| "3. Let the prospect touch and handle the materials including the sales documents, any promotion graphs, or materials used in sales procedures." | "When your prospect wants to look, let him. …<br>I learned to keep my papers, contracts, polices, and other things on my desk where the prospect could see them and touch them …" p. 41 |
| "4.  Make it sound as if he meant to be closed all along so he saves face, it becomes his idea, his decision again, and he desires to buy." | "Make it sound as if he meant to be closed all along….he saves face – the purchase becomes his idea, his decision again, [and] his unconscious resistance to the close becomes a conscious desire to buy."  p. 37 |
| "5.  Effect the close" | "Then the close is as simple as pressing the Big League go-button." p. 48 |
| "THE SIX CLOSING ERRORS" (at p. 66B) | "Six Closing Errors…" p. 123 |
| "The six closing errors are:<br>1. Arguing with the prospect. | "…don't argue." p. 125 |

| 2. Offering unwanted opinions and criticizing the prospect's opinions." | "Keep Your Opinions to Yourself" p. 125 and "nobody likes to have their pet project criticized, or their favorite opinion disagreed with." P. 126 |
| "3. Criticizing any competitor." | "You are there to sell your product, not to knock the competition." p. 129 |
| "4. Violating policy and incorrectly assuming authority." | "Don't Play 'Boss' Unless You Are" ... "The wise salesman ... learns the company's policy and the chain of command. Then he never ignores the chain or varies the policy." p. 132 |
| "5. Dishonest Selling" | "A sale made under shady or double-talk circumstances is not a sale." p. 134 |

32.     WISE gains, for example, funds from royalties and/or other fees that PL&A is entitled to receive, from providing the Skills sheets and related materials. PL&A would be entitled to the license fees as they are generated for the Course and its Skills sheets. PL&A is also entitled to sell copies of the Dane Surefire book, provide seminars on the Dane Surefire book and sell a synopsis, summary and/or outline of the book, and/or otherwise exploit the exclusive rights under the copyright statute on the Dane Surefire book.

33.     As of at least three years before the date that this Action has been filed, WISE has made, and continues to make, its infringing Skills sheets and related materials, and provide its infringing Course to countless users within this District, and elsewhere in the United States and around the world and as a result, have gained revenue and other benefit therefrom to the detriment of PL&A.  On information and belief, Bridge, New Era, CSI and others have also created, published and disseminated to its members materials that infringe, and courses using the material that infringe, the copyrights in the Dane Surefire book too.

34. PL&A has demanded that WISE, CSI and all other entities affiliated with the Church of Scientology stop publishing, copying, distributing, loaning and otherwise

disseminating and stop conducting the course using the materials together with the Dane BLS/Surefire book, which constitute violations of PL&A's exclusive rights without PL&A's consent, and/or to enter into negotiations on this issue. WISE, CSI and all other entities have refused to cease its infringing activities and refused to negotiate in any meaningful way.  There is a substantial likelihood that the infringement will continue unless enjoined, and unless the infringing materials are seized and/or destroyed.

35.  WISE, Bridge, New Era and CSI's conduct has been in willful violation of PL&A's warnings to WISE to stop such infringements and that WISE's and CSI's conduct is unauthorized. The specific acts of infringement described above are simply representative of WISE's infringements.

36.  WISE has, since at least three years before the filing of this Action, been continuously publishing, selling and otherwise marketing the Skills sheets and related materials, and the Course which makes use of the skills sheets, Dane Surefire book and other material.  On information and belief, WISE also promotes the Course and/or takes other actions which falsely designate the origin of the WISE Course materials, because, among other reasons and for purposes of illustration only, WISE gives the Members who take the Course and others in the relevant group of customers and potential customers, the false impression that L. Ron Hubbard and/or WISE solely created the materials including the Skills sheets, when in fact the Skills sheets in at least one version of the course curriculum outline are derived from and constitute a synopsis, summary and/or outline of the Dane Surefire book, by Les Dane.  These activities conducted by WISE harms PL&A because it makes it appear that WISE is the only source of the Course and materials, when in fact PL&A holds the exclusive rights in the Dane Surefire book and also provides seminars and/or training based at least in part on the Dane Surefire book.

37.  This assertion, and/or other actions by WISE, also falsely designate the origin of the WISE Course and/or Course materials, including the Skills sheets, because it gives

the Members who take the Course or otherwise read this assertion and others in the relevant group of customers and potential customers, the false impression that Les Dane and/or the holder of the rights to the Dane Surefire book sponsors, and/or is somehow associated with, the Course provided by WISE, other than merely having written the book and/or holding the rights thereto.  This assertion and related assertions and/or activities conducted by WISE harms PL&A because it makes it appear that WISE is sponsored by or is otherwise associated with Les Dane and/or the holder of the rights in the Dane Surefire book, when in fact PL&A holds the exclusive rights in the Dane Surefire book and also provides seminars and/or training based at least in part on the Dane Surefire book, and does not sponsor the WISE Course, and is not connected with the WISE Course.

38.  On information and belief, the term "Scientology" is a trademark or alleged mark of CSI, which is a certification and/or collective mark that all Scientology related entities may use with proper licensing from CSI and/or RTC and/or DOES 1-10, thereby giving RTC, CSI and/or DOES 1-10 the rights to control and/or supervise the content and materials of the courses, including the infringing courses and materials, provided by all Scientology related entities.

39.  RTC, on information and belief, oversees and licenses trademarks and copyrighted material including trademarks and copyrighted material originally created by and/or belonging to L. Ron Hubbard and the Church of Scientology.  The following excerpts from RTC's web site, a true and correct copy of which is attached as Exhibit I, evidence RTC's control of these marks and copyrights which are the intellectual property of Scientology:

"Religious Technology Center [is] holder of the trademarks of Dianetics and Scientology....Key to RTC's role as the protector of the Scientology religion is

the use of intellectual property law to ensure the purity of Scientology's religious technologies.

During his lifetime, Scientology founder L. Ron Hubbard oversaw the orthodox practice of Scientology. As an integral part of that endeavor, he registered as trademarks many of the religion's identifying words and symbols. In 1982, he donated these trademarks to the Religious Technology Center.

In 1983, Mr. McShane assumed responsibility within RTC for seeing to the continued protection and correct usage of the marks worldwide.

Its continued work in protecting the scriptures of the Scientology religion has placed Religious Technology Center at the vanguard of preserving intellectual property rights the world over.

40. On information and belief, all Scientology affiliated entities use of the marks and copyrights are overseen and/or reviewed by RTC.

41.     On information and belief, RTC's licensing of Church of Scientology marks and copyrighted material gives RTC supervisory and/or editorial rights of review of material and courses given by such entities, including but not limited to WISE and the WISE Course, and any other Scientology entity's use of the marks and/or copyrighted material of L. Ron Hubbard and/or the Church of Scientology.

42.     On information and belief, Defendant CST owns or co-owns and licenses Church of Scientology marks and copyrighted material giving CST supervisory and/or editorial rights of review of material and courses given by such entities, including but not limited to WISE and the WISE Course, and any other Scientology entity's use of the marks and/or copyrighted material of L. Ron Hubbard and/or the Church of Scientology.

43. On information and belief, RTC and/or CST receive royalties directly or indirectly from WISE including but not limited to royalties derived from the WISE Course and its materials including the violation of PL&A's rights in the Dane Surefire book under 17 U.S.C. §106.

44. On information and belief, RTC and/or CST receive royalties directly or indirectly from all other Church of Scientology affiliated entities for use of the marks and/or copyrighted material of L. Ron Hubbard and/or the Church of Scientology, including royalties derived from any infringements of PL&A's rights in the Dane Surefire book under 17 U.S.C. §106.

44. On information and belief, CSI cooperates with RTC and/or CST in licensing all Church of Scientology entities and/or also oversees and/or cooperates in overseeing all Church of Scientology entities' use of the trademarks and derives revenue therefrom and/or derives direct benefits from RTC's and/or CST's receipt of royalties from WISE. Excerpts from RTC's web site evidence cooperation and/or control as follows:

> "It is RTC that grants Church of Scientology International (CSI), the mother church of the Scientology religion, the right to use the trademarks and to license their use to all other Scientology churches. Without CSI's written authority and RTC's ultimate approval, no entity can legally use the marks or call itself a Church of Scientology. With all Scientology churches bound to minister Dianetics and Scientology technologies in full compliance with their trademark licenses, the entire hierarchy up to the Church of Scientology International is self-correcting and ensures pure and orthodox Scientology."

44a. On information and belief, CSI also creates and/or publishes course materials which are an unauthorized derivative work of the Dane Surefire book, and creates, performs, and distributes the course materials to all or virtually all entities

affiliated with Scientology.  On information and belief, CSI's course and materials are believed comparable to WISE's course and materials and to thereby also infringe the copyrights in the Dane Surefire book.

45.     On information and belief, BRIDGE and NEW ERA publish CSI's course materials and are also believed to receive value, either directly or indirectly, from CSI for such publishing, and CSI distributes such materials, and BRIDGE and NEW ERA assist CSI in the distribution of such materials and its materials including the violation of PL&A's rights in the Dane Surefire book under 17 U.S.C. §106.

46.  On information and belief, RTC and/or CST, receives royalties, directly or indirectly, from all other Church of Scientology entities for use of the marks and/or copyrighted material of L. Ron Hubbard and/or the Church of Scientology, including royalties derived from any infringements of PL&A's rights in the Dane Surefire book under 17 U.S.C. §106.

## FIRST CLAIM FOR RELIEF

### (Federal Copyright Infringement by the Skills Sheets Against All Defendants Except BRIDGE, CoS FLORIDA, FSO, SMI and CoSM FT. LAUDERDALE)

47.     PL&A incorporates by reference all the allegations of paragraphs 1 through 46, inclusive.

48.  PL&A holds all exclusive rights in the Dane Surefire book, which has a registered copyright.

49.  Les Dane is the author and his heirs are the copyright holder of the Dane Surefire book.

50. PL&A, and its successors in interest, Les Dane and his heirs, have complied in all respects with 17 U.S.C. §§ 101 et seq., and secured the exclusive rights and privileges in and to the copyrights in the Dane Surefire book.

51. Defendants' conduct violates the exclusive rights belonging to PL&A as holder of all exclusive rights and the rights of the owners of the copyrights in the Dane Surefire book, including without limitation PL&A's rights under 17 U.S.C. § 106.

52. On information and belief, PL&A alleges that, as a direct and proximate result of WISE's wrongful conduct, including creation, copying and/or distribution of the Skills Sheets, WISE has realized and continues to realize profits and other benefits rightfully belonging to PL&A. Accordingly, PL&A seeks an award of damages pursuant to 17 U.S.C. §§ 504 and 505.

53. WISE's infringing conduct has also caused and is causing substantial and irreparable injury and damage to PL&A in an amount not capable of determination, and, unless restrained, will cause further irreparable injury, leaving PL&A with no adequate remedy at law.

54. On information and belief, WISE has willfully engaged in, and willfully engages in, the acts complained of with oppression, fraud, and malice, and in conscious disregard of the rights of PL&A. PL&A is, therefore, for these reasons and/or others, entitled to the maximum statutory damages allowable.

55. On information and belief, Defendant WISE is liable for infringement conducted by its members by cooperating with WISE members in the infringing activity, and/or vicariously liable in that WISE has the right and ability to supervise the infringing conduct, e.g., the Course and/or its Skills Sheets, and WISE has an obvious and direct

financial interest, e.g., in royalties flowing from the knowledge and/or use of the Skills Sheets.

56. On information and belief, Defendant WISE is liable as a contributory infringer for conduct by its members e.g., in that WISE licensed part or all of the infringing Skills Sheets and/or provided part or all of the infringing Skills Sheets to its members.

57. On information and belief, Defendants RTC and/or CST are liable for infringement conducted by WISE including its members and CSI including its members by cooperating with WISE in the infringing activity, and/or vicariously liable in that RTC and/or CST have the right and ability to supervise the infringing conduct, e.g., the Course and/or its Skills Sheets, and RTC and/or CST have an obvious and direct financial interest, e.g., in royalties flowing from the knowledge and/or use of the Skills Sheets.

58. On information and belief, Defendant RTC and/or CST are liable as a contributory infringer for conduct by WISE and its members and/or CSI and its members, e.g., in that RTC and/or CST directly or indirectly licensed part or all of the infringing Skills Sheets and/or provided part or all of the infringing Skills Sheets to WISE.

59. On information and belief, Defendant CSI is liable for infringement conducted by itself and its members by cooperating with its members in the infringing activity, and/or vicariously liable in that CSI has the right and ability to supervise the infringing conduct, e.g., the Skills Sheets, either directly or through RTC and/or CST, and CSI has an obvious and direct financial interest, e.g., in royalties flowing to RTC and/or CST and inuring to the benefit of CSI from the knowledge and use of the Skills Sheets.

60. On information and belief, Defendant CSI is liable as a contributory infringer for conduct by WISE including its members e.g., in that CSI licensed part or all of the Skills Sheets and/or provided part or all of the Skills Sheets to WISE and/or authorized such licensing and/or cooperated in such providing of the Skills Sheets to WISE.

61. On information and belief, Defendants does 1-10 are liable for infringement either directly or indirectly from knowledge use of the skill sheets.

62. As a consequence of this dispute between the parties as to the rights, title, and interest in the copyrighted articles described above, and pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, PL&A also seeks a resolution of this ongoing controversy by a declaration of this Court as to the rights of the respective parties in this matter.

## SECOND CLAIM FOR RELIEF

### (Federal Copyright Infringement by the Course Against All Defendants Except CoS FLORIDA, CoSM FT. LAUDERDALE, SMI and FSO)

63. PL&A incorporates by reference all the allegations of paragraphs 1 through 62, inclusive.

64. On information and belief, PL&A alleges that, by providing, distributing and/or performing WISE's Course, with the Dane Surefire book and/or the Skills sheets, WISE and its members (some or all of Does 11-3195) violates the exclusive rights belonging to PL&A as holder of all exclusive rights and the rights of the owners of the copyrights in the Dane Surefire book, including without limitation PL&A's rights under 17 U.S.C. § 106.

65. On information and belief, Defendant WISE is liable for infringement conducted by its members by cooperating with WISE members in the infringing activity, and/or vicariously liable in that WISE has the right and ability to supervise the infringing conduct, e.g., the Course and/or its Skills Sheets, and WISE has an obvious and direct financial interest, e.g., in royalties flowing from the knowledge and/or use of the Skills Sheets.

66. On information and belief, Defendant WISE is liable as a contributory infringer for conduct by its members e.g., in that WISE licensed part or all of the infringing Course and/or provided part or all of the infringing Course to its members.

67.     On information and belief, Defendants RTC and/or CST are liable for infringement conducted by WISE and its members by cooperating with WISE in the infringing activity, and/or vicariously liable in that RTC and/or CST have the right and ability to supervise the infringing conduct, e.g., the Course, and RTC and/or CST have an obvious and direct financial interest, e.g., in royalties flowing from sale of the Course and/or royalties from the knowledge and use of the Course.

68. On information and belief, Defendants RTC and/or CST are liable as a contributory infringer for conduct by WISE and its members and/or by CSI and its members, e.g., in that RTC and/or CST have directly or indirectly licensed part or all of the infringing Course and/or provided part or all of the infringing Course to WISE and/or CSI.

69. On information and belief, Defendant CSI is liable for infringement conducted by itself and its members by cooperating with them in the infringing activity, and/or vicariously liable in that CSI has the right and ability to supervise the infringing conduct, e.g., the Course, either directly or through RTC and/or CST, and CSI has an obvious and direct financial interest, e.g., in royalties flowing to RTC and/or CST and

inuring to the benefit of CSI from sale of the Course and/or royalties from the knowledge and use of the Course.

70. On information and belief, Defendant CSI is liable as a contributory infringer for conduct by its members and WISE, e.g., in that CSI licensed part or all of the Course and/or provided part or all of the Course to its members and/or WISE and/or authorized such licensing and/or such providing of the Course to its members and WISE.

71. On information and belief, PL&A alleges that, as a direct and proximate result of WISE's and/or CSI's wrongful conduct, including providing the Course, with the Dane Surefire book and/or the Skills sheets, WISE and/or CSI has realized and continues to realize profits and other benefits rightfully belonging to PL&A. Accordingly, PL&A seeks an award of damages pursuant to 17 U.S.C. §§ 504 and 505.

## THIRD CLAIM FOR RELIEF

### (Federal Copyright Infringement by the CSI Skills Sheets Against All Defendants Except WISE)

72. PL&A incorporates by reference all the allegations of paragraphs 1 through 71 , inclusive.

73.      Defendants' conduct violates the exclusive rights belonging to PL&A as holder of all exclusive rights and the rights of the owners of the copyrights in the Dane Surefire book, including without limitation PL&A's rights under 17 U.S.C. § 106.

74. On information and belief, PL&A alleges that, as a direct and proximate result of CSI's and/or SMI's wrongful conduct, including creation, copying and/or distribution of CSI Skills sheets and related course materials, CSI and/or SMI have

- 23 -

realized and continue to realize profits and other benefits rightfully belonging to PL&A. Accordingly, PL&A seeks an award of damages pursuant to 17 U.S.C. §§ 504 and 505.

75. On information and belief, PL&A alleges that, as a direct and proximate result of BRIDGE's, SMI's, NEW ERA's and some or all of DOES 11-3195's wrongful conduct, including copying and/or distribution of CSI's Skills sheets and related course materials, BRIDGE, NEW ERA, and DOES 11-3195 have realized and continues to realize profits and other benefits rightfully belonging to PL&A. Accordingly, PL&A seeks an award of damages pursuant to 17 U.S.C. §§ 504 and 505.

76. CSI's, SMI's, BRIDGE's, NEW ERA's and DOES 11-3195  infringing conduct has also caused and is causing substantial and irreparable injury and damage to PL&A in an amount not capable of determination, and, unless restrained, will cause further irreparable injury, leaving PL&A with no adequate remedy at law.

77. On information and belief, CSI, SMI, BRIDGE, NEW ERA and DOES 11-3195  have willfully engaged in, and willfully engage in, the acts complained of with oppression, fraud, and malice, and in conscious disregard of the rights of PL&A.  PL&A is, therefore, for these reasons and/or others, entitled to the maximum statutory damages allowable.

78. On information and belief, Defendants RTC and/or CST and/or DOES 1-10 and/or DOES 3196-3200 are liable for infringement conducted by CSI, SMI, BRIDGE, NEW ERA and DOES 3196-3200 by cooperating with one or more of these defendants in the infringing activity, and/or vicariously liable in that RTC and/or CST and/or DOES 1-10 have the right and ability to supervise the infringing conduct, e.g., the CSI Course and/or its Skills Sheets, and RTC and/or CST and/or DOES 1-10 have an obvious and direct financial interest, e.g., in royalties flowing from the knowledge and/or use of the CSI Skills Sheets and/or Course.

- 24 -

79.  On information and belief, Defendants RTC and/or CST and/or DOES 1-10 and/or DOES 3196-3200 are liable as a contributory infringer for conduct by CSI, SMI, BRIDGE, NEW ERA and DOES 11-3195 e.g., in that RTC and/or DOES 1-10 and/or DOES 3196-3200 licensed part or all of the infringing CSI Skills Sheets and/or cooperated in the infringing activities.

80.  On information and belief, FSO, CoS FT. LAUDERDALE, and CoSM FLORIDA, are liable for infringement by using part or all of CSI's Skills Sheets and/or by selling and providing a course using part or all of CSI's Skills Sheets.

81.  As a consequence of this dispute between the parties as to the rights, title, and interest in the copyrighted articles described above, and pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, PL&A also seeks a resolution of this ongoing controversy by a declaration of this Court as to the rights of the respective parties in this matter.

## **FOURTH CLAIM FOR RELIEF**

### **(Federal Copyright Infringement by the CSI Courses Against All Defendants Except WISE)**

82.  PL&A incorporates by reference all the allegations of paragraphs 1 through 81, inclusive.

83.  On information and belief, PL&A alleges that, by providing, distributing and/or performing CSI's Courses (including but not limited to "The Organization Executive Course" and "The Registrar Salesmanship Course", with the Dane Surefire book and/or the Skills sheets, all or virtually all Scientology affiliated entities violate the exclusive rights belonging to PL&A as holder of all exclusive rights and the rights of the

owners of the copyrights in the Dane Surefire book, including without limitation PL&A's rights under 17 U.S.C. § 106.

84.  On information and belief, Defendants RTC and/or CST are liable for infringement conducted by CSI and/or SMI and all or virtually all Scientology affiliated entities by cooperating with CSI and/or SMI in the infringing activity, and/or vicariously liable in that RTC and/or CST have the right and ability to supervise the infringing conduct, e.g., the Course, and RTC and/or CST have an obvious and direct financial interest, e.g., in royalties flowing from sale of the Course and/or royalties from the knowledge and use of the Course.

85.  On information and belief, Defendants RTC and/or CST are liable as a contributory infringer for conduct by CSI and/or SMI and all or virtually all Scientology affiliated entities e.g., in that RTC and/or CST have directly or indirectly licensed part or all of the infringing Course and/or provided part or all of the infringing Course to CSI and/or SMI.

86.  On information and belief, Defendants CSI, and/or SMI and DOES 1-10 are liable for infringement conducted by all or virtually all Scientology affiliated entities by cooperating with all or virtually all Scientology affiliated entities in the infringing activity, and/or vicariously liable in that CSI and/or SMI and/or DOES 1-10 have the right and ability to supervise the infringing conduct, e.g., the Course, either directly or through RTC and/or CST, and CSI and/or SMI and/or DOES 1-10 have an obvious and direct financial interest, e.g., in royalties flowing to and/or inuring to the benefit of CSI and/or DOES 1-10 from sales of the CSI Course and/or royalties from the knowledge and use of the CSI Course.

87.  On information and belief, Defendants CSI, and/or SMI and/or DOES 1-10 and 3196-3200 are liable as a contributory infringer for conduct by all or virtually all

Scientology affiliated entities, e.g., in that CSI and/or DOES 1-10 and/or DOES 3196-3200 licensed part or all of the Course and/or provided part or all of the Course to all or virtually all Scientology affiliated entities and/or authorized such licensing and/or such providing of the Course to all or virtually all Scientology affiliated entities.

88.  On information and belief, FSO, CoS FT. LAUDERDALE, and CoSM FLORIDA, are liable for infringement by using part or all of the Skills Sheets and/or by selling and providing a course using part or all of the Skills Sheets.

89.  On information and belief, PL&A alleges that, as a direct and proximate result of the wrongful conduct of CSI, RTC, CST, SMI, BRIDGE, NEW ERA and/or DOES 1-3200, including providing the Course, with the Dane Surefire book and/or the Skills sheets, CSI, RTC, CST, SMI, BRIDGE, NEW ERA and/or DOES 1-3200 realized and continues to realize profits and other benefits rightfully belonging to PL&A. Accordingly, PL&A seeks an award of damages pursuant to 17 U.S.C. §§ 504 and 505.

## FIFTH CLAIM FOR RELIEF

**(Federal Unfair Competition Under Lanham Act Sec 43(a), 17 U.S.C. Sec 1125(a) Against Defendants WISE, RTC and DOES 1-10)**

90.  PL&A incorporates by reference all the allegations of paragraphs 1 through 89, inclusive.

91.  The Dane Surefire book, and a substantial part of the Skills Sheets and other materials and Course, originated with Les Dane, whose exclusive rights now rest with PL&A.

92. WISE and RTC and/or CST (or one or more of Does 1-10 who may supervise and/or collect royalties based upon the Hubbard/Scientology/Dianetics trademarks and copyrights) have, acting alone or in concert, falsely designated the origin of the Skills Sheets and other materials and Course by asserting that L. Ron Hubbard's Administrative Technology, which WISE licenses, includes the materials in the WISE Course, and in particular that this is "L. Ron Hubbard's Administrative Technology" and that "The Materials of this course were researched and written entirely by American philosopher-author L. Ron Hubbard." On information and belief, there are similar assertions that the materials in the CSI Course also originated with L. Ron Hubbard. See Exhibits G and also E attached hereto.

93. This false designation of origin, and/or reverse passing off is likely to cause consumer confusion as to the origin of the Skills Sheets, Course, and/or other Course materials, and/or to falsely suggest a connection between Les Dane and/or those that own or control the rights to the Dane Surefire book, and any of Defendants.

94. PL&A has been harmed and is being harmed by these false designations of origin, in violation of Section 43(a) of the Lanham Act, *15 U.S.C. §1125(a)* resulting in damages and other harms to PL&A.

## **Prayer for Relief**

THEREFORE, PL&A prays for judgment against all Defendants as follows:

A. Declaring that Defendants' unauthorized conduct violates PL&A's rights under common law, under the Federal Copyright Act, and under the Lanham Act;

B. Immediately and permanently enjoining Defendants, their officers, directors, agents, servants, employees, representatives, attorneys, related companies, successors, assigns, and all others in active concert or participation with them from:

i. copying, summarizing, synopsizing, outlining and republishing the copyrighted Dane Surefire book or any substantial portion thereof, and from providing a course based or part thereof based on the Dane Surefire book, without consent or from otherwise infringing PL&A's exclusive rights in the copyrights or other rights in any manner;

ii.  representing or indicating in any manner so as to confuse or be likely to confuse consumers that L. Ron Hubbard and/or WISE and/or CSI and/or RTC and/or SMI and/or CST and/or L. Ron Hubbard, originated all of the materials in the Course, including but not limited to the Skills Sheets and other Course materials, and the Dane Surefire book; and

iii.  representing or indicating in any manner so as to confuse or be likely to confuse consumers Les Dane and/or those who own and/or control the rights to the Dane Surefire book are associated with, sponsor or are otherwise connected to the WISE Course and/or CSI and/or SMI, and/or CST and/or RTC and/or L. Ron Hubbard;

C. Ordering Defendants to account to PL&A for all gains, profits, and advantages derived by Defendants:

i. by and from its infringement of PL&A's exclusive rights in the copyrights or such damages as are proper, and since WISE and/or the other Defendants intentionally infringed such copyrights, for the maximum allowable statutory damages for each violation;

ii. by and from its representing or indicating or leading consumers and/or potential consumers to believe or be likely to believe that L. Ron Hubbard and/or WISE, RTC, CST, SMI or CSI, originated all of the materials in the Course, including but not limited to the Skills Sheets and other Course materials, and the Dane Surefire book; and

iii.  by and from representing or indicating or leading consumers and/or potential consumers that Les Dane and/or those who own and/or control the rights to the Dane Surefire book are associated with, sponsor or are otherwise connected to the WISE Course and CSI Course;

D. Ordering Defendants to deliver up to PL&A all copies of the infringing materials, used to infringe, including the skills sheets, and all copies of the Dane Surefire Book;

E. Awarding PL&A actual and/or statutory damages and/or disgorgement of its profits for all Defendants' copyright infringement in an amount to be determined at trial;

F. Awarding PL&A actual damages and/or disgorgement of its profits for all Defendants' false designation of origin in an amount to be determined at trial;

G. Awarding PL&A its costs, reasonable attorneys' fees, and disbursements in this action, pursuant to 17 U.S.C. § 505;

H. Awarding PL&A its costs, reasonable attorneys' fees, and disbursements in this action, pursuant to 15 U.S.C. § 1117(a);

I.  Awarding PL&A pre and post judgment interest; and

J. Awarding PL&A such other and further relief as is just and proper.

Respectfully submitted,

LAW OFFICES OF DAVID L. HOFFMAN

Dated: January 11, 2005

David L. Hoffman, Esq.
Lead Trial Counsel
Adm pro hac vice 11/18/05
DLHpatent@SBCglobal.net
27023 McBean Parkway, Ste 422
Valencia, CA 91355
Tel: (661) 775-0300
Fax: (661) 259-1255

# UNITED STATE DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

*04-61178-CV-PCH*

## ATTACHMENT TO DOCKET ENTRY: *31*

# NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)

☐ BOUND EXTRADITION PAPERS

☐ ADMINISTRATIVE RECORD (Social Security)

☐ STATE COURT RECORD (HABEAS CASES)

☐ SOUTHERN DISTRICT TRANSCRIPTS

☐ LEGAL SIZE

☐ DOUBLE SIDED

☒ PHOTOGRAPHS

☒ POOR QUALITY (i.e. hand written, legal size, light print, ect.)

# PLEASE REFER TO COURT FILE