UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 04-61178-CIV-HUCK/SIMONTON

PETER LETTERESE AND
ASSOCIATES, INC.,

    Plaintiff,

vs.

WORLD INSTITUTE OF
SCIENTOLOGY ENTERPRISES
INC., *et al.*,

    Defendants.
_____/



## ORDER ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

THIS MATTER is before the Court on Plaintiff Peter Letterese and Associates, Inc.'s Motion for Summary Judgment on the Issues of Exclusive Rights and Copyright Infringement filed on July 11, 2005 [D.E. # 295]. Having reviewed the motion and other pertinent portions of the record, and being otherwise duly advised in the premises, it is hereby

ORDERED that Plaintiff Peter Letterese and Associates, Inc.'s Motion for Summary Judgment on the Issues of Exclusive Rights and Copyright Infringement filed on July 11, 2005 (D.E. # 295) is DENIED. As an initial matter, this motion is untimely. Per Order of the Court dated March 2, 2005, motions for summary judgment must have been filed no fewer than 75 days before trial – that is, on or before July 6, 2005. Moreover, this motion appears to be duplicative of Plaintiff's Motion for Summary Judgment timely filed on July 6, 2005 (D.E. # 270).

DONE AND ORDERED in Chambers, Miami, Florida, this 28th day of July, 2005.

                                            Paul C. Huck
                                        United States District Judge

Copies furnished to:
Counsel of Record

