UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 04-61178-CIV-HUCK/SIMONTON

PETER LETTERESE AND
ASSOCIATES, INC.,

    Plaintiff,

vs.

WORLD INSTITUTE OF
SCIENTOLOGY ENTERPRISES
INC., *et al.*,

    Defendants.
_____/




### FINAL JUDGMENT

    Pursuant to the Omnibus Order on Motions for Summary Judgment entered on August 23, 2005, it is hereby ORDERED that Plaintiff Peter Letterese & Associates, Inc. take nothing by this action and that Defendants World Institute of Scientology Enterprises, Church of Scientology International, and Church of Spiritual Technology go hence without day. The Court reserves jurisdiction over appropriate motions for attorney fees and costs. Defendant World Institute of Scientology Enterprises may incorporate any arguments made in its Motion for Rule 37 Sanctions (D.E. # 182) into any motion for attorney fees and costs. The Clerk of the Court is directed to mark this case CLOSED and DENY all pending motions as moot.

    DONE AND ORDERED in Chambers, Miami, Florida, this 24th day of August, 2005.

                                             Paul C. Huck
                                             United States District Judge

Copies furnished to:
Counsel of Record