# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

# CASE NO. 04-61178-CV-PCH DE# 482

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

# ATTACHMENT(S) NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)

☐ BOUND EXTRADITION PAPERS

☐ ADMINISTRATIVE RECORD (Social Security)

☐ ORIGINAL BANKRUPTCY TRANSCRIPT

☐ STATE COURT RECORD (Habeas Cases)

☐ SOUTHERN DISTRICT TRANSCRIPTS

☐ LEGAL SIZE

☐ DOUBLE SIDED

☒ PHOTOGRAPHS

☒ POOR QUALITY (e.g. light print, dark print, etc.)

☐ SURETY BOND (original or letter of undertaking)

☐ CD's, DVD's, VHS Tapes, Cassette Tapes

☐ OTHER = _____

# PLEASE REFER TO COURT FILE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 04-61178-CIV-HUCK/SIMONTON

PETER LETTERESE AND ASSOCIATES, INC.,
a Florida Corporation,

        Plaintiff,

vs.

WORLD INSTITUTE OF SCIENTOLOGY
ENTERPRISES INTERNATIONAL, INC.,
et al.,

        Defendants.

_____/



## DEFENDANTS RELIGIOUS TECHNOLOGY CENTER
## AND CHURCH OF SPIRITUAL TECHNOLOGY'S
## MOTION FOR ATTORNEYS' FEES AND EXPENSES AND NOTICE OF JOINDER

Defendants Religious Technology Center ("RTC") and Church of Spiritual Technology ("CST") hereby request an Order awarding their attorneys' fees and expenses and join in the W.I.S.E. Defendants' Motion for Attorneys' Fees and Expenses filed on October 6, 2005 (the "Motion"). As explained in the attached Affidavit of Michael Nachwalter in Support of Claim for Attorneys' Fees and Expenses (Exhibit 1 hereto), RTC and CST incurred $ 381,891.75 in fees (summarized by timekeeper in Exhibit B to Mr. Nachwalter's Affidavit) and $ 27,055.81 in expenses (documented in Exhibits C and D to Mr. Nachwalter's Affidavit) in connection with defending this copyright infringement action instituted by Plaintiff Peter Letterese and Associates, Inc. ("Plaintiff").

For the reasons explained in the Motion, RTC and CST request an Order awarding their attorneys' fees and expenses pursuant to 17 U.S.C. § 505, 15 U.S.C. § 1117(a), 28 U.S.C. § 1927, Fed. R. Civ. P. 26(g) and 37, and the Court's inherent power. As set forth in Alan G. Greer's

Affidavit filed by the W.I.S.E. Defendants on October 6, 2005, the attorneys fees incurred on behalf of RTC and CST are reasonable both in terms of the hourly rates and the hours expended, particularly in light of the nature of the litigation.

After the Court conducted a lengthy summary judgment hearing, Plaintiff sought leave to file yet another amended complaint dropping six Defendants, including RTC, from this action, which the Court granted on August 23, 2005. That same day, the Court also granted summary judgment with respect to the three remaining Defendants, including CST, based on its determination that Plaintiff's claims were barred by laches and because Defendants' use of the book at issue constituted a fair use. Not only did Defendants prevail in the suit, but Plaintiff (and its counsel) unnecessarily expanded the scope of this litigation by suing a host of entities that had no involvement in the alleged infringement and by filing meritless motions (many on an emergency basis), pursuing irrelevant discovery, refusing to produce relevant discovery, and generally refusing to cooperate and confer with Defendants in good faith on virtually every issue that arose in the case. The result of Plaintiff's conduct is that Defendants and their counsel were required to spend significant hours on motions, memoranda, and preparing for hearings on issues that never should have arisen.

WHEREFORE, as set forth in the Motion, supporting filings, and attached Affidavit of Michael Nachwalter, Defendants RTC and CST respectfully request an award of $ 381,891.75 in fees and $ 27,055.81 in expenses.[1] RTC and CST will supplement this request as appropriate to recover their fees incurred in seeking their fees.

---

[1] While the $ 28,055.81 in expenses includes $ 11,374.07 sought in RTC and CST's *Corrected* Bill of Costs [D.E. 462], RTC and CST do not seek a double recovery of those costs.

KENNY NACHWALTER, P.A.

Case No. 04-61178-CIV-HUCK/SIMONTON

Dated: October 7, 2005

Respectfully submitted,

Michael Nachwalter (FL Bar No. 99989)
Elizabeth B. Honkonen (FL Bar No. 0149403)
KENNY NACHWALTER, P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131-4327
Telephone    305-373-1000
Facsimile    305-372-1861

*Attorneys for Defendants Religious Technology
Center and Church of Spiritual Technology*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on October 7, 2005 via facsimile (without Exhibits to Exhibit 1) and U.S. Mail on all counsel of record on the attached Service List.

3

## SERVICE LIST
### Case No. 04-61178-CIV-HUCK/SIMONTON

Dale Paul DiMaggio, Esq.
MALIN HALEY & DIMAGGIO
1936 S. Andrews Ave.
Ft. Lauderdale, FL 33316
Telephone:     954-763-3303
Facsimile:     954-522-6507

David L. Hoffman, Esq.
LAW OFFICES OF DAVID L. HOFFMAN
27023 McBean Parkway
Suite 422
Valencia, CA 91355
Telephone:     661-775-0300
Facsimile:     661-259-1255

*Attorneys for Plaintiff Peter Letterese and
Associates, Inc.*

Thomas Meeks, Esq.
ZUCKERMAN SPAEDER LLP
201 South Biscayne Blvd., Suite 900
Miami, FL 33131
Telephone:     305-358-5000
Facsimile:     305-579-9749

Helena K. Kobrin, Esq.
MOXON & KOBRIN
3055 Wilshire Boulevard
Suite 900
Los Angeles, CA 90010
Telephone:     213-487-4468
Facsimile:     213-487-5385

*Attorneys for Defendants World Institute of
Scientology Enterprises International, Inc.,
Bridge Publications, Inc., Church of
Scientology International, Church of
Scientology Flag Service Organization, Church
of Scientology Mission of Fort Lauderdale,
Inc., and Church of Scientology of Florida*

Michael Nachwalter, Esq.
Elizabeth B. Honkonen, Esq.
KENNY NACHWALTER, P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131-4327
Telephone:     305-373-1000
Facsimile:     305-372-1861

*Attorneys for Defendants Religious Technology
Center and Church of Spiritual Technology*

4



# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 04-61178-CIV-HUCK/SIMONTON

PETER LETTERESE AND ASSOCIATES, INC.,
a Florida corporation,

        Plaintiff,

vs.

WORLD INSTITUTE OF SCIENTOLOGY
ENTERPRISES INTERNATIONAL, INC.,
et al.,

        Defendants.

_____/

### AFFIDAVIT OF MICHAEL NACHWALTER IN SUPPORT OF
### CLAIM FOR ATTORNEYS' FEES AND EXPENSES

MICHAEL NACHWALTER, being duly sworn, deposes and says:

1.      The statements contained in this affidavit are true and correct and based upon my own personal knowledge, including knowledge gained through a review of the business records maintained in the regular course of business by Kenny Nachwalter, P.A. (referred to herein as "the Firm"), of which I am a shareholder, and the matters of record filed with the Court in this action.

2.      In December 2004, Defendant Religious Technology Center ("RTC") engaged the Firm to defend it in this copyright infringement action brought by Plaintiff Peter Letterese and Associates, Inc. ("Plaintiff" or "PL&A"). RTC agreed to pay the Firm a reasonable fee based on the Firm's standard hourly rates as well as to pay the costs incurred by the Firm in the course

of the engagement. In January 2005, Plaintiff filed a First Amended Complaint in which it added, among several others, Church of Spiritual Technology ("CST") as a Defendant. CST retained the Firm to represent it under the same terms. Plaintiff claimed that both RTC and CST were secondarily liable – under theories of contributory and/or vicarious infringement – for the direct copyright infringement allegedly committed by other Defendants. Plaintiff made no claim of direct infringement by either RTC or CST.

      3.      I am the member of the Firm with overall responsibility for this engagement. My standard hourly rate applied in this matter was $ 550.00 an hour for time expended from the start of the engagement through April 30, 2005, and $ 575.00 an hour for time incurred May 1, 2005 to date. Elizabeth B. Honkonen, another attorney at the Firm, billed the majority of time in this matter, and her standard hourly rate applied in this matter was $ 250.00 an hour for time expended from the start of the engagement through April 30, 2005, and $ 275.00 an hour from May 1, 2005 to date. Because Ms. Honkonen's hourly rate was at all times substantially less than mine, this distribution of the work reduced the overall fees to the clients.[1] Copies of Ms. Honkonen's and my resumés are attached hereto as Exhibit A.

      4.      The Firm attempted to keep its fees and costs down by coordinating with counsel

---

[1] Other attorneys of the Firm who billed time to this matter on an as-needed basis, and their respective standard hourly rates that were applied, are as follows: Jeffrey T. Foreman ($ 375.00 and $ 400.00 an hour); Christina Ceballos-Levy ($ 200.00 an hour); Nathalie A. Cadet-James ($ 185.00 an hour). Copies of Mr. Foreman's, Ms. Ceballos-Levy's, and Ms. Cadet-James' resumés are attached hereto in Exhibit A. Legal assistants of the Firm who billed time to this matter, and their respective standard hourly rates that were applied, are as follows: Stacey B. Banick ($ 110.00 an hour); Michelle A. Masen ($ 110.00 an hour); and Camilla Cantelli ($ 90.00 an hour). In addition, a summer associate, Bianca Keyfetz ($ 100.00 an hour), assisted on a limited basis in the preparation of summary judgment motions.

for the other Defendants, Thomas Meeks and Matthew Davidson of Zuckerman Spaeder LLP and Helena K. Kobrin of Moxon & Kobrin to avoid duplication. In this regard, counsel for the different defendants divided tasks as much as possible, including drafting and briefing motions and responses to Plaintiff's many motions, preparing for hearings, and preparing for and taking depositions. In light of the fact that our clients were alleged to be derivatively liable, rather than file separate papers on each issue, we attempted to reduce fees to the extent possible by reviewing and providing our input on each paper filed by counsel for the other Defendants, and then file a Notice of Joinder as appropriate. In addition, I limited my attendance at depositions to that of the Plaintiff's principal, Peter Letterese. Ms. Honkonen attended the other depositions on behalf of our clients.

5.     Plaintiff and, to a significant extent, Plaintiff's counsel, frustrated our efforts to avoid unnecessary fees and expense by their filing of numerous frivolous and emergency motions (including an unfounded motion to recuse Judge Huck from this case), by taking discovery on issues that were wholly unrelated to the claims in this case (*i.e.*, discovery into an alleged internet attack on Mr. Letterese), and by filing motions and memoranda that were incoherent and attached meaningless, but voluminous, irrelevant material. Plaintiff's filings were mountainous and often had to be reviewed, digested, and responded to on an expedited basis. At the same time, Plaintiff repeatedly refused to produce relevant discovery (even after being twice ordered to do so), resulting in Defendants having to file motions to compel, re-depose Plaintiff's principal and corporate representative Peter Letterese, and obtain the assistance of a Special Master at Mr. Letterese's deposition. Ultimately, Plaintiff decided to stipulate to certain facts

3

and waive its claim for any damages rather than produce the discovery at issue. Of course, Plaintiff did so only after Defendants had expended significant fees and costs in connection with multiple motions and hearings. There were many hearings in this case both before the District Court Judge and the Magistrate Judge. These hearings were often held on an emergency or expedited basis as a result of Plaintiff's "emergency" filings and refusal to comply with its own discovery obligations (which threatened Defendants' ability to complete discovery in accordance with the pretrial schedule).

6.      On July 6, 2005, RTC and CST filed motions for summary judgment. RTC's and CST's motions were limited to issues of secondary liability. Accordingly, RTC and CST referred to the motions for summary judgment filed by the alleged direct infringers but did not repeat the arguments made in those motions. Similarly, because many of the arguments relating to RTC's potential secondary liability applied equally to CST, CST did not duplicate all of the arguments made in RTC's motion.

7.      On August 16, 2005, the Court conducted a lengthy hearing on the various pending motions for summary judgment. As always, counsel allocated different portions of defendants' arguments to different attorneys to avoid duplication both in preparation and argument. Mr. Meeks addressed direct infringement and fair use issues, Ms. Kobrin addressed laches, and I addressed secondary liability

8.      Immediately after the August 16, 2005 hearing, when it was apparent to everyone present that Plaintiff lacked evidence to support its claims against several of the Defendants, Plaintiff sought to amend the complaint (for at least the fourth time) to drop six of the

Defendants, including RTC. The Court granted Plaintiff's motion to amend to drop those

Defendants, and issued an Order permitting RTC and the other dismissed Defendants 45 days

from the entry of final judgment to file a motion for their fees and costs. On August 24, 2005,

the Court entered Final Judgment in favor of all of the Defendants, including RTC and CST.

9.     The Firm has expended in excess of 1,000 attorney hours performing the work

called for by this engagement. The total fee charged to date for the Firm's legal services is

$ 381,891.75.[2] The Firm has incurred expenses in the amount of $ 27,055.81[3], including court

reporter fees, deposition expenses, conference call charges for hearings, exemplification costs,

shipping charges, electronic research charges, travel expenses for depositions in Georgia, South

Carolina, and California, and expenses for copying document productions and Plaintiff's

voluminous filings.[4] These expenses are set forth in the Firm's invoices through September 13,

2005 (Exhibit C) and in the supporting documentation contained at Exhibit D.

10.     The attorneys' fees charged by the Firm in connection with this engagement are

reasonable attorneys' fees as determined by the guidelines promulgated by the Supreme Court

---

[2] An overview of the Firm's fees by timekeeper is attached hereto as Exhibit B. Copies of the Firm's monthly invoices to date are attached hereto as Exhibit C.

[3] This figure reflects a reduction of $ 321.56 in costs. The specific items comprising this reduction are reflected on the individual invoices attached in Exhibit C hereto.

[4] Although Plaintiff filed its action in the Southern District of Florida, both RTC and CST (as well as several other defendants) are California corporations, with representatives located in California. Accordingly, the Firm had no choice but to incur numerous expenses such as long distance phone charges, shipping charges, and travel expenses associated with depositions that took place in California. In an effort to reduce fees and expenses, Ms. Honkonen attended several depositions by telephone and traveled to California only once, to attend the deposition of CST's corporate representative (as well as depositions scheduled for the day before and the same day as the deposition of CST's corporate representative).

Case No. 04-61178-CIV-HUCK/SIMONTON

of Florida and found in Rule 4-1.5 of the Florida Bar Rules of Professional Conduct. The Firm in all instances charged its standard hourly rates, kept its fees and costs down to the extent possible, and remained mindful of these guidelines throughout this engagement.

AFFIANT SAYS NOTHING FURTHER.

_____
MICHAEL NACHWALTER

State of Florida        )
                        ) ss:
County of Miami-Dade    )

The foregoing affidavit was sworn to and subscribed before me this 27 day of September, 2005, by Michael Nachwalter, who is personally known to me and who did take an oath.

_____
Notary Public, State of Florida

DARIA K. LUZNIAK
MY COMMISSION # DD 423733
EXPIRES: May 20, 2009

Print name of Notary Public stated above

Notary Stamp and Commission Date

6



EXHIBIT A

 

Michael Nachwalter

Born in New York City, Michael Nachwalter earned his B.S. from Bucknell University; his M.S. from Long Island University; his J.D., cum laude, from the University of Miami and his LL.M. from Yale University.

Admitted to the bar in Florida and the U.S. District Court, Southern and Middle districts of Florida; the U.S. Supreme Court District of Columbia; the U.S. Court of Appeals for the Fifth, Eleventh and Federal circuits, Mr. Nachwalter clerked for the Honorable Ted Cabot and the Honorable Joe Eaton, Judges, U.S. District Court, Southern District of Florida.

He has received numerous honors, including membership in Omicron Delta Kappa-national college honor society; Phi Kappa Phi- a national collegiate honor society; Society of Wig and Robe-the legal honor society of the University of Miami Law School, and the Iron Arrow society of the University of Miami. He also served as the editor-in-chief of the University of Miami Law Review. He was a Stirling Fellow at Yale. Mr. Nachwalter has authored a number of published legal articles, including: "Substantive Due Process in Florida," in the University of Miami Law Review; "Consumer Rights in the 1980's - A Challenge For The Florida Bar," in The Florida Bar Journal, "Is There a Prayer' for Private Injunctive Relief After Religious Technology Center v. Wollersheim," Civil RICO Report, and "Facing the Tide of Change," in The Florida Bar Journal. He has also served as a lecturer and member of the adjunct faculty of the Trial Advocacy Program at the University of Miami Law School.

Mr. Nachwalter has served as a member of the Attorney General's Antitrust Revision Committee; the Consumer Council; and the Advisory Board of the Civil RICO Report. Mr. Nachwalter was a trustee of the Eleventh Circuit Historical Society, a vice chairman, Judicial Qualifications Commission, a fellow of the American College of Trial Lawyers; American Board of Trial Advocates, and the International Society of Barrister. Mr. Nachwalter is a member of the Dade County, Federal and American Bar associations; The Florida Bar-serving on the Board of Governors as well as numerous committee posts, including chairman of the committee on consumer protection laws, member of the special task force, the antitrust committee and the corporation, banking and business law section.

Mr. Nachwalter concentrates his practice in the areas of antitrust and trade regulation; alternative dispute resolution; business law; business torts; and commercial, securities, corporate, legal malpractice and multi-district complex litigation both in federal and state courts.

**Practice Areas:**

- Antitrust and Trade Regulation
- Alternative Dispute Resolution (arbitrator and mediator)
- Business Law
- Business Torts
- Commercial Litigation
- Securities Litigation
- Corporate Litigation
- Legal Malpractice

- Complex and Multi-District Litigation
- Federal and State Litigation

## Bar & Court Admissions:

- Florida, 1967
- U.S. District Court, Southern District of Florida, 1967
- U.S. Supreme Court, 1972
- District of Columbia, 1979
- U.S. District Court, Middle District of Florida, 1979
- U.S. Court of Appeals, Fifth and Eleventh Circuits, 1979
- U.S. Court of Appeals, Federal Circuit, 1998

## Education:

- Yale University, LL.M., 1968
- University of Miami, J.D., cum laude, 1967
- Long Island University, M.S., 1967
- Bucknell University, B.S., 1962

## Professional Activities:

- Dade County Bar Association (Chairman, Legal Ethics Committee, 1974)
- Federal Bar Association
- American Bar Association
- The Florida Bar (Board of Governors, 1983-1990; Chairman, Committee on Consumer Protection Laws, 1974; Special Counsel, 1973-1974, 1985-1986; Member: Special Task Force, 1979-; Long Range Planning Retreat, 1983; Antitrust Committee, Corporation, Banking and Business Law Section, 1976-)
- The District of Columbia Bar
- Law Clerk to the Honorable Ted Cabot and the Honorable Joe Eaton, Judges, U.S. District Court, Southern District of Florida, 1967
- Attorney General's Antitrust Revision Committee, 1979-1980 Consumer Council, 1974-1981
- Advisory Board, Civil RICO Report, 1986-
- Trustee, Eleventh Circuit Historical Society, 1985-1988
- Member and Vice Chair, Judicial Qualifications Commission, 1995-2000

## Publications:

- Editor-in-Chief, University of Miami Law Review, 1966-1967
- Author: "Substantive Due Process in Florida," 21 University of Miami Law Review 99, 1966
- Author: "Consumer Rights in the 1980's - A Challenge For The Florida Bar," The Florida Bar Journal, January 1980
- Author: "Is There a 'Prayer' for Private Injunctive Relief After Religious Technology Center v. Wollersheim," Civil RICO Report, September 1986
- Author: "Facing the Tide of Change," The Florida Bar Journal, February 2000

**Teaching:**

- Lecturer, Law and Member, Adjunct Faculty, University of Miami Law School, 1969-

**Honours:**

- Fellow, American College of Trial Lawyers
- Fellow: American Board of Trial Advocates
- Omicron Delta Kappa
- Phi Kappa Phi
- Society of Wig and Robe
- International Society of Barrister (Director)
- Best Lawyers in America
- Who's Who in American Law
- Iron Arrow

**Alternative Dispute:**

- Acted as arbitrator and mediator in many large commercial cases

 

Jeffrey T. Foreman

Jeff Foreman is a shareholder in Kenny Nachwalter, P.A., and is resident in the firm's Miami office. He has spent his entire career practicing complex commercial business litigation in both state and federal courts. His practice covers a broad range of contract, insurance, and other business disputes, and includes professional liability and class action defense.

Mr. Foreman is a member of the Florida Bar and has been admitted to practice in the United States District Courts for the Southern and Middle Districts of Florida, and the Districts of Arizona and Maryland. He has also been admitted to practice before the U.S. Court of Appeals for the 11th Circuit. Mr. Foreman earned his J.D. from The Washington University School of Law where he served as Notes and Comments Editor of the Journal of Urban and Contemporary Law. He earned his A.B. from the University of Chicago where, in addition to receiving his degree, he won nine letters in three varsity sports.

**Practice Areas:**

- Complex Business Litigation
- Accountants' Malpractice
- Legal Malpractice
- Securities Litigation
- Architects' and Engineers' Professional Liability

**Bar & Court Admissions:**

- Florida, 1986
- U.S. District Court, Southern District of Florida, 1987
- Middle District of Florida, 1988
- District of Arizona, 1992
- District of Maryland, 1996
- United States Court of Appeals, 11th Circuit, 1999

**Education:**

- University of Chicago, A.B. 1982
- Washington University, J.D. 1986

**Professional Activities:**

- Miami-Dade County Bar Association

- American Bar Association

- The Florida Bar

 

**Elizabeth Brooks Honkonen**

Born in Miami, Elizabeth Brooks Honkonen earned her Bachelor of Science from Georgetown University and her J.D., summa cum laude, from the University of Miami where she was a member of the Order of the Coif, the National Scholastic Honor Society for Law, and managing editor of University of Miami Law Review.

She's been admitted to the bar of Florida and U.S. Court of Appeals, Federal Circuit and the Eleventh Circuit; and the U.S. District Court, Southern District of Florida. Ms. Honkonen has served as a legal research and writing instructor at the University of Miami School of Law, and was a contributor to the 1998 and 1999 editions of Florida Civil Procedure, West's Florida Practice Series.

Ms. Honkonen is a member of the Dade County and Federal Bar associations and The Florida Bar, serving the member and student education admissions committees. She is currently Deputy Director for and a member of the Steering Committee of the Dade County Bar Young Lawyers - eMentoring program, which pairs lawyers with high school students interested in legal careers.

**Bar & Court Admissions:**
- Florida, 1998
- U.S. Court of Appeals, Eleventh Circuit, 1998
- U.S. District Court, Southern District of Florida, 1998
- U.S. Court of Appeals, Federal Circuit, 2000

**Education:**
- University of Miami, J.D., summa cum laude, 1998
- Georgetown University, B.S., 1992

**Professional Activities:**
- Dade County Bar Association
- American Bar Association
- The Florida Bar
- Federal Bar Association

**Publications:**
- Managing Editor, University of Miami Law Review, 1997-1998



Christina M. Ceballos-Levy

Born in Miami, Christina M. Ceballos-Levy received her B.A. degree, summa cum laude, from Florida International University. She earned her J.D, summa cum laude, at the University of Miami where she was a member of the Order of the Coif, the national legal society that recognizes outstanding academic achievement; Executive Editor of the University of Miami Law Review, in which she published "Adjustment of Status for Alien Material Witnesses: Is It Coming Three Years Too Late?"; and a member of the Moot Court Board.

Admitted to the bar in Florida, Ms. Ceballos-Levy served as law clerk to the Honorable Alan S. Gold, U.S. District Court for the Southern District of Florida, and serves as an instructor at the University of Miami School of Law. She is a member of the Florida Bar and speaks Spanish.

**Bar & Court Admissions:**

- Florida, 2000
- U.S. District Court, Southern District of Florida, 2003

**Education:**

- University of Miami, J.D., summa cum laude, 2000
- Florida International University, B.A., summa cum laude, 1997

**Professional Activities:**

- The Florida Bar, International Arbitration and Litigation Committee
- Dade County Bar, Young Lawyers Division.
- Cuban American Bar Association

**Publications:**

- Author: "Adjustment of Status for Alien Material Witnesses: Is It Coming Three Years Too Late?" 54 University of Miami Law Review 75 (Oct. 1999)
- Executive Editor of the University of Miami Law Review

**Teaching:**

- Instructor, University of Miami School of Law, 2001 - Present

**Languages:**

- Spanish




Nathalie A. Cadet-James

Nathalie Anne Cadet-James is an associate in the Firm's complex commercial litigation group. She earned her B.A., from the University of Florida and her J.D., cum laude, from the University of Miami. During law school Mrs. Cadet-James was awarded an academic scholarship for outstanding trial advocacy and was a finalist in the statewide Chester E. Bedell Mock Trial competition, a first for the University of Miami in eleven years.

Mrs. Cadet-James has experience in the Federal courts having served a two-year clerkship with the Honorable Raymond B. Ray, United States Bankruptcy Court, Southern District of Florida and as a judicial intern with the Honorable Wilkie D. Ferguson, Jr., United States District Court. Southern District of Florida.

Committed to community and civic activities, Mrs. Cadet-James serves as a mentor to local university and law students. She is a member of the Haitian Lawyers Association, National Bar Association Women Lawyers Division, Dade County and American Bar Associations and the Wilkie D. Ferguson Jr. Bar Association.

Born in Vanier, Canada, Mrs. Cadet-James is conversant in French, Creole and Spanish. Her interests include traveling, photography and music.

**Bar & Court Admissions:**

- U.S. District Court, Southern District of Florida, 2005

**Education:**

- University of Miami School of Law, Juris Doctor (Magna Cum Laude) 1978



# EXHIBIT B

**OVERVIEW OF KENNY NACHWALTER, P.A. FEES BY TIMEKEEPER**

| TIMEKEEPER | POSITION | HOURS | RATE(S) | FEES ($) |
|---|---|---|---|---|
| Michael Nachwalter (MN) | Shareholder | 289.55 | $ 550.00 - $ 575.00 | $ 163,720.00 |
| Jeffrey T. Foreman (JTF) | Shareholder | 56.30 | $ 375.00 - $ 400.00 | $ 22,042.50 |
| Elizabeth B. Honkonen (EBH) | Associate | 686.00 | $ 250.00 - $ 275.00 | $ 184,616.25 |
| Christina Ceballos-Levy (CCL) | Associate | 14.20 | $ 200.00 | $ 2,840.00 |
| Nathalie A. Cadet-James (NAC) | Associate | 11.40 | $ 185.00 | $ 2,109.00 |
| Stacey B. Banick (SBB) | Paralegal | 21.30 | $ 110.00 | $ 2,937.00 |
| Michelle A. Masen (MAM) | Paralegal | 16.70 | $ 110.00 | $ 1,837.00 |
| Camilla Cantelli (CC) | Paralegal | 6.00 | $ 90.00 | $ 540.00 |
| Bianca Keyfetz (BK) | Summer associate | 12.50 | $ 100.00 | $ 1,250.00 |
| **ATTORNEY GRAND TOTAL** | | **1,057.45** | | **$ 375,327.75** |
| **GRAND TOTAL** | | **1,113.95** | | **$ 381,891.75** |



EXHIBIT C

# KENNY NACHWALTER

1100 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131-4327
TELEPHONE 305.373.1000
FACSIMILE 305.372.1861
WWW.KENNYNACHWALTER.COM

FEDERAL ID #
59-1796096

February 9, 2005

Religious Technology Center
1710 Ibar Avenue
Los Angeles, CA 90028

Attn: Warren McShane

Matter No. 002773  Statement No. 16112

As of January 31, 2005
For legal services rendered and costs incurred in connection with Religious Technology Center adv. Peter Letterese & Associates, Inc., including the following:

| | | |
|---|---|---|
| TOTAL FEES | $ | 29,545.00 * |
| COSTS ADVANCED | | 93.95 * |
| | | |
| TOTAL FEES AND COSTS | | 29,638.95 |

**REDACTED**

**\*See attached for details**

February 9, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

---

## DESCRIPTION OF SERVICES

---

### Professional Fees

| Trans No. | Date | Initials | Description | Hours |
|---|---|---|---|---|
| 785129 | 12/14/2004 | EBH | Conference with M. Nachwalter. | 0.20 |
| 789480 | 12/14/2004 | MN | Conference with E. Honkonen. | 0.20 |
| 785237 | 12/27/2004 | EBH | Conference with P. Harris regarding materials received; Review letter, memorandum, draft motion to dismiss, Complaint, sections of book regarding RTC; Conference with M. Nachwalter regarding pleadings, etc; Telephone conference with H. Kobrin; Follow-up telephone conference with T. Meeks regarding motion to dismiss. | 3.25 |
| 789481 | 12/27/2004 | MN | Conference with E. Honkonen; review pleadings. | 1.25 |
| 785449 | 12/28/2004 | EBH | Conference with M. Nachwalter regarding case, issues; Telephone conference with H. Kobrin, W. McShane, M. Nachwalter; Follow-up telephone conference with T. Meeks; Revise draft motion per same and email to T. Meeks; Numerous telephone conferences and emails with T. Meeks to finalize same; Prepare Joinder for RTC for filing; Review file-stamp copy of motion; Email service copy to H. Kobrin and W. McShane. | 5.40 |
| 786069 | 12/28/2004 | MN | Telephone discussions with EBH, H. Kobrin and W. McShane; review drafts. | 1.00 |
| 785452 | 12/29/2004 | EBH | Review Notice of Hearing; Conference with M. Nachwalter regarding same; Telephone call and email to H. Kobrin regarding same; Email to W. McShane; Telephone conference with H. Kobrin regarding upcoming hearing; Prepare draft engagement letter; Review email correspondence. | 0.75 |
| 789482 | 12/29/2004 | MN | Conference with E. Honkonen. | 0.20 |
| 785899 | 12/30/2004 | EBH | Review email correspondence regarding hearing, etc; Conference with M. Nachwalter regarding same. | 0.40 |
| 789483 | 12/30/2004 | MN | Conference with E. Honkonen. | 0.20 |
| 786750 | 1/3/2005 | EBH | Review materials received from H. Kobrin; Prepare materials for M. Nachwalter for Thursday hearing. | 1.20 |

KENNY NACHWALTER, P.A.

February 9, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

| 786149 | 1/3/2005 | MN | Review materials; conference with EBH. | 0.60 |
|---|---|---|---|---|
| 786744 | 1/4/2005 | EBH | Conferences with M. Nachwalter regarding preparation for hearing. | 0.25 |
| 786156 | 1/4/2005 | MN | Several conferences with EBH; review complaint and attachments; review materials sent by Helena Kobrin. | 4.00 |
| 786738 | 1/5/2005 | EBH | Conference with M. Nachwalter regarding preparation for hearing; Conferences with T. Meeks, H. Kobrin, M. Davidson in preparation for hearing; Review Plaintiff's opposition; Follow-up conference regarding same; Research regarding **REDACTED**   ; Telephone conference and email to T. Meeks regarding cases. | 5.90 |
| 786221 | 1/5/2005 | MN | Review materials; meet and confer with Helena Kobrin and Tom Meeks; conferences with EBH; prepare for hearing. | 4.00 |
| 786736 | 1/6/2005 | EBH | Preparation for hearing; Review memorandum, case law from A, Paquette; Revise engagement letter per M. Nachwalter comments; Review T. Meeks argument outline; Conference with T. Meeks, H. Kobrin, M. Nachwalter regarding same; Attend hearing; Follow-up conferences regarding same. | 5.20 |
| 786223 | 1/6/2005 | MN | Review materials; prepare for hearing; conference with Helena Kobrin and Tom Meeks; attendance at hearing before Judge Huck; telephone conference with clients and counsel. | 6.50 |
| 786732 | 1/7/2005 | EBH | Conferences with M. Nachwalter. | 0.40 |
| 786443 | 1/7/2005 | MN | Several conferences with EBH; review documents. | 1.25 |
| 786728 | 1/10/2005 | EBH | Review materials forwarded by T. Meeks; Telephone call to T. Meeks regarding scheduling mediation; Email correspondence with T. Meeks regarding mediation; Follow-up conference with M. Nachwalter regarding same; Revise engagement letter. | 0.75 |
| 786542 | 1/10/2005 | MN | Review e-mails; conference with EBH. | 0.50 |
| 786723 | 1/11/2005 | EBH | Conference with M. Nachwalter; Email correspondence regarding scheduling mediation; Telephone conferences with H. Kobrin, T. Meeks regarding same. | 0.60 |
| 786607 | 1/11/2005 | MN | Review e-mails; conference with EBH. | 0.50 |
| 786717 | 1/12/2005 | EBH | Conference with M. Nachwalter; Telephone conference with Judge Huck's chambers regarding scheduling settlement conference; Follow-up conference with M. Nachwalter and call to Tom Meeks; Multiple telephone conferences with Judge Turnoff's chambers; | 1.10 |

KENNY NACHWALTER, P.A.

February 9, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

| | | | | |
|---|---|---|---|---|
| | | | Email correspondence with T. Meeks. | |
| 786658 | 1/12/2005 | MN | Review materials about RTC; conferences with EBH re scheduling hearing. | 1.00 |
| 789077 | 1/13/2005 | EBH | Review fax of filings by Plaintiff; Telephone conference with T. Meeks; Telephone conference with H. Kobrin; Telephone conference with David Hoffman; Telephone conference with M. Reyes (Judge Turnoff's law clerk); Follow-up telephone conference with H. Kobrin; Email First Amended Complaint to H. Kobrin, N. Levin, W. McShane; Telephone call to and leave message for D. Hoffman; Conference with M. Nachwalter regarding status. | 1.10 |
| 787155 | 1/13/2005 | MN | Review materials; conference with EBH. | 1.00 |
| 787775 | 1/14/2005 | EBH | Email correspondence with T. Meeks regarding Judge Huck Order; Check Pacer regarding same; Email to H. Kobrin, N. Levin, T. Meeks regarding follow-up regarding same; Telephone conference with Judge Huck's chambers; Telephone call to and leave message for Judge Turnoff's law clerk; Telephone conference with D. Hoffman; Follow-up telephone call to and leave message for T. Meeks; Telephone conferences with H. Kobrin, N. Levin; Draft Request for Telephonic Hearing; Conferences with M. Nachwalter regarding developments. | 4.20 |
| 787160 | 1/14/2005 | MN | Telephone discussions with EBH. | 0.50 |
| 787162 | 1/16/2005 | MN | Review e-mails and court order. | 0.40 |
| 787777 | 1/17/2005 | EBH | Review email correspondence from T. Meeks, M. Nachwalter; Telephone conferences with T. Meeks, M. Nachwalter regarding draft request for telephonic hearing; Revise draft request per same; Email to T. Meeks and M. Nachwalter regarding same; Numerous conferences regarding same; Telephone conferences with H. Kobrin, D. Hoffman. | 3.40 |
| 787164 | 1/17/2005 | MN | Review e-mails; review drafts. | 1.50 |
| 787785 | 1/18/2005 | EBH | Review correspondence from D. Hoffman; Email regarding same; Revise draft request per same; Telephone conference with H. Kobrin, T. Meeks, M. Nachwalter; Revise and file request for telephonic hearing; Telephone conference with Jeff Cook (law clerk to Judge Huck); Follow-up telephone calls to H. Kobrin, T. Meeks regarding same; Conference call with H. Kobrin, N. Levin, T. Meeks, MN; Review Plaintiff's Opposition. | 3.25 |
| 787181 | 1/18/2005 | MN | Several telephone discussion with Helena Kobrin and Tom Meeks; conferences with EBH; review drafts; telephone discussion with Plaintiff's counsel. | 2.25 |

February 9, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

| | | | | |
|---|---|---|---|---|
| 787789 | 1/19/2005 | EBH | Conference with M. Nachwalter regarding Plaintiff's Opposition; Telephone conference with M. Nachwalter, T. Meeks; Conference with M. Nachwalter, T. Meeks, M. Davidson; Review Judge's Order setting telephonic hearing; Email to defense counsel; Letter to D. Hoffman with call-in instructions. | 2.40 |
| 787302 | 1/19/2005 | MN | Conferences with EBH; review e-mails; several telephone discussions with Tom Meeks; conference with Tom Meeks and Matt Davidson. | 1.50 |
| 787798 | 1/20/2005 | EBH | Conference with M. Nachwalter regarding statement for telephonic hearing; Conference with M. Nachwalter, T. Meeks, H. Kobrin, N. Levin regarding telephonic hearing; Attend telephonic hearing; Follow-up conference regarding same. | 2.00 |
| 787316 | 1/20/2005 | MN | Preparation for hearing; conferences with EBH; conference call with client and counsel; telephone conference with Judge Huck; conference with Tom Meeks. | 3.00 |
| 787794 | 1/21/2005 | EBH | Email correspondence with N. Levin, T. Meeks; Conference with M. Nachwalter regarding service issue; Conference with T. Meeks and D. Hoffman regarding mediator preference. | 0.60 |
| 787400 | 1/21/2005 | MN | Conferences with EBH; telephone discussions with counsel re mediation; review correspondence. | 0.75 |
| 787806 | 1/24/2005 | EBH | Review correspondence from D. Hoffman regarding mediation; Conferences with M. Nachwalter, T. Meeks, D. Hoffman, H. Kobrin. | 2.10 |
| 789484 | 1/24/2005 | MN | Conferences with E. Honkonen, counsel. | 0.50 |
| 787810 | 1/25/2005 | EBH | Review correspondence from D. Hoffman; Review Order from Judge Huck regarding mediation; Conferences, email with T. Meeks, M. Nachwalter, H. Kobrin regarding response to Hoffman's letter; Review draft of same; Review final copy of T. Meeks letter. | 0.90 |
| 789485 | 1/25/2005 | MN | Conferences with E. Honkonen, counsel. | 0.30 |
| 788836 | 1/27/2005 | EBH | Telephone conference with H. Kobrin regarding representation of CST/personal jurisdiction. | 0.10 |
| 788843 | 1/28/2005 | EBH | Review email correspondence regarding disclosure requirements. | 0.10 |
| 788866 | 1/31/2005 | EBH | Review correspondence and article from H. Kobrin; Telephone conference with H. Kobrin. | 0.25 |

Sub-total hours:        78.70

**Rate Summary**

By Elizabeth B. Honkonen (EBH) 45.80 hours at $ 250.00 per hour          11,450.00

KENNY NACHWALTER, P.A.

February 9, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

| | |
|---|---|
| By Michael Nachwalter (MN) 32.90 hours at $ 550.00 per hour | 18,095.00 |

Sub-total fees:      29,545.00

## Costs Advanced

| Date | Description | Amount |
|------|-------------|--------|
| | Photocopying Charges | 89.00 |
| | Telephone Charges | 3.75 |
| 1/31/2005 | Pacer computerized legal research through January 31, 2005 | 1.20 |

Sub-total Costs Advanced:    $    93.95

Total Current Billing:    $    29,638.95

**REDACTED**

KENNY NACHWALTER, P.A.

# KENNY NACHWALTER

1100 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131-4327
TELEPHONE 305.373.1000
FACSIMILE 305.372.1861
WWW.KENNYNACHWALTER.COM

FEDERAL ID #
59-1796096

March 3, 2005

Religious Technology Center
1710 Ibar Avenue
Los Angeles, CA 90028

Attn: Warren McShane

Matter No. 002773  Statement No. 16193

As of March 3, 2005

For legal services rendered and costs incurred in connection with Religious Technology Center adv. Peter Letterese & Associates, Inc., including the following:

| | | |
|---|---|---|
| TOTAL FEES | $ | 28,100.00 * |
| COSTS ADVANCED | | 764.82 * |
| TOTAL FEES AND COSTS | | 28,864.82 |

## REDACTED

*See attached for details

March 3, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

## DESCRIPTION OF SERVICES

### Professional Fees

| Trans No. | Date | Initials | Description | Hours |
|---|---|---|---|---|
| 789350 | 2/1/2005 | EBH | Review draft correspondence to D. Hoffman; Email regarding same. | 0.20 |
| 789355 | 2/2/2005 | EBH | Review and make comments to draft mediation statement; Conference with T. Meeks regarding procedure for same; Create red-lined copy of same; Follow-up conference with T. Meeks; Email correspondence with H. Kobrin and T. Meeks. | 3.30 |
| 789395 | 2/3/2005 | EBH | Review Hoffman filings; Review revised draft mediation statement from T. Meeks; Follow-up email regarding same; Review draft response to Hoffman filings; Conference with DiMaggio office regarding telephonic hearing; Telephone conference with T. Meeks, H. Kobrin, N. Levin; Review Court Order. | 1.40 |
| 789403 | 2/4/2005 | EBH | Conference with T. Meeks; Attend telephonic hearing; Follow-up conference regarding same; Review revised draft mediation statement; Forward comments on same to T. Meeks; Telephone conference with H. Kobrin. | 1.70 |
| 789410 | 2/7/2005 | EBH | Review email correspondence; Review revised mediation statement and make edits per same; Conference with M. Nachwalter regarding status; Conference with M. Nachwalter and T. Meeks regarding mediation statement, status; Conference with H. Kobrin; Finalize mediation statement with T. Meeks' office. | 1.30 |
| 789291 | 2/7/2005 | MN | Review mediation statement; make comments; conferences with EBH; telephone discussion with Tom Meeks. | 1.25 |
| 791375 | 2/8/2005 | EBH | Review Plaintiff's mediation statement; Conferences, email correspondence with T. Meeks, H. Kobrin. | 0.70 |
| 791438 | 2/9/2005 | EBH | Review Hoffman correspondence; Conferences with M. Nachwalter, T. Meeks; Email correspondence with T. Meeks; Conferences with M. Nachwalter regarding preparation for mediation; call from Hoffman; Follow-up call to T. Meeks regarding same. | 0.80 |
| 789476 | 2/9/2005 | MN | Prepare for mediation; review file; review mediation statement; review correspondence; several telephone discussions with Tom Meeks; telephone with David Hoffman; conferences with EBH. | 3.50 |
| 791475 | 2/10/2005 | EBH | Meet with H. Kobrin, N. Levin, T. Meeks, M. Nachwalter in preparation for mediation; Coordinate materials for same; Follow-up conferences with M. Nachwalter, T. Meeks, H. Kobrin, N. Levin. | 5.40 |
| 789486 | 2/10/2005 | MN | Review correspondence; conferences with EBH; conference at Tom Meeks' office in preparation for mediation. | 5.00 |

**KENNY NACHWALTER, P.A.**

March 3, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

| 791486 | 2/11/2005 | EBH | Meet in advance of mediation. | 0.25 |
|---|---|---|---|---|
| 789716 | 2/11/2005 | MN | Conference with Tom Meeks, Helena Kobrin; attendance at mediation before Judge Wetherington. | 10.00 |
| 791500 | 2/14/2005 | EBH | Review email correspondence, draft settlement documents from T. Meeks, revised draft settlement documents from H. Kobrin; Conference with M. Nachwalter regarding same; Conference with T. Meeks; Review correspondence. | 1.30 |
| 789734 | 2/14/2005 | MN | Review e-mails; review drafts; telephone discussion with EBH. | 1.00 |
| 791525 | 2/15/2005 | EBH | Review revised draft settlement documents from H. Kobrin and make comments to same; Memo to M. Nachwalter regarding same; Conference with M. Nachwalter regarding draft settlement documents; Forward comments to T. Meeks; Email correspondence and telephone conference with M. Nachwalter, T. Meeks; Follow-up conference with M. Nachwalter. | 1.10 |
| 789824 | 2/15/2005 | MN | Telephone with Judge Wetherington; several telephone discussions with Tom Meeks; conferences with EBH; review and send e-mails; review proposed settlement papers and give comments to EBH. | 2.00 |
| 791540 | 2/16/2005 | EBH | Conferences with M. Nachwalter; Conference with T. Meeks; Conference with M. Nachwalter, H. Kobrin, N. Levin. | 1.10 |
| 790061 | 2/16/2005 | MN | Several telephone discussions with David Hoffman; conferences with EBH; telephone discussion with Helena Kobrin and Neil Levin; review e-mails. | 2.50 |
| 791555 | 2/17/2005 | EBH | Conferences with M. Nachwalter; Email correspondence. | 0.25 |
| 790253 | 2/17/2005 | MN | Several telephone discussions with Tom Meeks; telephone discussion with Helena Kobrin; conferences with EBH. | 1.00 |
| 791595 | 2/18/2005 | EBH | Conference with M. Nachwalter, T. Meeks, H. Kobrin, N. Levin; Review draft motion to dismiss. | 1.20 |
| 790257 | 2/18/2005 | MN | Conference with EBH; review e-mails; telephone discussions with Helena Kobrin, Neil Levin and Tom Meeks. | 1.00 |
| 790262 | 2/21/2005 | MN | Review e-mails; send e-mails; review draft of motion to dismiss. | 0.75 |
| 791678 | 2/22/2005 | EBH | Review draft motion to dismiss from H. Kobrin; Conferences with M. Nachwalter, H. Kobrin; Review revised draft motions received from M. Davidson; Make edits to same; Conference with H. Kobrin, N. Levin, T. Meeks, M. Davidson, M. Nachwalter regarding motions, answers, mediation; Email correspondence; Review | 2.40 |

KENNY NACHWALTER, P.A.

March 3, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

| | | | | |
|---|---|---|---|---|
| | | | materials regarding DentalTown; Telephone conference with H. Kobrin; Fax to H. Kobrin. | |
| 791939 | 2/22/2005 | EBH | Conference with M. Nachwalter. | 0.25 |
| 790388 | 2/22/2005 | MN | Review e-mails; review drafts; telephone discussion with counsel; conferences with EBH. | 1.50 |
| 791940 | 2/23/2005 | EBH | Conference with M. Nachwalter. | 0.25 |
| 790389 | 2/23/2005 | MN | Review e-mails; review drafts; conference with EBH; telephone discussion with counsel. | 1.50 |
| 791689 | 2/24/2005 | EBH | Review draft Answer to First Amended Complaint and make comments to same; Conferences with M. Davidson, M. Nachwalter, T. Meeks regarding same; Conference with M. Davidson and H. Kobrin regarding draft Answer; Follow-up regarding same; Draft Joinder of RTC to Motion to Dismiss. | 3.75 |
| 790423 | 2/24/2005 | MN | Review draft answer; conferences with EBH; review e-mails; respond to e-mails. | 1.25 |
| 791695 | 2/25/2005 | EBH | Review email correspondence; Review draft Answers for RTC, CST and make edits to same; Email to H. Kobrin, M. Davidson regarding same; Conference with H. Kobrin, N. Levin, M. Davidson regarding same; Follow-up conference with M. Nachwalter; Revise drafts and email same to defense group. | 3.75 |
| 791705 | 2/26/2005 | EBH | Review email correspondence. | 0.30 |
| 791700 | 2/27/2005 | EBH | Conference with H. Kobrin; Review email correspondence; Review revised draft Answers for RTC, CST; Conference with H. Kobrin regarding same; Follow-up conference with H. Kobrin, M. Davidson; Conference with M. Davidson; Continue review, edits to draft answers. | 2.70 |
| 791711 | 2/28/2005 | EBH | Email correspondence; Telephone calls to M. Davidson; Revise RTC and CST Answers per same; Edits to draft motion to dismiss; Memo to M.Nachwalter per same; Review Joinder to Motion to Dismiss; Conference with M. Nachwalter about potential changes; Review revised motion to dismiss; Conform joinder to same; Follow-up conferences with M. Davidson, H. Kobrin, M. Hernandez; Finalize answers, joinder; Conferences regarding same; Review email correspondence from H. Kobrin; Telephone call from D. Hoffman regarding fax service; Conference with M. Nachwalter regarding same; Review file copies forwarded by T. Meeks. | 4.20 |
| 790601 | 2/28/2005 | MN | Review drafts; conferences with EBH; telephone discussion with David Hoffman; telephone discussion with Tom Meeks; finalize answer. | 1.75 |

March 3, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

|  | Sub-total hours: | 71.60 |
|---|---|---|

## Rate Summary

| | | |
|---|---|---|
| By Elizabeth B. Honkonen (EBH) 37.60 hours at $ 250.00 per hour | | 9,400.00 |
| By Michael Nachwalter (MN) 34.00 hours at $ 550.00 per hour | | 18,700.00 |
| | Sub-total fees: | 28,100.00 |

## Costs Advanced

| Date | Description | | Amount |
|---|---|---|---|
| | Photocopying Charges | | 645.25 |
| | Telephone Charges | | 22.50 |
| | Facsimile Charges | | 44.00 |
| 2/14/2005 | Federal Express: Delivery to W. McShane 1/7/05 | | 17.77 |
| 2/28/2005 | Pacer computerized legal research through February 28, 2005 | | 0.64 |
| ~~2/28/2005~~ | ~~Messenger Service: Delvery to T. Meeks 2/2/05~~ | **Not Requested** | ~~3.00~~ |
| 2/28/2005 | Westlaw computerized legal research through January 31, 2005 | | 31.66 |
| | Sub-total Costs Advanced: | $ | 764.82 |

| | | |
|---|---|---|
| | Total Current Billing: | $ 28,864.82 |

**REDACTED**

**KENNY NACHWALTER, P.A.**

# KENNY NACHWALTER

FEDERAL ID #
59-1796098

1100 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131-4327
TELEPHONE 305.373.1000
FACSIMILE 305.372.1861
WWW.KENNYNACHWALTER.COM

April 7, 2005

Religious Technology Center
1710 Ibar Avenue
Los Angeles, CA 90028

Attn: Warren McShane

Matter No. 002773  Statement No. 16338

As of March 31, 2005
For legal services rendered and costs incurred in connection with Religious Technology Center adv. Peter Letterese & Associates, Inc., including the following:

| | | |
|---|---|---|
| TOTAL FEES | $ | 17,235.00 * |
| COSTS ADVANCED | | 30.47 * |
| TOTAL FEES AND COSTS | | 17,265.47 |

## REDACTED

**\*See attached for details**

April 7, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

## DESCRIPTION OF SERVICES

### Professional Fees

| Trans No. | Date | Initials | Description | Hours |
|-----------|------|----------|-------------|-------|
| 792112 | 3/1/2005 | EBH | Email correspondence; Follow-up regarding status of filings; Forward same. | 0.70 |
| 791854 | 3/1/2005 | MN | Review e-mails; review pleadings. | 0.30 |
| 792118 | 3/2/2005 | EBH | Email correspondence; Review draft letter to D. Hoffman; Conference with M. Nachwalter. | 0.40 |
| 791868 | 3/2/2005 | MN | Review e-mails, correspondence; conference with EBH. | 1.00 |
| 792123 | 3/3/2005 | EBH | Review email correspondence; Review scheduling order. | 0.30 |
| 792081 | 3/3/2005 | MN | Review pretrial order from Judge Huck; review e-mails; e-mails with Tom Meeks; conferences with EBH. | 1.00 |
| 794244 | 3/4/2005 | JTF | Conference with M. Nachwalter and E. Honkonen. | 0.20 |
| 792128 | 3/4/2005 | EBH | Review letter from D. Hoffman, email correspondence regarding scheduling order; Review schedule from T. Meeks; Conferences with M. Nachwalter, J. Foreman. | 0.80 |
| 794253 | 3/7/2005 | JTF | Review of mediation statements and various pleadings. | 1.70 |
| 792165 | 3/7/2005 | MN | Review local rules; review e-mail from Helena Kobrin. | 0.50 |
| 794260 | 3/8/2005 | JTF | Conferences with E. Honkonen. | 0.20 |
| 793718 | 3/8/2005 | EBH | Conference with M. Nachwalter; Conference with Dawn (T. Meeks' office); Email correspondence; Conference with J. Foreman. | 0.50 |
| 792253 | 3/8/2005 | MN | Telephone discussion with Tom Meeks; conferences with EBH; review e-mails. | 1.00 |

**KENNY NACHWALTER, P.A.**

April 7, 2005

Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

| 793422 | 3/16/2005 | MN | Review e-mails; review drafts; conference with EBH. | 0.75 |
|---|---|---|---|---|
| 793776 | 3/17/2005 | EBH | Prepare RTC's and CST's First Requests for Production; Email regarding same; Conference with M. Nachwalter regarding same; Finalize requests; Conferences with H. Kobrin; Email to H. Kobrin. | 2.60 |
| 794331 | 3/18/2005 | JTF | Conferences with E. Honkonen; Review of and recommendations for reply memorandum; Receipt and review of multiple e-mails. | 0.80 |
| 793781 | 3/18/2005 | EBH | Review draft reply brief and make edits to same; Conference with J. Foreman regarding same; Forward edits to T. Meeks; Conferences with D. Washam (Tom's office); Conference with M. Davidson; Draft Joinder in Reply; Email correspondence. | 3.40 |
| 794335 | 3/21/2005 | JTF | Telephone conference with M. Davidson; Receipt and review of multiple e-mails; Meeting with T. Meeks, H. Kobrin, and N. Levin; Review and filing of joinder in reply; E-mail to E. Honkonen; E-mail to T. Meeks; Prepare draft of Rule 26 disclosures. | 6.40 |
| 795226 | 3/21/2005 | EBH | Review email correspondence. | 0.20 |
| 794340 | 3/22/2005 | JTF | E-mails from and to E. Honkonen; Telephone conference with E. Honkonen; Conference with M. Nachwalter; Revisions to Rule 26 disclosures. | 1.20 |
| 795224 | 3/22/2005 | EBH | Review email correspondence; Conference with Jeff Foreman. | 0.30 |
| 793851 | 3/22/2005 | MN | Review draft reply memo; review e-mails; conferences with JTF; conference with Helena Kobrin and Neil Levin; review discovery. | 1.50 |
| 794348 | 3/23/2005 | JTF | Revisions to Rule 26 disclosures; E-mail to T. Meeks. | 0.80 |
| 795657 | 3/28/2005 | JTF | Conference with E. Honkonen. | 0.10 |
| 795243 | 3/28/2005 | EBH | Conference with Jeff Foreman; Review email correspondence. | 0.20 |
| 795253 | 3/29/2005 | EBH | Email correspondence regarding mediation, discovery issues. | 0.30 |
| 794544 | 3/29/2005 | MN | Review e-mails. | 0.50 |
| 795260 | 3/30/2005 | EBH | Email correspondence regarding mediation, discovery issues. | 0.30 |

**KENNY NACHWALTER, P.A.**

April 7, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

| | | | | |
|---|---|---|---|---|
| 794284 | 3/9/2005 | JTF | Conference with E. Honkonen; Conferences with M. Nachwalter. | 1.00 |
| 793722 | 3/9/2005 | EBH | Conference with M. Nachwalter; Conference with M. Nachwalter, H. Kobrin, N. Levin; Conference with J. Foreman. | 0.50 |
| 793071 | 3/9/2005 | MN | Review rules; review correspondence; review e-mails; telephone discussion with Helena Kobrin and Neil Levin in preparation for conference call; conference with EBH. | 1.50 |
| 793740 | 3/10/2005 | EBH | Conference with M. Nachwalter; Conference with T. Meeks, M. Nachwalter, H. Kobrin, N. Levin; Follow-up conference with defense counsel, D. Hoffman. | 1.70 |
| 793076 | 3/10/2005 | MN | Telephone with Tom Meeks; conference with Tom Meeks; telephone conference with Helena Kobrin and Neil Levin; telephone conference with David Hoffman. | 2.50 |
| 793746 | 3/11/2005 | EBH | Review letter from D. Hoffman; Conference with M. Nachwalter regarding same; Conference with T. Meeks; Email correspondence regarding discovery issues. | 0.60 |
| 795656 | 3/11/2005 | MN | Conference with E. Honkonen. | 0.20 |
| 793753 | 3/14/2005 | EBH | Review Plaintiff's opposition to Motion to Dismiss; Review draft document requests; Edits to same; Email correspondence; Review draft filing; Provide comments regarding same; Conferences with M. Nachwalter, T. Meeks, M. Davidson, H. Kobrin, N. Levin. | 1.90 |
| 793351 | 3/14/2005 | MN | Review discovery requests; conferences with EBH; telephone discussions with Tom Meeks, Helena Kobrin and Neil Levin. | 1.50 |
| 794309 | 3/15/2005 | JTF | Conferences with E. Honkonen re discovery and mediation. | 0.30 |
| 793759 | 3/15/2005 | EBH | Review email correspondence; Conference call with H. Kobrin; Conference with M. Nachwalter regarding status; Draft notices of deposition; Conference with J. Foreman. | 1.30 |
| 793412 | 3/15/2005 | MN | Conference with Tom Meeks; review discovery; review e-mails with draft discovery; conference with Tom Meeks, Helena Kobrin and Neil Levin; review correspondence; conferences with EBH re subpoenas and discovery. | 1.50 |
| 794317 | 3/16/2005 | JTF | Conferences with E. Honkonen. | 0.20 |
| 793770 | 3/16/2005 | EBH | Review email correspondence; Respond to same; Conferences with M. Nachwalter, J. Foreman regarding deposition scheduling; Conferences with M. Davidson; Revise draft notices of deposition, subject matters for 30(b)(6) deposition; Email correspondence; Conferences with H. Kobrin; Begin preparation of RTC and CST requests for production. | 2.50 |

**KENNY NACHWALTER, P.A.**

April 7, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

| 795267 | 3/31/2005 | EBH | Email correspondence; Conference with M. Nachwalter. | 0.40 |
| 795658 | 3/31/2005 | MN | Conference with E. Honkonen. | 0.20 |

Sub-total hours: 45.75

## Rate Summary

| By Jeffrey T. Foreman (JTF) 12.90 hours at $ 375.00 per hour | 4,837.50 |
| By Elizabeth B. Honkonen (EBH) 18.90 hours at $ 250.00 per hour | 4,725.00 |
| By Michael Nachwalter (MN) 13.95 hours at $ 550.00 per hour | 7,672.50 |

Sub-total fees: 17,235.00

## Costs Advanced

| Date | Description | | Amount |
| --- | --- | --- | --- |
| | Photocopying Charges | | 24.50 |
| | Telephone Charges | | 2.25 |
| 3/31/2005 | Messenger Service: Delivery to T. Meeks 3/17/05 | Not Requested | 3.00 |
| 3/31/2005 | Pacer computerized legal research through March 31, 2005 | | 0.72 |

Sub-total Costs Advanced: $ 30.47

**REDACTED**

**KENNY NACHWALTER, P.A.**

April 7, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

Total Current Billing:     $     17,265.47

**REDACTED**

**KENNY NACHWALTER, P.A.**

# KENNY NACHWALTER

1100 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131-4327
TELEPHONE 305.373.1000
FACSIMILE 305.372.1861
WWW.KENNYNACHWALTER.COM

FEDERAL ID #
59-1796098

May 9, 2005

Religious Technology Center
1710 Ibar Avenue
Los Angeles, CA 90028

Attn:  Warren McShane

Matter No.  002773  Statement No.  16449

As of April 30, 2005
For legal services rendered and costs incurred in connection with Religious Technology Center adv. Peter Letterese & Associates, Inc., including the following:

---

| | | |
|---|---|---|
| TOTAL FEES | $ | 33,587.50 * |
| COSTS ADVANCED | | 727.52 * |
| | | _____ |
| TOTAL FEES AND COSTS | | 34,315.02 |

**REDACTED**

**\*See attached for details**

May 9, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

---

## DESCRIPTION OF SERVICES

---

### Professional Fees

| Trans No. | Date | Initials | Description | Hours |
|---|---|---|---|---|
| 796431 | 4/1/2005 | EBH | Email correspondence. | 0.20 |
| 796435 | 4/3/2005 | EBH | Review email correspondence; conference with M. Nachwalter. | 0.20 |
| 795523 | 4/3/2005 | MN | Review e-mails and attachments; telephone discussion with EBH. | 0.75 |
| 796441 | 4/4/2005 | EBH | Review Plaintiff's motion for summary judgment and related filings; Conference with H. Kobrin and N. Levin. | 1.25 |
| 795531 | 4/4/2005 | MN | Review e-mails; review pleadings; review plaintiff's motion for summary judgment. | 1.00 |
| 796450 | 4/5/2005 | EBH | Review email and hard copy correspondence; Conferences with M. Nachwalter, T. Meeks regarding conference call; Follow-up regarding same. | 0.60 |
| 795551 | 4/5/2005 | MN | Review e-mails, attachments; review correspondence; conference with E. Honkonen. | 0.50 |
| 796514 | 4/6/2005 | EBH | Review PLA's Initial Disclosures; Review draft of RTC and CST initial disclosures; Modify same; Email correspondence; Conference with M. Nachwalter. | 0.75 |
| 795586 | 4/6/2005 | MN | Review e-mails; send e-mails; telephone discussion with Tom Meeks; review summary judgment; conference with E. Honkonen. | 1.00 |
| 796520 | 4/7/2005 | EBH | Email correspondence; Conference with M. Nachwalter; Review materials for conference; Conference with T. Meeks, M. Davidson, H. Kobrin, N. Levin, R. Moxon; Prepare and finalize Rule 26(a) disclosures. | 3.25 |
| 796528 | 4/8/2005 | EBH | Begin drafting Rule 56(f) portion of opposition to motion for summary judgment; Review Order assigning new magistrate judge; Begin drafting declaration for Rule 56(f). | 3.90 |
| 796109 | 4/8/2005 | MN | Telephone discussion with David Hoffman. | 0.40 |
| 796113 | 4/10/2005 | MN | Review e-mails. | 0.40 |

May 9, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

| | | | | |
|---|---|---|---|---|
| 796535 | 4/11/2005 | EBH | Review email correspondence regarding Hoffman, M. Nachwalter conversation; Continue drafting Rule 56(f) portion of opposition to motion for summary judgment and Rule 56(f) Declaration; Review Hoffman letters; Email correspondence and telephone conferences regarding same; Conferences with M. Davidson, M. Nachwalter; Email first drafts of brief portion and declaration. | 6.25 |
| 796115 | 4/11/2005 | MN | Review and send e-mails; review correspondence; several conferences with EBH re mediation and rule 56(f); Rule 56 issues. | 1.40 |
| 796545 | 4/12/2005 | EBH | Review email correspondence and revised declaration; Email correspondence with H. Kobrin and T. Meeks; Review draft of copyright portion of opposition memorandum; Conference with T. Meeks, H. Kobrin, N. Levin; Follow-up conference with M. Nachwalter regarding same. | 3.75 |
| 799717 | 4/12/2005 | MN | Conference with E. Honkonen; review drafts. | 0.50 |
| 798319 | 4/13/2005 | JTF | Review of and comments to draft opposition memorandum; Conference with E. Honkonen; E-mail from N. Levin. | 0.80 |
| 796548 | 4/13/2005 | EBH | Review revised draft opposition and make comments to same; Review J. Foreman comments; Conference with J. Foreman regarding same; Forward comments to T. Meeks; Email correspondence; Review Hoffman letter. | 1.75 |
| 798321 | 4/14/2005 | JTF | Conferences with E. Honkonen. | 0.30 |
| 796554 | 4/14/2005 | EBH | Review numerous drafts of materials for opposition to motion for summary judgment and provide comments to same; Conferences with T. Meeks; Email correspondence; Prepare Joinder; Conferences with J. Foreman regarding same; Conference with M. Davidson. | 3.60 |
| 796230 | 4/14/2005 | MN | Review e-mails; conference with EBH. | 0.50 |
| 798328 | 4/15/2005 | JTF | Receipt and review of correspondence; Review of and filing joinder; Receipt and review of supplemental affidavit. | 1.00 |
| 798258 | 4/15/2005 | EBH | Review email correspondence; Revise Joinder per same; Finalize Joinder; Conferences with M. Nachwalter, J. Foreman, M. Davidson; Telephone conference and email correspondence with H. Kobrin. | 1.40 |
| 796593 | 4/15/2005 | MN | Review e-mails, attachments; review correspondence; conference with EBH. | 1.00 |
| 798263 | 4/18/2005 | EBH | Review email correspondence from T. Meeks, H. Kobrin; Review outline regarding Hoffman deposition; Review Hoffman letters; Conference with M. Nachwalter; Review PL&A's Motion for | 1.60 |

**KENNY NACHWALTER, P.A.**

May 9, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

| | | | Temporary Stay of Discovery and Affidavit of Hoffman in support thereof; Conference regarding motion for stay. | |
|---|---|---|---|---|
| 796595 | 4/18/2005 | MN | Review correspondence; review e-mails, attachments; conference with EBH. | 1.00 |
| 798274 | 4/19/2005 | EBH | Review email correspondence, draft letter. | 0.40 |
| 796703 | 4/19/2005 | MN | Review e-mails; telephone discussion with Tom Meeks; conferences with EBH; review Hoffman's motion for stay of discovery; review Rule 56(f) papers; review attachments. | 2.50 |
| 798350 | 4/20/2005 | EBH | Review email and other correspondence; Conferences with M. Nachwalter, T. Meeks regarding telephonic hearing; Organize materials regarding same; Attend telephonic hearing; Follow-up conferences regarding same; Review draft letters; Conference with J. Foreman; Prepare draft Order per local rules; Conference with J. Cook (Judge Huck's law clerk); Follow-up conference with T. Meeks; Conference with M. Nachwalter regarding latest Hoffman writings. | 3.40 |
| 796740 | 4/20/2005 | MN | Review correspondence; review pleadings; telephone discussions with Tom Meeks; telephonic hearing with Judge Huck; telephone conference with Tom Meeks, Helena Kobrin and David Hoffman; further telephone discussion with Helena Kobrin; conferences with EBH. | 4.50 |
| 798362 | 4/21/2005 | JTF | Receipt and review of correspondence; Conference with E. Honkonen. | 0.40 |
| 798487 | 4/21/2005 | EBH | Review email correspondence, draft letters, amended notice of taking depositions; Conference with M. Nachwalter; Review correspondence from and to D. Hoffman; Conference with J. Foreman. | 0.50 |
| 797655 | 4/21/2005 | MN | Telephone discussion with Tom Meeks; review numerous e-mails; review correspondence; conference with EBH. | 1.50 |
| 798494 | 4/22/2005 | EBH | Email correspondence; Conferences with M. Nachwalter, T. Meeks; Conference with N. Levin. | 0.90 |
| 799718 | 4/22/2005 | MN | Conference with E. Honkonen. | 0.20 |
| 798497 | 4/23/2005 | EBH | Telephone call to M. Nachwalter; Email correspondence to M. Nachwalter; Review follow-up email correspondence. | 0.40 |
| 798131 | 4/23/2005 | MN | Review e-mails; send e-mails; Telephone discussion with E. honkonen; Telephone discussion with Helena Kobrin. | 1.00 |

**KENNY NACHWALTER, P.A.**

May 9, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

| | | | | |
|---|---|---|---|---|
| 798369 | 4/25/2005 | JTF | Conference with E. Honkonen; Receipt and review of correspondence; Receipt and review of supplemental affidavit; Receipt and review of reply memorandum; Receipt and review of discovery responses; Receipt and review of order on motion to dismiss. | 2.00 |
| 798499 | 4/25/2005 | EBH | Review Notice of Deposition of David Miscavige, Hoffman's Second Supplemental Affidavit; Affidavit of Peter Letterese; PL&A's Reply Brief in support of its motion for summary judgment, Affidavit of Lois Dane Richter, numerous responses to discovery requests; Conferences with M. Nachwalter, T. Meeks, J. Foreman regarding deposition notice; Review Hoffman letter regarding document production; Conference call with M. Nachwalter, T. Meeks, M. Davidson, H. Kobrin, N. Levin, W. McShane; Review Order on Motion to Dismiss Lanham Act claim; Email regarding research. | 3.80 |
| 798134 | 4/25/2005 | MN | Telephone discussions with Tom Meeks; telephone discussion with Helena Kobrin; telephone discussion with Warren McShane; telephone discussion with Neil Levin; review responses to requests for production and interrogatories; conferences with EBH. | 1.50 |
| 798193 | 4/25/2005 | MN | Conference with Miscavige notice of deposition; work on motion for protective order. | 0.75 |
| 798375 | 4/26/2005 | JTF | Receipt and review of revised affidavit and exhibits; Conference with E. Honkonen and M. Nachwalter; Receipt and review of response memorandum re motion for protective order; Receipt and review of documents. | 1.70 |
| 798506 | 4/26/2005 | EBH | Review draft filings, email correspondence, new affidavit; Conference with M. Nachwalter, T. Meeks regarding draft opposition to PLA's motion for protective order regarding Dane depositions; Conference with A. Gonzalez regarding transcript of April 20 hearing; Prepare revised draft of letter to Hoffman; Conference regarding same; Email regarding same. | 1.20 |
| 798507 | 4/26/2005 | EBH | Conference with W. McShane regarding Mr. Miscavige deposition notice and motion for protective order; Work on draft motion for protective order regarding Miscavige deposition; Conferences with W. McShane, H. Kobrin, M. Nachwalter regarding draft motion; Revise draft motion. | 5.50 |
| 798194 | 4/26/2005 | MN | Re: Miscavige deposition - telephone discussions with counsel; several telephone discussions with client; work on drafts of motion for protective order; review draft letter to Hoffman. | 2.00 |
| 798195 | 4/26/2005 | MN | Prepare for and telephone conference with the Judge; conference with Tom Meeks; telephone discussions with Tom Meeks; telephone discussions with Helena Kobrin; conference with EBH. | 1.50 |
| 798512 | 4/27/2005 | EBH | Review email correspondence; Conference with M. Nachwalter, T. Meeks; Review documents produced by PL&A for upcoming depositions, issues; Conference with T. Meeks. | 3.40 |
| 798513 | 4/27/2005 | EBH | Review revised draft of motion for protective order, McShane affidavit; Conferences with M. Nachwalter regarding same; Email correspondence re same; Review M. Nachwalter edits, T. Meeks edits. | 1.90 |

**KENNY NACHWALTER, P.A.**

May 9, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

| | | | | |
|---|---|---|---|---|
| 798392 | 4/27/2005 | MN | Work on revised letter to David Hoffman re Miscavige deposition; several telephone conferences with client; review and revise motion for protective order; conferences with EBH re protective order. | 2.00 |
| 798519 | 4/28/2005 | EBH | Review email correspondence and final meet and confer letter to D. Hoffman; Prepare same in final; Conference with M. Nachwalter; Review correspondence; Conference with T. Meeks; Conferences with H. Kobrin; Conference with N. Levin; Review materials in preparation for Dane depositions. | 3.50 |
| 798475 | 4/28/2005 | MN | Re: Miscavige deposition. Telephone discussions with client; finalize letter to David Hoffman. | 0.60 |
| 798476 | 4/28/2005 | MN | Several telephone discussions with Helena Kobrin; telephone discussion with Tom Meeks; conference with Tom Meeks; several telephone discussions with Warren McShane. | 1.75 |
| 799376 | 4/29/2005 | EBH | Review email correspondence; Memo to file; Conference to prepare for deposition of Lois Dane Richter and Elizabeth Dane Shook. | 3.75 |
| 798903 | 4/29/2005 | MN | Telephone conferences with counsel; review e-mails; telephone discussions with Tom Meeks; receipt and review of emails from David Hoffman; send emails. | 1.75 |
| 799394 | 4/30/2005 | EBH | Email correspondence; Review draft stipulation and order regarding confidentiality; Conference to prepare for deposition of Lois Dane Richter and Elizabeth Dane Shook; Gather and prepare materials to bring to depositions. | 1.90 |

Sub-total hours: 95.25

## Rate Summary

| | |
|---|---|
| By Jeffrey T. Foreman (JTF) 6.20 hours at $ 375.00 per hour | 2,325.00 |
| By Elizabeth B. Honkonen (EBH) 59.05 hours at $ 250.00 per hour | 14,762.50 |
| By Michael Nachwalter (MN) 30.00 hours at $ 550.00 per hour | 16,500.00 |

Sub-total fees: 33,587.50

## Costs Advanced

| Date | Description | Amount |
|---|---|---|
| | Facsimile Charges | 41.00 |
| | Photocopying Charges | 569.50 |
| | Telephone Charges | 14.75 |
| 3/7/2005 | Conference Call 1/20/05 | 96.39 |
| ~~4/30/2005~~ | ~~Messenger Service: Delivery to T. Meeks 4/13/05~~ | Not Requested ~~3.00~~ |

**KENNY NACHWALTER, P.A.**

May 9, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

| 4/30/2005 | Pacer computerized legal research through April 30, 2005 | 2.88 |
|---|---|---|

Sub-total Costs Advanced: $ 727.52

Total Current Billing: $ 34,315.02

**REDACTED**

KENNY NACHWALTER, P.A.



**KENNY NACHWALTER**

1100 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131-4327
TELEPHONE 305.373.1000
FACSIMILE 305.372.1861
WWW.KENNYNACHWALTER.COM

FEDERAL ID #
59-1796098

June 14, 2005

Religious Technology Center
1710 Ibar Avenue
Los Angeles, CA 90028

Attn: Warren McShane

Matter No. 002773 Statement No. 16588

As of May 31, 2005
For legal services rendered and costs incurred in connection with Religious Technology Center adv. Peter Letterese & Associates, Inc., including the following:

| | | |
|---|---|---|
| TOTAL FEES | $ | 66,856.50 * |
| COSTS ADVANCED | | 4,443.68 * |
| TOTAL FEES AND COSTS | | 71,300.18 |

## REDACTED

**\*See attached for details**

June 14, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

## DESCRIPTION OF SERVICES

### Professional Fees

| Trans No. | Date | Initials | Description | Hours |
|---|---|---|---|---|
| 799677 | 5/1/2005 | EBH | Conferences with T. Meeks, N. Levin, R. Moxon; Review email correspondence; Travel to Charleston for L. Dane Ritcher deposition. | 4.75 |
| 799696 | 5/2/2005 | EBH | Review email correspondence; Preparation for deposition of L. Dane Richter; Conferences with T. Meeks, N. Levin, D. Hoffman; Attend deposition of L. Dane Richter; Attend telephonic hearing regarding confidentiality, "terminating sanctions"; Follow-up conferences with R. Moxon, N. Levin; Review filings. | 10.25 |
| 799533 | 5/2/2005 | MN | Review plaintiff's motion for sanctions and attachments; review motion for preliminary injunction; review and send e-mails; telephone discussion with Helena Kobrin. | 2.00 |
| 799699 | 5/3/2005 | EBH | Review email correspondence; Attend continuation deposition of Lois Dane Richter; Work with D. Hoffman and copy center regarding deposition exhibits; Conferences with D. Hoffman; Conferences with R. Moxon, N. Levin; Travel to Savannah for Elizabeth Dane Shook deposition; Conferences with M. Nachwalter; Conference with R. Moxon; Conference with T. Meeks, H. Kobrin, W. McShane, N. Levin, R. Moxon regarding pending items; Review deposition exhibits for Elizabeth Dane Shook deposition; Conference with N. Levin; Prepare materials for R. Moxon. | 8.00 |
| 799547 | 5/3/2005 | MN | Several telephone discussions with EBH; review documents produced by Hoffman; reread sanctions motion; telephone discussion with Helena Kobrin; cross notice depositions of Letterese. | 2.00 |
| 801361 | 5/4/2005 | JTF | Receipt and review of motions and memoranda; Receipt and review of affidavits; Receipt and review of correspondence. | 0.60 |
| 799703 | 5/4/2005 | EBH | Prepare for and attend deposition of Elizabeth Dane Shook; Follow-up conferences regarding deposition; Travel to Miami. | 12.75 |
| 799554 | 5/4/2005 | MN | Review e-mails; review pleadings; telephone discussions with Helena Kobrin, Warren McShane; review draft letter; review documents. | 1.50 |
| 800615 | 5/5/2005 | EBH | Review extensive email correspondence and attachments; Conferences with J. Foreman and M. Nachwalter regarding depositions, pending issues; Telephone conference with T. Meeks office; Conference with H. Kobrin; Draft meet and confer letter regarding RTC, CST requests for production; Follow-up conference with M. Nachwalter regarding same; Email correspondence regarding same; Follow-up regarding deposition transcripts; Review letter to Hoffman regarding preliminary injunction motion; Review letter to Hoffman regarding subpoenas; Conference with H. Kobrin. | 3.75 |

**KENNY NACHWALTER, P.A.**

June 14, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

| | | | | |
|---|---|---|---|---|
| 799580 | 5/5/2005 | MAM | Office conference and telephone conference with E. Honkonen re: Richter transcript and exhibits; multiple telephone conferences with Sam and Rubin at Minit Print re: Richter deposition exhibits; receive.ptx file - Richter transcript; create database in Summation. | 0.50 |
| 799597 | 5/5/2005 | MN | Review letter to David Hoffman; review motion to compel; review correspondence from Tom Meeks; review and send e-mails re upcoming motions. | 1.50 |
| 800627 | 5/6/2005 | EBH | Review draft motion to compel Letterese, draft motion to compel plaintiff; Conference with J. Foreman regarding same; Prepare draft motion by RTC, CST; Conferences with M. Davidson, H. Kobrin; Review correspondence from D. Hoffman; Conference with N. Levin; Revise draft per J. Foreman comments; Email draft. | 5.20 |
| 799679 | 5/6/2005 | MN | Review e-mails; review correspondence; conference with EBH. | 1.00 |
| 800636 | 5/7/2005 | EBH | Review email correspondence and attachments. | 0.40 |
| 800634 | 5/8/2005 | EBH | Review email correspondence and attachments. | 0.25 |
| 799683 | 5/8/2005 | MN | Review draft of RTC's motion to compel; review e-mails; respond to e-mails; review drafts of WISE and other defendants motions to compel; review e-mails re responses. | 1.25 |
| 800640 | 5/9/2005 | EBH | Review Order denying Plaintiff's motion for summary judgment; Forward same; Email correspondence; Revise draft joint motion for expedited treatment of discovery motions; Conferences with T. Meeks, M. Nachwalter, D. Hoffman, H. Kobrin, N. Levin regarding filings; Revise RTC, CST motion to compel per same; Draft argument regarding delay in seeking preliminary injunction; Draft Notice of Compliance, Non-Opposition regarding expedited briefing schedule; Review Plaintiff's motion for protective order, accompanying memorandum, and certification of compliance with meet and confer; Email correspondence. | 6.20 |
| 799724 | 5/9/2005 | MAM | Multiple office conferences with E. Honkonen re: depositions and deposition exhibits; load deposition of E. Shook into Summation; prepare and organize deposition files; telephone conference to W. Buckman (Charleston, SC - court reporter). | 1.00 |
| 799721 | 5/9/2005 | MN | Review correspondence from Hoffman; review draft motions to compel; conferences with EBH; telephone discussions with Tom Meeks; finalize motion to compel and joinder. | 1.75 |
| 800651 | 5/10/2005 | EBH | Conferences with T. Meeks; Revise Notice of Compliance, Non-Opposition; Conferences with Clark Reporting; Email correspondence; Review additional Hoffman correspondence; Draft opposition to motion for protective order; Conferences with H. Kobrin, M. Davidson, N. Levin regarding same. | 6.75 |
| 799730 | 5/10/2005 | MAM | Office conference with E. Honkonen re: E. Shook transcript; telephone conference with W. Buckman (Charleston, SC - court reporter). | 0.20 |

KENNY NACHWALTER, P.A.

June 14, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

| 799794 | 5/10/2005 | MN | Review e-mails; review correspondence, pleadings; telephone discussion with Tom Meeks; conferences with EBH. | 1.50 |
|---|---|---|---|---|
| 800655 | 5/11/2005 | EBH | Review additional filings, email correspondence; Conferences with M. Davidson, T. Meeks; Continue drafting opposition to motion for protective order ; Review order from Judge Simonton; Conference with M. Nachwalter; Conference call with H. Kobrin, T. Meeks; Conference with Judge Simonton's chambers; Review Hoffman correspondence and responses; Review draft opposition to motion for preliminary injunction; Edits to same. | 5.60 |
| 799797 | 5/11/2005 | MN | Review e-mails; review pleadings, correspondence; conferences with EBH; telephone with Tom Meeks. | 2.00 |
| 801727 | 5/12/2005 | JTF | Conferences with E. Honkonen; Review of and revisions to opposition to motion for preliminary injunction; Receipt and review of response to meet and confer; Receipt and review of multiple pleadings. | 2.70 |
| 800661 | 5/12/2005 | EBH | Review numerous additional filings, emails, letters, draft responses; Numerous conferences regarding same with M. Nachwalter, T. Meeks, J. Foreman, N. Levin, Chambers; Conferences with H. Kobrin, M. Nachwalter regarding telephonic status conference with the Court; Prepare witness disclosures; Conferences with H. Kobrin regarding same. | 3.90 |
| 799765 | 5/12/2005 | MAM | Multiple office conferences with E. Honkonen re: documents (from prior productions); telephone conference with Rubin at Minit Print; receive, review and organize documents (prior productions) from Minit Print; prepare copies of Richter transcript; office conference with M. Ramirez re: Shook transcript; prepare and organize additional working files - documents and transcripts. | 2.50 |
| 799798 | 5/12/2005 | MN | Review drafts of opposition to motion for preliminary injunction; review responses to motion for protective order; telephone discussion with Tom Meeks; conferences with EBH; prepare for and attend telephone conference with Judge; conference with Tom Meeks. | 2.50 |
| 800666 | 5/13/2005 | EBH | Review latest draft of opposition to preliminary injunction motion, and exhibits thereto; Prepare edits to same; Email regarding same; Prepare joinder to same; Conferences with T. Meeks, M. Nachwalter, M. Davidson; Edits to M. Davidson; Email correspondence with M. Davidson; Conference with D. Washam; Prepare sealed filing cover sheet; Follow-up conference with Judge Simonton's law clerk; Email regarding same; Conference with H. Kobrin. | 4.80 |
| 800371 | 5/13/2005 | MN | Review drafts and file responses to preliminary injunction motion; file joinder; review e-mails re upcoming hearing; reschedule depositions; prepare for upcoming hearing. | 2.00 |
| 800668 | 5/14/2005 | EBH | Review email correspondence, draft WISE motion for protective order. | 0.50 |

KENNY NACHWALTER, P.A.

June 14, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

| | | | | |
|---|---|---|---|---|
| 800379 | 5/14/2005 | MN | Review motion to quash; review e-mails. | 0.30 |
| 800669 | 5/15/2005 | EBH | Review email correspondence, revised draft of opposition to motion for protective order; Conference with H. Kobrin regarding same; Edits to same. | 1.25 |
| 801755 | 5/16/2005 | JTF | Review of affidavits; Receipt and review of opposition to motion for preliminary injunction; Review of and revisions to memo in opposition to motion for protective order; Receipt and review of Order. | 2.20 |
| 800676 | 5/16/2005 | EBH | Review near final draft of WISE motion for protective order; Edits to same; Conference with T. Meeks regarding same; Revise opposition to PLA motion for protective order; Prepare request for hearing; Review J. Foreman edits and revise per same; Conference and email correspondence with H. Kobrin; Review draft letter and email correspondence regarding same; Conferences with M. Nachwalter, H. Kobrin, N. Levin regarding opposition to motion for protective order; Conference with T. Meeks regarding Joinder to WISE motion; Follow-up conferences with M. Davidson, D. Washam, MN; Prepare Joinder per same; Follow-up conferences regarding same; Email correspondence; Review hearing transcripts. | 6.70 |
| 800982 | 5/17/2005 | EBH | Review draft opposition to motion for judgment as a sanction and edits to same; Review email correspondence regarding problems with transcripts, etc; Follow-up email correspondence regarding same; Conference with T. Meeks; Organize materials for upcoming hearing; Email correspondence with M. Davidson; Conference with J. Foreman; Meet with M. Nachwalter, M. Davidson regarding preparation for Friday hearing; Materials to M. Davidson; Prepare outline for M. Nachwalter regarding alleged "smear campaign" for Friday hearing; Conference with M. Davidson; Conference with H. Kobrin & Philippe. | 7.20 |
| 800590 | 5/17/2005 | MN | Telephone with Tom Meeks; several telephone discussions with Helena Kobrin; review draft and file protective order memo; review drafts of terminating sanctions reply; several conferences with EBH; conference with EBH and Matt Davidson; prepare for hearing. | 4.00 |
| 801300 | 5/18/2005 | EBH | Review email correspondence, revised draft of opposition to PLA's motion for protective order, and revised draft of opposition to motion for terminating sanctions; Review and revise outline of issues from M. Davidson; Review supporting case law from M. Davidson; Conferences with defense counsel regarding filings; Conference with D. Hoffman regarding confidentiality of Shook and Richter depositions; Revise opposition to motion for judgment as a sanction. | 10.75 |
| 800619 | 5/18/2005 | MN | Edit and review reply to motion for protective order; review and edit reply to motion for terminating sanctions; telephone discussion with Neil Levin; telephone discussion with Helena Kobrin; review Hoffman's reply memo; preparation for hearing. | 5.00 |
| 801306 | 5/19/2005 | EBH | Review email correspondence; Revise draft of opposition to motion for judgment per same; Prepare materials for hearing; Conferences with H. Kobrin, N. Levin, MN, M. Davidson; Prepare for hearing; | 8.75 |

June 14, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

| | | | | |
|---|---|---|---|---|
| | | | Prepare Joinder. | |
| 800721 | 5/19/2005 | MN | Conferences with Helena Kobrin and Neil Levin; conferences with EBH; review drafts; review pleadings; preparation for hearing. | 6.50 |
| 801311 | 5/20/2005 | EBH | Review email; Final preparations for hearing; Attend hearing before Judge Simonton; Follow-up conferences regarding same; Attend deposition of William Richard Howard; Follow-up conference regarding same; Order transcript of hearing; Review Court Order from Judge Simonton. | 8.50 |
| 800725 | 5/20/2005 | MN | Preparation for and attendance at hearing before Magistrate Simonton; conferences with Helena Kobrin and Neil Levin; telephone with Warren McShane; telephone discussion with Rick Moxon. | 7.00 |
| 801316 | 5/21/2005 | EBH | Email Order to H. Kobrin, N. Levin; Review email correspondence. | 0.50 |
| 801022 | 5/23/2005 | SBB | Load deposition transcripts; Organization of files. | 0.50 |
| 801322 | 5/23/2005 | EBH | Conference with M. Nachwalter; Follow-up email regarding same; Email correspondence; Voice mail to M. Nachwalter regarding status update; Conference with H. Kobrin regarding expert witness disclosure; Conference with J. Foreman. | 0.75 |
| 801382 | 5/24/2005 | SBB | Organization of deposition transcripts and files. | 0.80 |
| 801838 | 5/24/2005 | JTF | Review of and revisions to filings; Conference with E. Honkonen. | 0.70 |
| 801330 | 5/24/2005 | EBH | Email correspondence; Review draft filing and revise same; Revise per J. Foreman comments; Numerous conferences, emails with M. Davidson re preparing filing; Conference with M. Nachwalter regarding update; Prepare materials for M. Nachwalter argument; Issue regarding Friday hearing transcript; Call from D. Hoffman; Follow-up conference with H. Kobrin regarding same; Follow-up email regarding same. | 3.40 |
| 800836 | 5/24/2005 | MN | Telephone discussion with EBH; review and send e-mails. | 0.50 |
| 801388 | 5/25/2005 | SBB | Review and index deposition exhibits; Creation of database; Creation of deposition and production logs. | 2.00 |
| 801403 | 5/25/2005 | CC | Creation of deposition and production logs. | 0.50 |
| 801338 | 5/25/2005 | EBH | Review extensive email correspondence; Conference with M. Nachwalter regarding hearing; Review transcript from May 20 hearing; Email regarding same; Review Plaintiff's opposition and | 5.25 |

**KENNY NACHWALTER, P.A.**

June 14, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

| | | | | |
|---|---|---|---|---|
| | | | numerous affidavits; Conferences with M. Nachwalter, M. Davidson, H. Kobrin, R. Moxon, N. Levin regarding same; Attend telephonic hearing; conferences with J. Foreman. | |
| 801919 | 5/25/2005 | MN | Several telephone conferences with E. Honkonen; Review pleadings filed by Plaintiff; Prepare for hearing; Telephone conference with clients and attorneys; Attend hearing before Magistrate; Telephone conference after hearing. | 4.00 |
| 801391 | 5/26/2005 | SBB | Review and index deposition exhibits. | 2.80 |
| 801351 | 5/26/2005 | EBH | Review extensive email correspondence; Conferences with J. Foreman; Conference with M. Nachwalter; Conference and email with M. Davidson regarding hearing transcript; Email correspondence; Conference with M. Nachwalter. | 1.20 |
| 801922 | 5/26/2005 | MN | Review e-mails; Send e-mails; Several telephone conferences with E. Honkonen. | 1.25 |
| 801985 | 5/27/2005 | EBH | Email correspondence. | 0.40 |
| 802013 | 5/28/2005 | EBH | Review email correspondence. | 0.10 |
| 802026 | 5/30/2005 | EBH | Email correspondence. | 0.10 |
| 801760 | 5/31/2005 | SBB | Review and index deposition exhibits; organization of same; associate images with coded records. | 2.10 |
| 802042 | 5/31/2005 | EBH | Review orders, draft appeal; Email correspondence regarding same; Conference with T. Meeks regarding draft; Conferences with H. Kobrin, M. Davidson; Review Plaintiff's filings. | 1.60 |

Sub-total hours:   196.20

**Rate Summary**

By Stacey Banick (SBB) 8.20 hours at $ 110.00 per hour    902.00

By Camilla Cantelli (CC) 0.50 hours at $ 90.00 per hour    45.00

By Jeffrey T. Foreman (JTF) 6.20 hours at $ 400.00 per hour    2,480.00

By Elizabeth B. Honkonen (EBH) 129.55 hours at $ 275.00 per hour    35,626.25

By Michelle A. Masen (MAM) 4.20 hours at $ 110.00 per hour    462.00

By Michael Nachwalter (MN) 47.55 hours at $ 575.00 per hour    27,341.25

**KENNY NACHWALTER, P.A.**

June 14, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

|  |  | Sub-total fees: | 66,856.50 |

## Costs Advanced

| Date | Description | Amount |
|------|-------------|--------|
|  | Photocopying Charges | 815.25 |
|  | Telephone Charges | 1.25 |
|  | Facsimile Charges | 33.00 |
| 5/5/2005 | Court Reporting Charges: Patricia Sanders - hearing transcripts 5/5/05 | 47.19 |
| 5/5/2005 | Court Reporting Charges: Deposition of E. Shook 5/5/05 | 420.95 |
| 5/16/2005 | Court Reporting Charges: Patricia Sanders - hearing transcripts 5/16/05 | 208.12 |
| 5/31/2005 | Printing Costs: Copies 5/3/05 | 125.73 |
| 5/31/2005 | Printing Costs: Richter deposition exhibits 5/5/05 | ~~187.75~~ Corrected: $185.75 |
| 5/31/2005 | Court Reporting Charges: Hearing transcript 5/27/05 | 369.00 |
| 5/31/2005 | Court Reporting Charges: Transcript 5/24/05 | 248.10 |
| 5/31/2005 | Westlaw computerized legal research through April 30, 2005 | 386.88 |
| 5/31/2005 | Travel Expenses: Parking @ MIA 5/1/05 for depositions | 50.72 |
| 5/31/2005 | Travel Expenses: Meals/Ground transportation depostions in South Carolina and Georgia 5/1/05, 5/4/05 | 34.48 |
| 5/31/2005 | Court Reporting Charges: Hearing transcript 5/16/05 | 101.00 |
| 5/31/2005 | Travel Expenses: Airfare - Ft. Lauderdale/South Carolina/Georgia 4/29/05 for depositions | 629.59 |
| 5/31/2005 | Messenger Service: Delivery to Judge Simonton 5/19/05 | 3.00 |
| 5/31/2005 | Pacer computerized legal research through May 31, 2005 | 15.52 |
| 5/31/2005 | Printing Costs: Production 5/12/05 | 132.15 |
| 5/31/2005 | Court Reporting Charges: Hearing transcript 5/23/05 | 634.00 |

|  | Sub-total Costs Advanced: | $ | 4,443.68 |

**KENNY NACHWALTER, P.A.**

June 14, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

**REDACTED**

Total Current Billing:   $   71,300.18

**REDACTED**

**KENNY NACHWALTER, P.A.**

# KENNY NACHWALTER

FEDERAL ID #
59-1796096

1100 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131-4327
TELEPHONE 305.373.1000
FACSIMILE 305.372.1861
WWW.KENNYNACHWALTER.COM

July 18, 2005

Religious Technology Center
1710 Ibar Avenue
Los Angeles, CA 90028

Attn: Warren McShane

Matter No. 002773  Statement No. 16690

As of June 30, 2005
For legal services rendered and costs incurred in connection with Religious Technology Center adv. Peter Letterese & Associates, Inc., including the following:

| | | |
|---|---|---|
| TOTAL FEES | $ | 65,658.75 * |
| COSTS ADVANCED | | 2,579.79 * |
| TOTAL FEES AND COSTS | | 68,238.54 |

## REDACTED

*See attached for details

July 18, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

## DESCRIPTION OF SERVICES

### Professional Fees

| Trans No. | Date | Initials | Description | Hours |
|---|---|---|---|---|
| 802752 | 6/1/2005 | CC | Associate images with coded records. | 0.90 |
| 803876 | 6/1/2005 | JTF | Conference with M. Nachwalter; Receipt and review of various pleadings; Receipt and review of correspondence and discovery; Receipt and review of order denying motion for preliminary injunction; Receipt and review of order denying motion for protective order; Conference with E. Honkonen. | 1.70 |
| 802824 | 6/1/2005 | EBH | Review revised draft brief; Conference with M. Davidson; Review May 20 hearing transcript regarding certain items; Conferences with M. Nachwalter, T. Meeks and J. Foreman; Review response to PLA's objections and email same to T. Meeks, M. Davidson. | 1.80 |
| 802365 | 6/1/2005 | MN | Review drafts of defendants motions; Review plaintiffs motions; Conference with E. Honkonen; Telephone conference with T. Meeks and suggested changes to memos. | 1.25 |
| 803905 | 6/2/2005 | JTF | Conferences with E. Honkonen; Review and comment on memorandum in opposition to objections re motion to compel; Receipt and review of expert witness report; Telephone conference with H. Kobrin; E-mail to M. Nachwalter; E-mails to and from M. Davidson. | 1.40 |
| 802831 | 6/2/2005 | EBH | Review extensive email correspondence; Review draft briefs. | 1.90 |
| 802408 | 6/2/2005 | MN | Review drafts; Review e-mails. | 0.50 |
| 803920 | 6/3/2005 | JTF | Receipt and review of request for expedited hearing; Conference with M. Nachwalter; Preparation of notice of joinder; E-mails from M. Davidson; E-mail from M. Nachwalter; Receipt and review of multiple memoranda; Telephone conferences with H. Kobrin; Telephone conference with Judge Simonton's chambers; E-mail to all counsel; Telephone conference with T. Meeks; Receipt and review of production; Receipt and review of affidavit. | 5.80 |
| 802416 | 6/3/2005 | MN | Review materials; conference with JTF; telephone discussions with Helena Kobrin and Neil Levin. | 1.00 |
| 803927 | 6/5/2005 | JTF | Review of appeal from Magistrate Judge's order. | 0.30 |
| 803936 | 6/6/2005 | JTF | Conference with E. Honkonen; receipt and review of memoranda; Conference with M. Nachwalter; Receipt and review of correspondence; Receipt and review of discovery requests. | 1.30 |

**KENNY NACHWALTER, P.A.**

July 18, 2005

Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

| 802837 | 6/6/2005 | EBH | Review filings, email correspondence; Conferences with M. Nachwalter, J. Foreman, H. Kobrin. | 1.25 |
|---|---|---|---|---|
| 802489 | 6/6/2005 | MN | Review e-mails; review pleadings. | 1.00 |
| 803999 | 6/7/2005 | JTF | Receipt and review of correspondence; Receipt and review of discovery; Meeting with R. Mixon, H. Kobrin, and N. Levin; Receipt and review of Order; Conference with D. Honkonen. | 1.40 |
| 802844 | 6/7/2005 | EBH | Review correspondence; Conference with Jamie Carney from Lycos regarding PLA subpoena; Review documents requests to RTC, CST and make notes regarding responses to same; Meet with H. Kobrin, R. Moxon, N. Levin, M. Davidson, J. Foreman, M. Nachwalter regarding PLA, P. Letterese depositions; Review Hoffman letters, H. Kobrin letter. | 4.20 |
| 802523 | 6/7/2005 | MN | Review pleadings; conference with Helena Kobrin and Rick Moxon. | 0.75 |
| 804026 | 6/8/2005 | JTF | Receipt and review of motion to stay, memorandum of law, affidavit, and various correspondence; Conferences with E. Honkonen; Receipt and review of order denying motion to stay; Receipt and review of notice of compliance. | 1.40 |
| 802849 | 6/8/2005 | EBH | Review PLA motion to stay and supporting filings; Review and make comments to draft of WISE Defendants' motion to stay; Email correspondence regarding same; Prepare for deposition of P. Letterese; Numerous conferences regarding same. | 6.80 |
| 802563 | 6/8/2005 | MN | Review pleadings, correspondence; conference with counsel in preparation for deposition; prepare for deposition. | 6.00 |
| 802791 | 6/9/2005 | CCL | Confer with E. Honkonen; legal research re deposition issues; review plaintiff's motion to compel. | 1.10 |
| 802852 | 6/9/2005 | EBH | Review PLA motions for protective order and supporting filings; Attend deposition of P. Letterese as PLA's 1.310(b)(6) witness; Conferences regarding same, legal issues. | 8.25 |
| 804444 | 6/10/2005 | JTF | Receipt and review of correspondence; Receipt and review of memorandum in support of motion for protective orders; Receipt and review of combined memorandum re motion to stay; Conference with E. Honkonen. | 1.20 |
| 802857 | 6/10/2005 | EBH | Conference with M. Nachwalter; Organize deposition and production materials; Attend portion of continued deposition of Peter Letterese; Follow-up conferences regarding same; Conference with J. Foreman. | 4.75 |
| 802634 | 6/10/2005 | MN | Attendance at deposition; conferences with counsel. | 6.50 |

**KENNY NACHWALTER, P.A.**

July 18, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

| | | | | |
|---|---|---|---|---|
| 802863 | 6/13/2005 | EBH | Email correspondence; Conference with H. Kobrin; Conference with M. Nachwalter; Organize deposition materials; Update list of court reporter names. | 0.90 |
| 802764 | 6/13/2005 | MN | Review motions to compel, protective order, appeal from Magistrate's order; conferences with EBH and JTF. | 1.50 |
| 804636 | 6/14/2005 | JTF | Receipt and review of order; Conferences with M. Nachwalter; Conference with E. Honkonen. | 0.70 |
| 802870 | 6/14/2005 | EBH | Review email correspondence; Review draft "to do" list, Order regarding June 22 hearing on pending motions; Conferences regarding same; Review filings, materials for June 22 hearing; Conference with M. Nachwalter, H. Kobrin, N. Levin, K. Moxon, T. Meeks regarding upcoming hearing; Email correspondence and follow-up conference with K. Moxon; Telephone conference with H. Kobrin and N. Levin regarding responses to document requests; Conference with J. Foreman. | 3.70 |
| 802796 | 6/14/2005 | MN | Telephone discussion with Tom Meeks; conference call with Helena Kobrin; conferences with EBH; review pleadings. | 2.00 |
| 804647 | 6/15/2005 | JTF | Receipt and review of e-mails; E-mail to counsel; Telephone conference with E. Honkonen. | 0.50 |
| 803878 | 6/15/2005 | EBH | Review email correspondence; Conference with H. Schafer regarding contributory infringement issues; Drafting responses to requests for production to CST; Telephone conference with J. Foreman. | 6.60 |
| 803119 | 6/15/2005 | MN | Several telephone discussions with EBH. | 0.75 |
| 804660 | 6/16/2005 | JTF | Receipt and review of deposition notice; Receipt and review of Hoffman declaration; Conferences with E. Honkonen; Receipt and review of multiple e-mails; Receipt and review of notices and motions. | 2.10 |
| 803887 | 6/16/2005 | EBH | Draft responses regarding mootness of two of Plaintiff's pending motions; Conference with J. Foreman and revise per same; Conference with M. Nachwalter; Review comments to draft responses to document requests and revise same; Conference call; Review Plaintiff's filings. | 6.75 |
| 803021 | 6/16/2005 | MN | Telephone discussions with EBH. | 0.50 |
| 803893 | 6/17/2005 | EBH | Review, edit draft response to motion to reschedule hearing; Revise draft responses to document requests and revise same; Conference call; Review Hoffman voice mail message; Conference with H. Kobrin; Email correspondence regarding filings, etc; Conference with D. Washam regarding filings; Review Order; Conference with H. Kobrin; Review Plaintiff's filings; Conference with M. Nachwalter. | 2.80 |

KENNY NACHWALTER, P.A.

July 18, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

| 803121 | 6/17/2005 | MN | Review e-mails; telephone discussion with EBH. | 0.60 |
|---|---|---|---|---|
| 803908 | 6/18/2005 | EBH | Review email correspondence. | 0.25 |
| 803907 | 6/19/2005 | EBH | Conference with H. Kobrin. | 0.25 |
| 803393 | 6/20/2005 | SBB | Organization of deposition transcripts and exhibits; Load transcripts into database; Review and index exhibits. | 2.10 |
| 804698 | 6/20/2005 | JTF | Receipt and review of order on motion to quash; Conferences with E. Honkonen; Receipt and review of opposition to motion for sanctions and Hoffman affidavit; Review of draft summary judgment memorandum; Receipt and review of correspondence; Receipt and review of memorandum in opposition to motion for review; Receipt and review of emergency motion to quash; Review of and comment on reply brief. | 3.60 |
| 804173 | 6/20/2005 | EBH | Review Plaintiff's additional filings; Review email correspondence; Review draft SMI, Mission motion for summary judgment and make edits to same; Review draft outline for RTC motion for summary judgment; Conference with M. Nachwalter regarding same, pending issues; Conferences with J. Foreman, T. Meeks; Prepare list of Letterese's refusals to answer questions; Review Hoffman email correspondence and follow-up regarding same; Review draft reply regarding WISE appeal and make comments to same; Conference with T. Meeks regarding same; Review revised draft of same; Review draft reply regarding motion for sanctions; Conference with M. Davidson regarding same; Conference with Neil Levin; Prepare Joinder for RTC, CST in Reply Memoranda; Revise draft CST discovery responses; Review additional correspondence regarding reply on motion for sanctions; Conference with H. Kobrin. | 8.60 |
| 803123 | 6/20/2005 | MN | Telephone discussion with EBH. | 0.25 |
| 804706 | 6/21/2005 | JTF | Conferences with E. Honkonen; Review of summary judgment outline; Receipt and review of multiple pleadings; Receipt and review of proposed second amended complaint. | 3.00 |
| 804178 | 6/21/2005 | EBH | Review email correspondence, final draft replies, etc; Make comments to same; Review and comparison of RPDs to RTC versus those to CST; Review PLA's filings in Arizona; Finalize filings; Conferences with T. Meeks, D. Washam regarding same; Email correspondence regarding hearing time; Conferences with T. Meeks, N. Levin and D. Hoffman regarding same; Review case law in draft summary judgment outline; Review PLA's reply memoranda, PLA's motion for leave to amend complaint; Issue regarding Deposition Exhibit 30; Conference with T. Meeks regarding hearing; Review Affidavit regarding Griffin deposition; Email correspondence and telephone conference regarding call-in to Court tomorrow; Conference with T. Meeks; Conference with T. | 8.25 |

KENNY NACHWALTER, P.A.

July 18, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Meeks, H. Kobrin, N. Levin regarding hearing; Conference with M. Nachwalter; Conference with H. Kobrin regarding responses to document requests. |  |
| 803584 | 6/21/2005 | MN | Several telephone discussions with EBH; preparation for hearing; review materials. | 0.75 |
| 804713 | 6/22/2005 | JTF | Conferences with E. Honkonen. | 0.60 |
| 804191 | 6/22/2005 | EBH | Review email correspondence; Revise draft responses to CST document requests; Forward revised version and comparison version of same to H. Kobrin; Prepare materials for hearing; Research for hearing; Conference with T. Meeks, K. Moxon, M. Davidson before hearing; Attend hearing; Conference with D. Hoffman; Follow-up conferences regarding same and hearing; Conferences with M. Nachwalter and J. Foreman; Conference with H. Kobrin. | 6.50 |
| 803585 | 6/22/2005 | MN | Preparation for hearing; participate in telephone hearing; subsequent telephone discussions with EBH. | 2.00 |
| 804202 | 6/23/2005 | EBH | Email correspondence with T. Meeks; Telephone conference with T. Meeks; Issue regarding Hoffman email; Revise draft CST discovery responses per hearing results; Additional research regarding contributory infringement; Conference with H. Kobrin; Email to H. Kobrin; Review additional document requests; Review Hoffman email correspondence; Email to H. Kobrin. | 5.20 |
| 804721 | 6/24/2005 | JTF | Conference with E. Honkonen; Receipt and review of correspondence. | 0.40 |
| 804210 | 6/24/2005 | EBH | Review draft WISE legal argument; Review revised Exhibit H; Continue research regarding contributory infringement; Prepare cross-notices for Letterese, PLA, Fawcett depositions; Conference with H. Kobrin, W. McShane; Review CST responses per same; Conference with J. Foreman; Conference with H. Kobrin; Conference with M. Masen. | 5.90 |
| 803790 | 6/24/2005 | MAM | Office conference with S. Banick re: Letterese excerpts; office conference with E. Honkonen re: same; prepare/copy excerpts of P. Letterese testimony to new document (4 vols. of testimony). | 3.00 |
| 803813 | 6/25/2005 | MN | Review e-mails, attachments; send e-mails. | 0.75 |
| 804216 | 6/27/2005 | EBH | Review draft WISE legal argument regarding Lanham Act; Email correspondence; Continue research for RTC summary judgment motion; Finalize documentation of Letterese refusals to answer; Telephone conferences with M. Nachwalter, T. Meeks regarding Letterese deposition; Telephone conferences with D. Washam; Drafting RTC motion for summary judgment; Email correspondence regarding sales books and follow-up regarding same; Follow-up regarding June 22 hearing transcript; Conference call with T. | 9.25 |

**KENNY NACHWALTER, P.A.**

July 18, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Meeks, H. Kobrin, R. Moxon, N. Levin, M. Davidson regarding various issues; Conference with H. Kobrin; Conference with M. Masen. |  |
| 803981 | 6/27/2005 | MAM | Office conference with E. Honkonen re: Letterese excerpts and Letterese searches; review and revise Letterese Excerpts (Deposition Questions Not Answered) per E. Honkonen; search Letterese transcripts re: RTC and CST. | 2.00 |
| 803956 | 6/27/2005 | MN | Review e-mails, attachments. | 0.50 |
| 804908 | 6/28/2005 | EBH | Research and drafting for RTC motion for summary judgment; Review Plaintiff's letters; Follow-up re same; Conferences with T. Meeks; Conference with T. Meeks, H. Kobrin, M. Davidson, N. Levin, K. Moxon; Telephone conferences with and email correspondence with MN; Conference with B. Keyfetz re additional research for summary judgment motion; Review email correspondence to and from Hoffman; Conference with T. Meeks, N. Levin, H. Kobrin, K. Moxon, M. Davidson re discovery schedule; Follow-up email correspondence re same; Conference with H. Schafer re copyright issue. | 8.50 |
| 804948 | 6/28/2005 | BK | Researching vicarious liability for copyright infringement. | 4.50 |
| 804169 | 6/28/2005 | MN | Review correspondence from Hoffman; review request to produce; review e-mails; send e-mails; several telephone discussions with EBH re strategy and upcoming depositions and questions to be asked. | 2.00 |
| 804776 | 6/29/2005 | SBB | Creation of deposition and production log; organization of production materials. | 0.90 |
| 804850 | 6/29/2005 | NAC | Research Summary Judgment issues. | 5.30 |
| 804840 | 6/29/2005 | CCL | Confer with E. Honkonen re research issue; legal research re vicarious liability. | 1.80 |
| 804941 | 6/29/2005 | EBH | Complete first draft of RTC motion for summary judgment; Conferences with T. Meeks, MN, H. Kobrin; Review PL&A's document production and correspondence; Follow-up re same; Research re Lanham Act argument; Conferences with B. Keyfetz, NAC, CCL re research issues; Review Plaintiff's filings. | 9.75 |
| 804951 | 6/29/2005 | BK | Researching vicarious liability for copyright infringement; Preparing table on vicarious liability for copyright infringement. | 8.00 |
| 804851 | 6/30/2005 | NAC | Research summary judgment issues. | 3.60 |

July 18, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

| 804949 | 6/30/2005 | EBH | Email correspondence; Review Revised First Amended Complaint; Conference with MN; Review draft SMI responses; Prepare draft of RTC response to PL&A's document requests; Conferences with MN, T. Meeks re filings, Letterese deposition; review Court Orders; Conference with various defense counsel; Conference with counsel re RTC summary judgment motion; Conference with Bill Hart re RTC summary judgment motion; Additional work on summary judgment motion. | 8.50 |
|---|---|---|---|---|
| 804889 | 6/30/2005 | MN | Review e-mails; Review notice of hearing; Review recusal material; Several telephone conferences with T. Meeks; Several telephone conferences with E. Honkonen; Review correspondence; Telephone conference with E. Honkonen re summary judgment papers. | 2.50 |

Sub-total hours: 210.35

## Rate Summary

By Stacey Banick (SBB) 3.00 hours at $ 110.00 per hour — 330.00

By Nathalie A. Cadet (NAC) 8.90 hours at $ 185.00 per hour — 1,646.50

By Camilla Cantelli (CC) 0.90 hours at $ 90.00 per hour — 81.00

By Christie Ceballos-Levy (CCL) 2.90 hours at $ 200.00 per hour — 580.00

By Jeffrey T. Foreman (JTF) 25.40 hours at $ 400.00 per hour — 10,160.00

By Elizabeth B. Honkonen (EBH) 120.65 hours at $ 275.00 per hour — 33,178.75

By Bianca Keyfetz (BK) 12.50 hours at $ 100.00 per hour — 1,250.00

By Michelle A. Masen (MAM) 5.00 hours at $ 110.00 per hour — 550.00

By Michael Nachwalter (MN) 31.10 hours at $ 575.00 per hour — 17,882.50

Sub-total fees: 65,658.75

## Costs Advanced

| Date | Description | | Amount |
|---|---|---|---|
| | Telephone Charges | | 12.50 |
| | Photocopying Charges | | 61.25 |
| 6/10/2005 | Federal Express: Delivery to N. Levin 5/13/05 | | 41.14 |
| 6/10/2005 | Federal Express: Delivery to H. Kobrin 5/6/05 | | 45.16 |
| 6/20/2005 | Federal Express: Delivery from J.M. Court Reporting 5/25/05 | Not Requested | -12.50- |

**KENNY NACHWALTER, P.A.**

July 18, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

| 6/27/2005 | Court Reporting Charges: Hearing transcript 6/27/05 | 123.43 |
| 6/30/2005 | Pacer computerized legal research through June 30, 2005 | 9.28 |
| 6/30/2005 | Court Reporting Charges: Deposition of P. Letterese 6/9/05 | 1,395.40 |
| 6/30/2005 | Court Reporting Charges: Deposition of P. Letterese 6/10/05 | 833.40 |
| 6/30/2005 | Westlaw computerized legal research through May 31, 2005 | 45.73 |

Sub-total Costs Advanced:      $      2,579.79

**REDACTED**

Total Current Billing:      $      68,238.54

**REDACTED**

KENNY NACHWALTER, P.A.



# KENNY NACHWALTER

FEDERAL ID #
59-1796098

1100 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131-4327
TELEPHONE 305.373.1000
FACSIMILE 305.372.1861
WWW.KENNYNACHWALTER.COM

August 9, 2005

Religious Technology Center
1710 Ibar Avenue
Los Angeles, CA 90028

Attn: Warren McShane

Matter No. 002773  Statement No. 16772

As of July 31, 2005
For legal services rendered and costs incurred in connection with Religious Technology Center adv. Peter Letterese & Associates, Inc., including the following:

| | | |
|---|---:|---|
| TOTAL FEES | $ 73,155.00 | * |
| COSTS ADVANCED | 2,653.13 | * |
| TOTAL FEES AND COSTS | 75,808.13 | |

**REDACTED**

**\*See attached for details**

August 9, 2005
*Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.*

## DESCRIPTION OF SERVICES

### Professional Fees

| Trans No. | Date | Initials | Description | Hours |
|---|---|---|---|---|
| 805295 | 7/1/2005 | CCL | Confer with E. Honkonen re research issue; legal research re effect of judicial recusal; work on memo to E. Honkonen re same. | 2.10 |
| 805527 | 7/1/2005 | EBH | Conference with M. Nachwalter prior to hearing; Attend hearing on recusal, clarification motions; Follow-up conferences regarding same; Attend continued deposition of Peter Letterese; Conference with C. Ceballos-Levy re: research regarding court's ability to rule on motions pending consideration of recusal motion;Review research re: same; Conference with H. Kobrin. | 8.75 |
| 805371 | 7/1/2005 | MN | Telephone discussions with EBH; review e-mails re depos. | 0.30 |
| 805529 | 7/2/2005 | EBH | Email correspondence with M. Nachwalter; Research regarding RTC motion for summary judgment; Conferences with M. Nachwalter, H. Kobrin; Email correspondence; Complete revised draft of RTC motion for summary judgment; Review draft opposition regarding motion for recusal; Call to M. Davidson regarding same; Email to M. Nachwalter, J. Foreman regarding same. | 7.50 |
| 807873 | 7/2/2005 | MN | E-mail correspondance; Conference with E. Honkonen. | 0.50 |
| 805531 | 7/3/2005 | EBH | Email correspondence with W. Hart, H. Kobrin regarding draft RTC motion for summary judgment; Complete draft of RTC responses to request for production of documents; Email same to H. Kobrin, W. McShane; M. Nachwalter; Revise draft of RTC motion for summary judgment; Revise draft affidavit regarding Paul C. Huck, Jr; Forward same to M. Nachwalter, M. Davidson for review; Draft McShane Affidavit; Conferences with H. Kobrin; Conference with M. Davidson; Conference call with H. Kobrin, W. McShane, W. Hart regarding RTC motion for summary judgment, CST motion for summary judgment. | 7.25 |
| 805373 | 7/3/2005 | MN | Telephone discussion with EBH; review drafts; review reports re depo. | 0.50 |
| 805533 | 7/4/2005 | EBH | Email correspondence with H. Kobrin; Revise draft of RTC motion for summary judgment per comments to same; Review and make comments to revised opposition to motion for recusal; Email same; Draft CST motion for summary judgment; Research for same; Conferences with M. Nachwalter, HKK, N. Levin regarding draft RTC motion, CST motion; Forward first draft of CST motion to H. Kobrin, W. McShane, W. Hart, M. Nachwalter, J. Foreman; Provide additional comments to recusal opposition; Conference with H. Kobrin. | 10.20 |

**KENNY NACHWALTER, P.A.**

August 9, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

| | | | | |
|---|---|---|---|---|
| 805375 | 7/4/2005 | MN | Review and edit drafts of motions for summary judgment, affidavit, motion for recusal; telephone discussion with Tom Meeks; telephone discussion with EBH. | 2.50 |
| 806411 | 7/5/2005 | NAC | Research re statute of limitations. | 2.50 |
| 805296 | 7/5/2005 | CCL | Confer with E. Honkonen re research issue; legal research re liability of copyright licensor. | 6.80 |
| 805536 | 7/5/2005 | EBH | Review W. McShane's comments to RTC motion for summary judgment and revise per same; Review H. Kobrin's comments to RTC motion for summary judgment and revise per same; Conference with M. Nachwalter regarding edits to motions for summary judgment; Revise per same; Revise Affidavit for opposition to recusal; Research for CST motion; Review final opposition to motion for recusal; Conferences with M. Davidson and M. Nachwalter regarding same; Call to D. DiMaggio's and D. Hoffman's office regarding delivery issue; Conferences with H. Schafer regarding comments to draft RTC motion; Issue regarding new discovery delivery time; Conference with T. Meeks; Conference with M. Nachwalter regarding status, new hearing; Draft Ryland Hawkins Affidavit; Email same; Review revised RTC document request responses; Conferences with W. McShane, H. Kobrin regarding additional changes to RTC motion; Revise per same and other changes; Review and revise McShane Affidavit; Forward revised versions of RTC motion and McShane Affidavit to H. Kobrin; Conferences with N. Cadet-James and C. Ceballos-Levy re research. | 14.00 |
| 805377 | 7/5/2005 | MN | Review drafts of motions; edit same; telephone discussions with EBH. | 1.50 |
| 805356 | 7/6/2005 | CCL | Confer with E. Honkonen; review and edit draft of summary judgment motion, verify accuracy of case law; legal research re summary judgment motion. | 2.40 |
| 806258 | 7/6/2005 | JTF | Review of draft motion for summary judgment and McShane affidavit. | 0.30 |
| 805540 | 7/6/2005 | EBH | Email correspondence; Review WISE motion; Confer with C. Ceballos-Levy; Edit RTC motion per same; Collect and review exhibits to McShane and Hawkins affidavits, RTC motion; Conferences with W. McShane, H. Kobrin; Review and revise draft CST motion; Revise Hawkins affidavit per same; Prepare materials for filing; Numerous conferences regarding same; Finalize and mail filings. | 14.75 |
| 805259 | 7/6/2005 | MAM | Multiple office conferences with E. Honkonen re: Letterese testimony; retrieve and review excerpts from P. Letterese transcripts (6/9/05); review, analyze and cross-reference Motion for Summary Judgment with exhibits; multiple office conferences with E. Honkonen re: same. | 2.50 |

August 9, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

| 805400 | 7/7/2005 | SBB | Review and index deposition exhibits. | 1.20 |
|---|---|---|---|---|
| 805464 | 7/7/2005 | CC | Associate images with deposition exhibits. | 0.80 |
| 805544 | 7/7/2005 | EBH | Review PL&A's recusal reply memorandum; Review PL&A's motion for summary judgment; Prepare materials for hearing tomorrow; Conferences with T. Meeks, M. Nachwalter; Call and email to D. Hoffman; Conferences with D. Washam, T. Meeks, M. Nachwalter regarding hearing/deposition issue; Follow-up regarding same; Email correspondence; File original affidavit. | 3.50 |
| 805379 | 7/7/2005 | MN | Review final motion to recuse; review pleadings from Hoffman and recusal; review materials in preparation for hearing; several telephone discussions with EBH; telephone discussions with Tom Meeks. | 4.00 |
| 805551 | 7/8/2005 | EBH | Review email correspondence; Respond to same; Review PL&A's motion for protective order; Conferences with H. Kobrin; Conference with M. Nachwalter; Email correspondence regarding discovery responses; Conference with T. Meeks. | 1.50 |
| 805368 | 7/8/2005 | MN | Review e-mails; review pleadings; several telephone discussions with EBH. | 1.00 |
| 805556 | 7/10/2005 | EBH | Email correspondence; Review draft motion regarding Special Master for Fawcett deposition. | 0.40 |
| 805561 | 7/11/2005 | EBH | Conference with J. Foreman; Review filing, email correspondence; Email materials to N. Levin; Conferences with T. Meeks, D. Washam, N. Levin. | 0.60 |
| 805407 | 7/12/2005 | SBB | Review P. Letterese deposition testimony; Organization of production materials. | 2.00 |
| 807874 | 7/12/2005 | CC | Review Lettrese depo testimony. | 1.50 |
| 805567 | 7/12/2005 | EBH | Review email and other correspondence; Review renewed motion for sanctions; Conference with H. Kobrin; Email to D. Hoffman regarding RTC, CST document production. | 0.75 |
| 805394 | 7/12/2005 | MN | Review plaintiff's motion for summary judgment; review defendants' motions for summary judgment and affidavits. | 3.50 |
| 806323 | 7/13/2005 | EBH | Review new revised First Amended Complaint; Conference with M. Nachwalter; Review email correspondence; Review first draft of discovery responses; Conference with H. Kobrin; Letter to D. Hoffman; Follow-up conference with H. Kobrin. | 1.10 |
| 805418 | 7/13/2005 | MN | Review pleadings; review e-mails; reply to e-mails; review motion papers; several telephone discussions with EBH. | 2.75 |

August 9, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

| | | | | |
|---|---|---|---|---|
| 805627 | 7/14/2005 | SBB | Review and organize testimony wherein Peter Letterese refused to answer. | 1.80 |
| 805780 | 7/14/2005 | CC | Retreive and organize testimony wherein plaintiff refused to answer. | 1.50 |
| 806332 | 7/14/2005 | EBH | Conference with M. Nachwalter; Review outline for hearing tomorrow morning; Email correspondence; Circulate call-in information regarding hearing; Conference with M. Davidson, N. Levin, T. Meeks; Research regarding Attorney General's office v. State Attorney's office; Conference with N. Levin; Prepare materials for hearing. | 1.80 |
| 805676 | 7/14/2005 | MN | Several telephone discussions with EBH; prepare for hearing; review pleadings; review outline; emails to and from Tom Meeks; further telephone discussions with EBH; emails to and from Helene Kobrin. | 2.25 |
| 806301 | 7/15/2005 | JTF | Conference with E. Honkonen; Receipt and review of correspondence. | 0.30 |
| 806337 | 7/15/2005 | EBH | Attend hearing; Follow-up conference with J. Foreman; Attend Fawcett deposition; Conference with M. Nachwalter; Conference with H. Kobrin and W. McShane. | 9.00 |
| 805677 | 7/15/2005 | MN | Prepare for and attend hearing before Judge Huck via telephone; telephone discussion with EBH. | 2.50 |
| 806341 | 7/17/2005 | EBH | Review deposition notices from PL&A; Review correspondence from H. Kobrin. | 0.20 |
| 805711 | 7/18/2005 | SBB | Organization of production materials and deposition transcripts; Update logs. | 0.30 |
| 806347 | 7/18/2005 | EBH | Review email correspondence, draft motion for sanctions; Conferences with J. Foreman, B. Spector regarding facsimile service issue; Draft letters to D. Hoffman regarding service issue, Greg Wilhere notice of deposition; Conference with T. Meeks; Begin drafting memorandum in opposition to Plaintiff's Motion for Summary Judgment; Prepare notice of pending motions; Conference with H. Kobrin; Conference with M. Nachwalter; Conference with H. Kobrin and W. McShane; Review faxed notices of deposition regarding timeliness; Conference call with T. Meeks, H. Kobrin, W. McShane, R. Hawkins, M. Nachwalter; Revise draft letter to Hoffman. | 3.75 |
| 805695 | 7/18/2005 | MAM | Telephone conference with E. Honkonen re: status of case; internet research - PACER - USDC, FL, SD; retrieve and review updated docket sheet; retrieve, review and organize all Orders in case; office conference with E. Honkonen re: same; load ROUGH transcript of B. Fawcett into Summation; review and analyze Fawcett testimony re: unanswered questions. | 5.00 |

August 9, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

| 805719 | 7/18/2005 | MN | Review deposition notices; conferences with EBH re scheduling; review draft motions; review e-mails; telephone discussions with clients; review deposition transcript. | 2.00 |
|---|---|---|---|---|
| 806352 | 7/19/2005 | EBH | Email correspondence; Review draft motion to compel and make edits to same; Review draft motion for sanctions and make edits to same; Revise draft letter to Hoffman per discussion with M. Nachwalter; Conference with W. McShane; Finalize and send Hoffman letter; Conference with T. Meeks; Review draft opposition to PLA's motion for protective order; Review M. Nachwalter edits to draft memoranda and forward same to T. Meeks' office; Continue drafting opposition to PL&A's motion for summary judgment against RTC and CST. | 4.50 |
| 805753 | 7/19/2005 | MN | Review e-mails; review and edit various drafts of motions for sanctions and to compel discovery; conferences with EBH re pending tasks; review correspondence to Hoffman. | 2.00 |
| 805946 | 7/20/2005 | SBB | Organization of materials regarding Motion for Summary Judgment. | 0.50 |
| 806392 | 7/20/2005 | JTF | Review of and revisions to memorandum in opposition to motion for summary judgment; Conference with E. Honkonen; Review of correspondence; Review of and comment on motion to compel; Receipt and review of Omnibus Order; Receipt and review of Lettrese affidavit. | 1.00 |
| 806357 | 7/20/2005 | EBH | Review draft opposition of WISE Defendants to PLA's motion for summary judgment; Review revised draft of WISE, Bridge motion to compel; Conference with T. Meeks; Email correspondence; Drafting RTC, CST opposition to PLA motion for summary judgment and research regarding same; Review numerous letters from D. Hoffman; Conferences with N. Levin, W. McShane regarding G. Wilhere; Draft letter to D. Hoffman; Conference with J. Foreman regarding same; Email correspondence with W. McShane, M. Davidson; Assist M. Davidson regarding Letterese deposition issues; Review second revised draft motion to compel and make edits to same. | 5.40 |
| 805843 | 7/20/2005 | MN | Review correspondence from Hoffman. | 0.30 |
| 806396 | 7/21/2005 | JTF | Review of and comment on joint opposition to Plaintiff's motion; Conference with E. Honkonen. | 1.00 |
| 806360 | 7/21/2005 | EBH | Complete first draft of RTC, CST opposition to PL&A's motion for summary judgment; Conference with G. Del Val regarding research issues; Conference with J. Foreman; Prepare response to PL&A's Statement of Undisputed Facts; Review filed copy of WISE Defendants' Opposition to Plaintiff's Motion for Summary Judgment; Email regarding M. Nachwalter's thoughts; Conference call among defense counsel; Prepare Notice of Joinder; Revise draft opposition brief per M. Nachwalter comments; Revise draft Response to Plaintiff's Statement of Undisputed Facts and circulate same; Conferences with N. Levin, H. Kobrin, W. McShane, J. Foreman regarding drafts. | 7.75 |

**KENNY NACHWALTER, P.A.**

August 9, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

| | | | | |
|---|---|---|---|---|
| 805950 | 7/22/2005 | SBB | Review pleadings; Organization of materials re Summary Judgment. | 1.40 |
| 806363 | 7/22/2005 | EBH | Review email correspondence and respond to same; Finalize RTC, CST Opposition to PL&A's summary judgment motion for filing; Finalize RTC, CST response to PL&A's statement of undisputed facts; Telephone conference with M. Davidson; Telephone conferences with H. Kobrin regarding edits to opposition, response; Review email correspondence; Telephone conferences with N. Levin, H. Kobrin, M. Davidson, T. Meeks, W. McShane; Review Hoffman emergency motion; Follow-up conferences regarding same; Review supplemental Keith True affidavit; Review draft opposition to Plaintiff's emergency motion and follow-up conference with T. Meeks regarding same; Review PL&A's motion for extension to respond to discovery. | 5.80 |
| 806205 | 7/22/2005 | MN | Review various filings by both plaintiff and defendants, including motions and memoranda. | 2.00 |
| 806366 | 7/24/2005 | EBH | Review email correspondence; Telephone conferences with W. McShane, N. Levin. | 0.40 |
| 806636 | 7/25/2005 | SBB | Obtain pleadings from on-line link to courthouse; Retrieve cases cited in Motion for Sanctions and highlight same for hearing tomorrow. | 2.30 |
| 806407 | 7/25/2005 | JTF | Review of and revisions to opposition to motion for sanctions; Conference with E. Honkonen. | 0.40 |
| 806369 | 7/25/2005 | EBH | Review email correspondence and respond to same; Draft Opposition to Renewed Motion for Sanctions (5.25); Conferences with T. Meeks regarding hearing before Judge Huck; Review draft of SMI/Mission reply memorandum and forward comments to T. Meeks regarding same; Attend telephonic hearing; Follow-up conferences regarding same; Review and edit revised opposition to Renewed Motion for Sanctions and conferences with M. Davidson regarding same (0.70); Prepare Joinder; Conferences with M. Nachwalter regarding status, hearing tomorrow; Organize and prepare materials for hearing tomorrow; Conference call among defense counsel and clients for hearing tomorrow; Follow-up conference with T. Meeks and M. Davidson to prepare for hearing; Review PLA's writ of mandamus/prohibition/common law writ. | 11.75 |
| 806208 | 7/25/2005 | MN | Review e-mails; review motions; several telephone discussions with EBH; conference with client and counsel. | 2.00 |
| 806544 | 7/26/2005 | JTF | Research stay/mandamus per call from E. Honkonen during hearing; Conferences with E. Honkonen; Receipt and review of multiple pleadings; Receipt and review of Petition for Writ of Mandamus. | 2.30 |
| 806371 | 7/26/2005 | EBH | Prepare for and attend hearing; Follow-up conferences regarding same with M. Davidson, H. Kobrin, W. McShane, J. Foreman, M. Nachwalter; Review draft orders regarding hearing; Follow-up | 7.30 |

August 9, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

| | | | | |
|---|---|---|---|---|
| | | | conference with M. Davidson regarding same; Conference with Court Reporter; Follow-up email regarding same; Conference with W. McShane; Leave voice mail messages for D. Hoffman regarding CST 30(b)(6) deposition. | |
| 806226 | 7/26/2005 | MN | Pre hearing telephone with EBH in preparation for hearing; post-hearing telephone discussions with EBH; review e-mails. | 1.00 |
| 806377 | 7/27/2005 | EBH | Review email correspondence regarding deposition schedule, etc; Email correspondence with M. Davidson; Telephone conference with H. Kobrin and T. Meeks; Telephone conference with D. Hoffman; Telephone conference with Jeff Cook (Judge Huck's law clerk) regarding transcript of Stipulation; Follow-up conference with T. Meeks regarding same; Attend deposition of N. Levin by phone; Numerous telephone conferences with W. McShane, M. Nachwalter, H. Kobrin, N. Levin. | 7.30 |
| 806271 | 7/27/2005 | MN | Review summary judgment material; several telephone discussions with EBH re depositions; telephone with EBH re objections to schedule attached to RTC deposition. | 1.50 |
| 806642 | 7/28/2005 | SBB | Review, index and associate images to exhibits from the B. Fawcett deposition. | 0.60 |
| 807008 | 7/28/2005 | CC | Load transcript. Add images to exhibits. | 0.80 |
| 806760 | 7/28/2005 | EBH | Prepare draft responses to PLA's remaining written discovery; Email same to W. McShane and H. Kobrin; Conference with M. Nachwalter regarding N. Levin deposition and upcoming schedule; Email correspondence; Conference with N. Levin regarding travel arrangements, deposition schedule; Organize materials for deposition preparation, etc; Revise draft discovery responses. | 3.40 |
| 806531 | 7/28/2005 | MN | Several telephone discussions with EBH; review briefs; review e-mails re discovery and depositions. | 1.25 |
| 806743 | 7/29/2005 | JTF | Research re briefing of petition for writ of mandamus; Telephone conference with M. Nachwalter. | 0.30 |
| 806766 | 7/29/2005 | EBH | Travel to L.A; Confer with N. Levin, H. Kobrin, K. Moxon, M. Pisani (Bridge); Attend deposition of M. Pisani; Follow-up conferences regarding same; Conference with W. McShane, Bill Hart, R. Hawkins, N. Levin, H. Kobrin, P. Pederson regarding preparation for R. Hawkins deposition. | 15.50 |
| 806533 | 7/29/2005 | MN | Review e-mails; review Court order. | 0.50 |
| 806778 | 7/30/2005 | EBH | Attend depositions of R. Hawkins, D. Cunningham; Follow-up conferences regarding same; Travel to Miami. | 14.50 |

Sub-total hours:     244.10

**KENNY NACHWALTER, P.A.**

August 9, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

## Rate Summary

| | |
|---|---:|
| By Stacey Banick (SBB) 10.10 hours at $ 110.00 per hour | 1,111.00 |
| By Nathalie A. Cadet (NAC) 2.50 hours at $ 185.00 per hour | 462.50 |
| By Camilla Cantelli (CC) 4.60 hours at $ 90.00 per hour | 414.00 |
| By Christie Ceballos-Levy (CCL) 11.30 hours at $ 200.00 per hour | 2,260.00 |
| By Jeffrey T. Foreman (JTF) 5.60 hours at $ 400.00 per hour | 2,240.00 |
| By Elizabeth B. Honkonen (EBH) 168.65 hours at $ 275.00 per hour | 46,378.75 |
| By Michelle A. Masen (MAM) 7.50 hours at $ 110.00 per hour | 825.00 |
| By Michael Nachwalter (MN) 33.85 hours at $ 575.00 per hour | 19,463.75 |

Sub-total fees:     73,155.00

## Costs Advanced

| Date | Description | | Amount |
|---|---|---|---:|
| | Telephone Charges | | 3.75 |
| | Photocopying Charges | | 125.75 |
| 6/15/2005 | Travel Expenses: Additional Airfare Charges 5/4/05 | | 25.00 |
| 6/15/2005 | Travel Expenses: Hotel in Charleston 5/1/05 - 5/3/05 | | 728.94 |
| 6/15/2005 | Travel Expenses: Hotel in Savannah 5/3/05 - 5/4/05 | | 257.54 |
| ~~7/8/2005~~ | ~~Federal Express: Delivery to M. Nachwalter 6/28/05~~ | **Not Requested** | ~~42.88~~ |
| ~~7/8/2005~~ | ~~Federal Express: Delivery to E. Honkonen 6/28/05~~ | **Not Requested** | ~~22.50~~ |
| 7/11/2005 | Long Distance Conference Call 5/12/05 | | 94.52 |
| 7/11/2005 | Long Distance Conference Call 5/25/05 (Hearing) | | 337.79 |
| 7/25/2005 | Printing Costs: Copies 6/7/05 | | 7.17 |
| 7/31/2005 | Westlaw computerized legal research through June 30, 2005 | | 982.25 |
| 7/31/2005 | Pacer computerized legal research though July 31, 2005 | | 25.04 |

**KENNY NACHWALTER, P.A.**

August 9, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

Sub-total Costs Advanced:     $      2,653.13

**REDACTED**

Total Current Billing:     $      75,808.13

**REDACTED**

KENNY NACHWALTER, P.A.



**KENNY NACHWALTER**

FEDERAL ID #
59-1796096

1100 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131-4327
TELEPHONE 305.373.1000
FACSIMILE 305.372.1861
WWW.KENNYNACHWALTER.COM

September 13, 2005

Religious Technology Center
1710 Ibar Avenue
Los Angeles, CA 90028

Attn: Warren McShane

Matter No. 002773  Statement No. 16872

As of August 31, 2005
For legal services rendered and costs incurred in connection with Religious Technology Center adv. Peter Letterese
& Associates, Inc., including the following:

| | | |
|---|---|---|
| TOTAL FEES | $ | 67,754.00 * |
| COSTS ADVANCED | | 14,085.33 * |
| TOTAL FEES AND COSTS | | 81,839.33 |

**REDACTED**

**\*See attached for details**

September 13, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

---

## DESCRIPTION OF SERVICES

### Professional Fees

| Trans No. | Date | Initials | Description | Hours |
|-----------|------|----------|-------------|-------|
| 807788 | 8/1/2005 | SBB | Load transcripts into database. | 0.10 |
| 807681 | 8/1/2005 | EBH | Review email correspondence, Court Order; Review PLA's discovery responses; Conferences with M. Nachwalter and J. Foreman; Review Omnibus Order; Email correspondence; Draft response to email from D. Hoffman; Conferences regarding same; Revise draft response to interrogatories to RTC, CST; Conferences and emails regarding same; Telephone conference with TrialGraphix; Follow-up email correspondence regarding same; Finalize discovery response. | 4.75 |
| 807582 | 8/1/2005 | MN | Review and send e-mails; review mandamus petition; several telephone discussions with EBH re depositions; review e-mails from Hoffman; review responses. | 1.50 |
| 807791 | 8/2/2005 | SBB | Conduct database searches. | 0.20 |
| 807685 | 8/2/2005 | EBH | Review email correspondence; Review PLA's reply brief, WISE Defendants' interrogatory response; Conference with H. Kobrin; Review additional documents produced to PLA on July 29, 2005; Attend deposition of Sonya Jacques (via telephone); Email correspondence; Call to H. Kobrin's office regarding deposition exhibits; Conference with T. Meeks; Review docket sheet for updates; conference with M. Nachwalter. | 4.40 |
| 807622 | 8/2/2005 | MN | Review and send e-mails; telephone discussion with EBH. | 0.40 |
| 807688 | 8/3/2005 | EBH | Email correspondence; Conference with W. McShane. | 0.40 |
| 807797 | 8/4/2005 | SBB | Load transcripts into database. | 0.20 |
| 807763 | 8/4/2005 | EBH | Email correspondence; Review C. Edwards deposition transcript; Review recent deposition transcripts regarding royalties paid to CST, RTC. | 2.10 |
| 807798 | 8/5/2005 | SBB | Conduct database searches; Format transcripts; Organization of transcripts and exhibits; Review and index exhibits; Update document logs. | 1.90 |
| 807768 | 8/5/2005 | EBH | Review PLA's memorandum in opposition to RTC, CST motions for summary judgment; Email correspondence; Conference with M. Davidson; Review PLA's cases; Review cases regarding indirect profits; Conference with T. Meeks, M. Davidson & N. Levin; | 5.00 |

September 13, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

| | | | | |
|---|---|---|---|---|
| | | | Conference with W. McShane, N. Levin, H. Kobrin, M. Davidson regarding reply brief for RTC, CST and pre-trial issues, motions; Email to T. Meeks. | |
| 808418 | 8/6/2005 | EBH | Review and respond to email correspondence. | 0.40 |
| 807811 | 8/7/2005 | MN | Review reply memo from plaintiff on summary judgment; review e-mails; send e-mails. | 1.50 |
| 807801 | 8/8/2005 | SBB | Update production log. | 0.10 |
| 808423 | 8/8/2005 | EBH | Draft RTC reply memorandum; Research for same; Review PLA opposition memoranda regarding WISE, CSI; Email correspondence regarding various PLA filings; Conference with T. Meeks; Conference with G. Del Val regarding research for motion in limine; Conference with W. McShane; Conference with Bill Hart, H. Kobrin, N. Levin, T. Meeks; Conferences with M. Nachwalter, M. Davidson. | 9.70 |
| 807812 | 8/8/2005 | MN | Review memo; several telephone discussions with EBH; review draft of reply; work on reply memo. | 2.00 |
| 808035 | 8/9/2005 | SBB | Update document log; Organization of depositions for attorney review; Conduct docket search; Fax and telephone call to Judicial Research. | 0.50 |
| 808480 | 8/9/2005 | EBH | Review comments to draft RTC reply memorandum from W. McShane and H. Kobrin; Revise draft reply per same; Review transcript from July 15, 2005 hearing; Review case law regarding motion in limine; Draft argument for motion in limine; Conference with T. Meeks regarding same; Forward draft motion in limine argument to T. Meeks; Begin drafting CST Reply memorandum; Conference with B. Keyfetz and review additional research regarding continuing wrong cases; Conferences with M. Nachwalter, W. McShane, H. Kobrin; Revise draft RTC Reply per same and circulate draft for review. | 9.20 |
| 807829 | 8/9/2005 | MN | Review draft RTC reply to summary judgment and edit same; several telephone conversations with EBH; review e-mail re pretrial projects. | 1.50 |
| 808040 | 8/10/2005 | SBB | Review cites in draft RTC Reply Memorandum in Support of Motion for Summary Judgment. | 0.30 |
| 808496 | 8/10/2005 | EBH | Review draft Motion in Limine and make edits to same; Review numerous PLA filings; Complete draft of CST Reply Memorandum; Attend telephonic hearing regarding setting summary judgment hearing; Follow-up conferences regarding same; Conference with S. Banick regarding cite-checking; Review revised Motion in Limine; Conferences with W. McShane, N. Levin, M. Nachwalter, T. Meeks; Revise section of motion in limine; Review motion regarding statutory damages; Conference with W. McShane. | 9.50 |

September 13, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

| | | | | |
|---|---|---|---|---|
| 808044 | 8/10/2005 | MN | Telephone discussions with EBH; telephone discussions with Tom Meeks; conference call with clients; telephone discussion with court; review drafts of reply brief; review materials in preparation for hearing. | 6.00 |
| 808302 | 8/11/2005 | SBB | Review cites in reply memorandum in support of Motion for Summary Judgment. | 0.80 |
| 808506 | 8/11/2005 | EBH | Review edits to RTC and CST Reply memoranda from W. McShane, R. Hawkins and H. Kobrin, and revise per same; Telephone conferences with R. Hawkins, M. Nachwalter, T. Meeks, H. Kobrin, W. McShane; Finalize replies; Review draft WISE Reply and make comments to same. | 5.25 |
| 808328 | 8/11/2005 | MN | Review e-mails, attachments; telephone discussions with EBH; review materials in preparation for hearing. | 3.00 |
| 808515 | 8/12/2005 | EBH | Review draft CSI Reply and provide comments to same to H. Kobrin; Review revised WISE Reply and provide comments to T. Meeks; Conference with J. Cook regarding hand-delivery of RTC, CST Reply memoranda; Email correspondence; Prepare materials for M. Nachwalter for oral argument on RTC, CST Motions; Conferences with T. Meeks, N. Levin, H. Kobrin; Work with TrialGraphix; Review Notice of Appearance of Barry Greenberg; Follow-up conferences regarding same. | 4.50 |
| 808330 | 8/12/2005 | MN | Review materials in preparation for hearing on summary judgment. | 3.00 |
| 808333 | 8/13/2005 | MN | Review e-mails; review materials in preparation for hearing. | 4.00 |
| 808517 | 8/14/2005 | EBH | Email correspondence. | 0.60 |
| 808334 | 8/14/2005 | MN | Review e-mails; review materials; preparation for hearing. | 6.00 |
| 808853 | 8/15/2005 | SBB | Organization of production materials; Update log. | 0.10 |
| 808520 | 8/15/2005 | EBH | Review draft PL&A Motion to Compel; Review RTC, CST responses to same; Prepare draft response to same; Organize materials for hearing; Conferences with T. Meeks, M. Nachwalter, D. Fried (at TrialGraphix regarding edits, new chart); Numerous conferences with M. Nachwalter, T. Meeks, H. Kobrin, N. Levin, W. McShane, Bill Hart; Review draft PL&A Motion to Compel; Review RTC, CST responses to same; Prepare draft response to same; Organize materials for hearing; Conferences with T. Meeks, M. Nachwalter, D. Fried (at TrialGraphix regarding edits, new chart); Numerous conferences with M. Nachwalter, T. Meeks, H. Kobrin, N. Levin, W. McShane, Bill Hart. | 10.75 |

**KENNY NACHWALTER, P.A.**

September 13, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

| 808834 | 8/15/2005 | MN | Review motions for summary judgment, both plaintiff and defendants; review replies, responses; meetings in preparation for oral argument; telephone discussion with client. | 13.50 |
|---|---|---|---|---|
| 808855 | 8/16/2005 | SBB | Organization of files for use at Summary judgment hearing; Obtain updated docket sheet. | 0.40 |
| 809170 | 8/16/2005 | EBH | Review PL&A's numerous filings and gather and review cases regarding same; Organize materials for M. Nachwalter for hearing; Review graphics from TrialGraphix; Numerous conferences with M. Nachwalter, T. Meeks, H. Kobrin, N. Levin; Attend hearing; Follow-up conferences regarding same. | 8.75 |
| 808835 | 8/16/2005 | MN | Preparation for and attendance at oral argument on summary judgment. | 9.00 |
| 809174 | 8/17/2005 | EBH | Review Plaintiff's filing, Court Order; Conferences with M. Davidson, W. McShane, H. Kobrin. | 0.90 |
| 808844 | 8/17/2005 | MN | Review materials re summary judgment issues. | 1.00 |
| 809177 | 8/18/2005 | EBH | Review email correspondence regarding Hoffman proposal; Numerous follow-up telephone conferences regarding same, incl. with T. Meeks, M. Davidson, N. Levin, H. Kobrin, W. McShane; Review draft letter to D. Hoffman and follow-up email regarding same; Review part of Hoffman's filings; Conferences with J. Foreman and M. Nachwalter. | 2.80 |
| 808873 | 8/18/2005 | MN | Review and send e-mails; review documents filed by plaintiff; telephone discussions with Helena Kobrin and Neil Levin. | 3.00 |
| 809182 | 8/19/2005 | EBH | Review Hoffman's filings; Telephone conferences with T. Meeks, N. Levin, Jeff Cook; Conference with T. Meeks and D. Hoffman regarding new proposal; Follow-up conference with H. Kobrin regarding same; Attend telephonic status conference; Follow-up conferences with T. Meeks, N. Levin; Review draft Second Amended Complaint and make notes to same; Conference with H. Kobrin and N. Levin regarding same; Draft response email to D. Hoffman; Revise and finalize same per edits received. | 4.90 |
| 809109 | 8/19/2005 | MN | Review e-mails. | 0.40 |
| 809184 | 8/20/2005 | EBH | Email correspondence regarding hearing, filings. | 0.40 |
| 809110 | 8/20/2005 | MN | Review e-mails. | 0.40 |
| 809183 | 8/21/2005 | EBH | Email correspondence. | 0.30 |

KENNY NACHWALTER, P.A.

September 13, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

| 809113 | 8/21/2005 | MN | Review e-mails and proposed order; review e-mails from Helena Kobrin and EBH; send e-mails. | 1.75 |
|--------|-----------|-----|---|------|
| 809271 | 8/22/2005 | EBH | Review PLA's filings and filed Second Amended Complaint; Conference with M. Nachwalter; Review draft response to motion for leave to file Second Amended Complaint; Conference with J. Foreman regarding same; Conferences with T. Meeks, H. Kobrin, N. Levin regarding response to Second Amended Complaint; Prepare draft answer to Second Amended Complaint. | 3.50 |
| 809146 | 8/22/2005 | MN | Review e-mails; telephone discussion with EBH; review documents. | 1.00 |
| 814346 | 8/23/2005 | EBH | Draft response to PL&A's record support; Conferences with J. Foreman, N. Levin regarding same; Draft opposition to PL&A's Motion to Compel re Ryland Hawkins deposition; Conferences with N. Levin, H. Kobrin, T. Meeks; Review draft Motion to Strike and forward edits regarding same; Forward draft CST opposition to motion to compel; Review J. Foreman edits to draft CST opposition and revise per same. | 5.20 |
| 809266 | 8/23/2005 | MN | Review and send e-mails; telephone discussion with EBH; review draft pleading. | 1.00 |
| 815005 | 8/24/2005 | EBH | Review Court Orders; Conference with M. Nachwalter regarding edits to CST Opposition to Motion to Compel; Revise per same; Email correspondence with T. Meeks, M. Nachwalter; Conference with J. Foreman. | 2.20 |
| 809265 | 8/24/2005 | MN | Review e-mails; review reply memo; telephone discussions with EBH. | 1.00 |
| 815006 | 8/25/2005 | EBH | Email correspondence. | 0.50 |
| 814539 | 8/25/2005 | MN | Telephone discussions with EBH; review e-mails; review draft motions. | 1.50 |
| 815007 | 8/26/2005 | EBH | Telephone conference with H. Kobrin; Review email correspondence, docket entries. | 0.50 |
| 814541 | 8/26/2005 | MN | Review e-mails re meet and confer and e-mails from David Hoffman; review e-mails re Judge's decision; telephone discussion with Helena Kobrin and Neil Levin. | 1.25 |
| 815008 | 8/27/2005 | EBH | Email correspondence. | 0.20 |
| 815012 | 8/29/2005 | EBH | Review Orders; Conferences with M. Nachwalter, T. Meeks regarding same; Conference with M. Nachwalter regarding fee application; Email regarding same; Review invoices regarding RTC v. CST allocation of fees, costs; Conference with M. Davidson; Review sample fee application. | 3.30 |

**KENNY NACHWALTER, P.A.**

September 13, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

| | | | | |
|---|---|---|---|---|
| 814545 | 8/29/2005 | MN | Review orders from Judge Huck; several conferences with EBH, including discussion on application for fees and costs. | 1.50 |
| 815337 | 8/30/2005 | EBH | Review Orders received; Notes regarding issues for fee application; Conference with M. Nachwalter, H. Kobrin regarding fee application; Conference with H. Kobrin, N. Levin, T. Meeks, M. Davidson regarding fee application. | 2.20 |
| 814750 | 8/30/2005 | MN | Conferences with EBH; conference call with Helena Kobrin, Tom Meeks. | 1.00 |
| 814970 | 8/31/2005 | SBB | Organization of files. | 0.80 |
| 815363 | 8/31/2005 | EBH | Preparation of bill of costs, reviewing back-up documentation, research regarding same; Conference with D. Washam; Conference with TrialGraphix regarding invoice; Review §1920 form for bill of costs; Conferences with M. Ramirez regarding collecting information regarding same; Conference with T. Meeks; Conference with A. Greer (fee expert); Conference with N. Levin. | 3.60 |

Sub-total hours: 177.40

**Rate Summary**

By Stacey Banick (SBB) 5.40 hours at $ 110.00 per hour 594.00

By Elizabeth B. Honkonen (EBH) 105.80 hours at $ 275.00 per hour 29,095.00

By Michael Nachwalter (MN) 66.20 hours at $ 575.00 per hour 38,065.00

Sub-total fees: 67,754.00

**Costs Advanced**

| Date | Description | Amount |
|---|---|---|
| | Photocopying Charges | 6,429.25 |
| | Facsimile Charges | 182.50 |
| | Telephone Charges | 171.00 |
| 8/8/2005 | Court Reporting Charges: 7/15/05 Hearing transcript 8/8/05 | 50.63 |
| 8/16/2005 | Federal Express: Delivery to E. Honkonen 7/29/05 | Not Requested 102.68 |
| 8/22/2005 | Court Reporting Charges: Deposition of L. Dane Richter vol. I & II 5/18/05 | 1,685.85 |
| 8/29/2005 | Court Reporting Charges: Deposition transcript of B. Fawcett 7/29/05 | 726.55 |
| 8/29/2005 | Court Reporting Charges: Deposition transcript of P. Letterese 7/22/05 | 1,437.25 |

**KENNY NACHWALTER, P.A.**

September 13, 2005
Re: Religious Technology Center adv. Peter Letterese & Associates, Inc.

| 8/31/2005 | Filing Fee: Retrieval of court papers from Atlanta 8/24/05 | 69.50 |
| 8/31/2005 | Westlaw computerized legal research through July 31, 2005 | 1,211.11 |
| 8/31/2005 | Travel Expenses: Reservation for W. McShane 8/15/05 | 130.00 |
| 8/31/2005 | Professional Fee: Trial Graphix 8/30/05 (graphics/exhibits) | 1,863.97 |
| 8/31/2005 | Pacer computerized legal research through August 31, 2005 | 25.04 |

Sub-total Costs Advanced:    $    14,085.33

**REDACTED**

Total Current Billing:    $    81,839.33

**REDACTED**

KENNY NACHWALTER, P.A.



EXHIBIT D

# EXHIBIT D

Documentation of Expenses Itemized

in March 3, 2005 Invoice

# FedEx.

Invoice Number:    7-947-42596
Invoice Date:    Jan 11, 2005
Account Number:
Page:    21 of 29

## FedEx Express Shipment Detail By Reference (Original)

---

**Picked up: Jan 06, 2005**        **Payor: Shipper**        **Reference: 2773**

---

- Fuel Surcharge - FedEx has applied a fuel surcharge of 9.00% to this shipment.
- Distance Based Pricing, Zone 8

| CAFE | | Sender | Recipient | |
|------|---|--------|-----------|---|
| Tracking ID | 618571335800 | MAILROOM | WARREN MCSHANE | |
| Service Type | FedEx Priority Overnight | KENNY NACHWALTER & SEYMOUR PA | RELIGIOUS TECHNOLOGY CENTER, I | |
| Package Type | FedEx Envelope | 201 S. BISCAYNE AVE. | 1710 IBAR AVENUE | |
| Zone | 8 | MIAMI FL 33131 US | LOS ANGELES CA 90028 US | |
| Packages | 1 | | | |
| Weight | N/A | Transportation Charge | | 19.40 |
| Delivered | Jan 07, 2005 10:18 | Discount | | -3.10 |
| Svc Area | A1 | Fuel Surcharge . | | 1.47 |
| Signed by | B.B | | | |
| FedEx Use | 000737927/0000252/_ | **Total Charge** | **USD $** | **17.77** |

**Shipment Detail Subtotal** ................................................................................................ **USD $**    **17.77**

# EXHIBIT D

Documentation of Expenses Itemized

in May 9, 2005 Invoice

| Account Number | Bill Close Date | Payment Due |
|---|---|---|
| REDACTED  001 | 2/15/05 | 3/15/05 |



**AT&T**

LENNY NACHWALTER                                    REF # 305 373 1000

**Regulatory Fees and Other Surcharges**

| ITEM | EXPLANATION | CHARGES |
|---|---|---|

**TOTAL FEES:**

**Taxes and Surcharges**

| ITEM | EXPLANATION | CHARGES |
|---|---|---|

**TOTAL TAXES AND SURCHARGES:**

**Call Detail**

| o | Date | Time | Place | Area/Number | Mins | Call Type | Rate Period | Amount |
|---|---|---|---|---|---|---|---|---|

**LONG DISTANCE CALLS**

## REDACTED

| 2. | JAN 20 | 3:00P | TO DIAL  CONF FR KSCY AGTC MO | 700 455-4444 700 455-1313 | 109 | DBS | EVE 2773 | 96.39 |

## REDACTED

Continued

**From:**      "AT&T TeleConference Services" <mailer@mo06b33w.bns.att.com>
**To:**        <mramirez@knsacs.com>
**Date:**      1/19/2005 5:42:44 PM
**Subject:**   AT&T TeleConference Reservation Confirmation - HOST Copy (HRL2183)

*****************************************************************************

AT&T TELECONFERENCE SERVICES

             NEW AUDIO DIAL IN
             RESERVATION CONFIRMATION

             Teleconference Folder Id: 520593083
*****************************************************************************


Information is subject to change.  If so, you will be notified by
a TeleConference Associate.  Cancel reservations at least 30 minutes before
start time to avoid No Show fees.

Please review this information and contact a Teleconference Specialist at
(800)232-1234 if there are any changes.

DATE and TIME:
--------------
* Start Date/Time: Jan 20 2005 03:00 PM EST, Thu
* End  Date/Time: Jan 20 2005 03:45 PM EST, Thu
* Duration: 0 hr 45 mins
* Total Ports:  8

AUDIO CONFERENCE ACCESS INFORMATION:
-------------------------------------
* Toll Free Dial In Number: (877)475-9228
* HOST CODE: 102833
* PARTICIPANT CODE: 516514

************************* SPECIAL ANNOUNCEMENTS *************************
*  Never make a Reservation Again! Sign up for Reservationless     *
*  Conferencing and receive your own dial-in numbers and codes,    *
*  at no extra cost.  Call 800-232-1234 to register today.         *
*****************************************************************************

HOST and ARRANGER INFORMATION:
-------------------------------
* Conference Host: ROBBIE LANDON
* Host Phone Number: (305)373-1000
* Host Fax Number: (305)372-1861

* Conference Arranger: MARIA RAMIREZ
* Arranger Phone Number: (305)373-1000
* Arranger Fax Number: (305)372-1861

FEATURES SECURED:
-----------------
* Automatic Port Expansion

CONFERENCE INFORMATION:

----------------------

\* Conference ID: HRL2183
\* Conference Name:

SPECIAL NOTES:
--------------

\* Should you need assistance during your conference, please press #
  then 0 for a list of menu options including Specialist assistance.
\* Special Tip: Always remember to set a date for a follow-up
  conference while all participants are on the call.
\* If your individual TeleConference account is not used within
  a six month period, deactivation will occur.
\* If you have any questions regarding this service or your
  account, please call (800)232-1234 and a Specialist will
  assist you.


     Thank you for choosing AT&T TeleConference Services!

           Wed Jan 19 2005 16:45:58



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.:  04-61178-CIV-HUCK/TURNOFF

PETER LETTERESE AND
ASSOCIATES, INC.,

       Plaintiff,

vs.

WORLD INSTITUTE OF
SCIENTOLOGY ENTERPRISES
INC., *et al.*,

       Defendants.

_____/

## ORDER GRANTING EMERGENCY REQUEST FOR TELEPHONIC HEARING

THIS MATTER is before the Court on Defendants' Emergency Request for Telephonic Hearing on Order Granting Motion to Abate and Referring Case for Settlement Conference filed on January 18, 2005. The Court having reviewed the request and being otherwise fully advised in the premises, it is hereby

ORDERED that the request is GRANTED. A telephonic hearing will be held on **Thursday, January 20, 2005, at 3:00 p.m.,** before the Honorable Paul C. Huck, United States District Judge, 99 N.E. Fourth Street, 10th Floor, Courtroom 6, Miami, Florida. Counsel for Defendant Religious Technology Center shall arrange the phone conference through a commercial carrier and call into Chambers at (305) 523-5520 with all counsel on the line at the above-noted time.

DONE AND ORDERED in Chambers, Miami, Florida, this 19th day of January, 2005.

                                    Paul C. Huck
                                    United States District Judge

Copies furnished by facsimile to:
Dale Paul DiMaggio (954-522-6507)
David Hoffman (661-259-1255)
Michael Nachwalter (305-372-1861)
Thomas Meeks (305-579-9749)



# EXHIBIT D

Documentation of Expenses Itemized

in June 14, 2005 Invoice

# UNITED STATES DISTRICT COURT

For the   Southern District   District of   Florida

## INVOICE

TO: Elizabeth Honkonen

NUMBER

DUNS NO. 13037 3801
NOTE   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 (SSN#)
MAKE CHECK PAYABLE TO:

Patricia Sanders
99 N.E. Fourth Street, Suite 1067
Miami, FL 33132
PHONE:   305-523-5528

PHONE:

### TRANSCRIPTS

☐ CRIMINAL   ☒ CIVIL   DATE ORDERED   DATE DELIVERED

THE MATTER OF (CASE NUMBER AND TITLE)

Letterese vs. World Institute of Scientology

### CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | 13 | 3.63 | | | | | | | | 47.19 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |

| For proceedings on (Date): | | |
|---|---|---|
| | TOTAL | |
| | LESS DISCOUNT FOR LATE | |
| | LESS AMOUNT OF DEPOSIT | |
| | TOTAL REFUNDED | |
| | TOTAL DUE | 47.19 |

### ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the ordinary *delivery* rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER _____   DATE _____

(All previous editions of this form are cancelled and should be destroyed.)

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

60438

KENNY NACHWALTER, P.A.

Check No. 60438

| DATE | INVOICE # | REFERENCE | AMOUNT |
|------|-----------|-----------|--------|

5/5/2005       Patricia Sanders

76384                              Hearing transcript

002773          47.19

---

WARNING THIS DOCUMENT HAS FLUORESCENT FIBERS, A VOID PANTOGRAPH AND A MICROPRINT SIGNATURE LINE

KENNY
NACHWALTER

CITY NATIONAL BANK OF FLORIDA
MIAMI, FL 33130

60438

**PROFESSIONAL ASSOCIATION**
1100 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131-4327

63-436
660

DATE  5/5/2005

PAY
EXACTLY      Forty-Seven & 19/100 Dollars

$ 47.19

KENNY NACHWALTER
PROFESSIONAL ASSOCIATION
OPERATING ACCOUNT    VOID AFTER 90 DAYS

TO THE
ORDER OF        Patricia Sanders

MP

AUTHORIZED SIGNATURE

⑈060438⑈ ⑆066004367⑆ 4001489060⑈

---

Check No.  60438

60438

| Invoice Date | Entry No. | Description | Matter ID | Amount |
|--------------|-----------|-------------|-----------|--------|
| 5/5/2005 | 76384 | Hearing transcript | 002773 | 47.19 |

# McKEE COURT REPORTING, INC.

P.O. Box 9092
SAVANNAH, GA 31412-9092

**(912) 232-8322**
**EIN. 58-1975623**

# invoice

| DATE | INVOICE # |
|------|-----------|
| 5/5/2005 | 17090 |

BILL TO:

Elizabeth B. Honkonen, Esq.
Kenny Nachwalter. P.A.
1100 Miami Center
201 South BiscayneBoulevard
Miami, FL  33131-4327

| PO NUMBER | TERMS | PROJECT |
|-----------|-------|---------|
|           | COD   |         |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | One expedited copy of the deposition of ELIZABETH SHOOK, in the matter of PETER LETTERESE vs. WORLD INSTITUTE OF SCIENTOLOGY, et al., taken on May 4, 2005. | 391.00 | 391.00 |
| | Shipping | 29.95 | 29.95 |

Thank you for your business.

| | **TOTAL** | $420.95 |
|---|---|---|

60439

KENNY NACHWALTER, P.A.

Check No. 60439

| DATE | INVOICE # | REFERENCE | AMOUNT |
|------|-----------|-----------|--------|
| 5/5/2005 | | McKee Court Reporting, Inc. | |
| | 76386 | Invoice #17090 | |
| | | 002773 | 420.95 |

---

WARNING THIS DOCUMENT HAS FLUORESCENT FIBERS, A VOID PANTOGRAPH AND A MICROPRINT SIGNATURE LINE

KENNY NACHWALTER

PROFESSIONAL ASSOCIATION
1100 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131-4327

CITY NATIONAL BANK OF FLORIDA
MIAMI, FL 33130

63-436
660

60439

DATE   5/5/2005

PAY
EXACTLY    Four Hundred Twenty & 95/100 Dollars

$ 420.95

O THE
RDER OF    McKee Court Reporting, Inc.

KENNY NACHWALTER
PROFESSIONAL ASSOCIATION
OPERATING ACCOUNT    VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE        MP

⑈060439⑈ ⑆066004367⑆ 40014890600⑈

---

Check No. 60439

60439

| Invoice Date | Entry No. | Description | Matter ID | Amount |
|--------------|-----------|-------------|-----------|--------|
| 5/2005 | 76386 | Invoice #17090 | 002773 | 420.95 |

# UNITED STATES DISTRICT COURT

For the   Southern District   District of   Florida

## INVOICE

| | NUMBER |
|---|---|

TO: Elizabeth Honkonen

DUNS NO. 13037 3801

NOTE   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 (SSN#)

MAKE CHECK PAYABLE TO:

Patricia Sanders
99 N.E. Fourth Street, Suite 1067
Miami FL 33132

PHONE:   305-523-5528

PHONE:

## TRANSCRIPTS

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED | DATE DELIVERED |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)

04-61178   Peter Le Herese

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | 43 | 4.84 | | | | | | | | 208.12 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |

| For proceedings on (Date): | TOTAL | |
|---|---|---|
| | LESS DISCOUNT FOR LATE | |
| | LESS AMOUNT OF DEPOSIT | |
| | TOTAL REFUNDED | |
| | TOTAL DUE | 208.12 |

## ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER | | DATE |
|---|---|---|

All previous editions of this form are canceled and should be destroyed.

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

60494

KENNY NACHWALTER, P.A.

Check No. 60494

| DATE | INVOICE # | REFERENCE | | AMOUNT |
|------|-----------|-----------|---|--------|
| 5/16/2005 | Patricia Sanders | | | |
| | 76518 | Hearing Transcripts | | |
| | | | 002773 | 208.12 |

WARNING THIS DOCUMENT HAS FLUORESCENT FIBERS, A VOID PANTOGRAPH AND A MICROPRINT SIGNATURE LINE

60494

KENNY
NACHWALTER

CITY NATIONAL BANK OF FLORIDA
MIAMI, FL 33130

63-436
660

PROFESSIONAL ASSOCIATION
1100 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131-4327

DATE   5/16/2005

PAY
EXACTLY   Two Hundred Eight & 12/100 Dollars

$ 208.12

KENNY NACHWALTER
PROFESSIONAL ASSOCIATION
OPERATING ACCOUNT   VOID AFTER 90 DAYS

TO THE
ORDER OF   Patricia Sanders

NP

AUTHORIZED SIGNATURE

⑈060494⑈ ⑆066004367⑆ 4001489060⑈

| Check No. 60494 | | | | 60494 |
|---|---|---|---|---|
| Invoice Date | Entry No. | Description | Matter ID | Amount |
| 5/16/2005 | 76518 | Hearing Transcripts | 002773 | 208.12 |

# minit print

**THE LEGAL COPYING, DOCUMENT IMAGING & PRINTING CENTER**
25 S.E. 2nd Avenue, Suite 445
Miami, FL 33131-1510
Phone (305) 374-0696 Fax (305) 358-9565

**INVOICE NO.** 5009-05

TAX ID #: ⬛⬛⬛⬛⬛

**Date:** 5-3-05

**Sold To:** Kenny Nachwalter
201 S. Biscayne Blvd., 11th floor

EBH                    **Telephone:** ( ) 373-1000

**REFERENCE:**

**FILE No.:** 2773

| Qty | Description | Unit Price | Total |
|-----|-------------|------------|-------|
| 1175 | Copies (1 set) | .10 | 117 50 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Terms: Net 30 days interest at 1.5% per month thereafter
Should your account become delinquent, you will be
responsible for any collection cost, including attorney's fee

| | | |
|---|---|---|
| **Subtotal** | 117 | 50 |
| **Tax** | 8 | 23 |
| **Misc** | | |
| **Balance Due** | 125 | 73 |

**Signature** _Mai L_

## "SERVING MIAMI LAWYERS SINCE 1968"
**E-MAIL: minitprint@hotmail.com**

# minit print

**THE LEGAL COPYING, DOCUMENT IMAGING & PRINTING CENTER**
25 S.E. 2nd Avenue, Suite 445
Miami, FL 33131-1510
Phone (305) 374-0696 Fax (305) 358-9565

**INVOICE NO.**

S042-05

TAX ID #

**Date:** 5-5-05

**Sold To:** Kenny Nachwalter
201 South Biscayne Blvd. 11th Floor

Michelle A. Mason   **Telephone:** (305) 373-1000

**REFERENCE:**

**FILE No.:** 2773

| Qty | Description | Unit Price | Total |
|-----|-------------|------------|-------|
| 1936 | Copies ( 4 sets ) | .10 | 173 60 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Terms: Net 30 days interest at 1.5% per month thereafter
Should your account become delinquent, you will be
responsible for any collection cost, including attorney's fee

**Signature**

| | | |
|---|---|---|
| **Subtotal** | 173 | 60 |
| **Tax** | 12 | 15 |
| **Misc** | | |
| **Balance Due** | 185 | 75 |

## "SERVING MIAMI LAWYERS SINCE 1968"
### E-MAIL: minitprint@hotmail.com

AO 44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT

For the __Southern_____ District of __Florida_____

| INVOICE | NUMBER |
|---|---|
| | 2005-115 |

TO: KENNY NACHWALTER, P.A..
201 S. Biscayne Boulevard
Suite 1100
Miami, Florida 33131

ATTN: ELIZABETH HONKONEN, ESQ.

PHONE:

NOTE
MAKE CHECK PAYABLE TO:

**J. M. COURT REPORTING, INC.**
1601 N. W. 109 Terrace
Pembroke Pines, FL 33026

954-431-4757
PHONE: Fed. Tax ID No. 65-0841880

## TRANSCRIPTS

☐ CRIMINAL   ☒ CIVIL      DATE ORDERED                DATE DELIVERED

IN THE MATTER OF      Peter Letterse & Associates vs. World Institute of Scientology,
Case No. 04-61178-Civ-HUCK (Furnishing daily copy hearing
~~transcript on 5 25 05)~~

## CHARGES

| CATEGORY | ORIGINAL | | | 1st COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE@ | SUB TOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 61 | $6.05 pp | | | | | | | | $369.00 |
| Hourly | | | | | | | | | | |
| | | | | | | | | TOTAL | | $369.00 |
| | | | | | LESS DISCOUNT FOR LATE DELIVERY | | | | | |
| | | | | | LESS AMOUNT OF DEPOSIT | | | | | |
| | | | | | TOTAL REFUNDED | | | | | |
| | | | | | TOTAL DUE | | | | | $369.00 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary *delivery* rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER                                    DATE  5/27/05

(All previous editions of this form are
cancelled and should be destroyed.)

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY · FOR RETURN WITH PAYMENT
PART 3 (PINK) · COURT REPORTER
PART 4 (BLUE) · COURT REPORTER SUPERVISOR

60708

KENNY NACHWALTER, P.A.

Check No. 60708

| DATE | INVOICE # | REFERENCE | AMOUNT |
|------|-----------|-----------|--------|

5/31/2005      J.M. Court Reporting, Inc.
               76975                    Invoice #2005-115

                                                              002773          369.00

---

WARNING THIS DOCUMENT HAS FLUORESCENT FIBERS, A VOID PANTOGRAPH AND A MICROPRINT SIGNATURE LINE

**KENNY NACHWALTER**
**PROFESSIONAL ASSOCIATION**
1100 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131-4327

CITY NATIONAL BANK OF FLORIDA
MIAMI, FL 33130

63-436
66D

DATE        5/31/2005

PAY
EXACTLY      Three Hundred Sixty-Nine & No/100 Dollars                      $ 369.00

                                           KENNY NACHWALTER
                                          PROFESSIONAL ASSOCIATION
                                     OPERATING ACCOUNT   VOID AFTER 90 DAYS

TO THE       J.M. Court Reporting, Inc.
ORDER OF     1601 NW 109th Terr.
             Pembroke Pines, FL 33026
                                                                       MP
                                            AUTHORIZED SIGNATURE

⑈060708⑈ ⑈066004367⑈ 4001489060⑈

---

60708

Check No.  60708

| Invoice Date | Entry No. | Description | Matter ID | Amount |
|--------------|-----------|-------------|-----------|--------|
| 5/31/2005 | 76975 | Invoice #2005-115 | 002773 | 369.00 |

**ESQUIRE DEPOSITION SERVICES, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          730329      VAUGM01
44 WEST FLAGLER STREET, SUITE 1400
MIAMI, FL. 33130
(305) 371-2713

NACHWALTER, SEYMOUR, CRITCHLOW & SPECTOR
1100 MIAMI CENTER                      564499EFL 05/24/05
201 S. BISCAYNE BLVD.
MIAMI, FL 33131                                09/01/05

ATTN : ELIZABETH HONKONEN, ESQ.


        04-61178


    LETTERESE, P. VS. WORLD INSTITUTE

SERVICES PROVIDED ON 05/20/05:
WILLIAM HOWARD          1-  39    39 PGS @ $2.95      115.05  1CC

ASCII OR CONDENSED TRANSCRIPT                          15.00
EXHIBITS & TABS                  30 @  $0.50           15.00
TWO DAY COPY SERVICE             39 @  $2.45           95.55
COURIER SERVICE                                         7.50
THANK YOU




            PAYMENTS RECEIVED                       -248.10

                BALANCE DUE                            0.00

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of        For Invoice Questions,
one and one-half percent (1.5%) per month or the maximum rate allowed by law.         Please Call
Contact us immediately with questions or corrections regarding billing or payment.    (800) 584-3500
No adjustments or refunds will be made after 120 days from date of payment.      Fax (954) 733-5978
        Esquire Deposition Services is not affiliated with Esquire Reporting, Inc.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ESQUIRE DEPOSITION SERVICES LLC**       JOB: 730329  TOT: $0.00
P. O. BOX 827829                          INVOICE #: 564499EFL
PHILADELPHIA, PA 19182-7829              DATE: 09/01/05
Tax ID # 22-3779684


NACHWALTER, SEYMOUR, CRITCHLOW & SPECTOR
Attn: ELIZABETH HONKONEN, ESQ.
1100 MIAMI CENTER
201 S. BISCAYNE BLVD.
MIAMI, FL 33131

60707

KENNY NACHWALTER, P.A.

Check No. 60707

| DATE | INVOICE # | REFERENCE | AMOUNT |
|------|-----------|-----------|--------|

5/31/2005    Esquire Deposition Services, LLC - EFL

76977               Invoice #564499EFL

002773        248.10

---

WARNING THIS DOCUMENT HAS FLUORESCENT FIBERS, A VOID PANTOGRAPH AND A MICROPRINT SIGNATURE LINE 🔒

**KENNY NACHWALTER**

**PROFESSIONAL ASSOCIATION**
1100 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131-4327

CITY NATIONAL BANK OF FLORIDA
MIAMI, FL 33130

63-436
660

60707

DATE
5/31/2005

PAY
EXACTLY    Two Hundred Forty-Eight & 10/100 Dollars                    $ 248.10

KENNY NACHWALTER
PROFESSIONAL ASSOCIATION
OPERATING ACCOUNT    VOID AFTER 90 DAYS

TO THE
ORDER OF    Esquire Deposition Services, LLC - EFL
P.O. Box 827829
Philadelphia, PA 19182-7829

MP

AUTHORIZED SIGNATURE

⑈060707⑈ ⑆066004367⑆ 4001489060⑈

---

Check No. 60707

60707

| Invoice Date | Entry No. | Description | Matter ID | Amount |
|--------------|-----------|-------------|-----------|--------|
| 5/31/2005 | 76977 | Invoice #564499EFL | 002773 | 248.10 |

```
FT. LAUD-HLWD
INT'L AIRPORT

RECEIPT       H62

ENTRY TIME:
05/01/05       10:55
EXIT TIME:
05/04/05       22:16
PARK-DUR.: HRS:MIN
              3:11:21
AMOUNT:
           $ 48.00
6% TAX    $ 2.72
KIND OF PAYMENT:
AMEX
XXXXXXXXXXX1502
        XXXXX 040
AUTH. CODE 540346


PLEASE SIGN ABOVE
CREDIT CARD PAYMNT

THANK YOU FOR YOUR
      VISIT
```

*Breakfast for those attending depo.*

234 Bull Street
Savannah, GA 31401
912-233-5348

### JES

| | |
|---|---|
| Host: Drawer2 | 05/04/2005 |
| JES | 8:26 AM |
| | 20019 |

| | |
|---|---|
| Croissant (2 @1.75) | 3.50 |
| TurnOver | 1.50 |
| Muffin (3 @1.75) | 5.25 |
| Lrg Gallery Blend | 1.75 |
| ICED | 0.00 |
| Sub Total | 12.00 |
| Tax | 0.72 |
| To Go Total | 12.72 |
| Cash | 20.00 |

The Gallery Espresso
Coffee, Art, Peace of Mind

```
            HMS HOST
         CHILI'S TO GO A
ATLANTA HARTSFIELD INT'L AIRPORT

8890 Courtney
--------------------------------
7380 MAY04'05 5:37PM
--------------------------------

1 SLD RTE COBB            8.19
    FF HONEY MUSTARD
  CASH                   10.00

  SUBTOTAL                8.19
  TAX                     0.57
  AMOUNT                8.76
  CHANGE                  1.24
```

**KENNY NACHWALTER, P.A.**

**60657**

| DATE | INVOICE # | REFERENCE | AMOUNT |
|------|-----------|-----------|--------|
| /31/2005 | Elizabeth Honkonen | | |
| | 76922 | Reimb. expense | |
| | | 002773 | 34.48 |

---

WARNING THIS DOCUMENT HAS FLUORESCENT FIBERS, A VOID PANTOGRAPH AND A MICROPRINT SIGNATURE LINE

**KENNY NACHWALTER**

PROFESSIONAL ASSOCIATION
1100 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL  33131-4327

CITY NATIONAL BANK OF FLORIDA
MIAMI, FL 33130

63-436
660

**60657**

DATE   5/31/2005

PAY
EXACTLY   Thirty-Four & 48/100 Dollars

$ 34.48

KENNY NACHWALTER
PROFESSIONAL ASSOCIATION
OPERATING ACCOUNT   VOID AFTER 90 DAYS

TO THE
ORDER OF   Elizabeth Honkonen

AUTHORIZED SIGNATURE

MP

⑆060657⑆ ⑈066004367⑈ 4001489060⑆

Check No.  60657
**60657**

| Invoice Date | Entry No. | Description | Matter ID | Amount |
|--------------|-----------|-------------|-----------|--------|
| /31/2005 | 76922 | Reimb. expense | 002773 | 34.48 |

**AO 44**
(Rev. 7/95)

# UNITED STATES DISTRICT COURT

For the  Southern  District of  Florida

| INVOICE | NUMBER<br>2005-197 |
|---|---|

TO:  KENNY NACHWALTER, P.A.
201 S. Biscayne Blvd.
Suite 1100
Miami, Florida 33131

ATTN: ELIZABETH HONKONEN, ESQ.

PHONE:

NOTE
MAKE CHECK PAYABLE TO:
J. M. COURT REPORTING, INC.
1601 N. W. 109 Terrace
Pembroke Pines, FL 33026
954-431-4757
PHONE:
Fed. Tax ID. No. 65-0841880

## TRANSCRIPTS

| ☐ CRIMINAL   XXX CIVIL | DATE ORDERED | DATE DELIVERED |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)

PETER LETTERESE & ASSOCIATES VS. WORLD INSTITUTE OF SCIENTOLOGY, Case No. 04-61178-Civ-HUCK (Furnishing hearing transcript on 5-12-05)

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | 21 | $4.84 pp | | | | | | | | $101.00 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |

| For proceedings on (Date): | | TOTAL | $101.00 |
|---|---|---|---|
| | | LESS DISCOUNT FOR LATE | |
| | | LESS AMOUNT OF DEPOSIT | |
| | | TOTAL REFUNDED | $101.00 |
| | | TOTAL DUE | |

## ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the ordinary *delivery* rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER | DATE 5/16/05 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed.)*

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

1101 BRICKELL AVENUE
GROUND FLOOR
MIAMI, FLO. IDA 33131-3110

# V A R I E T Y   T R A V E L

M A N A G E M E N T   S E R V I C E S , I N C.

TOLLFREE      800 843 4887

FACSIMILE    305.372.2946
WEBSITE      www.variety-travel.com

```
SALES PERSON: 15        ITINERARY/INVOICE NO. 0128173        DATE: 29 APR 05
CUSTOMER NBR: ▓▓▓▓▓                           CHYNDC        PAGE: 01
```

```
     TO: KENNY NACHWALTER ET AL
         1100 MIAMI CENTER
         201 S BISCAYNE BLVD
         MIAMI FL 33131
```

FOR: HONKONEN/ELIZABETH

```
        ** YOU HAVE PURCHASED A NON-REFUNDABLE TICKET **
        ** YOU HAVE 1 YEAR FROM DATE OF ISSUE TO RESCHEDULE
        ** YOUR TRIP PROVIDED YOU CANCEL THE ORIGINAL
        ** RESERVATION BEFORE YOUR SCHEDULED DEPARTURE
01 MAY 05  -  SUNDAY
   AIR    DELTA AIR LINES INC   FLT:6240   COACH
          FT LAUDERDALE-CHARLESTON    SC OPERATED BY CHAUTAUQUA AIRLINES
          LV FT LAUDERDALE              1250P          EQP: EMBRAER 135 JET
          DEPART: TERMINAL 2                           01HR 50MIN
          AR CHARLESTON       SC       240P            NON-STOP
                                                       REF: PZFXUN

          HONKONEN/ELIZAB    SEAT-12A
   CAR    CHARLESTON       SC       HERTZ RENT A CAR        INTER CAR AUTO A/C
          PICK UP-1440
          RETURN-04MAY/1710         TO-SAVANNAH
          RATE PLAN  4 DAYS   0 HRS          USD     MI/KM   EX MI/KM
          DAILY RATE                         59.84   UNL
          XTRA HOUR-                         29.92   UNL
          DRP CHG-                           USD0.00
          MANDATORY CHARGES                  65.60
          APPROX RENTAL COST                304.96   UNL
          CONFIRMATION NUMBER       C9022282728           RATE-GUARANTEED
          CD-381387
   HOTEL  CHARLESTON       SC       OUT-03MAY
          HOLIDAY INN               2 NIGHTS
          HOLIDAY INN CHARLESTON MILLS   1 ROOM
          115 MEETING STREET        RATE-170.10USD PER NIGHT
          CHARLESTON SC 29401       CANCEL 02 DAYS PRIOR TO ARRIVAL
          FONE 843-577-2400
          FAX  843-722-2112
          GUARANTEED LATE ARRIVAL
          CONFIRMATION 63920951
```

CONTINUED ON PAGE 2

SEE REVERSE SIDE FOR IMPORTANT INFORMATION AND DISCLOSURE NOTICE
TICKETS HAVE VALUE. IF UNUSED PLEASE RETURN FOR CREDIT OR REFUND.

ITINERARY

# A R I E T E   T R A V E L

## M A N A G E M E N T   S E R V I C E S, I N C.

1101 BRICKELL AVENUE
GROUND FLOOR
MIAMI, FLORIDA 33131-3110

TOLLFREE     800.843.4887
FACSIMILE    305.372.2946
WEBSITE      www.variety-travel.com

SALES PERSON: 15          ITINERARY/INVOICE NO. 0128173          DATE: 29 APR 05
CUSTOMER NBR: ▮▮▮▮▮                             CHYNDC          PAGE: 02

```
     TO: KENNY NACHWALTER ET AL
         1100 MIAMI CENTER
         201 S BISCAYNE BLVD
         MIAMI FL 33131
```

FOR: HONKONEN/ELIZABETH

```
3 MAY 05  -  TUESDAY
   HOTEL SAVANNAH                        OUT-04MAY
         HILTON HOTELS                   1 NIGHT
         HILTON SAVANNAH DESOTO          1 ROOM
         BULL AND LIBERTY ST             RATE-199.00USD PER NIGHT
         SAVANNAH GA 31402               CANCEL BY 04P DAY OF ARRIVAL
         FONE 912 232-9000
         FAX  912 232-6018
         GUARANTEED LATE ARRIVAL
         CONFIRMATION 3208782963

4 MAY 05  -  WEDNESDAY
   AIR   DELTA AIR LINES INC  FLT:1422   COACH
         LV SAVANNAH                     510P        EQP: BOEING 737-800
                                                          01HR 04MIN
         AR ATLANTA                      614P        NON-STOP
         ARRIVE: SOUTH TERMINAL                      REF: PZPXUN
         HONKONEN/ELIZAB    SEAT-17A
   AIR   DELTA AIR LINES INC  FLT:730    COACH
         LV ATLANTA                      800P        EQP: BOEING 767 300
         DEPART: SOUTH TERMINAL                           01HR 41MIN
         AR FT LAUDERDALE                941P        NON-STOP
         ARRIVE: TERMINAL 2                          REF: PZPXUN
         HONKONEN/ELIZAB    SEAT-30E
ADD           XD8106580806
                              BILLED TO AX▮▮▮▮▮▮▮▮▮▮▮           49.00*

AIR TICKET    DL1123047497        HONKONEN ELIZABETH
ELEC TKT                          BILLED TO AX▮▮▮▮▮▮▮▮▮         565.60*

                         TOTAL BASE                            549.06
                         TOTAL TAX                              66.54
                         NET CC BILLING                        614.60*

                         TOTAL AMOUNT DUE                        0.00
```

THANK YOU FOR CHOOSING VARIETY TRAVEL MANAGEMENT
FILE NUMBER 2773

CONTINUED ON PAGE 3

SEE REVERSE SIDE FOR IMPORTANT INFORMATION AND DISCLOSURE NOTICE

ITINERARY

1101 BRICKELL AVENUE
GROUND FLOOR
MIAMI, FLORIDA 33131-3110

**A R I E T  T R A V E L**

MANAGEMENT SERVICES, INC.

TOLLFREE    800.843.4887

FACSIMILE    305.372.2946
WEBSITE    www.variety-travel.com

---

SALES PERSON: 15          ITINERARY/INVOICE NO. 0128173          DATE: 29 APR 05
CUSTOMER NBR: ▮▮▮▮▮▮                          CHYNDC          PAGE: 03

        TO: KENNY NACHWALTER ET AL
            1100 MIAMI CENTER
            201 S BISCAYNE BLVD
            MIAMI FL 33131

---

FOR: HONKONEN/ELIZABETH

---

AR/2
EC/00
FC/*1/7
FF/*2/2266.00
F/2773

**AMERICAN EXPRESS**

| Prepared For<br>ATTN ACCTS PAYABLE<br>KENNY ETAL | Account Number | Closing Date<br>05/20/05 | Page 59 of 68 |

## Activity Continued

| Card Number | | Reference Code | Amount $ |
|---|---|---|---|
| 04/30/05 | AIRFLIGHT INSURANCE PREMIUM<br>TKT NO. 00611230474971 | | 14.99 |
| 04/30/05 | DELTA AIR LINES        MIAMI        FL<br>TKT# 0061123047497            04/29<br>PASSENGER TICKET<br>HONKONEN/ELIZABETH        DELTA AIR LINES<br>VARIETY TVL MGMT SVC        MIAMI        FL<br>FROM<br>   FORT LAUDERDALE FL<br>TO                CARRIER CLASS<br>   CHARLESTON SC        DL    HO<br>TO<br>   SAVANNAH GA<br>TO<br>   ATLANTA GA            DL    K3<br>TO<br>   FORT LAUDERDALE FL    DL    K3 | 06904440000 | 565.60 |
| 04/30/05 | TRAVEL AGENCY SERVICEMIAMI          FL<br>TKT# 8908106580806            04/29<br>MISC CHARGE ORDER/PREPAID TICKET AUTHORITY<br>HONKONEN/ELIZABETH        TRAVEL AGENCY SERVICE F<br>VARIETY TVL MGMT SVC        MIAMI        FL<br>FROM<br>   NOT RECORDED<br>TO                CARRIER CLASS<br>   NOT RECORDED | 06594440000 | 49.00 |

# minit print

**THE LEGAL COPYING, DOCUMENT IMAGING &
PRINTING CENTER**
25 S.E. 2nd Avenue, Suite 445
Miami, FL 33131-1510
Phone (305) 374-0696 Fax (305) 358-9565

INVOICE NO.

5086-05

TAX ID #: ▮▮▮▮▮▮▮

Date: 5-12-05

Sold To: Kenny Nachwalter
201 S. Biscayne Blvd. 11th Floor

Michelle A. Masen     Telephone: ( ) 373-1000

REFERENCE:

FILE No.: 2773

| Qty | Description | Unit Price | Total |
|-----|-------------|-----------|-------|
| 1235 | Copies ( 1 set ) | .10 | 123 50 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Terms: Net 30 days interest at 1.5% per month thereafter**

Should your account become delinquent, you will be
responsible for any collection cost, including attorney's fee

Signature _____

| | | |
|---|---|---|
| Subtotal | 123 | 50 |
| Tax | 8 | 65 |
| Misc | | |
| Balance Due | 132 | 15 |

## "SERVING MIAMI LAWYERS SINCE 1968"
### E-MAIL: minitprint@hotmail.com

AO 44
(Rev. 7/95)

# UNITED STATES DISTRICT COURT

For the _Southern_ District of _Florida_

| INVOICE | NUMBER |
|---|---|
| | 2005-111 |

TO: KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard
Suite 1100
Miami, Florida 33131

ATTN: ELIZABETH HONKONEN, ESQ.
PHONE:

NOTE
MAKE CHECK PAYABLE TO:
**J. M. COURT REPORTING, INC.**
**1601 N. W. 109 Terrace**
**Pembroke Pines, FL 33026**
PHONE 954-431-4757
Fed. Tax ID No. 65-0841880

## TRANSCRIPTS

| ☐ CRIMINAL ☒ CIVIL | DATE ORDERED | DATE DELIVERED |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)

PETER LETTERESE & ASSOCIATES VS. WORLD INSTITUTE OF
SCIENTOLOGY, CASE NO. 04-61178-Civ-HUCK (Furnishing hearing
transcript on 5-20-05)   CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | 131 | $4.84 | pp | | | | | | | $634.00 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |

| For proceedings on (Date): | TOTAL | $634.00 |
|---|---|---|
| | LESS DISCOUNT FOR LATE | |
| | LESS AMOUNT OF DEPOSIT | |
| | TOTAL REFUNDED | |
| | TOTAL DUE | $634.00 |

## ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the ordinary _delivery_ rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER _[signature]_                     DATE 5/23/05

_(All previous editions of this form are cancelled and should be destroyed.)_

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

60660

KENNY NACHWALTER, P.A.

| DATE | INVOICE # | REFERENCE | AMOUNT |
|------|-----------|-----------|--------|
| 5/31/2005 | | J.M. Court Reporting, Inc. | |
| 5/31/2005 | 76911 | Invoice #2005-107 | |
| | 76912 | Invoice #2005-111 | |
| | | 002773 | 101.00 |
| | | 002773 | 634.00 |

WARNING THIS DOCUMENT HAS FLUORESCENT FIBERS, A VOID PANTOGRAPH AND A MICROPRINT SIGNATURE LINE ⓑ

KENNY
NACHWALTER

CITY NATIONAL BANK OF FLORIDA
MIAMI, FL 33130

63-436
660

PROFESSIONAL ASSOCIATION
1100 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131-4327

60660

DATE     5/31/2005

PAY
EXACTLY     Seven Hundred Thirty-Five & No/100 Dollars

$ 735.00

KENNY NACHWALTER
PROFESSIONAL ASSOCIATION
OPERATING ACCOUNT     VOID AFTER 90 DAYS

TO THE
ORDER OF     J.M. Court Reporting, Inc.
1601 NW 109th Terr.
Pembroke Pines, FL 33026

MP

AUTHORIZED SIGNATURE

⑈060660⑈ ⑆066004367⑆ 4001489060⑈

| Invoice Date | Entry No. | Description | | Matter ID | Amount |
|--------------|-----------|-------------|--|-----------|--------|
| | | | Check No.  60660 | | 60660 |
| 5/31/2005 | 76911 | Invoice #2005-107 | | 002773 | 101.00 |
| 5/31/2005 | 76912 | Invoice #2005-111 | | 002773 | 634.00 |

TO REORDER LASER CHECK #L503 CALL FORMS PLUS 800/241-2319, 770/271-7573 or FAX 770/271-8545     COMPATIBLE SINGLE WINDOW (#107)☐ AND DOUBLE WINDOW (#123)☐ ENVELOPES AVAILABLE

# EXHIBIT D

Documentation of Expenses Itemized

in July 18, 2005 Invoice





Invoice Number: 3-829-20395
Invoice Date:      May 17, 2005
Account Number:
Page:              16 of 22

## FedEx Express Shipment Detail By Reference (Original)

**Picked up: May 12, 2005**    **Payor: Shipper**    **Reference: 002773**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
- Distance Based Pricing, Zone 8
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| CAFE | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 618571342113 | MAILROOM | Neil Levin | |
| Service Type | FedEx Priority Overnight | KENNY NACHWALTER & SEYMOUR PA | Church of Scientology Internat | |
| Package Type | Customer Packaging | 201 S. BISCAYNE AVE. | 6331 Hollywood Blvd. | |
| Zone | 8 | MIAMI FL 33131 US | LOS ANGELES CA 90028 US | |
| Packages | 1 | | | |
| Weight | 4.0 lbs, 1.8 kgs | Transportation Charge | | 41.00 |
| Delivered | May 13, 2005 09:27 | Fuel Surcharge | | 4.24 |
| Svc Area | A1 | Discount | | -4.10 |
| Signed by | B.BASATO | | | |
| FedEx Use | 000073792/0001618/_ | **Total Charge** | **USD $** | **41.14** |

Shipment Detail Subtotal ......................................................................................................... USD $    41.14



**FedEx.**

## FedEx Express Shipment Detail By Reference (Original)

| Picked up: May 06, 2005 | Payor: Shipper | Reference: #2773/EBH |
| --- | --- | --- |

- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
- Distance Based Pricing, Zone 8
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| CAFE | | Sender | Recipient | |
| --- | --- | --- | --- | --- |
| Tracking ID | 618571341893 | MAILROOM | Helena K. Kobrin, Esq. | |
| Service Type | FedEx Priority Overnight | KENNY NACHWALTER & SEYMOUR PA | Moxon & Kobrin | |
| Package Type | Customer Packaging | 201 S. BISCAYNE AVE. | 3055 Wilshire Blvd. | |
| Zone | 8 | MIAMI FL 33131  US | LOS ANGELES CA 90010  US | |
| Packages | 1 | | | |
| Weight | 5.0 lbs, 2.3 kgs | Transportation Charge | | 45.00 |
| Delivered | May 09, 2005 09:37 | Fuel Surcharge | | 4.66 |
| Svc Area | A1 | Discount | | -4.50 |
| Signed by | H.YI | | | |
| FedEx Use | 000737927/0001618/_ | **Total Charge** | **USD $** | **45.16** |

| **Shipment Detail Subtotal** ........................................................................................ | **USD $** | **45.16** |
| --- | --- | --- |

# OFFICIAL REPORTING SERVICE, LLC
*524 South Andrews Avenue, Suite 302N*
*Ft. Lauderdale, Florida  33301-2845*
*954-467-8204 · Fax  954-467-8214*
*Tax ID  90-0180829*

Elizabeth Honkonen, Esq
Kenny Nachwaten, P.A.
201 S. Biscayne Blvd.
Suite 1100
Miami, FL  33133

September  6, 2005

**Invoice#** 20011898

**Balance:**      $.00

**Re:** Letterse vs Wise
    04cv61178
    *on* 06/22/05 *by* PAMELA SMITH
**Billed:** 06/27/05

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Hearing before Judge Huck - 51 pages | |
| One copy - @ 1.10 pp | 56.10 |
| Second Copy ASCII disk | 42.33 |
| Sent with OTD on 6/27/05 | 25.00 |

1.00% per month on unpaid balance

|  | |
|---|---|
| Sub Total: | 123.43 |
| - Payments/Credits: | 123.43 |
| **P l e a s e   R e m i t** - - - > **Total Due:** | **$.00** |

*BALANCE PAST DUE 30 DAYS SHALL BEAR INTEREST.*
*CLIENT AGREES TO PAY ALL COSTS OF COLLECTION.*

**60962**

KENNY NACHWALTER, P.A.

Check No. 60962

| DATE | INVOICE # | REFERENCE | AMOUNT |
|------|-----------|-----------|--------|

6/27/2005      Official Reporting Service, Inc.

77584                        Hearing transcript 6/27/05

002773          123.43

---

WARNING THIS DOCUMENT HAS FLUORESCENT FIBERS, A VOID PANTOGRAPH AND A MICROPRINT SIGNATURE LINE 🔒

**KENNY NACHWALTER**

PROFESSIONAL ASSOCIATION
1100 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131-4327

CITY NATIONAL BANK OF FLORIDA
MIAMI, FL 33130

63-436
660

**60962**

DATE
6/27/2005

$ 123.43

PAY EXACTLY     One Hundred Twenty-Three & 43/100 Dollars

KENNY NACHWALTER
PROFESSIONAL ASSOCIATION
OPERATING ACCOUNT    VOID AFTER 90 DAYS

TO THE ORDER OF     Official Reporting Service, Inc.
524 South Andrews Ave. Suite #102N
Ft. Lauderdale, FL 33301-2845

MP

AUTHORIZED SIGNATURE

⑈060962⑈ ⑆066004367⑆ 4001489060⑈

**60962**

Check No. 60962

| Invoice Date | Entry No. | Description | Matter ID | Amount |
|--------------|-----------|-------------|-----------|--------|
| 6/27/2005 | 77584 | Hearing transcript 6/27/05 | 002773 | 123.43 |



44 W. Flagler St. Suite 1200 Miami, Florida 33130
tel 305.358.8188 - fax 305.358.8187 - 888.358.8188

June 17, 2005

Mr. Michael Nachwalter, Esquire
Kenny, Nachwalter, Seymour, Arnold,
Critchlow & Spector
201 S. Biscyne Blvd.
Suite 1100
Miami, FL 33131

<div style="border:1px solid black; display:inline-block; padding:4px;">

**Invoice Number**
**03- 6612**

</div>

**Description of services**   Re: Peter Letterese vs. World Institute
Case No. 04-61178-CIV
Reference                    Deposition of Peter Letterese

| | | |
|---|---|---|
| 1 Cerified Copy | 306 Pages, Date of Deposition 6/9/2005, 6-Day Expedite | 1193.40 |
| Exhibit copies | 330 Pages | 165.00 |
| Litigation Support | ASCII/Condensed Package | 30.00 |
| Delivery | | 7.00 |

| | |
|---|---|
| **Invoice total:** | **$1,395.40** |

We appreciate your business, Thank you.

Please remit payment to:
Network Reporting Corporation
44 West Flagler Street, Suite 1200
Miami, FL 33130
Tax ID#20-0113967
*Please include invoice number on check



44 W. Flagler St. Suite 1200 Miami, Florida 33130
tel 305.358.8188 - fax 305.358.8187 - 888.358.8188

June 17, 2005

Mr. Michael Nachwalter, Esquire
Kenny, Nachwalter, Seymour, Arnold,
Critchlow & Spector
201 S. Biscyne Blvd.
Suite 1100
Miami, FL 33131

**Invoice Number
03- 6615**

**Description of services**   Re: Peter Letterese vs. World Institute
Case No. 04-61178-CIV
Deposition of Peter Letterese

Reference

| | | |
|---|---|---|
| 1 Cerified Copy | 206 Pages, Date of Deposition 6/10/2005, 6-Day Expedite | 803.40 |
| Litigation Support | ASCII/Condensed Package | 30.00 |

**Invoice total:**   **$833.40**

We appreciate your business, Thank you.

Please remit payment to:
Network Reporting Corporation
44 West Flagler Street, Suite 1200
Miami, FL 33130
Tax ID#20-0113967
*Please include invoice number on check

61039

KENNY NACHWALTER, P.A.

Check No. 61039

| DATE | INVOICE # | REFERENCE | AMOUNT |
|------|-----------|-----------|--------|

6/30/2005   Network Reporting
6/30/2005

77764                     Invoice #03-6612
77765                     Invoice #03-6615

002773            1,395.40
002773              833.40

---

WARNING THIS DOCUMENT HAS FLUORESCENT FIBERS, A VOID PANTOGRAPH AND A MICROPRINT SIGNATURE LINE 🔒

**KENNY NACHWALTER**

CITY NATIONAL BANK OF FLORIDA
MIAMI, FL 33130

61039

**PROFESSIONAL ASSOCIATION**
1100 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131-4327

63-436
660

DATE
6/30/2005

PAY
EXACTLY     Two Thousand, Two Hundred Twenty-Eight & 80/100 Dollars

$ 2,228.80

KENNY NACHWALTER
PROFESSIONAL ASSOCIATION
OPERATING ACCOUNT    VOID AFTER 90 DAYS

TO THE
ORDER OF    Network Reporting
44 West Flagler Street
Suite 1200
Miami, Florida 33130

MP

AUTHORIZED SIGNATURE

⑈06l039⑈ ⑆06600436 7⑈ 400l489060⑈

---

Check No.  61039

61039

| Invoice Date | Entry No. | Description | Matter ID | Amount |
|---|---|---|---|---|
| 6/30/2005 | 77764 | Invoice #03-6612 | 002773 | 1,395.40 |
| 6/30/2005 | 77765 | Invoice #03-6615 | 002773 | 833.40 |

# EXHIBIT D

Documentation of Expenses Itemized

in August 9, 2005 Invoice

| Account Number | | Bill Cycle Date | Payment Due | | Page 3 |
|---|---|---|---|---|---|
| REDACTED | 001 | 6/15/05 | 7/15/05 | | |

**AT&T**

## KENNY NACHWALTER

REF # 305 373 1000

### Regulatory Fees and Other Surcharges

| ITEM | EXPLANATION | CHARGES |
|---|---|---|
| | | |

**TOTAL FEES:**

### Taxes and Surcharges

| ITEM | EXPLANATION | CHARGES |
|---|---|---|
| | | |

**TOTAL TAXES AND SURCHARGES:**

### Call Detail

| No | Date | Time | Place | Area/Number | Mins | Call Type | Rate Period | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**LONG DISTANCE CALLS**

<div align="center">

**REDACTED**

</div>

| No | Date | Time | Place | Area/Number | Mins | Call Type | Rate Period | Amount |
|---|---|---|---|---|---|---|---|---|
| 11. | MAY 12 | 3:30P | TO DIAL CONF FR KSCY AGTC MO | 700 455-2222 *EBH* 700 455-1313 | 112 | OBS | EVE *2773* | 94.52 |

<div align="center">

**REDACTED**

</div>

| No | Date | Time | Place | Area/Number | Mins | Call Type | Rate Period | Amount |
|---|---|---|---|---|---|---|---|---|
| 15. | MAY 25 | 4:30P | TO DIAL CONF FR KSCY AGTC MO | 700 455-4444 *EBH* 700 455-1313 | 449 | OBS | EVE *2773* | 337.79 |

<div align="center">

**REDACTED**

</div>

Case 0:04-cv-61178-PCH    Document 482    Entered on FLSD Docket 10/12/2005    Page 127 of
149

#2 113

**From:**       Elizabeth Honkonen
**To:**         Maria Ramirez
**Date:**       5/12/2005 2:20:19 PM
**Subject:**    Fwd: AT&T TeleConference Reservation Confirmation - HOST Copy (PEH3941)


>>> "AT&T TeleConference Services" <mailer@mo06b33w.bns.att.com> 5/12/2005 2:18:25 PM >>>
*******************************************************************
AT&T TELECONFERENCE SERVICES

                NEW MIXED MODE
            RESERVATION CONFIRMATION

              Teleconference Folder Id: 938037123
*******************************************************************



Information is subject to change.  If so, you will be notified by
a TeleConference Associate.  Cancel reservations at least 30 minutes before
start time to avoid No Show fees.

Please review this information and contact a Teleconference Specialist at
(800)232-1234 if there are any changes.

DATE and TIME:
--------------
* Start Date/Time: May 12 2005 03:30 PM EDT, Thu
* End  Date/Time: May 12 2005 04:30 PM EDT, Thu
* Duration: 1 hr 00 mins
* Total Ports:   6
 * Dial In Ports:   5
 * Dial Out Ports:   1

AUDIO CONFERENCE ACCESS INFORMATION:
------------------------------------
* Toll Free Dial In Number: (888)422-7105
* HOST CODE: 386011
* PARTICIPANT CODE: 783086

*********************** SPECIAL ANNOUNCEMENTS *************************
*   Never make a Reservation Again! Sign up for Reservationless    *
*   Conferencing and receive your own dial-in numbers and codes,   *
*   at no extra cost.  Call 800-232-1234 to register today.        *
*******************************************************************

HOST and ARRANGER INFORMATION:
------------------------------
* Conference Host: ELIZABETH HONKONEN
* Host Phone Number: (305)373-1000

* Conference Arranger: MARIA RAMIREZ
* Arranger Phone Number: (305)373-1000

FEATURES SECURED:
----------------

Case 0:04-cv-61178-PCH    Document 482    Entered on FLSD Docket 10/12/2005    Page 128 of
149

* Automatic Port Expansion
* Call for Last Minute Updates

CONFERENCE INFORMATION:
----------------------
* Conference ID: PEH3941
* Conference Name: 2773

SPECIAL NOTES:
-------------
* Should you need assistance during your conference, please press #
  then 0 for a list of menu options including Specialist assistance.
* Special Tip: Always remember to set a date for a follow-up
  conference while all participants are on the call.
* If your individual TeleConference account is not used within
  a six month period, deactivation will occur.
* If you have any questions regarding this service or your
  account, please call (800)232-1234 and a Specialist will
  assist you.

OPERATOR DIALED PARTICIPANT LIST
-------------------------------
| Participant Name | Reach Number | Ext. |
| ---------------- | ------------ | ---- |
| SIMONTON, JUDGE  | (305)523-5930 |     |

Thank you for choosing AT&T TeleConference Services!

Thu May 12 2005 13:18:23

#2123

| | |
|---|---|
| **From:** | "AT&T TeleConference Services" <mailer@mo06b33w.bns.att.com> |
| **To:** | <mramirez@knsacs.com> |
| **Date:** | 5/24/2005 3:07:45 PM |
| **Subject:** | AT&T TeleConference Reservation Confirmation - HOST Copy (PEH2279) |

**************************************************************************

AT&T TELECONFERENCE SERVICES

> NEW MIXED MODE
> RESERVATION CONFIRMATION

> Teleconference Folder Id: 938037123

**************************************************************************


Information is subject to change.  If so, you will be notified by
a TeleConference Associate.  Cancel reservations at least 30 minutes before
start time to avoid No Show fees.

Please review this information and contact a Teleconference Specialist at
(800)232-1234 if there are any changes.

$ 337.79

DATE and TIME:
--------------
* Start Date/Time: May 25 2005 04:30 PM EDT, Wed
* End  Date/Time: May 25 2005 05:30 PM EDT, Wed
* Duration: 1 hr 00 mins
* Total Ports:  7
  * Dial In Ports:  6
  * Dial Out Ports:  1

AUDIO CONFERENCE ACCESS INFORMATION:
------------------------------------
* Toll Free Dial In Number: (888)422-7124
* HOST CODE: 350804
* PARTICIPANT CODE: 769476

*********************** SPECIAL ANNOUNCEMENTS ************************
*   Never make a Reservation Again! Sign up for Reservationless     *
*   Conferencing and receive your own dial-in numbers and codes,    *
*   at no extra cost.  Call 800-232-1234 to register today.         *
********************************************************************

HOST and ARRANGER INFORMATION:
------------------------------
* Conference Host: ELIZABETH HONKONEN
* Host Phone Number: (305)373-1000

* Conference Arranger: MARIA RAMIREZ
* Arranger Phone Number: (305)373-1000

FEATURES SECURED:
-----------------
* Automatic Port Expansion

CONFERENCE INFORMATION:

Case 1:04-cv-21178-PCH - Document 482 - Entered on FLSD Docket 10/12/2005 - Page 130 of 149

----------------------
* Conference ID: PEH2279
* Conference Name: 2773

SPECIAL NOTES:
-------------
* Should you need assistance during your conference, please press #
  then 0 for a list of menu options including Specialist assistance.
* Special Tip: Always remember to set a date for a follow-up
  conference while all participants are on the call.
* If your individual TeleConference account is not used within
  a six month period, deactivation will occur.
* If you have any questions regarding this service or your
  account, please call (800)232-1234 and a Specialist will
  assist you.

OPERATOR DIALED PARTICIPANT LIST
------------------------------
Participant Name          Reach Number          Ext.
---------------          -----------           ----
SIMONTON, , JUDGE            (305)523-5930


     Thank you for choosing AT&T TeleConference Services!

                Tue May 24 2005 14:15:39

# minit print

### THE LEGAL COPYING, DOCUMENT IMAGING & PRINTING CENTER
25 S.E. 2nd Avenue, Suite 445
Miami, FL 33131-1510
Phone (305) 374-0696 Fax (305) 358-9565

**INVOICE NO.**

6031-05

TAX ID #:

Date: 6-7-05

Sold To: Kenny Nachwalter

201 South Biscayne Blvd.  11th Floor

Maria                      Telephone: (305) 373-1000

REFERENCE:

FILE No.: 2773

| Qty | Description | Unit Price | Total |
|-----|-------------|------------|-------|
| 67  | Copies (Tees) | .10 | 6  70 |
|     |             |            |       |
|     |             |            |       |
|     |             |            |       |
|     |             |            |       |
|     |             |            |       |
|     |             |            |       |
|     |             |            |       |
|     |             |            |       |

Terms: Net 30 days interest at 1.5% per month thereafter
Should your account become delinquent, you will be responsible for any collection cost, including attorney's fee

Signature

| | | |
|---|---|---|
| Subtotal | | |
| Tax | | 47 |
| Misc | | |
| Balance Due | $7 | 17 |

## *"SERVING MIAMI LAWYERS SINCE 1968"*
### E-MAIL: minitprint@hotmail.com

# EXHIBIT D

Documentation of Expenses Itemized

in September 13, 2005 Invoice

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

INVOICE NO: 20050069

**MAKE CHECKS PAYABLE TO:**

Elizabeth B. Honkonen, Esq.
Kenny Nachwalter Seymour Arnold
1100 Miami Center
201 S. Biscayne Boulevard
Miami, FL 33131-4327

Phone:   (305) 373-1000

David S. Ehrlich, CM, CRR
Official Court Reporter
301 N. Miami Avenue
Room 517
Miami, FL 33128-7788

Phone:   (305) 523-5537
FAX:     (305) 523-5539
Tax ID:  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

| | |
|---|---|
| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 08-05-2005 |
| | DATE DELIVERED: 08-08-2005 |

**Case Style:** 04-61178-CV-PCH, Peter Letterese & Associates v World Institute of Scientology
Hearing on Motions, July 15, 2005.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 61 | 0.83 | 50.63 | | | | 50.63 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | MISC. CHARGES: | | | | |
| | | | | | | TOTAL: | | | | 50.63 |
| | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | | |
| | | | | | TAX (If Applicable): | | | | | |
| | | | | | LESS AMOUNT OF DEPOSIT: | | | | | |
| | | | | | TOTAL REFUND: | | | | | |
| | | | | | TOTAL DUE: | | | | | $50.63 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| *David X. Ehrlich* | 08-08-2005 |

*(All previous editions of this form are cancelled and should be destroyed)*

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

61431

KENNY NACHWALTER, P.A.

| DATE | INVOICE # | REFERENCE | AMOUNT |
|------|-----------|-----------|--------|

Check No. 61431

8/8/2005     David S. Ehrlich

78485                    7/15/05 Hearing transcript

002773          50.63

**WARNING THIS DOCUMENT HAS FLUORESCENT FIBERS, A VOID PANTOGRAPH AND A MICROPRINT SIGNATURE LINE** 🔒

**K N  KENNY NACHWALTER**

**PROFESSIONAL ASSOCIATION**
1100 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL  33131-4327

**CITY NATIONAL BANK OF FLORIDA**
MIAMI, FL 33130

63-436
660

61431

DATE   8/8/2005

PAY
EXACTLY      Fifty & 63/100 Dollars

$ 50.63

TO THE
ORDER OF      David S. Ehrlich

KENNY NACHWALTER
PROFESSIONAL ASSOCIATION
OPERATING ACCOUNT    VOID AFTER 90 DAYS

NP

AUTHORIZED SIGNATURE

⑈06⑈⑈⑈⑈ ⑈066004367⑈: 4001489060⑈

Check No.  61431

61431

| Invoice Date | Entry No. | Description | Matter ID | Amount |
|--------------|-----------|-------------|-----------|--------|
| 8/8/2005 | 78485 | 7/15/05 Hearing transcript | 002773 | 50.63 |

# Clark & Associates, Inc.

**JUST A REMINDER**

P. O. Box 73129
North Charleston, SC 29415
(843) 762-6294  Fax (843) 762-6297
Employer ID No.  57-1123170

| DATE | INVOICE # |
|------|-----------|
| 5/18/2005 | 16880 |

| BILL TO |
|---------|
| Elizabeth B. Honkonen, Esq.<br>Kenny Nachwalter<br>1100 Miami Center<br>201 South Biscayne Blvd<br>Miami, FL 33131 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Case:  Letterese v. World Institute of Scientology, et al. | |
| Date:  05/02/05 and 05/03/05 | |
| Original and one copy of the deposition of Lois Dane Richter, Volume I | 1,190.35 |
| Original and one copy of the deposition of Lois Dane Richter, Volume II | 435.50 |
| Reading & Signing | 25.00 |
| Federal Express | 35.00 |
| Reporter Wanda/kss | |

THANK YOU FOR YOUR BUSINESS.

| | |
|---|---|
| **Total** | $1,685.85 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,685.85 |

61579

KENNY NACHWALTER, P.A.

Check No. 61579

| DATE | INVOICE # | REFERENCE | AMOUNT |
|------|-----------|-----------|--------|

/22/2005    Clark & Associates, Inc.

78922                    Invoice #16880

002773        1,685.85

---

WARNING THIS DOCUMENT HAS FLUORESCENT FIBERS, A VOID PANTOGRAPH AND A MICROPRINT SIGNATURE LINE

**KENNY NACHWALTER**

**PROFESSIONAL ASSOCIATION**
1100 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131-4327

CITY NATIONAL BANK OF FLORIDA
MIAMI, FL 33130

63-436
660

61579

DATE    8/22/2005

$ 1,685.85

PAY
EXACTLY    One Thousand, Six Hundred Eighty-Five & 85/100 Dollars

KENNY NACHWALTER
PROFESSIONAL ASSOCIATION
OPERATING ACCOUNT   VOID AFTER 90 DAYS

TO THE
ORDER OF    Clark & Associates, Inc.
P.O. Box 73129
North Charleston, South Carolina 29415

AUTHORIZED SIGNATURE

⑈⑆061579⑈⑆ ⑆066004367⑆ 4001489060⑈⑆

---

Check No.  61579

61579

| Invoice Date | Entry No. | Description | Matter ID | Amount |
|--------------|-----------|-------------|-----------|--------|
| /22/2005 | 78922 | Invoice #16880 | 002773 | 1,685.85 |

NETWORK NR REPORTING

44 W. Flagler St. Suite 1200 Miami, Florida 33130
tel 305.358.8188 - fax 305.358.8187 - 888.358.8188

July 29, 2005

Ms. Elizabeth Honkonen, Esquire
Kenny, Nachwalter, Seymour, Arnold,
Critchlow & Spector
201 S. Biscyne Blvd.
Suite 1100
Miami, FL 33131

**Invoice Number
02- 7022**

| **Description of services** | Re: Peter Letterese vs. World Institute |
| | Case No. 04-61178-CIV |
| Reference | Deposition of Barbara Fawcett |

| | | |
|---|---|---|
| 1 Cerified Copy | 231 Pages, Date of Deposition 7/15/2005 | 704.55 |
| Litigation Support | ASCII/Condensed Package | 15.00 |
| Delivery | | 7.00 |
| | **Invoice total:** | **$726.55** |

We appreciate your business, Thank you.

Please remit payment to:
Network Reporting Corporation
44 West Flagler Street, Suite 1200
Miami, FL 33130
Tax ID#20-0113967
*Please include invoice number on check

61642

KENNY NACHWALTER, P.A.

| DATE | INVOICE # | REFERENCE | AMOUNT |
|------|-----------|-----------|--------|

Check No. 61642

| 8/29/2005 | Network Reporting | | |
| | 79052 | Invoice #02-7022 | |
| | | 002773 | 726.55 |

WARNING THIS DOCUMENT HAS FLUORESCENT FIBERS, A VOID PANTOGRAPH AND A MICROPRINT SIGNATURE LINE

**KENNY NACHWALTER**

CITY NATIONAL BANK OF FLORIDA
MIAMI, FL 33130

**61642**

PROFESSIONAL ASSOCIATION
1100 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131-4327

63-436
660

DATE

8/29/2005

PAY
EXACTLY    Seven Hundred Twenty-Six & 55/100 Dollars

$ 726.55

KENNY NACHWALTER
PROFESSIONAL ASSOCIATION
OPERATING ACCOUNT   VOID AFTER 90 DAYS

TO THE
ORDER OF    Network Reporting
44 West Flagler Street
Suite 1200
Miami, Florida 33130

AUTHORIZED SIGNATURE

⑆061642⑆ ⑆066004367⑆ 4001489060⑈

Check No. 61642

61642

| Invoice Date | Entry No. | Description | Matter ID | Amount |
|--------------|-----------|-------------|-----------|--------|
| 8/29/2005 | 79052 | Invoice #02-7022 | 002773 | 726.55 |



44 W. Flagler St. Suite 1200 Miami, Florida 33130
tel 305.358.8188 - fax 305.358.8187 - 888.358.8188

July 22, 2005

Ms. Elizabeth Honkonen, Esquire
Kenny, Nachwalter, Seymour, Arnold,
Critchlow & Spector
201 S. Biscyne Blvd.
Suite 1100
Miami, FL 33131

| Invoice Number |
|---|
| 02- 6937 |

**Description of services**  Re: Peter Letterese vs. World Institute
Case No. 04-61178-CIV
Deposition of Peter L Letterese

Reference

| | | |
|---|---|---|
| 1 Cerified Copy | 255 Pages, Date of Deposition 7/1/2005 | 777.75 |
| Litigation Support | ASCII/Condensed Package | 15.00 |
| Rough ASCII | 255 Pages | 637.50 |
| Delivery | | 7.00 |

| | **Invoice total:** | **$1,437.25** |
|---|---|---|

We appreciate your business, Thank you.

Please remit payment to:
Network Reporting Corporation
44 West Flagler Street, Suite 1200
Miami, FL 33130
Tax ID#20-0113967
*Please include invoice number on check

KENNY  NACHWALTER, P.A.

| DATE | INVOICE # | REFERENCE | | AMOUNT |
|------|-----------|-----------|--|--------|

/29/2005    Network Reporting

79031    Invoice #02-6937

002773    1,437.25

---

WARNING THIS DOCUMENT HAS FLUORESCENT FIBERS, A VOID PANTOGRAPH AND A MICROPRINT SIGNATURE LINE

KENNY
NACHWALTER

CITY NATIONAL BANK OF FLORIDA
MIAMI, FL 33130

**61607**

PROFESSIONAL ASSOCIATION
1100 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL  33131-4327

63-436
660

DATE
8/29/2005

PAY
EXACTLY    One Thousand, Four Hundred Thirty-Seven & 25/100 Dollars

$ 1,437.25

KENNY  NACHWALTER
PROFESSIONAL ASSOCIATION
OPERATING ACCOUNT    VOID AFTER 90 DAYS

O THE
RDER OF    Network Reporting
44 West Flagler Street
Suite 1200
Miami, Florida 33130

MP

AUTHORIZED SIGNATURE

⑈"0 6 ⅃60 7⑈"  ⑆0 6 600 436 7⑈⑆  40 0 ⅃48 90 60⑈"

---

Check No.  61607    **61607**

| voice Date | Entry No. | Description | Matter ID | Amount |
|------------|-----------|-------------|-----------|--------|
| /29/2005 | 79031 | Invoice #02-6937 | 002773 | 1,437.25 |

TO REORDER LASER CHECK #L503 CALL FORMS PLUS 800/241-2319, 770/271-7573 or FAX 770/271-8545    COMPATIBLE SINGLE WINDOW (#107)    AND DOUBLE WINDOW (#123)    ENVELOPES AVAILABLE

# JUDICIAL RESEARCH & RETRIEVAL SERVICES

# Invoice

**70 SPRING STREET., S.W.**
**ATLANTA, GA 30303**
**Tel (404) 525-9400 - Fax (404) 522-9600**
**Our Web Site. www.Judicialresearch.com**

| Date | Invoice # |
|------|-----------|
| 8/24/2005 | ATL5104 |

| Bill To | Ship To |
|---------|---------|
| KENNY NACHWALTER, P.A.<br>STACY B BANICK<br>1100 MIAMI CENTER<br>201 SOUTH BISCAYNE BOULEVARD<br>MIAMI, FL . 33131-4327 | KENNY NACHWALTER, P.A.<br>STACY B BANICK<br>1100 MIAMI CENTER<br>201 SOUTH BISCAYNE BOULEVARD<br>MIAMI, FL . 33131-4327 |

| Order # | Ship Via | Project | U.S.D.C. | B.K.C. _____... | CIRCUIT CIVIL | Your Ref # |
|---------|----------|---------|----------|-------------------|---------------|------------|
| A 5337 | FAX | | | | 11th CIRCUIT | |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| 01 | CASE # 03-16189 | | | |
| 02 | CASE NAME: FOUR SEASONS HOTEL Vs. CONSORCIS BAR | | | |
| 02B | DOCUMENT: OPINION 3/31/2005 | | | |
| 03 | COURT RUN | 1 | 45.00 | 45.00 |
| 04 | COPIES | 14 | 0.75 | 10.50 |
| 08 | FAX CHARGES | 14 | 1.00 | 14.00 |

Please remit to above address.

**Total**          $69.50

KENNY NACHWALTER, P.A.

Check No. 61680

61680

| DATE | INVOICE # | REFERENCE | AMOUNT |
|------|-----------|-----------|--------|

/31/2005    Judicial Research & Retrieval Services - ATL

79087                    Invoice #ATL5104

002773          69.50

---

WARNING THIS DOCUMENT HAS FLUORESCENT FIBERS, A VOID PANTOGRAPH AND A MICROPRINT SIGNATURE LINE

**KENNY NACHWALTER**

CITY NATIONAL BANK OF FLORIDA
MIAMI, FL 33130

61680

PROFESSIONAL ASSOCIATION
1100 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131-4327

63-436
660

DATE
8/31/2005

PAY
EXACTLY      Sixty-Nine & 50/100 Dollars

$ 69.50

KENNY NACHWALTER
PROFESSIONAL ASSOCIATION
OPERATING ACCOUNT   VOID AFTER 90 DAYS

O THE
RDER OF      Judicial Research & Retrieval Services - ATL
70 Spring Stree, S.W.
Atlanta, GA 30303

MP

AUTHORIZED SIGNATURE

⑈061680⑈ ⑆066004367⑆ 4001489060⑈

61680

Check No. 61680

| Invoice Date | Entry No. | Description | Matter ID | Amount |
|--------------|-----------|-------------|-----------|--------|
| /31/2005 | 79087 | Invoice #ATL5104 | 002773 | 69.50 |



## INVOICE

**Please make check payable to:**

TrialGraphix
P.O. Box 019747
Miami, FL 33101-9747

| | |
|---|---|
| **Invoice #:** | IFL101751 |
| **Client #:** | K0152-04 |
| **Date:** | 08/30/2005 |
| **Due Date:** | Due Upon Receipt |
| **Page:** | 1 |

Tax ID:▉▉▉▉▉

**Billing Inquiries:**
Telephone:    800-334-5403
Fax       305-576-0188

Elizabeth B. Honkonen, Attorney-at-Law
Kenny, Nachwalter, Seymour, Ar
201 South Biscayne Blvd.
Suite 1100
Miami, Florida 33131

**Ship To/Remarks:**

| Case Name: | TG Job Number: | Client Matter Number: |
|---|---|---|
| Peter Letterese and Associates, Inc. v. World Institute of.. | 30533 | |

| Description | Unit/Hours | Price | Extended |
|---|---|---|---|
| 36x48 Color Chart ½" Mounted & Laminated | 3.00 | $209.00 | $627.00 |
| 8½x11 Color Copy | 22.00 | $2.25 | $49.50 |
| Markers & Eraser | 1.00 | $9.00 | $9.00 |
| Art Director | 2.40 | $140.00 | $336.00 |
| Computer Design | 4.50 | $165.00 | $742.50 |

**Comments:**
Case Name:... Scientology Enterprises International, Inc.

TG Internal Control #:   6FJRMD
Batch Entry: 97/34

| | |
|---|---|
| **Subtotal** | $1,764.00 |
| **Tax** | $99.97 |
| **Total** | $1,863.97 |

**61665**

KENNY NACHWALTER, P.A.

| DATE | INVOICE # | REFERENCE | Check No. 61665 |
| --- | --- | --- | --- |
| | | | AMOUNT |

/31/2005    Trial Graphix

        79090              Invoice #IFL101751

                                                  002773        1,863.97

---

WARNING THIS DOCUMENT HAS FLUORESCENT FIBERS, A VOID PANTOGRAPH AND A MICROPRINT SIGNATURE LINE

**K N KENNY NACHWALTER**

**PROFESSIONAL ASSOCIATION**
1100 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131-4327

**CITY NATIONAL BANK OF FLORIDA**
MIAMI, FL 33130

63-436
660

**61665**

DATE    8/31/2005

PAY EXACTLY    One Thousand, Eight Hundred Sixty-Three & 97/100 Dollars    $ 1,863.97

TO THE ORDER OF    Trial Graphix
P.O. Box 370732
Miami, Florida 33137

KENNY NACHWALTER
PROFESSIONAL ASSOCIATION
OPERATING ACCOUNT    VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE    MP

⑈061665⑈ ⑆066004367⑆ 4001489060⑈

Check No. 61665

**61665**

| voice Date | Entry No. | Description | Matter ID | Amount |
| --- | --- | --- | --- | --- |
| 31/2005 | 79090 | Invoice #IFL101751 | 002773 | 1,863.97 |

# EXHIBIT D

Documentation of Additional Expenses
(Post-September 13, 2005 Invoice)

UNITED STATES DISTRICT COURT

For the    Southern District    District of    Florida

## INVOICE

| | |
|---|---|
| TO: Kenny Nachwalter, P.A. | DUNS NO. 13037-3801 |
| | NOTE 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 (SSN/†-) |
| | MAKE CHECK PAYABLE TO: |
| | Patricia Sanders |
| | 99 N.E. Fourth Street, Suite 1067 |
| | Miami, FL 33132 |
| PHONE: | PHONE: 305-523-5528 |

### TRANSCRIPTS

| | | DATE ORDERED | | DATE DELIVERED | AL |
|---|---|---|---|---|---|
| ☐ CRIMINAL | ☒ CIVIL | | | | |

E MATTER OF (CASE NUMBER AND TITLE

PLHA VERSUS WISE et al 04-61178

### CHARGES

| ATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| rdinary | 140 | 3.63 | | | | | | | | 508.20 |
| xpedited | | | | | | | | | | |
| aily | | | | | | | | | | |
| ourly | | | | | | | | | | |

| For proceedings on (Date): | | |
|---|---|---|
| | TOTAL | |
| | LESS DISCOUNT FOR LATE | |
| | LESS AMOUNT OF DEPOSIT | |
| | TOTAL REFUNDED | |
| | TOTAL DUE | 508.20 |

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER | DATE |
|---|---|
| | |

(All previous editions of this form are canceled and should be destroyed.)

DISTRIBUTION: TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

| 08/01/05 | MIAMI INTERNATIONAL MIAMI | FL | 00000000016 | 24.00 |
|---|---|---|---|---|
|  | 000000016 PARKING FEES | 07/31/05 | | |
|  | PARKING FEES | | | |

2173

KN/74657.2/V

Prepared For
**ATTN ACCTS PAYABLE
KENNY ETAL**

**Activity Continued**

| | | | |
|---|---|---|---|
| 07/30/05 | AIRFLIGHT INSURANCE PREMIUM<br>TKT NO. 00113180661344 | 2113 | 14.99 |



1101 BRICKELL AVENUE
GROUND FLOOR 2
MIAMI, FLORIDA

**V A R I E T Y   T R A V E L**
M A N A G E M E N T   S E R V I C E S , I N C.

TELEPHONE   305.358.0603
FACSIMILE   305.372.2946
WEBSITE   www.vanety-travel.com

```
SALES PERSON: 15        ITINERARY/INVOICE NO. 0129180         DATE: 28 JUL 05
CUSTOMER NBR: 107400                          E00GDX           PAGE: 01

       TO: KENNY NACHWALTER ET AL
           1100 MIAMI CENTER
           201 S BISCAYNE BLVD
           MIAMI FL 33131


DR: HONKONEN/ELIZABETH



29 JUL 05 - FRIDAY
   AIR   AMERICAN AIRLINES   FLT:283    FIRST CLASS       BREAKFAST
         LV MIAMI INTERNTNL            800A               EQP: BOEING 767 300
                                                          05HR 17MIN
         AR LOS ANGELES               1017A              NON-STOP
         ARRIVE: TERMINAL 4                               REF: E00GDX
         HONKONEN/ELIZAB   SEAT- 4D   AA-35M1U02

30 JUL 05 - SATURDAY
   AIR   AMERICAN AIRLINES   FLT:234    FIRST CLASS       SNACK
         LV LOS ANGELES               910P               EQP: BOEING 757
         DEPART: TERMINAL 4                               05HR 03MIN

31 JUL 05 - SUNDAY
         AR MIAMI INTERNTNL           513A               NON-STOP
                                                          REF: E00GDX
         HONKONEN/ELIZAB   SEAT- 4B   AA-35M1U02
   CC        XD5052122526
                               BILLED TO ████████████            120.00*

   AIR TICKET   AA1318066134       HONKONEN ELIZABETH
   SEC TKT                     BILLED TO ████████████          1,318.40*

                               TOTAL BASE                      1,327.44
                               TOTAL TAX                         110.96
                               NET CC BILLING                 1,438.40*

                               TOTAL AMOUNT DUE                    0.00

THANK YOU FOR CHOOSING VARIETY TRAVEL MANAGEMENT
FILE NUMBER 2773

R/2
F/2773
C/00
PC/*1/7
F/*2/1618.40
```