UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-61178-CIV-HUCK / **SIMONTON**

PETER LETTERESE AND )
ASSOCIATES, INC., )
a Florida corporation, )
)
      Plaintiff, )
vs. )
)
WORLD INSTITUTE OF SCIENTOLOGY )
ENTERPRISES INTERNATIONAL, INC., BRIDGE )
PUBLICATIONS INCORPORATED, and CHURCH OF )
SCIENTOLOGY INTERNATIONAL, INC., all California )
corporations, )
)
      Defendants. )
_____)

## SUPPLEMENTAL AFFIDAVIT OF PETER D. LETTERESE RE OPPOSITION TO MOTIONS FOR COSTS AND FEES AND IN SUPPORT OF MOTION FOR PROTECTIVE ORDER RE DEFENDANTS' CONTACT WITH COUNSEL'S WIFE

I, PETER D. LETTERESE, declare and state as follows:

1.    I am a principal in Plaintiff PETER LETTERESE AND ASSOCIATES, INC. ("PL&A") in the subject litigation. I have personal knowledge of the facts stated in this Affidavit, and if called as a witness, I could and would competently testify to the statements made herein, except where statements are specifically identified

as being made on information and belief, and if so, such statements are believed to be true based on such.

2. On November 21, 2005, my counsel, David L. Hoffman's wife called me and was irate. She blamed me for things that made no sense. She did not want me associated with her family at all, including my counsel Mr. Hoffman. Mrs. Hoffman never previously called me. I only spoke with her about 7 or 8 months ago regarding S.A.V.E! training, and never previously spoke with Mrs. Hoffman about the case.

3. When I called my counsel Mr. Hoffman immediately thereafter, he reported to me that his wife indicated that the Church of Scientology had contacted her and stated things to her including discussing the merits of the case, that I knew about the copyrights or the Church's use of the copyrights because I ran a Church organization in 1984; that I and my wife had allegedly put out a "hit" on some unnamed individual; and other things that are not true. In fact, I have never heard even a rumor about a "hit" and have most assuredly never had anything to do with any such activity.

I declare that the foregoing document is true and correct. Executed at Davie, Florida this 23RD day of November 2005.

FURTHER AFFIANT SAYETH NOT

_____
Peter D. Letterese

STATE OF FLORIDA
COUNTY OF BROWARD

SWORN TO AND SUBSCRIBED
BEFORE ME, this 30th day of
November 2005

Blanca A Grimberg
My Commission DD144836
Expires August 28, 2006

*[Signature]* My Commission
Notary Public  Expires: **AUG. 26-2006**


Blanca A Grinberg
My Commission DD144836
Expires August 26, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed by first class mail to the following:

Helena K. Kobrin
Moxon & Kobrin
3055 Wilshire Blvd., Suite 900
Los Angeles, CA 90010
Fax: (213) 487-5385
*Attorneys for Defendants World Institute of Scientology Enterprises International, Inc., Bridge Publications, Inc., Church of Scientology Flag Service Organization, Church of Scientology Mission of Fort Lauderdale, Inc., Church of Scientology International, Inc. and Church of Scientology of Florida, and Scientology Missions International, Inc.*

Thomas Meeks
Zuckerman Spaeder LLP
201 South Biscayne Blvd., Suite 900
Miami, FL 33131
Fax: (305) 579-9749
*Attorneys for Defendants World Institute of Scientology Enterprises International, Inc., Bridge Publications, Inc., Church of Scientology Flag Service Organization, Church of Scientology Mission of Fort Lauderdale, Inc., and Church of Scientology of Florida, Church of Scientology International, Inc., and Scientology Missions International, Inc.*

Michael Nachwalter, Esq.
Elizabeth B. Honkonen, Esq.
Kenny Nachwalter, P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131-4327
Fax: (305) 372-1861
*Attorneys for Defendant Religious Technology Center, Inc.*

on November 30, 2005

                                        David L. Hoffman
                                        Adm Pro Hac Vice Nov.18, 2004

LAW OFFICES OF DAVID L. HOFFMAN
27023 McBean Parkway, Ste. 422
Valencia, CA 91355
Tel: (661) 775-0300
Fax: (661) 259-1255

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the NOTICE OF FILING OF NOTARIZED AFFIDAVIT OF PETER D. LETTERESE RE ATTORNEYS' FEES OPPOSITION document has been deposited with the United States Postal Service as First Class mail in a postage paid envelope addressed to the following:

Helena K. Kobrin
Moxon & Kobrin
3055 Wilshire Blvd., Suite 900
Los Angeles, CA 90010
Fax: (213) 487-5385
*Attorneys for Defendants World Institute of Scientology Enterprises International, Inc., Bridge Publications, Inc., Church of Scientology Flag Service Organization, Church of Scientology Mission of Fort Lauderdale, Inc., Church of Scientology International, Inc. and Church of Scientology of Florida, and Scientology Missions International, Inc.*

Thomas Meeks
Zuckerman Spaeder LLP
201 South Biscayne Blvd., Suite 900
Miami, FL 33131
Fax: (305) 579-9749
*Attorneys for Defendants World Institute of Scientology Enterprises International, Inc., Bridge Publications, Inc., Church of Scientology Flag Service Organization, Church of Scientology Mission of Fort Lauderdale, Inc., and Church of Scientology of Florida, Church of Scientology International, Inc., and Scientology Missions International, Inc.*

Michael Nachwalter, Esq.
Elizabeth B. Honkonen, Esq.
Kenny Nachwalter, P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131-4327
Fax: (305) 372-1861
*Attorneys for Defendant Religious Technology Center, Inc.*

on December 8, 2005.

David L. Hoffman
Adm Pro Hac Vice Nov.18, 2004

LAW OFFICES OF DAVID L. HOFFMAN
27023 McBean Parkway, Ste. 422
Valencia, CA 91355
Tel: (661) 775-0300
Fax: (661) 775-9423