UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-61178-CIV-HUCK / **SIMONTON**

PETER LETTERESE AND                        )
ASSOCIATES, INC.,                          )
a Florida corporation,                     )
                                           )
              Plaintiff,                    )
     vs.                                    )
                                           )
WORLD INSTITUTE OF SCIENTOLOGY             )
ENTERPRISES INTERNATIONAL, INC.,  BRIDGE   )
PUBLICATIONS INCORPORATED, and CHURCH OF   )
SCIENTOLOGY INTERNATIONAL, INC., all California )
corporations,                              )
                                           )
              Defendants.                   )
_____    )

## SECOND  SUPPLEMENTAL  AFFIDAVIT  OF  DAVID  L. HOFFMAN  RE  OPPOSITION  TO  MOTIONS  FOR  COSTS AND FEES AND RE MOTION FOR PROTECTIVE ORDER

I, David L. Hoffman, declare and state as follows:

1.       I am an attorney licensed to practice law in the State of California.  I

am the principal in The Law Offices of David L. Hoffman, and lead counsel for Plaintiff

PETER LETTERESE AND ASSOCIATES, INC. ("PL&A") in the subject litigation.  I

have personal knowledge of the facts stated in this Affidavit, and if called as a witness, I

1



could and would competently testify to the statements made herein, except where statements are specifically identified as being made on information and belief, and if so, such statements are believed to be true based on such.

2. In my prior affidavit executed November 23, 2005 (and filed under seal), during my conversation with my wife, she was very angry. I also understand the tone of her email to me, which email is attached to my affidavit of November 23, 2005, is that of being upset. Other than the email correspondence and conversation with my wife described in my November 23 affidavit, I have not been able to communicate with my wife on this subject. She refuses to answer any further questions concerning the Church's contact and is always extremely upset in response to my asking about it.

3. I consider my wife's statements in her email and orally to me to be against her interest, since the statements are against my client's interest, whom I represent, as well as other reasons.

4. I reviewed the Pacer docket entry for the Southern District of Florida, and it shows the motion for protective order as not entered on the docket until December 7, 2005, as shown below in a true and correct copy of the pertinent pacer entry:

```
12/5/05   527     MEMORANDUM by Peter Letterese in support of motion for
                  protective order against defendants contacting
plaintiff's
                  counsel's family (dg) [Entry date 12/07/05]
```

There are no other entries on the docket prior to WISE's opposition of November 29, 2005. Therefore, there is no publicly available way that counsel Robert Amidon could have found out about the motion for protective order. Mr. Amidon represents Dr. Baldwin in a lawsuit brought against PL&A (in which the Court ordered Dr. Baldwin to bring his claim in arbitration pursuant to the contract).

2

5. I called Mr. Amidon and emailed him to discuss how he would possibly have known to contact the Church of Scientology immediately (same day apparently) after my wife, in the email chain submitted by the Church revealed to him that she was my wife. I also emailed counsel for Defendants in the subject case asking the same question, over one week ago. To date, no one has answered my question. Previously, the Church Defendants had advised me that Mr. Amidon is not their agent and disavowed instigating Dr. Baldwin's lawsuit against PL&A.

6. As can be readily ascertained from the email submitted with my affidavit and the email submitted with the WISE opposition, my conversation with my wife and my email with her, and my advising the Defendant's counsel of the improper contact between the Church and my wife, clearly originated by the Church according to my wife's email to me, the first email from my wife to Mr. Amidon occurs AFTER her email to me, AFTER her conversation with me, and AFTER I advised Defendant's counsel of the improper contact.

7. Attached hereto as Exhibit A is a copy of Mr. Amidon's internet posting soliciting information **and promising to keep any information confidential**. Yet, immediately upon finding out that the person emailing him with information was my wife, and immediately after Mr. Amidon told my wife he was not with the Church, he turned over that information to the Defendants. Mr. Amidon even states in his email to her that contact would be improper. Even though Mr. Amidon acknowledges that the contact is improper, he also refers my wife to seek other attorneys adverse to PL&A. The Defendants then submitted, unsealed, the fruit of this poisonous tree.

8.  The motive for filing this motion is so that I can properly represent my client,

PL&A, without improper invasion of the attorney client privilege, the work product

privilege, my family's peace, and my contractual relationship with my client.

I declare that the foregoing document is true and correct.  Executed at Valencia,

California this 8th day of December 2005.

FURTHER AFFIANT SAYETH NOT

David L. Hoffman

State of California, County of Los Angeles
Sworn and subscribed to (or affirmed) before
me on this 8th day of December 2005
by David L. Hoffman
personally known to me or proved to me on the
basis of satisfactory evidence to be the person(s)
who appeared before me.



Signature: Nicole M. Clifton
Title: Notary Public        My Commission Expires: March, 20  2009

NICOLE M. CLIFTON
Comm. # 1561851
NOTARY PUBLIC-CALIFORNIA
Los Angeles County
My Comm. Expires March 20, 2009

4

# EXHIBIT A



Dentaltown Message Board                                    Page 1 of 2

**NOTICE**
**RENEWED SEARCH FOR FAVORABLE WITNESSES**

My name is Robert B. Amidon. I am a lawyer in California and I represent Richard H. Baldwin, DMD in a lawsuit he filed against Peter Letterese and Associates. This suit alleges (among other things) that Mr. Letterese and his company have violated California laws on deceptive business practices. Dr. Baldwin's suit includes class action claims.

In January, I distributed a notice like this one, asking for any dentists to come forward who were satisfied with any of Mr. Letterese's programs (Galileo Mentoring, SAVE, etc.). So far, none have come forward. Mr. Letterese's lawyer has informed me that an important issue will be the number of dentists who allegedly are pleased with the results of these programs. Therefore, I am once again repeating my request for any favorable witnesses.

As a result of my earlier notice, however, I have received information from individuals who are unhappy with Mr. Letterese and his organization for various reasons, such as, receiving bounced checks from Mr. Letterese, failure to make good on



Dentaltown Message Board                                    Page 2 of 2

promises to pay back wages and other employment benefits, failure to pay for contract benefits, and other dentists' complaints regarding the failure of these programs. (Thus, if there are dentists who have had a negative experience with Mr. Letterese, I would also like to hear from them.)

As I mentioned before, I will keep any information confidential, unless you agree to have this information made public.

I can be contacted at:

Robert B. Amidon, A Law Corporation
2550 N. Hollywood Way, Suite 502
Burbank, California 91505-1055

(818) 558-4444 (phone)
(818) 558-4435 (fax)

amidonlaw@aol.com

Ex A

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed by first class mail to the following:

Helena K. Kobrin
Moxon & Kobrin
3055 Wilshire Blvd., Suite 900
Los Angeles, CA 90010
Fax: (213) 487-5385
*Attorneys for Defendants World Institute of Scientology Enterprises International, Inc., and Church of Scientology International, Inc*

Thomas Meeks
Zuckerman Spaeder LLP
201 South Biscayne Blvd., Suite 900
Miami, FL 33131
Fax: (305) 579-9749
*Attorneys for Defendants World Institute of Scientology Enterprises International, Inc., and Church of Scientology International, Inc*

Michael Nachwalter, Esq.
Elizabeth B. Honkonen, Esq.
Kenny Nachwalter, P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131-4327
Fax: (305) 372-1861
*Attorneys for Defendant Church of Spiritual Technology, Inc.*

on December 8, 2005

David L. Hoffman
Adm Pro Hac Vice Nov.18, 2004

LAW OFFICES OF DAVID L. HOFFMAN
27023 McBean Parkway, Ste. 422
Valencia, CA 91355
Tel: (661) 775-0300
Fax:  (661) 775-9423