UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-61178-CIV-HUCK / SIMONTON

PETER LETTERESE AND )
ASSOCIATES, INC., )
a Florida corporation, )
)
)
Plaintiff, )
vs. )
)
)
WORLD INSTITUTE OF SCIENTOLOGY )
ENTERPRISES INTERNATIONAL, INC., CHURCH OF )
SCIENTOLOGY INTERNATIONAL, INC., and )
CHURCH OF SPIRITUAL TECHNOLOGY, all California )
corporations, )
)
)
Defendants. )
)
)
)
)
)
)
)
)
)

## PLAINTIFF PETER LETTERESE AND ASSOCIATES, INC.'S MEMORANDUM IN SUPPORT OF MOTION FOR REFERRAL

PL&A hereby moves for the Court to refer the motion for a protective order under to the Magistrate Judge, under the Court's inherent power:

A district court has the discretion to stay its proceedings. This power is derived from and incidental to a court's inherent power to control the disposition of cases on its docket and ensure a "fair and efficient" adjudication of matters. See Gold v. Johns-Manville Sales

Corp., 723 F.2d 1068, 1077 (3d Cir. 1983). See also Landis v. North Am. Co., 299 U.S. 248, 254, 81 L. Ed. 153, 57 S. Ct. 163 (1936). <u>Republic of Venez. v. Philip Morris Cos.</u>, 1999 U.S. Dist. LEXIS 22742 (D. Fla. 1999). See also, Federal Rule of Civil Procedure 72(a)(referral to Magistrate Judge of nondispositive matters). Here, the pending motion for attorneys' fees has been extensively briefed. It is pending before the Magistrate Judge. Much of the briefing involves Defendants' unclean hands.

The motion for protective order has also been submitted as a supplement to Plaintiff's opposition to the motion for attorneys' fees. The affidavits submitted with the protective order motion further evidences Defendants' unclean hands. The motion for protective order thus is most efficiently and best heard by the Magistrate Judge, to save judicial resources and to provide Plaintiff with a full and fair opportunity to litigate its opposition to the attorneys' fees motion.

Dated: December 26, 2005

Respectfully submitted,

_/s/_

David L. Hoffman (adm. Pro hac vice 11/18/04)
LAW OFFICES OF DAVID L. HOFFMAN
27023 McBean Parkway, Suite 422
Valencia, California 91355
Tel. (661) 775-0300
Fax (661) 775-9423
dlhpatent@sbcglobal.net

MALIN, HALEY & DiMAGGIO, P.A.
Dale Paul DiMaggio
Florida Bar No. 395,803
dpd@mhdpatents.com
Local Counsel for Plaintiff
1936 South Andrews Ave.
Ft. Lauderdale, FL 33316

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via facsimile to the following:

Helena K. Kobrin
Moxon & Kobrin
3055 Wilshire Blvd., Suite 900
Los Angeles, CA 90010
Fax: (213) 487-5385
*Attorneys for Defendants World Institute of Scientology Enterprises International, Inc., Bridge Publications, Inc., and Church of Scientology International, Inc.*

Thomas Meeks
Zuckerman Spaeder LLP
201 South Biscayne Blvd., Suite 900
Miami, FL 33131
Fax: (305) 579-9749
*Attorneys for Defendants World Institute of Scientology Enterprises International, Inc., Bridge Publications, Inc., and Church of Scientology International, Inc.*

Michael Nachwalter, Esq.
Elizabeth B. Honkonen, Esq.
Kenny Nachwalter, P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131-4327
Fax: (305) 372-1861
*Attorneys for Defendant Church of Spiritual Technology, Inc.*

on December 26, 2005.

David L. Hoffman
Adm Pro Hac Vice Nov.18, 2004

LAW OFFICES OF DAVID L. HOFFMAN
27023 McBean Parkway, Ste. 422
Valencia, CA 91355
Tel: (661) 775-0300
Fax: (661) 775-9423