UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

```
FILED by _____ D.C.
   DEC 30 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
   S.D. OF FLA.
```

CASE NO.: 04-61178-CIV-HUCK/SIMONTON

PETER LETTERESE AND
ASSOCIATES, INC.,

    Plaintiff,

vs.

WORLD INSTITUTE OF
SCIENTOLOGY ENTERPRISES
INC., *et al.*,

    Defendants.
_____/

## OMNIBUS ORDER DENYING PLAINTIFF'S MOTIONS FOR REFERRAL AND PROTECTIVE ORDER

THIS MATTER is before the Court on Plaintiff Peter Letterese and Associates, Inc.'s Motion for Referral (D.E. # 535) and Motion for Protective Order Against Defendants Contacting Plaintiff's Counsel's Family (D.E. # 520). Having reviewed the motions, the W.I.S.E. Defendants' response, Plaintiff's reply and other pertinent portions of the record, having heard arguments of counsel at a telephonic hearing conducted on December 29, 2005, and being otherwise duly advised in the premises, it is hereby

ORDERED that Plaintiff's Motion for Referral (D.E. # 535) and Motion for Protective Order Against Defendants Contacting Plaintiff's Counsel's Family (D.E. # 520) are DENIED. Plaintiff is again instructed to have local counsel review and sign all pleadings filed hereafter in this matter. Plaintiff's failure to so engage local counsel shall result in the issuance of sanctions.

DONE AND ORDERED in Chambers, Miami, Florida, this 30th day of December, 2005.

                                    Paul C. Huck
                                    United States District Judge

Copies furnished to:
Counsel of Record

