UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-61178-CIV-HUCK/TURNOFF



PETER LETTERESE AND ASSOCIATES, INC., a Florida Corporation,

Plaintiff,

vs.

WORLD INSTITUTE OF SCIENTOLOGY ENTERPRISES INTERNATIONAL, INC., CHURCH OF SCIENTOLOGY INTERNATIONAL, INC., and CHURCH OF SPIRITUAL TECHNOLOGY,

Defendants.



## ORDER GRANTING DEFENDANTS WORLD INSTITUTE OF SCIENTOLOGY ENTERPRISES' AND CHURCH OF SCIENTOLOGY INTERNATIONAL'S UNOPPOSED MOTION FOR ACCESS TO SEALED FILINGS FOR APPELLATE PURPOSES

THIS MATTER is before the Court upon the Motion Defendants World Institute of Scientology Enterprises ("WISE") and Church of Scientology International ("CSI") unopposed motion for access to sealed filings in this case. Upon consideration of the Motion, it is hereby

ORDERED AND ADJUDGED that the Motion is hereby GRANTED, and that counsel for the parties and their staff may access documents filed under seal in this action.

DONE AND ORDERED in Chambers, Miami, Florida on this 31st day of January, 2006.

Paul C. Huck
United States District Judge

*Copies furnished via facsimile to:*
Thomas Meeks (305) 579-9749
Michael Nachwalter (305) 372-1861
David Hoffman (661) 259-1255
Dale Paul DiMaggio 954-522-6507

4