UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-61178-CIV-HUCK/SIMONTON



PETER LETTERESE AND
ASSOCIATES, INC.,

    Plaintiff

v.

WORLD INSTITUTE OF
SCIENTOLOGY ENTERPRISES,
INC., et al.,

    Defendants.
_____/

## ORDER STAYING DEFENDANTS' MOTIONS FOR FEES AND COSTS PENDING THE RESOLUTION OF PLAINTIFF'S APPEAL

Presently pending before the Court are: Defendants Religious Technology Center (hereafter RTC) and Church of Spiritual Technology's (hereafter CST) Corrected Bill of Costs (DE # 462); The WISE Defendants Bill of Costs (DE # 463); The WISE Defendants Motion For Attorney's Fees and Expenses (DE # 471); Defendants RTC and CST's Motion For Attorneys' Fees and Expenses and Notice of Joinder (DE # 482); the WISE Defendants' Request for Hearing on Their Bill of Costs and Motion For Attorneys' Fees and Expenses (DE # 488) and Defendants RTC and CST's Request for Hearing on Bill of Costs and Motion For Attorneys' Fees and Expenses (DE # 493). These motions are referred to the undersigned Magistrate Judge (DE ## 464, 485, 490). On June 20, 2006, the undersigned held a telephonic hearing on the issue of whether to stay these motions pending a ruling on Plaintiff's appeal.

Therefore, for the reasons stated at the hearing, it is hereby

**ORDERED** that Defendants RTC and CST's Corrected Bill of Costs (DE # 462); The

WISE Defendants Bill of Costs (DE # 463); The WISE Defendants Motion For Attorney's Fees and Expenses (DE # 471); Defendants RTC and CST's Motion For Attorneys' Fees and Expenses and Notice of Joinder (DE # 482); the WISE Defendants' Request for Hearing on Their Bill of Costs and Motion For Attorneys' Fees and Expenses (DE # 488) and Defendants RTC and CST's Request for Hearing on Bill of Costs and Motion For Attorneys' Fees and Expenses (DE # 493), are **STAYED, pending the resolution of Plaintiff's appeal.** The Clerk of the Court is hereby directed to remove these motions from the pending motions list. Defendants may lift the stay by filing a notice requesting such action within fourteen days after the filing in the District Court of the Mandate on Plaintiff's appeal by the United States Court of Appeals for the Eleventh Circuit.

**DONE AND ORDERED** at Miami, Florida, this 20th day of June, 2006.

ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies to:
The Honorable Paul C. Huck,
    United States District Judge
Dale Paul DiMaggio, Esq.
    Facsimile 954-522-6507
    (Counsel for Plaintiff)
David L. Hoffman, Esq.
    Facsimile 661-775-9423
    (Counsel for Plaintiff)
Michael Nachwalter, Esq.
Elizabeth B. Honkonen, Esq.
    Facsimile 305-372-1861
    (Counsel for Defts RTC and CST)

Thomas Meeks, Esq.
    Facsimile 305-579-9749
    (Counsel for Defts WISE, BPI, CSFSO, CSMFTL, SMI and CSFLA)
Helena K. Kobrin, Esq.
    Facsimile 213-487-5385
    (Counsel for Defts WISE, BPI, CSFSO, CSMFTL, SMI and CSFLA)