UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-61178-CIV-HUCK / TURNOFF

PETER LETTERESE AND ASSOCIATES, INC., a
Florida corporation,

          Plaintiff,

vs.

WORLD INSTITUTE OF SCIENTOLOGY
ENTERPRISES INTERNATIONAL, INC.,
RELIGIOUS TECHNOLOGY CENTER, INC.,
CHURCH OF SCIENTOLOGY INTERNATIONAL,
INC. and BRIDGE PUBLICATIONS, INC., all
California corporations, CHURCH OF SCIENTOLOGY
FLAG SERVICE ORGANIZATION, a Florida
corporation, NEW ERA PUBLICATIONS
INTERNATIONAL, a Foreign Corporation, CHURCH
OF SCIENTOLOGY MISSION OF FORT
LAUDERDALE, INC., and CHURCH OF
SCIENTOLOGY OF FLORIDA, both Florida
corporations, SCIENTOLOGY MISSIONS
INTERNATIONAL, INC., CHURCH OF SPIRITUAL
TECHNOLOGY, and DOES 1-3200,

          Defendants.
_____/

## DEFENDANTS' STATUS REPORT

Defendants and attorneys' fee claimants World Institute of Scientology Enterprises ("WISE"), Church of Scientology International ("CSI"), and Church of Spiritual Technology ("CST") and former Defendants and attorneys' fee claimants Bridge Publications, Inc. ("Bridge"), Church of Scientology Flag Service Organization, Inc. ("Flag"), Church of Scientology Mission of Fort Lauderdale, Inc. ("Ft. Lauderdale"), Church of Scientology of Florida, Inc. ("CS-Florida"), Scientology Missions International ("SMI"), and Religious

14119613.1

Technology Center ("RTC"), hereby submit their status report in compliance with the Court's order of September 30, 2008 [D.E. 558].

The Court is familiar with the history of the case as it occurred before it prior to the appeal, with the appellate decision of the Eleventh Circuit Court of Appeals,[1] and with the bankruptcy proceeding filed by the Plaintiff PL&A (later Creative Desperation, Inc., and most recently Impeccable Strategies, Inc.). Since the initial status conference held by the Court on September 29, 2008, the Trustee and her counsel, John Genovese, have communicated with defense counsel about the merits of the case and its probable outcome, and they continue to evaluate the matter.

On September 30, 2008, the Trustee filed a motion to enforce the automatic stay of all litigation matters in the bankruptcy court. No ruling has been made as yet and the motion is set to be heard by the bankruptcy judge (Judge Olson) on November 5, 2008. The Trustee has also filed a Motion for Extension of Time to Assume or Reject Executory Contracts under the authority of 11 U.S.C. §365, directed specifically to the Plaintiff's license from the Dane family for the *Big League Sales* book, which is also set to be heard by Judge Olson on November 5, 2008.

The Defendants and former Defendants do not object to the extension of the stay of the instant case sought by the Trustee and her counsel, which hopefully will give them adequate time to evaluate the instant case (as well as the other civil actions filed more recently by the Plaintiff and its former principal, Peter Letterese) without unnecessarily incurring costs on behalf of the bankrupt Plaintiff's estate. Defendants and former Defendants are hopeful that, given time, a rational and satisfactory conclusion to this and the other cases can be achieved.

---

[1] The Eleventh Circuit granted, on October 17th, the Trustee's motion to extend the time for her to respond to Appellees' motion to transfer consideration of appellate fees and costs to this Court. A copy of the order is attached to this report as Exhibit A.

14119613.1

| | | |
|---|---|---|
| <u>s/. Thomas Meeks</u><br>Thomas Meeks, Esq.<br>Fla. Bar No. 314323<br>Matthew Davidson, Esq.<br>Fla. Bar No. 0713821<br>**CARLTON FIELDS P.A.**<br>4000 International Place<br>100 S.E. Second Street<br>Miami, Florida 33131<br>Telephone: (305) 530-4063<br>Facsimile: (305) 530-0055<br>tmeeks@carltonfields.com | <u>s/. Helena Kobrin</u><br>Helena K. Kobrin, Esq.<br>Fla. Bar No. 0259713<br>**MOXON & KOBRIN**<br>3055 Wilshire Blvd.,<br>Ste. 900<br>Los Angeles, CA 90010<br>Telephone: (213) 487-4468<br>Facsimile: (213) 487-5385<br>hkkobrin@aol.com | <u>s/. Michael Nachwalter</u><br>Michael Nachwalter, Esq.<br>Fla. Bar No. 99989<br>Elizabeth Honkonen, Esq.<br>Fla. Bar No. 149403<br>**KENNY NACHWALTER P.A.**<br>1100 Miami Center<br>201 So. Biscayne Boulevard<br>Miami, Florida 33131-4326<br>Telephone: (305) 373-1000<br>Facsimile: (305) 372-1861<br>mnachwalter@kennynachwalter.com |
| *Attorneys for Defendants World Institute of Scientology Enterprises, Church of Scientology International, Bridge Publications, Inc., Scientology Missions International, Church of Scientology Flag Service Organization, Inc., Church of Scientology of Florida, and Church of Scientology Mission of Fort Lauderdale* | | *Attorneys for Defendants Religious Technology Center and Church of Spiritual Technology* |

3

14119613.1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2008 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/. <u>*Thomas Meeks*</u><br>
Thomas Meeks

14119613.1

SERVICE LIST
Case No. 04-61178-CIV-HUCK / SIMONTON
Letterese v. World Institute of Scientology

Charles D. Franken, Esq.
Email: frankencdf@aol.com
Charles D. Franken, P.A.
8181 West Broward Blvd., Suite 360
Plantation, FL 33324
Tel: 954-476-7200
Fax: 954-424-0297
*Attorneys for Plaintiff*
*(via Notice of Electronic Filing)*


David L. Hoffman, Esq.
Email: david@dlhpatent.com
28494 Westinghouse Place, Suite 204
Valencia, California 91355
Tel: 661-775-0300
Fax: 661-775-9423
Attorney for Plaintiff
(via mail)