UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-CV-61178/HUCK-TURNOFF

PETER LETTERESE AND ASSOCIATES, INC.,
a Florida corporation,

      Plaintiff,
vs.

WORLD INSTITUTE OF SCIENTOLOGY ENTERPRISES INTERNATIONAL, INC., a California corporation, et al.

      Defendants.
_____/

**TRUSTEE'S STATUS REPORT**
**PURSUANT TO THIS COURT'S ORDER DATED SEPTEMBER 30, 2008**

Marika Tolz, the Chapter 7 Trustee for the Estate of Creative Desperation, Inc., successor in interest to the Plaintiff Peter Letterese and Associates, Inc., pursuant to this Court's September 30, 2008 Order Staying Proceeding (the "Stay Order") files this status report as follows:

The Debtor filed Chapter 11 proceedings on June 30, 2008, which were converted to Chapter 7 proceedings on September 9, 2008.

Prior to the date of conversion, the Debtor had scheduled assets which included principally, eight separate litigation matters including this matter, which were in aggregate valued by the Debtor as having a value in excess of $500 million dollars.

On July 8, 2008, the Eleventh Circuit affirmed in part and reversed in part and remanded this case to this Court for further proceedings.

Subsequent to the status conference on September 30, 2008, the Trustee filed in the Bankruptcy Court, a Motion to Enforce the Automatic Stay of all litigation matters (the "Stay

Motion"), including this one (CP #560), seeking a determination that all of the parties in this litigation are stayed from proceeding in this matter.[1]

Additionally, the Trustee filed a Motion for Extension of Time to Assume or Reject Executory Contracts imposed by 11 U.S.C. §365 (the "Motion for Extension", a copy of which is attached hereto), relating to the License Agreement held by the Debtor/Plaintiff, which relates, directly, to the bankruptcy estate's right to assert claims in this matter.

The Stay Motion and Motion for Extension are set for hearing in front of Judge Olson on November 5, 2008.

Because the Debtor's estate is without funding for further litigation in this matter, undersigned counsel has forwarded materials related to this case to four attorneys, who practice intellectual property litigation, to determine if they would agree to represent the bankruptcy estate on a contingency basis.[2]

To avoid delay, particularly given the lack of funding or a firm agreement with special counsel, the Trustee intends to simultaneously undertake settlement discussions with certain Defendants in this action.

---

[1] Based on a notice of filing the Stay Motion, Judge Zloch, <u>sua sponte</u>, entered a stay order in Case No. 08-CIV-61109 Zloch/Snow, in which the Debtor is a Plaintiff.

[2] Pre-petition Counsel of record in this case, David L. Hoffman, Esq. has at this point, not agreed to terms of engagement acceptable to the Trustee. Similarly, Peter Letterese has not proposed a funding mechanism, from sources outside the bankruptcy estate, for the bankruptcy estate to continue to pursue this litigation.

2

1.	The Trustee respectfully requests that the Court keep the Stay Order in effect.

**Dated October 22, 2008**

>	Respectfully submitted,

>	/s/ John H. Genovese
>	John H. Genovese
>	Florida Bar No. 280852
>	Email: jgenovese@gjb-law.com
>	Email: bgruher@gjb-law.com
>	**Genovese Joblove & Battista, P.A.**
>	4400 International Place
>	100 S.E. 2nd Street
>	Miami, Florida 33131
>	Telephone:	(305) 349-2300
>	Facsimile:	(305) 349-2310

4

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      /s/ John H. Genovese
      John H. Genovese

**SERVICE LIST**
**CASE NO. 04-CIV-61178/HUCK-TURNOFF**

Thomas Meeks, Esq.
**Carlton Fields, P.A.**
4000 International Place
100 S.E. 2nd Street
Miami, Florida 33131-2114
*Attorneys for Defendants Church of Scientology International and Bridge Publications*
**(via Notice of Electronic Filing)**

Marika Tolz, Trustee
**Marika Tolz, Trustee, P.A.**
1804 Sherman Street
Hollywood, Florida 33020
*Chapter 7 Trustee for Impeccable Strategies, Inc.*
*f/k/a Creative Desperations, Inc.*
*f/k/a Peter Letterese & Associates, Inc.*
*(**Via Notice of Electronic Filing and email**)*

Charles D. Franken, Esq.
**Charles D. Franken, P.A.**
8181 West Broward Boulevard
Suite 360
Plantation, Florida 33324
*Attorney for Peter Letterese*
(***via Notice of Electronic Filing***)

David L. Hoffman, Esq.
**Law Office of David L. Hoffman**
Email: david@dlhpatent.com
28494 Westinghouse Place
Suite 204
Valencia, California 91355
*Attorney for Plaintiff*
(***via Notice of Electronic Filing***)