UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 04-61178-CIV-HUCK/O'SULLIVAN

PETER LETTERESE AND
ASSOCIATES, INC.,

    Plaintiff,

vs.

WORLD INSTITUTE OF
SCIENTOLOGY ENTERPRISES
INC., *et al.*,

    Defendants.

_____/

## ORDER EXTENDING STAY OF PROCEEDINGS

THIS MATTER is before the Court upon the Trustee's request to extend this Court's September 30, 2008 Order Staying Proceedings (D.E. #558). After considering the status reports filed by the parties in this action, it is hereby

ORDERED that all proceedings in this matter are stayed until Thursday, November 27, 2008. Plaintiff must prepare and file a status report on this case by November 22, 2008.

DONE in Chambers, Miami, Florida, October 23, 2008.

                                                                               Paul C. Huck
                                                                 United States District Judge

**Copies furnished to:**
All Counsel of Record