**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO. 04-61178-PCH**

PETER LETTERESE & ASSOCIATES, INC.

      Plaintiff,

vs.

WORLD INSTITUTE OF SCIENTOLOGY
ENTERPRISES INTERNATIONAL, INC.
a California corporation, et al.

      Defendants.
_____/

**NOTICE OF FILING BY MARIK TOLZ, CHAPTER 7 TRUSTEE, ORDER
GRANTING MOTION TO ENFORCE AUTOMATIC STAY**

**MARIKA TOLZ**, as Chapter 7 Trustee of the Bankruptcy Estate of Creative Desperation, Inc. f/k/a Peter Letterese & Associates, Inc. (the "Trustee"), by and through counsel, hereby gives notice of filing by the Trustee of the Order Granting Motion to Enforce Automatic Stay (the "Stay Relief Order")[D.E.#168] entered by the United States Bankruptcy Court for the Southern District of Florida on November 13, 2008, in the matter of *In re: Creative Desperation, Inc. f/k/a Peter Letterese & Associates, Inc.*, Case No. 08-19067-BKC-JKO, pending before the Honorable John K. Olson (the "Bankruptcy Case").  A true and correct copy of the Stay Relief Order entered in the Bankruptcy Case is attached hereto as **Exhibit "A"**.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

**Dated: November 17, 2008.**

        **Respectfully Submitted,**

        **GENOVESE JOBLOVE & BATTISTA, P.A.**
*Counsel for Marika Tolz as Chapter 7 Trustee*
Bank of America Tower – 44th Floor
Miami, FL 33131
Telephone:   (305) 349-2300
Facsimile:    (305) 349-2310
Attorneys for Chapter 7 Trustee

/s/Barry P. Gruher
John H. Genovese, Esq.
Florida Bar No. 280852
jgenovese@gjb-law.com
Barry P. Gruher, Esq.
Florida Bar No. 960993
bgruher@gjb-law.com

**SERVICE LIST**
**PETER LETTERESE & ASSOCIATES, INC.  v.  WORLD INSTITUTE OF SCIENTOLOGY ENTERPRISES INTERNATIONAL, INC, et al.**
**CASE NO. 04-61178-PCH**
**United States District Court, Southern District of Florida**

John H. Genovese, Esq.
Florida Bar No. 280852
jgenovese@gjb-law.com
Barry P. Gruher, Esq.
Florida Bar No. 960993
bgruher@gjb-law.com
GENOVESE JOBLOVE & BATTISTA, P.A.
100 Southeast Second Street, Suite 4400
Miami, FL 33131
Telephone:  (305) 349-2300
Facsimile:  (305) 349-2310
Attorneys for Chapter 7 Trustee

Charles D. Franken, Esq.
Florida Bar No. 224251
frankencdf@aol.com
CHARLES D. FRANKEN, P.A.
8181 W. Broward Blvd., #360
Plantation, FL  33324
Telephone: (954) 476-7200
Facsimile:  (954) 424-0297
Attorney for Plaintiff Letterese

Thomas Meeks, Esq.
Florida Bar No. 314323
tmeeks@carltonfields.com
CARLTON FIELDS
100 S.E. Second Street. Suite 4000
Miami, Florida 33131-2114
Telephone:  (305) 530-4063
Facsimile:   (305) 530-0055

Elizabeth Brooks Honkonen, Esq.
ebh@kennynachwalter.com
Florida Bar No.  149403
Kenny Nachwalter
201 S Biscayne Boulevard, Suite 1100
Miami , FL 33131-4327
Telephone:     (305) 373-1000
Facsimile:      (305) 372-1861