IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 04-61178-CIV-HUCK/O'SULLIVAN

PETER LETTERESE & ASSOCIATES, INC.

   Plaintiff,

vs.

WORLD INSTITUTE OF SCIENTOLOGY
ENTERPRISES INTERNATIONAL, INC.
a California corporation, et al.

   Defendants.
                /

**JOINT OMNIBUS STIPULATION REGARDING
ORDER TO ENFORCE AUTOMATIC STAY**

  **MARIKA TOLZ**, as Chapter 7 Trustee of the Bankruptcy Estate of Creative Desperation, Inc. f/k/a Peter Letterese & Associates, Inc. (the "Trustee"), by and through counsel, jointly with the authority and consent of undersigned counsel[1] (collectively, the "Parties"), hereby files this Joint Omnibus Stipulation Regarding Order to Enforce Automatic Stay (the "Stipulation") and stipulate and agree, as follows:

  1. That on November 17, 2008, the Trustee filed in the above-styled cause a Notice of Filing By Marika Tolz, Chapter 7 Trustee, Order Granting Motion to Enforce Automatic Stay (the "Stay Relief Order") entered by the United States Bankruptcy Court for the Southern District of Florida on November 13, 2008, in the matter of *In re: Creative Desperation, Inc. f/k/a Peter Letterese & Associates, Inc.*, Case No. 08-19067-BKC-JKO, pending before the Honorable John K. Olson (the "Bankruptcy")[D.E.# 565].

  2. That the Stay Relief Order shall operate as an automatic stay of the proceedings as to all Parties in this matter pending further order of the Bankruptcy Court. Accordingly, the Court shall close, but not dismiss this case, for administrative purposes only; provided however, that this proceeding may re-opened upon motion of a party for good cause shown and/or *sua sponte* by this Court.

---

[1] On September 6, 2008, MGSI, Inc. ("MGSI") filed a Notice of Consent to Join as Party Plaintiff [D.E. # 552] through their attorney Charles D. Franken, Esq.  The Court has not approved the joinder of MGSI as a party to this litigation.  Further, the Stay Relief Order precludes Mr. Franken from representing any party having a relationship to the Debtor.  Accordingly, the Parties have not requested that MGSI join in this stipulation.

3. This Stipulation and closing of the case as provided in paragraph (2) above, shall be without prejudice to any of the rights, claims and interests of the Parties in this proceeding.

**STIPULATED AND AGREED** to this 26th day of November, 2008, by undersigned counsel with the consent of counsel for the Parties as set forth in the attached Service List.

Respectfully Submitted,

**GENOVESE JOBLOVE & BATTISTA, P.A.**
*Counsel for Marika Tolz as Chapter 7 Trustee for the bankruptcy estate of Creative Desperation, Inc. (f/k/a Peter Letterese & Associates, Inc.)*
Bank of America Tower – 44th Floor
100 S.E. Second Street
Miami, FL 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310
/s/ John H. Genovese
John H. Genovese, Esq.
Florida Bar No. 280852
jgenovese@gjb-law.com
Barry P. Gruher, Esq.
Florida Bar No. 960993
bgruher@gjb-law.com

**KENNY NACHWALTER, P.A.**
*Counsel for Defendants Religious Technology Center, Inc., and Church of Spiritual Technology, Inc.*
201 S Biscayne Boulevard, Suite 1100
Miami , FL 33131-4327
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
/s/  Michael Nachwalter
Michael Nachwalter, Esq.
mnachwalter@kennynachwalter.com
Florida Bar No. 99989
Elizabeth Brooks Honkonen, Esq.
ebh@kennynachwalter.com
Florida Bar No.  149403

**CARLTON FIELDS, P.A.**
*Counsel for Defendants  World Institute of Scientology Enterprises ("W.I.S.E."), Church of Scientology International, Bridge Publications, Inc., Scientology Missions International, Church of Scientology Flag Service Organization, Inc., Church of Scientology of Florida, Inc., and Church of Scientology Mission of Fort Lauderdale, Inc.*
100 S.E. Second Street, Suite 4000
Miami, Florida 33131-2114
Telephone:  (305) 530-4063
Facsimile:   (305) 530-0055
/s/ Thomas Meeks
Thomas Meeks, Esq.
Florida Bar No. 314323
tmeeks@carltonfields.com

2

**SERVICE LIST**
**PETER LETTERESE & ASSOCIATES, INC.  v.  WORLD INSTITUTE OF SCIENTOLOGY ENTERPRISES INTERNATIONAL, INC, et al.**

**United States District Court, Southern District of Florida**
**CASE NO. 04-61178-CIV-HUCK/O'SULLIVAN**

John H. Genovese, Esq.
Florida Bar No. 280852
jgenovese@gjb-law.com
Barry P. Gruher, Esq.
Florida Bar No. 960993
bgruher@gjb-law.com
Genovese Joblove & Battista, P.A.
100 Southeast Second Street, Suite 4400
Miami, FL 33131
Telephone:  (305) 349-2300
Facsimile:  (305) 349-2310
*Attorneys for Chapter 7 Trustee*

Thomas Meeks, Esq.
Florida Bar No. 314323
tmeeks@carltonfields.com
Carlton Fields, P.A.
100 S.E. Second Street. Suite 4000
Miami, Florida 33131-2114
Telephone:  (305) 530-4063
Facsimile:  (305) 530-0055
*Attorney for Defendants*

Charles D. Franken, Esq.
Florida Bar No. 224251
frankencdf@aol.com
CHARLES D. FRANKEN, P.A.
8181 W. Broward Blvd., #360
Plantation, FL  33324
Telephone: (954) 476-7200
Facsimile:  (954) 424-0297

Kendrick L. Moxon, Esq.
Helena Kempner Kobrin, Esq.
Moxon & Kobrin
3055 Wilshire Boulevard, Suite 900
Los Angeles , CA 90010
Telephone:     (213) 487-4468
Facsimile:     (213) 487-5385
*Attorney for Defendants*

Michael Nachwalter, Esq.
mnachwalter@kennynachwalter.com
Florida Bar No. 99989
Elizabeth Brooks Honkonen, Esq.
ebh@kennynachwalter.com
Florida Bar No.  149403
Kenny Nachwalter, P.A.
201 S Biscayne Boulevard, Suite 1100
Miami , FL 33131-4327
Telephone:     (305) 373-1000
Facsimile:     (305) 372-1861
*Attorney for Defendants*